IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>          Plaintiff,<br><br>          v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>          Defendant, | Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

### DEFENDANT ELECTRALLOY'S MOTION TO COMPEL DEPOSITIONS OF PLAINTIFF'S WITNESSES

Defendant, Electralloy, a division of G.O. Carlson, Inc. ("Electralloy"), by its undersigned counsel, moves the Court to enter an Order pursuant to Federal Rule of Civil Procedure 37 as follows:

1. Compelling Plaintiff's employees, James Laird and Lee Flowers, to appear for deposition upon oral examination in Pittsburgh, Pennsylvania at a date to be agreed upon, but in any event no later than September 1, 2005; and

2. Awarding Electralloy its reasonable attorneys' fees and costs incurred in bringing this motion.

022664/00115/11454773v1

Defendant certifies that, in good faith, its counsel attempted to resolve this issue with Plaintiff's counsel before making this application to the Court. In support of its motion, Defendant relies upon the accompanying Memorandum of Law and exhibits.

Respectfully submitted,

BLANK ROME LLP

Dated: August 3, 2005

By: *[signature]*
Timothy D. Pecsenye
PA I.D. 51539
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6998
(215) 569-5500
Counsel for Defendant,
Electralloy, a division of G.O. Carlson, Inc

Emily Barnhart, Esquire
PA I.D. 84895
Jennifer L. Miller, Esquire
PA I.D. 91808
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103

2