IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC.,<br>a Delaware corporation<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRALLOY, a Division of G.O.<br>CARLSON, INC.,<br>a Pennsylvania corporation<br><br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

## ORDER
### COMPELLING DEPOSITIONS

AND NOW on this __ day of _____ 2005, upon consideration of Defendant Electralloy, a Division of G.O. Carlson, Inc.'s Motion to Compel Depositions, it is hereby ORDERED AND DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED that James Laird and Lee Flowers will appear for deposition upon oral examination no later than September 1, 2005 in Pittsburgh, Pennsylvania at a time mutually convenient for all parties; and

IT IS FURTHER ORDERED that, as an appropriate sanction, Plaintiff shall pay the reasonable attorneys' fees and costs incurred by Defendant in the bringing of the motion.

                                                    BY THE COURT:

                                                    _____
                                                    Maurice B. Cohill, Jr.
                                                    Senior United States District Judge

cc: counsel of record