# Buchanan Ingersoll PC
ATTORNEYS

**Bryan H. Opalko**
412 562 1893
opalkobh@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

May 4, 2005

**VIA FACSIMILE TRANSMISSION
& U.S. MAIL**
Jennifer L. Miller, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6998

Re:  Haynes International, Inc. v. Electralloy
     Our Reference No.:  030447

Dear Jennifer:

Please be advised that Paul Manning, Jim Laird, and Lee Flowers are available for depositions in Kokomo, Indiana on May 16-17 and June 2-3, 2005. Paul Manning will be designated as Haynes' Rule 30(b)(6) deponent.

If you have any questions, please do not hesitate to contact us.

Very truly yours,

Bryan H. Opalko

BHO/lag

cc:  Lynn J. Alstadt, Esquire

1741248\1


EXHIBIT 1

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: California