# Buchanan Ingersoll PC

ATTORNEYS

**Bryan H. Opalko**
412 562 1893
opalkobh@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

May 25, 2005

**VIA FACSIMILE TRANSMISSION**
**AND U.S. MAIL**
Jennifer L. Miller, Esquire
Blank Rome, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6998

Re:   **Haynes International, Inc. v. Electralloy**
      **Our Reference No.:  030447**

Dear Jennifer:

Enclosed please find a Notice of Deposition under Rule 30(b)(6) for Defendant Electralloy, and Notices of Deposition for Mike Lewis, Wayne Weaver and Tracy Rudolph. As we discussed, I chose arbitrary dates and times and we can agree on convenient dates, times and places for the depositions.

Additionally, per my voicemail, please let me know if you wish to go forward with the depositions of Paul Manning, Jim Laird or Lee Flowers on June 2-3, 2005. Due to travel constraints, these individuals will only be available for deposition in Kokomo, Indiana on those dates. Lynn may have spoken with Tim on this matter, but if not, I wanted to bring it to your attention.

If you have any questions, please do not hesitate to contact us.

Very truly yours,

Bryan H. Opalko

BHO/lag
Enclosures

1750254\1

**EXHIBIT 3**

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: California