## Opalko, Bryan

**From:** Opalko, Bryan
**Sent:** Thursday, June 23, 2005 10:46 AM
**To:** 'miller-j@blankrome.com'
**Subject:** haynes v. electralloy

Jennifer,

Paul Manning is available for deposition generally during the month of July. We would be agreeable to bringing Mr. Manning to Pittsburgh as a 30(b)(6) deponent.

Lee Flowers is available for deposition in Kokomo, Indiana any day between July 11 and July 26, as well as during the first week in August.

I am hoping to provide you with dates for Jim Laird (in Kokomo, Indiana) by the end of the week.

Please provide me with dates for Mike Lewis, Wayne Weaver and Tracy Rudolph by the end of the week. We need to schedule the depositions as soon as possible.

Any questions, please feel free to call.

Thanks,
Bryan

Bryan H. Opalko
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
phone:  (412) 562-1893
fax:  (412) 562-1041
e-mail:  opalkobh@bipc.com


EXHIBIT 5

6/23/2005

## Opalko, Bryan

**From:** Opalko, Bryan
**Sent:** Friday, June 24, 2005 9:03 AM
**To:** 'Miller, Jennifer L.'
**Subject:** RE: haynes v. electralloy

Jennifer,

Additionally, Jim Laird is available for deposition in Kokomo, Indiana late in the week of July 17 (Thursday the 21st or Friday the 22nd), and July 25-29.

If you can get me some dates by Wednesday at the latest, that would be great.

Bryan

---

**From:** Miller, Jennifer L. [mailto:Miller-J@BlankRome.com]
**Sent:** Friday, June 24, 2005 8:56 AM
**To:** Opalko, Bryan
**Subject:** RE: haynes v. electralloy

Thanks, Bryan,

I will confirm our availability with Tim Pecsenye as he will most likely be taking the deps.
Also, I should be able to have some dates from our client by the middle of next week.

Jennifer


Jennifer L. Miller, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103
Ph.(215)569-5613
Fax(215)832-5613
miller-j@blankrome.com

-----Original Message-----
**From:** Opalko, Bryan [mailto:opalkobh@bipc.com]
**Sent:** Thursday, June 23, 2005 10:46 AM
**To:** Miller, Jennifer L.
**Subject:** haynes v. electralloy

Jennifer,

Paul Manning is available for deposition generally during the month of July. We would be agreeable to bringing Mr. Manning to Pittsburgh as a 30(b)(6) deponent.

Lee Flowers is available for deposition in Kokomo, Indiana any day between July 11 and July 26, as well as during the first week in August.

6/24/2005

I am hoping to provide you with dates for Jim Laird (in Kokomo, Indiana) by the end of the week.

Please provide me with dates for Mike Lewis, Wayne Weaver and Tracy Rudolph by the end of the week. We need to schedule the depositions as soon as possible.

Any questions, please feel free to call.

Thanks,
Bryan

Bryan H. Opalko
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
phone:  (412) 562-1893
fax:  (412) 562-1041
e-mail:  opalkobh@bipc.com

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.
If you are not the intended recipient, please advise the sender immediately.
Unauthorized use or distribution is prohibited and may be unlawful.


Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

***********************************************************************

6/24/2005