## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., <br>    a Delaware corporation, | ) <br> ) <br> ) | |
|                      Plaintiff, | ) | Civil Action No. 04-197(E) |
|                      v. | ) <br> ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. <br> CARLSON, INC., <br>    a Pennsylvania corporation, | ) <br> ) <br> ) <br> ) | Judge Cohill |
|                      Defendant. | ) | |

## **ORDER**

AND NOW, to-wit, this _____ day of August, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion to Compel Depositions is hereby DENIED.

IT IS FURTHER ORDERED that James Laird and Lee Flowers shall appear for deposition upon oral examination no later than _____ in Kokomo, Indiana at a time mutually convenient for all parties.

                     BY THE COURT:

                     _____J.