IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., <br>    a Delaware corporation, | ) <br> ) <br> ) | |
|                Plaintiff, | ) <br> ) | Civil Action No. 04-197(E) |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. <br> CARLSON, INC., <br>    a Pennsylvania corporation, | ) <br> ) <br> ) <br> ) | Judge Cohill |
|                Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

Plaintiff, Haynes International, Inc. ("Haynes"), by and through its undersigned counsel, hereby files this Motion for Leave to File Documents Under Seal. In support of its Motion, Haynes avers as follows.

Haynes is filing a Motion for Partial Summary Judgment today, accompanied by a supporting brief and exhibits. The supporting brief and certain of the exhibits need to be filed under seal. Haynes' brief includes portions of deposition testimony provided by witnesses produced by Defendant. Haynes is attaching pertinent portions of the deposition transcripts as exhibits to its Motion for Partial Summary Judgment. Defendant has designated the entire deposition transcript of each witness produced by Defendant as confidential.

Additionally, other documents produced by Defendant and designated as confidential are attached as exhibits to Haynes' brief. Thus, both Haynes' brief and certain exhibits are required to be filed under seal. Haynes is filing its Motion for Partial Summary Judgment and non-confidential exhibits electronically with the Court.

Accordingly, Haynes hereby moves this Court for an Order granting leave for Haynes to file the above-identified documents (brief and certain exhibits) under seal. An appropriate form of Order is attached.

        Respectfully submitted,

        BUCHANAN INGERSOLL PC

Dated: September 27, 2005        By: */s/ Bryan H. Opalko*
        Lynn J. Alstadt
        Pa. I.D. No. 23487
        Bryan H. Opalko
        Pa. I.D. No. 86721
        BUCHANAN INGERSOLL PC
        301 Grant Street, 20th Floor
        Pittsburgh, PA  15219-1410
        Phone:  412-562-1632
        Fax:  412-562-1041
        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 27th day of September, 2005, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL was served on the attorneys for Defendant by first class mail, postage prepaid, addressed as follows:

> Timothy D. Pecsenye, Esquire
> Emily Barnhart, Esquire
> Jennifer L. Miller, Esquire
> BLANK ROME LLP
> One Logan Square
> 18th and Cherry Streets
> Philadelphia, PA  19103

> */s/ Bryan H. Opalko*
> Bryan H. Opalko