IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

## **ORDER**

Having considered the arguments submitted by the parties, it is hereby ORDERED that Plaintiff's Motion for Partial Summary Judgment on Counts 1 and 2 is granted. It is further ORDERED:

1. Defendant's use of C22, EC22 and GOC22 in connection with the sale of alloy products constitutes infringement of Haynes' United States Trademark Registration No. 1,953,864 for "C-22";

2. Defendant's use of C22, EC22 and GOC22 in connection with the sale of alloy products constitutes unfair competition and false designation of origin in violation of § 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and

3. Defendant is permanently enjoined from using C22, EC22 and GOC22, and colorable variations thereof, in connection with the sale of its alloy products.

BY THE COURT:

_____J.