EXHIBIT A

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

June 24, 2005

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,953,864* IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *February 06, 1996*
*SECTION 8 & 15*
SAID RECORDS SHOW TITLE TO BE IN:
 *HAYNES INTERNATIONAL, INC.*
 *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

Int. Cl.: 6

Prior U.S. Cl.: 14

**United States Patent and Trademark Office**  Reg. No. 1,953,864
Registered Feb. 6, 1996

## TRADEMARK
### PRINCIPAL REGISTER

C-22

HAYNES INTERNATIONAL, INC. (DELAWARE CORPORATION)
1020 WEST PARK AVENUE
KOKOMO, IN 469029013

FOR: UNWROUGHT AND PARTLY WROUGHT COMMON METALS AND THEIR ALLOYS IN VARIOUS FORMS INCLUDING, SHEET, PLATE, WIRE, BAR, BILLET, TUBING, PIPING, COATED ELECTRODES, FITTINGS AND WELDING FILLER METAL AND CASTINGS, IN CLASS 6 (U.S. CL. 14).

FIRST USE 10-29-1987; IN COMMERCE 10-29-1987.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "22", APART FROM THE MARK AS SHOWN.

SER. NO. 73-701,790, FILED 12-18-1987.

SIDNEY I. MOSKOWITZ, EXAMINING ATTORNEY