UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 04-197(E)

EXHIBIT F

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| -vs- | ) ) |
| ELECTRALLOY, a Division of G.O. Carlson, a Pennsylvania corporation, | ) ) ) ) |
| Defendant, | ) |

CONFIDENTIAL: ATTORNEYS' EYES ONLY
THE DEPOSITION OF JAMES ARTHUR LAIRD

The deposition upon oral examination of James Arthur Laird, a witness produced and sworn before me, Rebecca J. Swinney, RMR-FCRR, a Notary Public in and for the County of Morgan, State of Indiana, taken on behalf of the Defendant at the offices of Haynes International, Inc., 1020 Park Avenue, Kokomo, Indiana, on the 30th of August, 2005, pursuant to the Federal Rules of Civil Procedure with written notice as to time and place being filed.

---

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard Center,
15th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

CONFIDENTIAL: ATTORNEYS' EYES ONLY

```
 1              APPEARANCES
 2
 3   FOR THE PLAINTIFF:
 4   Lynn J. Alstadt, Esq.
     BUCHANAN INGERSOLL
 5   One Oxford Centre
     301 Grand Street
 6   20th Floor
     Pittsburgh, PA  15219
 7   412-562-1632
 8
 9   FOR THE DEFENDANT:
10   Emily J. Barnhart, Esq.
     BLANK ROME, LLP
11   One Logan Square
     18th & Cherry Streets
12   Philadelphia, PA  19103
     215.569.5494
13
14
15          INDEX OF EXAMINATIONS
16
                                      Page
17
18   Direct Examination                  5
     Questions By Ms. Barnhart
19
     Cross-Examination,                231
20   Questions By Mr. Alstadt
21
22
23
24
```

Esquire Deposition Services

CONFIDENTIAL: ATTORNEYS' EYES ONLY

```
 1              JAMES ARTHUR LAIRD,
 2   having been first duly sworn to tell the truth,
 3   the whole truth and nothing but the truth relating to said
 4   matter, was examined and testified further as follows:
 5
 6     DIRECT EXAMINATION,
 7        QUESTIONS BY MS. BARNHART:
 8           Q      Okay.  Could you please state
 9   your full name for the record.
10           A      Um-hum.  James Arthur Laird.
11           Q      Okay.  And I'm going to go
12   over a few general rules and I apologize if
13   you've heard them before.
14                  I remind you that you're
15   under oath today and our court reporter is
16   going to take down everything everyone in the
17   room is saying, and as a matter of courtesy
18   for everyone, especially the court reporter,
19   we just ask that you wait till a question is
20   finished and not speak over one another;
21   otherwise, it's so difficult for the court
22   reporter to take down what people are saying.
23                  Also, if you could verbalize
24   "yes" or "no" rather than shaking your head
```

1  product.

2       Q    And is it also typical that
3  in addition to the alloy name that Haynes
4  includes the Hastelloy trademark on its
5  products?

6       A    I think where applicable that
7  is, probably, the practice.

8       Q    So is every product produced
9  by Haynes, every form, able to be stamped
10 into the metal as these first four or so
11 pages show?

12           MR. ALSTADT:  I'm going to
13       object to this.  There's no showing,
14       there's been no evidence that this
15       marking is by stamping it into the
16       metal.  In fact, I think there's
17       been other evidence introduced in
18       the record that shows it's either
19       stencilled on or roller marked on.
20       So --

21 QUESTIONS BY MS. BARNHART:

22       Q    Can you explain how Haynes
23 marks its products when they are produced?

24       A    We have automated ink jet

```
 1   equipment that as the product comes off the
 2   finishing line it automatically is marked
 3   onto the product.
 4           Q     Onto the product itself?
 5           A     Yes.
 6           Q     And the markings are put on
 7   with ink?
 8           A     It's some type of ink, yes.
 9           Q     Has this always been the way
10   Haynes' products are marked?
11           A     As far as I know it is, yes.
12           Q     So are the pages that we
13   looked at, 31, HE319 through HE322, are those
14   showing ink on the product?
15           A     I believe so from what I can
16   see.  It appears that way.
17           Q     And is this, typically, how
18   Haynes marks its products with the ink stamp?
19           A     Yes, typically, it's an ink,
20   as Lynn indicated, it's roller marked or it's
21   an ink jet process.
22           Q     And do you have familiarity
23   with how long the ink stays on the product?
24           A     I've not known it to come off
```

CONFIDENTIAL: ATTORNEYS' EYES ONLY

1      A      I believe so.
2      Q      And has Corrosion Materials
3 been contacted more than once with respect to
4 Haynes' C-22?
5      A      That, I don't know.
6      Q      And what is your, what is
7 your understanding of the issue that Haynes
8 has with respect to its C-22 mark and
9 Corrosion Materials?
10     A      It was how it was being used
11 and not being, if I recall correctly, not
12 being referenced properly with respect to
13 ownership of the trademark.
14     Q      Do you know how Corrosion
15 Materials was using --
16     A      I don't remember.
17     Q      Do you believe that C-22 is a
18 strong mark?
19     A      Yes, I do.
20     Q      Do you believe that customers
21 or potential customers in the marketplace
22 view C-22 as exclusively designating Haynes
23 as a source of the N06022 product?
24     A      Yes, I do.