

**EXHIBIT G**

# HASTELLOY® C-22® alloy
## UNS No. N06022
### 56Ni[a]-22Cr-13Mo-3Fe-3W-2.5Co*-0.5Mn*-0.35V*-0.08Si*-0.01C*
[a]As Balance  *Maximum

**Fabrication of HASTELLOY® Corrosion-Resistant Alloys**

**Technical Papers**

**Material Safety Data Sheets (MSDS)**

**Request for Literature**

**Applicable Specifications**

**C-22® Trademark**

**The Statue of Liberty, and this "old soldier"**

**HASTELLOY® Pipe Fittings - Flanges and Fittings**

A most versatile nickel- chromium- molybdenum- tungsten alloy available today with improved resistance to both uniform and localized corrosion as well as to a variety of mixed industrial chemicals. The C-22 alloy exhibits superior weldability and is used as overalloy filler wire and weld overlay consumables to improve resistance to corrosion.

Principal Features
Laboratory Corrosion Tests
Field Evaluation
Typical Applications
Aqueous Corrosion Data
Resistance to Localized Attack

Thermal Stability
Isocorrosion Curves
Physical Properties
Hardness and Impact Strength

Tensile Data
Fabrication
Welding
Machining
Availability
Acknowledgment
Health & Safety
Sales Office Addresses



*HASTELLOY® C-22® alloy Product Brochure* is saved in .pdf format. To view and print the data sheets you may need to download Adobe® Acrobat® Reader™.

H-2019F

For more information send e-mail to: Alloy_Information@haynesintl.com

HAYNES® Home