UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CIVIL ACTION NO. 04-197(E)

HAYNES INTERNATIONAL, INC., )
a Delaware corporation,      )
                             )
          Plaintiff,         )
                             )
     -vs-                    )
                             )
ELECTRALLOY, a Division of   )
G.O. Carlson, a Pennsylvania )
corporation,                 )
                             )
          Defendant,         )

EXHIBIT H

CONFIDENTIAL:  ATTORNEYS' EYES ONLY

THE DEPOSITION OF HARRY LEE FLOWER, JR.

The deposition upon oral examination of Harry Lee Flower, Jr., a witness produced and sworn before me, Rebecca J. Swinney, RMR-FCRR, a Notary Public in and for the County of Morgan, State of Indiana, taken on behalf of the Defendant at the offices of Haynes International, Inc., 1020 Park Avenue, Kokomo, Indiana, on the 30th of August, 2005, pursuant to the Federal Rules of Civil Procedure with written notice as to time and place being filed.

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard Center,
15th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

CONFIDENTIAL: ATTORNEYS' EYES ONLY

```
 1                    APPEARANCES
 2
 3
     FOR THE PLAINTIFF:
 4
     Lynn J. Alstadt, Esq.
 5   BUCHANAN INGERSOLL
     One Oxford Centre
 6   301 Grand Street
     20th Floor
 7   Pittsburgh, PA   15219
     412-562-1632
 8
 9
     FOR THE DEFENDANT:
10
     Emily J. Barnhart, Esq.
11   BLANK ROME, LLP
     One Logan Square
12   18th & Cherry Streets
     Philadelphia, PA   19103
13   215.569.5494
14
15              INDEX OF EXAMINATIONS
16
                                             Page
17
18   Direct Examination                         3
     Questions By Ms. Barnhart
19
20
21
22
23
24
```

CONFIDENTIAL: ATTORNEYS' EYES ONLY

```
 1                      HARRY LEE FLOWER, JR.,
 2    having been first duly sworn to tell the truth,
 3    the whole truth and nothing but the truth relating
 4    to said matter, was examined and testified further
 5    as follows:
 6
 7    DIRECT EXAMINATION,
 8       QUESTIONS BY MS. BARNHART:
 9             Q        Would you please state your
10    full name for the record?
11             A        Harry Lee Flower, Jr.
12             Q        And I remind you that you are
13    under oath, and the court reporter, Rebecca,
14    is going to take down everything everyone is
15    saying.  And it's good for everyone,
16    especially Rebecca, if we try not to speak
17    over one another, and let each other finish
18    so that she can get down everything everyone
19    is saying.
20                      And we're interested in your
21    personal knowledge.  We're not interested in
22    your guess or speculation.  So don't feel --
23    you don't have to speculate or guess.
24                      And, please, let me know if
```

```
 1   management people."
 2               I think there was a Walt
 3   Weaver, Wayne Weaver, that I talked to.  And
 4   he said he would talk to whoever does the
 5   website and have it changed.  And that was
 6   kind of like, well, great, okay.
 7         Q     Okay.
 8         A     It was never changed.
 9         Q     Did you look again?
10         A     I looked yesterday.  No, I
11   looked this morning; it's still on there.
12         Q     The same page?
13         A     Um-hum.
14         Q     And that's a PDF that's on
15   the system?
16         A     Yeah.
17         Q     Is it on the, any of the
18   pages of the website itself?
19         A     Well, I mean it, I don't know
20   how to answer that.
21         Q     You can click on links, click
22   on pages without clicking a PDF, I guess is
23   what I'm saying.
24         A     I went to the Electralloy
```