# REMELT
## INGOT - BAR - BILLET
## ALLOYS AND CAPABILITIES

(800) 458-7273    (814) 678-4100

### VACUUM ARC REMELT (VAR)

| | | |
|---|---|---|
| 304/304L | 15-5 | 9310 |
| 316/316L | 17-4 | H-11 |
| 403 | A286 | H-13 |
| 410 | 718 | D6AC |
| 410Cb | 300 M | Jethete M152 |
| 422 | 901 | HP 9-4-20 |
| 440C | 4340 | HP 9-4-30 |
| EC450 | 321 | |

### VIM / VAR

| | |
|---|---|
| 13-8 | 625 |
| 718 | A286 |
| 455 | X750 |

Maraging 200, 250 & 300

### ELECTRODE SLAG REMELT (ESR)

| | | | |
|---|---|---|---|
| 304/304L | 600 | EC255 | C20+ |
| 316/316L | EC450 | EC25540 | N-155 |
| 321 | 600 Cb | F-55 | 926 |
| 347 | 617 | HX | 188 |
| 403 | 625 | HG3 | L605 |
| 410 | 690 | C22 ✓ | H13 |
| 410Cb | 706 | 15-5 | F44 |
| 420 | 718 | 17-4 | 316LN |
| 422 | 825 | Greek Ascoloy | F6NM |
| C276 | 901 | Nitronics® | |

### PRODUCTION CAPABILITIES

| | |
|---|---|
| Bars | 4" Round to 26" Round |
| Billet | 4" Round or RCS to 34" RCS |
| Slabs | 4" x 15" to 10" x 42" |
| Ingots | VAR Crucibles 20", 24", 30", 33", 40" Rd. |
| Ingots | ESR Crucibles 12" x 42", 20", 36", 40" Rd. |

### Electralloy Sales Contacts:
Kathy Shumsky - Manager Forged Product: (814) 678-4105
Mark Lewis - Manager Ingot Product: (814) 678-4103
Matthew Dailey - Manager Remelt Product: (814) 678-4102
Deborah Craig - Inside Sales Supervisor: (814) 678-4101
Alvin Proper - Sales Specialist: (814) 677-4107
Sales Fax Numbers: (814) 678-4172 or (814) 677-1342
e-mail: SALES@ELECTRALLOY.com   Web Site: www.ELECTRALLOY.com

Nitronics® = Registered Trademark of ARMCO Inc.

EXHIBIT J

http://www.electralloy.com/remelt.htm    8/30/2005