IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-197(E) |
| | ) | |
| v. | ) | |
| | ) | |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

And now this _____ day of _____ 2005, upon consideration of Defendant Electralloy's Motion for Summary Judgment and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. It is FURTHER ORDERED that Plaintiff's Complaint is DISMISSED in its entirety WITH PREJUDICE.

It is FURTHER ORDERED that the mark "C-22" is generic, and the United States Patent and Trademark Office is hereby directed to cancel U.S. trademark Registration No. 1,953,864.

BY THE COURT:

_____
The Honorable Maurice B. Cohill, Jr.