

*Phone:*   (215) 569-5494
*Fax:*     (215) 832-5494
*Email:*   Barnhart@blankrome.com

September 26, 2005

**BY HAND DELIVERY**

Clerk's Office
United States District Court
For the Western District of Pennsylvania
17 South Park Row
Erie, PA  16501

   Re:  Haynes International, Inc. v. Electralloy
     Civil Action No. 04-197(E)

Dear Sir or Madam:

  Enclosed please find Defendant's Motion for Summary Judgment, Concise Statement of Facts, Memorandum of Law in Support of Motion for Summary Judgment, and proposed Order, for filing in the above-captioned case.  Kindly please file the original.  Also, in accordance with the rules concerning electronic filing of documents with the Court, enclosed please find a disk containing the documents in .pdf format.

  Pursuant to the Stipulated Protective Order entered by the Court on February 17, 2005, enclosed for filing please find Defendant's Motion to Seal its supporting Appendix of Exhibits Relating to Defendant's Concise Statement of Material Facts in Support of Summary Judgment, proposed order relating to the same and the sealed Appendix.  In accordance with the rules



Clerk's Office
September 26, 2005
Page 2

concerning electronic filing, a disc containing the motion and order is enclosed.

    Kindly time-stamp the enclosed duplicate copies of enclosed filings and return the same to the messenger for our records.

    Thank you for your assistance.

                              Sincerely yours,

                              EMILY J. BARNHART

EJB:JLM:bjc
Enclosures

cc: Lynn J. Alstadt, Esquire