IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>   Plaintiff,<br><br>   v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>   Defendant. | Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

### DEFENDANT ELECTRALLOY'S MOTION TO SEAL APPENDIX

Defendant, Electralloy, a division of G.O. Carlson, Inc. ("Electralloy"), by its undersigned counsel, moves the Court to file the accompanying two volume Appendix of Exhibits Relating to Defendant's Concise Statement of Material Facts In Support of Summary Judgment (the "Appendix") under seal. Pursuant to the Stipulated Protective Order executed by Plaintiff and Defendant on February 11, 2005, and February 7, 2005, respectively, and entered by the Court on February 17, 2005, the parties exchanged documents deemed Confidential and Attorney's Eyes Only. In support of Defendant's Concise Statement of Material Facts in Support of its Motion for Summary Judgment, Defendant has submitted the Appendix, which contains documents designated by the parties as Confidential and Attorney's Eyes Only. Accordingly, pursuant to protection of the Stipulated Protective Order, Defendant requests that

022664.00115/11470881v.1

the Court grant this request that the Appendix be filed under seal. A Proposed Form of Order is attached hereto.

Respectfully submitted,

BLANK ROME LLP

Dated: September 26, 2005     By: _____
Timothy D. Pecsenye
PA I.D. 51339
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6998
(215) 569-5500
Counsel for Defendant,
Electralloy, a division of G.O. Carlson, Inc

Emily Barnhart, Esquire
PA I.D. 84895
Jennifer L. Miller, Esquire
PA I.D. 91808
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103

022664.00115/11470881v.1