IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>　　　　Defendant. | Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

### ORDER

AND NOW on this 28th day of September 2005, upon consideration of Defendant Electralloy, a Division of G.O. Carlson, Inc.'s Motion to Seal, it is hereby ORDERED AND DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED that, pursuant to protection of the Stipulated Protective Order entered by the Court on February 17, 2005, Defendant's two volume Appendix of Exhibits Relating to Defendant's Concise Statement of Material Facts in Support of Summary Judgment shall be filed under seal.

BY THE COURT:

Maurice B. Cohill, Jr.
Senior United States District Judge

022664.00115/11470885v.1