## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, ) ) ) | |
| Plaintiff, ) ) | Civil Action No. 04-197(E) |
| v. ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, ) ) ) ) | Judge Cohill |
| Defendant. ) | |

### ORDER

AND NOW, to-wit, this 29th day of September, 2005, it is hereby ORDERED, ADJUDGED and DECREED, that Plaintiff's Motion for Leave to File Documents Under Seal is hereby GRANTED.

BY THE COURT:

_Maurice B. Cohill, Jr._ J.