

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>        Plaintiff,<br><br>v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>        Defendant. | Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

### DEFENDANT ELECTRALLOY'S MOTION TO SEAL APPENDIX

Defendant, Electralloy, a division of G.O. Carlson, Inc. ("Electralloy" or "Defendant"), by its undersigned counsel, moves the Court to file the accompanying Defendant's Concise Statement of Undisputed and Material Facts In Support of Its Motion for Summary Judgment and Defendant's Memorandum of Law In Support of Motion for Summary Judgment under seal. Defendant contests the existence of information in its Concise Statement of Material Facts and Memorandum of law that would be subject to designation as "attorneys eyes only" pursuant to the Stipulated Protective Order entered by the Court in this matter on February 17, 2005. Plaintiff Haynes International, Inc. ("Haynes" or "Plaintiff") believes that these documents should be filed under seal. Consequently, out of an abundance of caution, Defendant respectfully requests that the Court grant this request that its Concise Statement of Material Facts and Memorandum of Law In Support of Defendant's Motion for Summary Judgment be filed under seal, along with Defendant's two volume Appendix, which was submitted to the Court pursuant to a Motion to Seal dated September 27, 2005.

A Proposed Form of Order is attached hereto.

Respectfully submitted,

BLANK ROME LLP

Dated: September 28, 2005          By: *[signature]*
Timothy D. Pecsenye
PA I.D. 51339
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103-6998
(215) 569-5500
Counsel for Defendant,
Electralloy, a division of G.O. Carlson, Inc

Emily Barnhart, Esquire
PA I.D. 84895
Jennifer L. Miller, Esquire
PA I.D. 91808
BLANK ROME LLP
One Logan Square
Philadelphia, PA 19103

2

022664.00115/11470881v.1

## CERTIFICATE OF SERVICE

I, Emily J. Barnhart, hereby certify that on this 28th day of September, 2005, a true and correct copy of the foregoing MOTION TO SEAL was served on the attorneys for Plaintiff by Federal Express, addressed as follows:

> Lynn J. Alstadt, Esquire
> Bryan H. Opalko, Esquire
> BUCHANAN INGERSOLL PC
> One Oxford Centre
> 301 Grant Street
> Pittsburgh, Pennsylvania  15219

EMILY J. BARNHART