

Phone:   (215) 569-5494
Fax:     (215) 832-5494
Email:   Barnhart@blankrome.com

September 28, 2005

**BY FEDERAL EXPRESS®**

Clerk's Office
United States District Court
For the Western District of Pennsylvania
17 South Park Row
Erie, PA  16501

       Re:  Haynes International, Inc. v. Electralloy
            Civil Action No. 04-197(E)

Dear Sir or Madam:

    Enclosed for filing in the above-referenced action please find Defendant's Motion to Seal Defendant's Concise Statement of Facts and Memorandum of Law in Support of its Motion for Summary Judgment.  Defendant's Motion and supporting documents were filed with the Court yesterday.  Defendant now seeks to seal the Concise Statement of Facts and Memorandum of Law filed yesterday.

    Thank you for your assistance.

                               Sincerely yours,

                               EMILY J. BARNHART

EJB:JLM:bjc
Enclosures



```
Clerk's Office
September 26, 2005
Page 2
```

cc:  Lynn J. Alstadt, Esquire