IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation <br> Plaintiff, <br> v. <br> ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation <br> Defendant. | Civil Action No. 04-197(E) <br> JURY TRIAL DEMANDED <br> Judge Cohill |

## ORDER

AND NOW on this 30th day of September 2005, upon consideration of Defendant Electralloy, a Division of G.O. Carlson, Inc.'s, Motion to Seal Defendant's Concise Statement of Undisputed and Material Facts In Support of Its Motion for Summary Judgment and Defendant's Memorandum of Law In Support of Motion for Summary Judgment, it is hereby ORDERED AND DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED that, pursuant to protection of the Stipulated Protective Order entered by the Court on February 17, 2005, Defendant's Concise Statement of Facts (Doc #19) and Memorandum of Law in support of its Motion for Summary Judgment (Doc #18) shall be filed under seal.

BY THE COURT:

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

022664.00115/11470885v.1