## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS CONCISE STATEMENT OF UNDISPUTED AND MATERIAL FACTS IN <u>SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL</u>**

Plaintiff, Haynes International, Inc. ("Haynes"), by and through its undersigned counsel, hereby files this Motion for Leave to File Documents under Seal. In support of its Motion, Haynes avers as follows.

On September 27, 2005, Haynes filed a Motion for Partial Summary Judgment on Counts 1 and 2 of its Complaint. Haynes' supporting Brief and certain of the exhibits were filed under seal. Haynes' supporting Brief included a "Statement of Facts" section on pages 1-6. Haynes did not file a separate concise statement of undisputed and material facts.

In order for Defendant Electralloy to easily admit or deny each of the facts, Haynes is filing a separate Concise Statement of Undisputed and Material Facts. Haynes' Concise Statement of Undisputed and Material Facts mirrors the Statement of Facts found in Haynes' supporting Brief. Haynes is simply filing a separate Concise Statement of Undisputed and Material Facts so that Electralloy may admit or deny each fact pursuant to Local Rule 56.1.C.

Since Haynes' Concise Statement of Undisputed and Material Facts was taken from Haynes' supporting Brief which was filed under seal, Haynes' Concise Statement of Undisputed and Material Fact must also be filed under seal.

Accordingly, Haynes hereby moves this Court for an Order granting leave for Haynes to file the above-identified documents (Concise Statement of Undisputed and Material Facts) under seal. An appropriate form of Order is attached.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BUCHANAN INGERSOLL PC |
| Dated: October 4, 2005 | By: */s/ Bryan H. Opalko* |
|  | Lynn J. Alstadt |
|  | Pa. I.D. No. 23487 |
|  | Bryan H. Opalko |
|  | Pa. I.D. No. 86721 |
|  | BUCHANAN INGERSOLL PC |
|  | 301 Grant Street, 20th Floor |
|  | Pittsburgh, PA  15219-1410 |
|  | Phone:  412-562-1632 |
|  | Fax:  412-562-1041 |
|  | Attorneys for Plaintiff |

# **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 4th day of October, 2005, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS CONCISE STATEMENT OF UNDISPUTED AND MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT UNDER SEAL was served on the attorneys for Defendant by first class mail, postage prepaid, addressed as follows:

>Timothy D. Pecsenye, Esquire
>Emily Barnhart, Esquire
>Jennifer L. Miller, Esquire
>BLANK ROME LLP
>One Logan Square
>18th and Cherry Streets
>Philadelphia, PA  19103

>/s/ Bryan H. Opalko
>Bryan H. Opalko