**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

## **ORDER**

AND NOW, to-wit, this _____ day of October, 2005, it is hereby ORDERED, ADJUDGED and DECREED, that Plaintiff's Motion for Leave to File Its Concise Statement of Undisputed and Material Facts in Support of Its Motion for Summary Judgment under Seal is hereby GRANTED.

BY THE COURT:

_____J.