## Opalko, Bryan

**From:** Opalko, Bryan
**Sent:** Wednesday, October 05, 2005 5:22 PM
**To:** 'Barnhart, Emily J.'
**Subject:** Haynes v. Electralloy

Emily,

We cannot locate the amended interrogatory answers and verification. Could you please resend them.

Also, in the event you file a motion to extend your response date, please add the following statement regarding our position, which is in line with our discussion:

"Because the original order contemplates the simultaneous filing of motions, responses and replies, Plaintiff consents to extending the response date for both parties, but opposes any motion to extend only Defendant's response date. It would be unfair for Defendant to have the benefit of Plaintiff's response in preparing its own response."

Thanks,
Bryan

Bryan H. Opalko
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
phone: (412) 562-1893
fax: (412) 562-1041
e-mail: opalkobh@bipc.com
www.buchananingersoll.com



EXHIBIT A

10/6/2005