IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., ) <br> a Delaware corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELECTRALLOY, a Division of G.O. ) <br> CARLSON, INC., ) <br> a Pennsylvania corporation ) <br> ) <br> Defendant. ) | Civil Action No. 04-197(E) <br><br> JURY TRIAL DEMANDED <br><br> Judge Cohill |

## ORDER AMENDING CASE MANAGEMENT ORDER

AND NOW, this _____ day of June, 2005,

IT IS ORDERED that the Joint Motion to Extend the Discovery Cut Off and to Amend Case Management Order is granted.

IT IS FURTHER ORDERED that paragraphs 5, 6, 7 and 12 of the Case Management Order dated October 18, 2004, and amended by the Order dated March 17, 2005, are hereby further amended as follows:

5.   The parties shall complete discovery on or before September 6, 2005. All interrogatories, depositions, requests for admissions and requests for production shall be served within sufficient time to allow responses to be completed prior to the close of discovery.

6.   The parties shall file motions for judgment on the pleadings, for summary judgment, or to dismiss, if appropriate, on or before September 27, 2005. All such motions shall be accompanied by a brief. Responses to such motions shall be accompanied by briefs and filed on or before October 11, 2005. Any reply briefs shall be due five (5) days thereafter.

EXHIBIT B

7.    If the parties do file motions for judgment on the pleadings, for summary judgment, or to dismiss, plaintiff's pretrial narrative statement shall comply with Local Rule 16.1.4A and be filed on or before October 11, 2005. Counsel shall specify the material facts including damages to be proved at trial. Proof of material facts not specified may be excluded at trial upon objection or by the Court *sua sponte*.

* * *

12.    If the case is not to be decided on dispositive motions, the case shall be called for trial in _____. Counsel are instructed to review the provisions of Local Rule 16.1.

All other portions of the Case Management Order dated October 18, 2004, shall remain in effect.

Maurice B. Cohill, Jr.<br>
Senior United States District Judge

cc: counsel of record