IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) | Judge Cohill |
| Defendant. | ) ) | |

## **ORDER**

AND NOW, to-wit, this _____ day of October, 2005, upon consideration of Defendant's Motion for a Four-Day Extension of Time to Oppose Plaintiff's Motion for Partial Summary Judgment, and Plaintiff's Response thereto, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is GRANTED IN PART.

It is further ORDERED that the Parties' responses to Motions for Summary Judgment shall be filed on or before October 15, 2005. Any reply briefs shall be due five (5) business days thereafter.

BY THE COURT:

_____J.