IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>Defendant. | )<br>)<br>)<br>) Civil Action No. 04-197(E)<br>) JURY TRIAL DEMANDED<br>) Judge Cohill<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW on this 6TH day of October 2005, upon consideration of Defendant Electralloy, a Division of G.O. Carlson, Inc.'s, Motion For Four-Day Extension of Time to Oppose Plaintiff's Motion For Partial Summary Judgment, it is hereby ORDERED AND DECREED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant's opposition to Plaintiff's Motion For Partial Summary Judgment is due on or before Friday, October 14, 2005.

BY THE COURT:

_/s/ Maurice B. Cohill, Jr._

Maurice B. Cohill, Jr.
Senior United States District Judge

022664.00115/11473528v.1