**HAYNES**
International

# For More Information Contact:

| | | | | |
|---|---|---|---|---|
| Kokomo, Indiana 46904-9013<br>1020 W. Park Avenue<br>P.O. Box 9013<br>Tel: 765-456-6012<br>   800-354-0806<br>FAX:765-456-6905 | Houston, Texas 77041<br>The Northwood Industrial Park<br>12241 FM 529<br>Tel: 713-937-7597<br>   800-231-4548<br>FAX:713-937-4596 | Anaheim, California 92806<br>Stadium Plaza<br>1520 South Sinclair Street<br>Tel: 714-978-1775<br>   800-531-0285<br>FAX:714-978-1743 | Windsor, Connecticut 06095<br>430 Hayden Station Road<br>Tel: 860-688-7771<br>   800-426-1963<br>FAX:860-688-5550 | Arcadia, Louisiana 71001-9701<br>3786 Second Street<br>Route 1 Box 8<br>Tel: 318-263-9571<br>   800-648-8823<br>FAX:318-263-8088 |
| **England**<br>Haynes International, Ltd<br>P.O. Box 10<br>Parkhouse Street<br>Openshaw<br>Manchester. M11 2ER<br>Tel: 44-161-230-7777<br>FAX:44-161-223-2412 | **France**<br>Haynes International, S A R L<br>Boite Postale 303<br>95617 CERGY PONTOISE<br>Cedex<br>Tel: 33-1-34-48-3100<br>FAX: 33-1-30-37-8022 | **Switzerland**<br>Nickel-Contor, AG<br>Hohlstrasse 534<br>CH-8048 Zurich<br>Tel: 41-1-434-7080<br>FAX:41-1-431-8787 | **Italy**<br>Haynes International, S R L<br>Viale Brianza, 8<br>20127 Milano<br>Tel: 39-02-2614-1331<br>FAX: 39-02-282-8273 | **Singapore**<br>Haynes Pacific PTE LTD<br>15 McCallum Street<br>#05-03 Natwest Centre<br>Singapore 069045<br>Tel: 65-6-222-3213<br>FAX: 65-6-222-3280 |
| **China**<br>Haynes International, Inc<br>Jiuski Tower, Suite 803<br>28 Zhongshan Rd (S)<br>Shanghai P.R 200010<br>Tel: 86-21-6330-2399<br>FAX: 86-21-6330-5298 | | | | |

HAYNES, HASTELLOY, MULTIMET, C-22, C-2000, B-3, G-50, G-30, ULTIMET, HR-120, HR-160, 214, 230, 242, 556 and 625SQ are trademarks of Haynes International, Inc.

www.haynesintl.com

# HAYNES® and HASTELLOY® High Performance Alloys

**HAYNES**
International

## High Temperature Alloys   Nickel-Base

| Alloy | Ni[a] | Co | Fe | Cr | Mo | W | Mn | Si | Al | Ti | C | B | Cu | Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | 67 | 2.5* | 5 | 1* | 28 | - | 1* | 1* | - | - | 0.05* | - | 0.5* | V-0.3 |
| S | 67 | 2* | 3* | 16 | 15 | 1* | 0.5 | 0.4 | 0.25 | - | 0.02* | 0.015* | - | La-0.02 |
| W | 63 | 2.5* | 6 | 5 | 24 | - | 1* | 1* | - | - | 0.12* | - | - | V-0.6* |
| X | 47 | 1.5 | 18 | 22 | 9 | 0.6 | 1* | 1* | - | - | 0.10 | 0.008* | - | - |
| Waspaloy | 58 | 13.5 | 2* | 19 | 4.3 | - | 0.1* | 0.15* | 1.5 | 3 | 0.08 | 0.006 | 0.1* | Zr-0.05 |
| R-41 | 52 | 11 | 5* | 19 | 10 | - | 0.1* | 0.5* | 1.5 | 3.1 | 0.09 | 0.006 | - | - |
| 75 | 76 | - | 5* | 20 | - | - | 1* | 1* | - | 0.4 | 0.11 | - | 0.5* | - |
| HR-160® | 37 | 29 | 2* | 28 | 1* | 1* | 0.5 | 2.75 | - | 0.5 | 0.05 | - | - | - |
| 214™ | 75 | - | 3 | 16 | - | - | 0.5* | 0.2* | 4.5 | - | 0.05 | 0.01* | - | Zr-0.1*, Y-0.01 |
| 230® | 57 | 5* | 3* | 22 | 2 | 14 | 0.5 | 0.4 | 0.3 | - | 0.10 | 0.015* | - | La-0.02 |
| 242™ | 65 | 1* | 2* | 8 | 25 | - | 0.8* | 0.8* | 0.5* | - | 0.03* | 0.006* | 0.5* | - |
| 263 | 52 | 20 | 0.7* | 20 | 6 | - | 0.6* | 0.4* | 0.6* | 2.4* | 0.06 | - | 0.2* | - |
| 617 | 54 | 12.5 | 1 | 22 | 9 | - | - | - | 1.2 | 0.3 | 0.07 | - | - | - |
| 625 | 62 | 1* | 5* | 21 | 9 | - | 0.5* | 0.5* | 0.4* | 0.4* | 0.10* | - | - | Cb+Ta-3.7 |
| 625SQ® | 62 | 1* | 5* | 21 | 9 | - | 0.5* | 0.15* | 0.4* | 0.4* | 0.03* | - | - | Cb+Ta-3.7, N-0.02* |
| 718 | 52 | 1* | 19 | 18 | 3 | - | 0.35* | 0.35* | 0.5 | 0.9 | 0.05 | 0.004 | 0.1* | Cb+Ta-5.0 |
| X-750 | 70[b] | 1* | 8 | 16 | - | - | 0.35* | 0.35* | 0.8 | 2.5 | 0.08* | - | 0.5* | Cb+Ta-1.0 |

*Maximum     [a]As balance     [b]Minimum

H-1031K

EXHIBIT K

## High Temperature Alloys — Cobalt-Base

| Alloy | Co[a] | Ni | Fe | Cr | Mo | W | Mn | Si | C | Others |
|---|---|---|---|---|---|---|---|---|---|---|
| 6B | 58 | 2.5 | 3* | 30 | 1.5* | 4 | 1.4 | 0.7 | 1 | - |
| 25 | 51 | 10 | 3* | 20 | - | 15 | 1.5 | 0.4* | 0.10 | - |
| 188 | 39 | 22 | 3* | 22 | - | 14 | 1.25* | 0.35 | 0.10 | La-0.03 |

## High Temperature Alloys — Iron-Base

| Alloy | Fe[a] | Ni | Co | Cr | Mo | W | Mn | Si | Al | N | C | Others |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MULTIMET® | 30 | 20 | 20 | 21 | 3 | 2.5 | 1.5 | 1* | - | 0.15 | 0.12 | Cb + Ta-1.0 |
| 556™ | 31 | 20 | 18 | 22 | 3 | 2.5 | 1 | 0.4 | 0.2 | 0.20 | 0.10 | Ta-0.6, Zr-0.02, La-0.02 |
| HR-120® | 33 | 37 | 3* | 25 | 2.5* | 2.5* | 0.7 | 0.6 | 0.1 | 0.20 | 0.05 | Cb-0.7, B-0.004 |

## Titanium Alloys

| Alloy | Ti[a] | Al | V | Fe | Sn | Cr | C | N | O | H |
|---|---|---|---|---|---|---|---|---|---|---|
| Ti-3Al-2.5V | 94 | 3 | 2.5 | 0.25* | - | - | 0.05* | 0.02* | 0.12* | ** |

## Corrosion-Resistant Alloys — Nickel-Base

| Alloy | Ni[a] | Co | Fe | Cr | Mo | W | Mn | Si | C | Cu | Others |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B-2 | 69 | 1* | 2* | 1* | 28 | - | 1* | 0.1* | 0.01* | - | - |
| B-3® | 65[b] | 3* | 1.5 | 1.5 | 28.5 | 3* | 3* | 0.1* | 0.01* | - | Al-0.5*; Ti-0.2* |
| C-4 | 65 | 2* | 3* | 16 | 16 | - | 1* | 0.08* | 0.01* | - | Ti-0.7* |
| C-2000® | 59 | 2* | 3* | 23 | 16 | - | - | 0.08* | 0.01* | 1.6 | - |
| C-22® | 56 | 2.5* | 3 | 22 | 13 | 3 | 0.5* | 0.08* | 0.01* | - | V-0.35* |
| C-276 | 57 | 2.5* | 5 | 16 | 16 | 4 | 1* | 0.08* | 0.01* | - | V-0.35* |
| D-205™ | 65 | - | 6 | 20 | 2.5 | - | - | 5 | 0.03* | 2 | - |
| G-30® | 43 | 5* | 15 | 30 | 5.5 | 2.5 | 1.5* | 0.8* | 0.03* | 2 | Cb-0.8 |
| G-35™ | 58 | 1* | 2* | 33.2 | 8.1 | - | 0.5* | 0.6* | 0.05* | 0.3* | - |
| G-50® | 50 | 2.5* | 17.5 | 20 | 9 | 1* | 1* | 1* | 0.02* | 0.50* | Al-0.4; Cb-0.5 |
| N | 71 | 0.2* | 5* | 7 | 16 | 0.5* | 0.8* | 1* | 0.08* | 0.35* | Al+Ti-0.5* |

## Corrosion-Resistant Alloys — Cobalt-Base

| Alloy | Co[a] | Ni | Fe | Cr | Mo | W | Mn | Si | C | N |
|---|---|---|---|---|---|---|---|---|---|---|
| ULTIMET® | 54 | 9 | 3 | 26 | 5 | 2 | 0.8 | 0.3 | 0.06 | 0.08 |

*Maximum     ** Varies with specifications     [a]As balance     [b]Minimum