## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HAYNES INTERNATIONAL, INC.,  )
    a Delaware corporation,  )
                          )
          Plaintiff,  )     Civil Action No. 04-197(E)
                          )
        v.  )     JURY TRIAL DEMANDED
                          )
ELECTRALLOY, a Division of G.O.  )
CARLSON, INC.,  )     Judge Cohill
    a Pennsylvania corporation,  )
                          )
         Defendant.  )

### SECOND DECLARATION OF PAUL MANNING

1.    I am Director of Marketing for Haynes International, Inc. ("Haynes"), and have held that position for the past four years. I am the same Paul Manning who submitted a declaration dated September 26, 2005.

2.    Haynes has advertised and marketed 36 alloys during the past six years. Most of Haynes' marketing efforts involve more than one alloy. The average of Haynes' annual advertising and marketing expenses during the past six years is $1,440,000.00. Most of those efforts involved C-22 alloy. If you divide Haynes total marketing and advertising expenses by the 36 alloys Haynes makes (even though C-22 alloy is and has been for the past six years in the top 10 in sales of all Haynes' 36 alloys) it comes out to $40,000.00 per year in advertising and marketing expenses for C-22 alloy.

3.    Whenever Haynes discovers a third party misusing C-22 or another of its trademarks or using C-22 and another Haynes trademark on products not made by Haynes, the company notifies the third party of the infraction and demands correction. When I learned of



EXHIBIT
L

1.

uses of C-22 or C22 by others identified by counsel for Electralloy, I instructed our counsel to contact those parties and demand that the misuse of the trademark be stopped or corrected. Attached is a list of companies and their responses along with the correspondence which is identified on that list. The list also identifies those companies who are Haynes' customers and have purchased the C-22 alloy from Haynes. All but one of the notified companies that does business in the United States have corrected their mistakes. They either withdrew or corrected their web pages, brochures, or other materials in which C-22 was improperly used. Those who have continued to use C-22 are Haynes customers who buy C-22 alloy from Haynes. All have added a notice to their publications which says C-22 is a registered trademark of Haynes International. We are in the process of instituting legal action against the one company that said they will continue to use C22. One foreign company has yet to respond.

4.      Also attached is a product sheet from Arcos Industries. Arcos sells welding rod within UNS No. N06022. Arcos has purchased the alloy used for these welding rods from manufacturers other than Haynes. Arcos does not use C-22 or any Haynes trademark to identify this alloy composition. Arcos uses the designation Alloy 22. Indeed, it is common practice for resellers of alloy products within UNS No. N06022 who purchase the alloy from several manufacturers to use Alloy 22 or UNS No. N06022 to identify products the sell which have this alloy composition.

I declare that the foregoing is true and correct, that all statements made on information and belief are believed to be true; and further that these statements were made with the

knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code.

Date:  October10, 2005

_____
Paul Manning

# Haynes International, Inc. v. Electralloy

## Companies Misusing C-22

| Company/Contact | Date of Letter | Date of Response | Haynes Customer | Produced |
|---|---|---|---|---|
| Allegheny Technologies Inc.<br><br>Patrick J. Viccaro, Esq. | 9/9/05 | 9/20/05<br><br>Website corrected | | HE 00687-696 |
| Bartalini Comm. Agt<br><br>Francesco Bartalini | 9/13/05 | | possible customer | HE 00697-703 |
| Cbol Corporation<br><br>S. Don Kim, President/CEO | 9/12/05 | 9/13/05<br><br>Website corrected | | HE 00704-716 |
| Corrosion Materials<br><br>Ron Campbell | 4/25/05<br>9/9/05 | 4/28/05<br>9/12/05<br><br>Corrected | yes | HE 00717-740 |
| Fast Alloys | | Website corrected | | HE 00741-743 |

| Company/Contact | Date of Letter | Date of Response | Haynes Customer | Produced |
|---|---|---|---|---|
| Fisher-Rosemount Systems, Inc.<br><br>Tom Snead, President | 9/13/05 | 9/28/05<br><br>All distribution of paper has ceased. | yes | HE 00744-765 |
| High Performance Alloys, Inc.<br><br>Russell W. Kirchner, President | 9/12/05 | 9/28/05<br><br>Initiating corrections | yes | HE 00766-776 |
| Instrument Associates, Inc.<br><br>Jay P. Fregeau, CEO | 9/12/05 | 9/29/05<br><br>Website corrected | | HE 00777-784 |
| J.M. Canty, Inc.<br><br>Thomas Canty, President | 9/12/05 | 9/19/05<br><br>Will continue to use industry accepted name "C22" | yes | HE 00785-794 |
| Marphil, International | 9/9/05 | 9/13/05<br><br>Initiating corrections | | HE 00795-796 |

| Company/Contact | Date of Letter | Date of Response | Haynes Customer | Produced |
|---|---|---|---|---|
| National Specialty Alloys, Inc.<br><br>Lane Cobden, President | 9/13/05 | 9/14/05<br><br>Website corrected | | HE 00797-805 |
| Newman Flange & Fitting Co.<br><br>Steve Bisset, President | 9/12/05 | Website corrected | yes | HE 00806-810 |
| Oxford Alloys, Inc.<br><br>Mark Ashworth, CEO | 9/12/05 | 9/29/05<br><br>Initiating corrections to website | yes | HE 00811-816 |
| Penn Machine Works, Inc.<br><br>Ronald Lafferty, President | 9/12/05 | 9/21/05<br><br>Website corrected | yes | HE 00817-834 |
| TW Metals, Inc.<br><br>Jack Elrod, President/CEO | 9/12/05 | 9/26/05<br><br>Website corrected<br>Brochures will be corrected no later than 1/1/06 | yes | HE 00835-853 |

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

September 9, 2005

Patrick J. Viccaro, Esq.
Allegheny Technologies Incorporated
1000 Six PPG Place
Pittsburgh, Pennsylvania 15222-5479

Dear Pat:

This is further to our telephone conversation concerning the C-22 trademark of Haynes International. Enclosed is a copy web pages of ATI/Allvac Allegheny Technologies in which Nickelvac C 22 appears. During our telephone discussion you agreed that ATI Allvac should not be using C 22 on its website because C-22 is a registered trademark of Haynes International. You assured me that these web pages would be changed to eliminate the use of C 22.

I appreciate your cooperation and prompt attention to this matter.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

**HE 00687**



| Search: |

Products        About Us        Careers        Contact

## Nickel-Base

Nickelvac® 400
Nickelvac K-500
Nickelvac H-X
**Nickelvac C 22**
Allvac Allcorr®
Nickelvac 600
Nickelvac 601
Nickelvac 625
Nickelvac 690
Allvac Waspaloy®
Allvac Rene 41®
Nickelvac 80 A
Nickelvac N-90
Allvac M-252
Nickelvac C-263
Allvac 718
Allvac 718-OP ®
Nickelvac W-722
Nickelvac X-750
Nickelvac X-751
Allvac 330
Nickelvac 800 & 800 H
Nickelvac 825
Allvac 706
Nickelvac 901
Nickelvac H-N
Nickelvac H-W
Nickelvac C-276
Nickelvac HB-2
Allvac Astroloy™
Allvac 520
Allvac 720
Allvac 35N
Nickelvac L-605
Allvac TJA-1537™

## Nickelvac® C 22 (UNS-N06022)

### Composition

| Compound | C | Co | Cr | Fe | Mn | Mo | Ni | P | Si | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| nominal wt. % | 0.07 | 1.2 | 21.2 | 4.0 | 0.2 | 13.5 | rem | 0.01 | 0.04 | 0.17 | 3.0 |

### Mechanical Properties

| | |
|---|---|
| Density lb/in3 (g/cm3) | 0.290 (8.02) |
| Metallurgical Condition | 2,050 °F anneal |
| Tensile Strength, ksi (MPa) | 115 (793) |
| 0.2% Yield Strength, ksi (MPa) | 50 (345) |
| Elongation, % | 60 |
| Reduction in Area, % | 70 |
| Typical Hardness | 85 HRB |

Typical room temperature mechanical properties.

The information, data, and specifications presented here are representative only, and are not guaranteed values. Material or product applications described herein are solely for illustrative purposes and should not be construed as express or limited warranties for fitness for these or other applications.

Data are typical and should not be construed as maximum or minimum values for specification or for final design. Data on any particular piece of material may vary from those shown herein.

Products | About Us | Careers | Contact

**HE 00688**



**ATI** Allvac
Allegheny Technologies

| Search:

Products        Accreditations        About Us        Careers        Contact

*Specialty Materials That Make Our World ™*

# Nickel-Base Superalloys

## Products

- **Nickel-Base Superalloys**
- Titanium and Titanium-Base Alloys
- Specialty Steel



| Allvac Designation | Applications | Specifications |
|---|---|---|
| Nickelvac® 400<br><br>UNS-N04400 | Nickel-Copper solid solution alloy. Equipment for mineral acids, brines, alkalis, offshore engineering, marine applications. | AMS 4675, 4730. ASTM B 127, B 164, B 564. |
| Nickelvac K-500<br><br>UNS-N05500 | Pump and drive shafts, impellers, valve components, springs, fasteners, oil well packers, subsurface safety valves. | AMS 4676. ASTM F 467, F 468. |
| Nickelvac H-X<br><br>UNS-N06002 | Engines, furnaces, combustion chamber liners, nozzles, vanes, rings, turbine exhaust weldments, structural parts. | AMS 5754. ASTM B 435, B 572. |
| Nickelvac C 22<br><br>UNS-N06022 | Pressure vessels, pumps, valves, HX tubing and piping for the CPI and HPI. Trays, flanges, fasteners, wire, screens. | ASTM B 564, B 574, B 575, B 619, B 622, B 626. |
| Allvac Allcorr®<br><br>UNS-N06110 | Equipment for deep sour gas wells, flue gas desulfurization, chemical and hydrocarbon processing, and pulp & paper. | ASTM B 564, B 755, B 756, B 757, B 758, B 759. |
| Nickelvac 600<br><br>UNS-N06600 | Turbines, engines, nuclear reactor applications, chemical process equipment, high temperature fixtures. | AMS 5665. MIL-N-23229; ASTM B 166, B 167. |
| Nickelvac 601<br><br>UNS-N06601 | Weld wire, woven wire mesh belts, rod for heat treat baskets, heat treat fixtures. | AMS 5715, 5870. ASTM B 166, B 167, B 168. |
| Nickelvac 625<br><br>UNS-N06625 | Engines, nozzles, combustion and FGD systems, afterburner and spray bars, CPI & nuclear pumps, heat exchangers, | AMS 5666. EB 2949; ASTM B 444, B 446 |

**HE 00689**

| | tubing. | |
|---|---|---|
| Nickelvac 690<br><br>UNS-N06690 | Commercial and naval nuclear applications, steam generator tubing. | ASTM B 163, B 166, B 167, B 168. |
| Allvac Waspaloy®<br><br>UNS-N07001 | Turbine compressor blades and discs, shafts, spacers, fasteners, miscellaneous jet engine hardware | AMS 5704, 5706, 5707, 5708. ASTM B 637. |
| Allvac Rene 41®<br><br>UNS-N07041 | Jet and rocket engines, torque rings, afterburners, hardware. | AMS 5712, 5713. |
| Nickelvac 80 A<br><br>UNS-N07080 | Components for gas turbine engines, exhaust valve stock for internal combustion engines, high temperature bolts & fasteners. | ASTM B 637. |
| Nickelvac N-90<br><br>UNS-N07090 | Turbine blades and other jet engine components. Valves for internal combustion engines. | AMS 5829. SAE J 775 |
| Allvac M-252<br><br>UNS-N07252 | Turbine blades, fasteners, and high temperature bolting. | AMS 5756, 5757. ASTM B 637. |
| Nickelvac C-263<br><br>UNS-N07263 | Ring components in jet engines. | AMS 5886, 5966. |
| Allvac 718<br><br>UNS-N07718 | Jet engines, turbines, fasteners, nuclear reactors. | AMS 5662, 5663, 5664. MIL-N-24469, RDT M2-18T, ASTM B 637. |
| Allvac 718-OP ®<br><br>UNS-N07718 | Turbines and engines, fasteners, sub-surface safety valves, hot extrusion tooling, nuclear reactors. | AMS 5662, 5663, 5664. MIL-N-24469, RDT M2-18T, ASTM B 637. |
| Allvac® 718Plus™ | Jet Engine, Power Turbine, Space, and Tooling | Allvac 718Plus Billet & Bar Specification, AMS |

HE 00690

| UNS-N07818 | markets | F.4.7 (Work Item Initiated Apr05). |
|---|---|---|
| Nickelvac W-722<br><br>UNS-N07722 | Ring components in jet engines. | AMS 5714. |
| Nickelvac X-750<br><br>UNS-N07750 | Turbine, engine components. Blades, vanes, fasteners, springs, bellows. Extrusion dies, nuclear, heat treating, forming tools. | AMS 5667, 5668, 5669, 5670, 5671. MIL-N-24114, ASTM B 637. |
| Allvac X-751®<br><br>UNS-N07751 | Components for gas turbine engines, exhaust valve stock for internal combustion engines. | SAE J775 (HEV-3). |
| Allvac 330<br><br>UNS-N08330 | Weld wire, woven wire mesh belts, rod for heat treat baskets, heat treat fixtures. | AMS 5592, 5716. ASTM B 511, B 512, B 535, B 536, B 739. |
| Nickelvac 800 & 800 H<br><br>UNS-N08800 & N08810 | Corrosion-resistant alloy for petrochemical and food processing equipment, tubing, heat exchangers, and furnaces. | AMS 5766, 5871; ASTM B 163, B 407, B 408, B 409 B 515, B 564. |
| Nickelvac 825<br><br>UNS-N08825 | Downhole tubulars for deep, corrosive wells. Pollution control , scrubber, and radwaste systems. CPI process piping systems. | ASTM B 163, B 423, B 424, B 425, B 704. |
| Allvac 706<br><br>UNS-N09706 | Land based turbine wheels and spacers. Jet engine components. | AMS 5605, 5606, 5701, 5702, 5703. |
| Nickelvac 901<br><br>UNS-N09901 | Turbine discs and shafts, compressor blades and discs, high temperature bolting, high-temperature devices, cryogenics. | AMS 5660, 5661. |
| Nickelvac 925<br><br>UNS-N09925 | Oil and gas well applications, fasteners, CPI pressure vessel and piping systems, marine components. | NACE MR0175. |
| Nickelvac H-N | Turbine gas sealing | AMS 5771. ASTM B |

**HE 00691**

| | | |
|---|---|---|
| UNS-N10003 | components. | 434, B 573. |
| Nickelvac H-W<br><br>UNS-N10004 | Aerospace rings, forgings, weld wire. | AMS 5755. ASME SFA5.14 (ERNiMo-3), AWS A5.14 (ERNiMo-3). |
| Nickelvac C-276<br><br>UNS-N10276 | Pressure vessels, pumps, valves, HX tubing and piping for the CPI and HPI. Trays, flanges, fasteners, wire, screens. | ASTM B 574, B 622. |
| Nickelvac HB-2<br><br>UNS-N10665 | Vessels, pumps, valves, piping systems for the production of hydrochloric, sulfuric, acetic, and phosphoric acids. | ASTM B 333, 335, 622 |
| Allvac Astroloy™<br><br>UNS-N13017 | Discs, rings, bolts for gas turbines. | AMS 5851, 5852, 5882. |
| Allvac 520 | Land based gas turbine blades. | GGC-0005, -1005. |
| Allvac 720 | Wheels, jet engine turbine disks and blades. | MASS7252, MSRR 7252 EMS 73105. |
| Allvac 35N<br><br>UNS-R30035 | Aircraft fasteners. Line wire for down-hole instrumentation. Biomedical devices, high fatigue strength applications. | AMS 5758. ASTM F 562, ISO 5832-6. |
| Nickelvac L-605<br><br>UNS-R30605 | Cobalt-base alloy for high-strength, high fatigue applications. Fasteners, jet engine components, medical and surgical devices. | AMS 5759. ASTM F 90, ISO 5832-5. |
| Allvac TJA-1537™<br><br>UNS-R31537 & R31538 | Cobalt-base alloy for machined and forged medical and surgical devices requiring high fatigue strength; total joint replacement. | ASTM F 1537; ISO 5832-12. |

HE 00692

Products | About Us | Careers | Contact

HE 00693



**Allegheny Technologies**

Specialty Materials That Make Our World

1000 Six PPG Place, Pittsburgh, PA 15222-5479
phone: 412.394.2839   fax: 412.394.3010
e-mail: pviccaro@alleghenytechnologies.com

*Patrick J. Viccaro*
Assistant General Counsel -
Intellectual Property and Technology

September 20, 2005

RECEIVED
SEP 22 2005
BUCHANAN INGERSOLL, PC

Lynn J. Alstadt, Esquire
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

Re:   Haynes C-22 Trademark

Dear Lynn:

Thank you for your letter of September 9, 2005.  The policy of Allegheny Technologies and its operating companies, such as ATI Allvac, is to respect the intellectual property rights of others, as we expect others to respect our rights.

This is to confirm that ATI Allvac's website no longer refers to the "C-22" trademark.  ATI Allvac's use on its web pages was inadvertent and unintentional. The web pages have been changed.

Enclosed are copies of the current web pages for your convenience.

Regards,

Patrick J. Viccaro

PJV/ele

Enclosures

HE 00694



| Search: | [        ] [Enter] |

**Products**    **Accreditations**    **About Us**    **Careers**    **Contact**

*Specialty Materials That Make*
*Our World ™*

## Nickel-Base Superalloys

## Products

- Nickel-Base Superalloys
- Titanium and Titanium-Base Alloys
- Specialty Steel



| Allvac Designation | Applications | Specifications |
|---|---|---|
| Nickelvac® 400<br><br>UNS-N04400 | Nickel-Copper solid solution alloy. Equipment for mineral acids, brines, alkalis, offshore engineering, marine applications. | AMS 4675, 4730. ASTM B 127, B 164, B 564. |
| Nickelvac K-500<br><br>UNS-N05500 | Pump and drive shafts, impellers, valve components, springs, fasteners, oil well packers, subsurface safety valves. | AMS 4676. ASTM F 467, F 468. |
| Nickelvac H-X<br><br>UNS-N06002 | Engines, furnaces, combustion chamber liners, nozzles, vanes, rings, turbine exhaust weldments, structural parts. | AMS 5754. ASTM B 435, B 572. |
| Nickelvac 22<br><br>UNS-N06022 | Pressure vessels, pumps, valves, HX tubing and piping for the CPI and HPI. Trays, flanges, fasteners, wire, screens. | ASTM B 564, B 574, B 575, B 619, B 622, B 626. |
| Allvac Allcorr<br><br>UNS-N06110 | Equipment for deep sour gas wells, flue gas desulfurization, chemical and hydrocarbon processing, and pulp & paper. | ASTM B 564, B 755, B 756, B 757, B 758, B 759. |
| Nickelvac 600<br><br>UNS-N06600 | Turbines, engines, nuclear reactor applications, chemical process equipment, high temperature fixtures. | AMS 5665. MIL-N-23229; ASTM B 166, B 167. |
| Nickelvac 601<br><br>UNS-N06601 | Weld wire, woven wire mesh belts, rod for heat treat baskets, heat treat fixtures | AMS 5715, 5870. ASTM B 166, B 167, B 168. |
| Nickelvac 625<br><br>UNS-N06625 | Engines, nozzles, combustion and FGD systems, afterburner and spray bars, CPI & nuclear pumps, heat exchangers, | AMS 5666. EB 2949; ASTM B 444, B 446. |

Allvac: An Allegheny Technologies Company



| Search: [          ] [search]

**Products**          **About Us**          **Careers**          **Contact**

## Nickel-Base

Nickelvac® 400
Nickelvac K-500
Nickelvac H-X
**Nickelvac 22**
Allvac Allcorr®
Nickelvac 600
Nickelvac 601
Nickelvac 625
Nickelvac 690
Allvac Waspaloy®
Allvac Rene 41®
Nickelvac 80 A
Nickelvac N-90
Allvac M-252
Nickelvac 263
Allvac 718
Allvac 718-OP ®
Nickelvac W-722
Nickelvac X-750
Nickelvac X-751
Allvac 330
Nickelvac 800 & 800 H
Nickelvac 825
Allvac 706
Nickelvac 901
Nickelvac H-N
Nickelvac H-W
Nickelvac 276
Nickelvac HB-2
Allvac Astroloy™
Allvac 520
Allvac 720
Allvac 35N
Nickelvac L-605
Allvac TJA-1537®;

### Nickelvac® 22 (UNS-N06022)

#### Composition

| Compound | C | Co | Cr | Fe | Mn | Mo | Ni | P | Si | V | W |
|---|---|---|---|---|---|---|---|---|---|---|---|
| nominal wt. % | 0.07 | 1.2 | 21.2 | 4.0 | 0.2 | 13.5 | rem | 0.01 | 0.04 | 0.17 | 3.0 |

#### Mechanical Properties

| | |
|---|---|
| Density lb/in3 (g/cm3) | 0.290 (8.02) |
| Metallurgical Condition | 2,050 °F anneal |
| Tensile Strength, ksi (MPa) | 115 (793) |
| 0.2% Yield Strength, ksi (MPa) | 50 (345) |
| Elongation, % | 60 |
| Reduction in Area, % | 70 |
| Typical Hardness | 85 HRB |

Typical room temperature mechanical properties.

The information, data, and specifications presented here are representative only, and are not guaranteed values. Material or product applications described herein are solely for illustrative purposes and should not be construed as express or limited warranties for fitness for these or other applications.

Data are typical and should not be construed as maximum or minimum values for specification or for final design. Data on any particular piece of material may vary from those shown herein.

---

Products | About Us | Careers | Contact

HE 00696

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

September 13, 2005

## VIA FACSIMILE AND FIRST CLASS MAIL

Mr. Francesco Bartalini
Bartalini Comm. Agt
Medaglie D'oro 79 55043
Lido Di Camaiore (Lucca)
Italy

Re:    **Use of Haynes Trademarks**

Dear Mr. Bartalini:

We represent Haynes International, Inc. As you may know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

It has come to our attention from the enclosed web pages that your company has been offering to sell pipe and tubing that you identify as C-22. If this material was manufactured by Haynes International, Inc. you may identify the material using the Haynes C-22 trademark. If the material was made by another manufacturer, you may not use C-22. The ® designation should appear as a superscript adjacent to the end of the trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "C-22 is a registered trademark of Haynes International, Inc." The ® designations and notice are noted in red where they should appear on the enclosed copies.

Use of the any web pages or any brochures in which the Haynes trademarks appear without those marks being identified as Haynes trademarks constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights.

Please provide your written assurances by September 30, 2005, that you will properly use Haynes trademarks in any future quotes or other documents you produce.

**HE 00697**

September 13, 2005
Page - 2 -

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00698



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP

Logout  *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR  Jump to record:

## 23 Records(s) found (This page: 1 ~ 23)

Refine Search  (Haynes)[ON] and (International)[ON] not (S   Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2  | 76434700 |         | 2B2 | TARR | LIVE |
| 3  | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4  | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5  | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6  | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7  | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8  | 76400932 |         | C-22HS | TARR | LIVE |
| 9  | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00699

Sign In - Join Free - Help - **Inquiry Basket**

**Alibaba.com** Winner: Forbes "Best of the Web"

← HOME

| Home | Trade Leads | Products | Companies | | China Gold Suppliers | Want to Buy? | Want to Sell? | MY Alibaba |

View Trade Leads - New Trade Leads - Post Trade Leads - Trade Leads Help - Free Trade Alerts

Search Trade Leads  [            ]  [Show All Valid ▾]  [Trade Lead Type ▾]  [Select Country or Territory ▾]

[🔍 Search]  Advanced Search

Home > Trade Leads > Construction & Real Estate > Pipe & Fittings > Aluminum Pipes

**Free Member\***

Trade Leads

Products

Company

Trust Profile

Post your buying leads

Subscribe to FREE Trade Alert

Printer-friendly Page

Forward this page

## Bartalini Francesco Comm.Agt

### ▣ Sell Aluminum Alloys Pipes [Italy]

Post Date: March 02, 2005    Expiry Date: March 31, 2005

We would be happy to quote the best FIRM PRICE for you for the following materials:

Pipe
Materials Grades/Alloys Size Ranges
Aluminum Alloys 6061-T6,6063-T6,5086, Seamless, Extruded, Construction Grades
Pipe Sizes from:
1/4 NPS to 12 NPS
Schedules from:
10 to 80
Stainless Steel 304,304L,316,316L,321,347,446, Seamless, Welded, As Welded, Brewery Quality Pipe Sizes from:
1/8 NPS to 24 NPS
Schedules from:
5 to 120
Nickel Alloys 200,400,600,601,625,800HT, C276, C-22, Alloy 20
Pipe Sizes from:
1/8 NPS to 8 NPS
Schedules from:
10 to 80
Carbon Line Pipe, Lacquered, Structural Pipe Sizes from:
1/8 to 12
Schedules from:
5 to 80

Standard lengths Aluminum 24' rls.
Standard lengths 17/24' rls.
Purchased to Applicable industry specifications.
Custom dimensional requirements available upon request.
Quantity: any

*C-22 is a registered trademark of Haynes International, Inc.*

**Related Supplier Leads**

Sell Aluminium Hoses
Gold Supplier  ✓ TrustPass®

Sell Aluminum Tubes
Gold Supplier  ✓ TrustPass®

Sell Pipe

Sell Aluminium Hose
Gold Supplier  ✓ TrustPass®

\* This member's information has NOT been authenticated or verified by Alibaba or any third party. Only Alibaba Gold Suppliers and TrustPass members have completed an authentication and verification procedure conducted by third-party credit agencies.

**HE 00700**



EC 0384

For more information on Alibaba Gold Supplier and TrustPass membership,
Click here

Add to Inquiry Basket    Inquire Now

How to trade safely?

### Sign in to view contact information

Member ID    _____

Password    _____    Sign in

☐ Remember my password

Forgot password?

If you are not an Alibaba member yet, join free.



Trade Alert

*the newest products!*

Subscribe Now!

Home - Trade Leads - Products - Companies - China Suppliers - Want to Buy - Want to Sell - Hot Products - Hot Buys - Trade Shows

About Alibaba - My Alibaba - Sign in - Join Free - Help - Contact Us - Site Map - Archives - 中文站 - 日文站 - 淘宝网

Privacy Policy - Terms of Use - Safe Trading Tips
Copyright Notice (c) 1999-2005 Alibaba.com Corporation.

HE 00701

EC 0385

//www.alibaba.com/manufacturer/12622205/Sell_Aluminum_Alloys_Pipes.html

⊙ Login : Site Map : Bookmark :

(KM) *Korean*
**Marketplace**

Home        My page        ::::::::::::::::        Product Catalog        Link  Service

Whole        Offer to        Offer to        Biz        Post an        Matchmaking
Offer        Buy        Sell        Opportunities        Offer        Services

🔍 ¡  All        ⌐⌐ ¦ ┌───────────────        · search

⊛ Home > Trade Leads > Offer to Sell > Metals and Minerals> Metals > 𝐈𝐫𝐨𝐧 𝐨𝐫 𝐅𝐞𝐫𝐫𝐨𝐮𝐬 𝐀𝐥𝐥𝐨𝐲

⊡ Information

⤳SELL ¦ METALS

Post date : 200

Validity : 2005-03-03 ~

Category : Iron or Ferrous Alloy

Dear Sirs,

We can quote the best fir price for:
"Tubing"as down here:
Materials Grades/ Alloys Size Ranges
Aluminum Alloys 2024,3003. 5052, 6061,6063, 7075, Seamless, Extruded, Squares, Rectangles, Structural, Ornamentals
Outside Diameters
1/8" to 12"
Wall thickness' from
020 to 1 000"
Stainless Steel 303,304,304L, 316, 316L, 321, 347 ,PH grades, Seamless, Welded and Drawn, As welded, instrumentation, S
Rectangles, Polished, Sanitary, Hypodermic Outside Diameters
009" to 10"
Wall thickness' from
0025 to 2 000"
Nickel Alloys 200, 400, 600, 601, 625, 800H, 825, C276, C-22, Alloy 20 Outside Diameters
009" to 10"
Wall thickness' from
0025 to 2 000
Titanium CP, 3AL - 2 5V, Ducting Outside Diameters from 1/4"
Wall thickness' from  020"
Alloy 4130, 4340, 8620, 52100, Squares, Rectangles, Streamline Outside Diameters
3/16" to 10"
Wall thickness' from
028" to 1 000"
Carbon Low Carbon 1020, 1026, DOM, Seamless, As Welded, Hydraulic, Mechanical, Aircraft, Structural Shapes Outside Dia
125" to 16"
Wall thickness' from
020" to 3"

Standard lengths Aluminum 12'.
Standard lengths other than Aluminum 17/24' rls
Purchased to Applicable industry specifications

**HE 00702**

Custom dimensional requirements available upon request

P S We also deal Rod, Bar & Wire, Pipe, Plate&Coil and Sheet products.

Let us know your requests

Thank you

Bartalini Trade Agents

*C-22 is a registered trademark of Haynes International, Inc.*

⚙ Member Information

- Name          Francesco Bartalini
- Country       Italy                                      · Company       Bartalini
- Telephone   39-0584-610066                         · Fax             39-0584-699900
- Address      Medaglie d'oro 79 Lido Di Camaiore Lucca
- Homepage

«   »                                                             Offer Scrap          Int

Copyright 1996-2005 (c) SMBA (Small and Medium Business Administration of Korea) & SBC (Small Business Corporation), All Rights Reserved.

Questions and Information to Help

sitemap

HE 00703

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

September 12, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

S. Don Kim, President/CEO
Cbol Corporation
21300 Victory Boulevard
Woodland Hills, CA 91367-7727

Re:   **Use of Haynes Trademarks**

Dear Mr. Kim:

We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of your web pages in which two of Haynes' registered trademarks HASTELLOY and C-22 are used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "HASTELLOY and C-22 are registered trademarks of Haynes International, Inc."

Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will make the requested changes to those web pages so that Haynes is not forced to choose between suing an important customer or losing its trademark rights.

Please tell me by September 30, 2005, whether you will change your web pages and, if so, when the change will be made.

HE 00704

September 12, 2005
Page - 2 -

      Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

      If you have any questions or concerns, please call me.

                   Very truly yours,

                   Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00705

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start List At:        OR   Jump to record:

## 23 Records(s) found (This page: 1 ~ 23)

Refine Search  (Haynes)[ON] and (International)[ON] not (S   Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 282 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00706





# PRODUCT LINE

Aerospace Info

Defense Info

Raw Material

Chemicals

Hardware

Electrical

Information

RFQ

Home

Printer Friendly
(PDF)

| Materials | Grades/Alloys | Size Ranges |
|---|---|---|
| Aluminum Alloys | 2024, 3003, 5052, 6061, 6063, 7075, Seamless, Extruded, Squares, Rectangles, Structural, Ornamentals | Outside Diameters 1/8" to 12" Wall Thickness from .020" to 1.000" |
| Stainless Steel | 303, 304, 304L, 316, 316L, 321, 347, PH grades, Seamless, Welded and Drawn, As Welded, Instrumentation, Squares, Rectangles, Polished, Sanitary, Hypodermic | Outside Diameters .009" to 10" Wall Thickness from .0025" to 2.000" |
| Nickel Alloys | 200, 400, 600, 601, 625, 800H, 825, C276, C-22, Alloy 20 | Outside Diameters .009" to 10" Wall Thickness from .0025" to 2.000" |
| Titanium | CP, 3AL-2.5sn, Ducting | Outside Diameters from 1/4" Wall Thickness from .020" |
| Alloy | 4130, 4340, 8620, 52100, Squares, Rectangles, Streamline | Outside Diameters 3/16" to 10" Wall Thickness from .028" to 1.000" |
| Carbon | Low Carbon 1020, 1026, COM, Seamless, As Welded, Hydraulic, Mechanical, Aircraft, Structural Shapes | Outside Diameters .125" to 16" Wall Thickness from .020" to 3" |

C-22 is a registered trademark of Haynes International, Inc.

HE 00707

EC 0316

3/10/2005



**Your Global Market Resource™**

CORPORATION

Home   Our Company   Products & Services   News & Community   Careers

Aerospace   Military   Automotive   Industrial   E

Home > Products & Services > Metals

Site Search

**Aerospace & Defense Industry Products**
- Chemicals
- Composites
- Critical Fasteners
- Electronics
- Forging & Casting
- Gas Springs & Dampers
- Hardware
- Metals
- PCBs & Wire Harnesses
- Precision Metal Parts
- Rubber & Plastics
- Seatbelts

## Metals

Download [

CBOL is able to supply a wide variety of plate, sheet, and coil metals, as well square, and hex bar stock from approved U.S. sources. We bring over 15 yea experience as an aircraft quality metals distributor. Our close relationships wi throughout the U.S. allow us to be extremely competitive regardless of the si location of the requirement.

**Variety of Materials and Processes**
CBOL's wide range of products and sources ensures that we can satisfy the ever-evolving metals market. We supply an array of materials, including **aluminum, stainless steel, titanium, nickel alloys, copper, bronze, brass, specialty steels** and more. In addition to the many types and grades of metals, we can also source **structurals, custom shapes** such as **angles** and **channels** and **laminated shims.** CBOL specializes in hard to find sizes and shapes.



CBOL also provides services that make it aone-stop shop for metals processe the aerospace, automotive, and industrial industries. Our capabilities include : types of **shearing** and **precision cutting, heat-treating, grinding, slittin( leveling**. Our materials and processes will meet the most exacting requireme

**Value-Added**
CBOL coordinates the logistics for all ocean, air and ground transportation. W technical, business, and consulting support for companies operating in the ra changing international marketplace. We provide efficient export packaging inc Hazmat packing and shipping, IPPC/HT treatment specifications for wooden c documentation, kitting, LTA/JIT/AOG, as well as required export license. Our power allows us to achieve lower freight costs by consolidating shipping conta

**Certified Quality**
CBOL supplies products produced by approved sources that are certified to m and international standards for manufacturing and quality control. Our netwoi approved sources brings you diversity in design, a wide selection of alloys, cri dimensions, which are delivered when and where you need them. Our suppli under ISO 9001 guidelines.

**Materials and Specifications**

CBOL supports a wide variety of plate, tread plate, sheet and coil metals as well as and square bars. Structurals and custom shapes such as angles, channels and lamir are available upon request.

| Aluminum | Nickel Alloy | Proce |
| 1100, 2024, 3003, 5052, 6061, 7075 | METCO, A286, INCONEL, HASTELLOY-RENE, MONEL | Shearing • Precision Saw Grinding • C |
| Stainless Steel | | |

Stainless Steel
**15-5PH, 17-4PH, H1150, 13-8,
13-3, 303, 304, 316, 321, 416SU**

**Titanium
CP GR, 1,2,3, 6AL-4V-GR.5,
0.20pd-GRADE 7, 3AL, ELI, CP90**

**Copper
CDA 110, 145, S875, T590, TF00,
C11000, 17510, 10100**

**Bronze
SAE660, 642, 675, 954, CDA630
DYNALLOY, 630, 954**

MONEL

**Aircraft Alloy
4130, 4140, 4340,
D6AC VM, 4330M
VAR**

**Brass
CDA 260, 360, 464**

**Specialty Steel
M4, M6
(electric oriented)**



HASTELLOY is a registered trademark of Haynes International, Inc.



Terms of Use and Privacy  ©2005 CBOL Corporation  All rights reserved.

HE 00709

## Approved Sources

CBOL is able to supply a wide variety of plate, sheet, coil and shaped metals such as round, square, hex and other shapes in bar stock and tubular form from approved sources. Our staff brings over 100 years of combined experience as an aircraft quality metals distributor. Our close relationships with mills throughout the U.S. allow us to be extremely competitive regardless of the size and location of the requirement.

## Variety of Materials and Shapes

CBOL's range of products and sources ensures that we can satisfy the ever-evolving metals market. We supply an array of materials including, *aluminum, stainless steel, titanium, nickel alloys, copper, bronze, brass, specialty steels* and more. In addition to the many types and grades of metals, we can also source structurals, custom shapes such as angles and channels and laminated shims. CBOL specializes in hard to find sizes and shapes.

CBOL also provides services that make it a one-stop shop for metals processes serving the aerospace, industrial, automotive and military industries. Our capabilities include several types of shearing and precision cutting, heat treating, grinding, slitting and leveling. Our materials and processes will meet the most exacting requirements.





## Value-Added

CBOL's value-added services ensure that you receive products that conform to your specifications and delivery timetable. We provide export packaging for all modes of international shipment, conforming to all international shipping standards including the NPQO treatment spec for wooden crates. With Just-In-Time delivery, export licensing, Cut-To-Size per customer's drawing requirement and Long Term Agreement, we are ready to design a supply package that meets your needs and reduces your overall product cost.

## Certified Quality

CBOL's network of approved sources brings you diversity in design, a wide selection of alloys, critical dimensions and close tolerances resulting in high quality products. Every metal product is manufactured to meet U.S. and international standards for quality, reliability, durability and traceability. All our suppliers operate under ISO 9001 guidelines.

*CBOL Corporation... offering international customers convenient and reliable access to quality products and components.*

**HE 00710**

Your Worldwide Material Resource

Supplier — Integrator — Consultant

# METALS



## Markets

| | |
|---|---|
| Aerospace | • Military |
| Commercial | • Automotive |
| Industrial | • Powerplant |

---

# Materials and Specifications

CBOL supports a wide variety of plate, tread plate, sheet and coil metals as well as round, hex and square bars. Structurals and custom shapes such as angles, channels and laminated shims are available upon request.



### Aluminum
1100, 2024, 3003,
5052, 6061, 7075

### Stainless Steel
15-5PH, 17-4PH, H1150,
13-8, 13-3, 303, 304,
316, 321, 416SU

### Titanium
CP GR, 1,2,3,
6AL-4V-GR.5,
0.20pd-GRADE 7,
3AL, ELI, CP90

### Copper
CDA 110, 145, S875, T590,
TF00, C11000, 17510, 10100

### Bronze
SAE660, 642, 675, 954, CDA630
DYNALLOY, 630, 954



### Nickel Alloy
METCO, A286
INCONEL
HASTELLOY
RENE, MONEL

### Aircraft Alloy
4130, 4140, 4340
D6AC VM,
4330M VAR

### Brass
CDA 260,
360, 464

### Specialty Steel
M4, M6
(electric oriented)



**HE 00711**

### Capability and Experience
CBOL Corporation is a U.S.-based full service provider supplying high quality products, engineering services and business consulting to its international customers in the automotive, aerospace, defense and electronics industries. CBOL offers its customers a one stop source for a wide range of approved materials and parts.

### Value-Added Service
CBOL coordinates the logistics for all ocean, air and ground transportation. We provide efficient export packaging including HazMat packing and shipping; IATA documentation, kitting and LTA/JIT/AOG, as well as required export licenses. Our buying power allows us to achieve lower freight costs by consolidating shipping containers.

### Certified Quality
CBOL supplies products produced by approved sources that are certified to meet all U.S. and international standards for manufacturing and quality control

## Processing
Shearing • Precision Sawing
Leveling • Slitting
Grinding • Chem Milling

**CBOL CORPORATION**

21300 Victory Boulevard, Suite 800
Woodland Hills, CA 91367
Phone: 818-704-8200  Fax: 818-704-4336
info@cbol.com          www.cbol.com

This is acceptable notice

© 2004 CBOL Corporation   DS09 10/04   All trademarks and registered trademarks are the property of their respective owners

 CORPORATION

21300 VICTORY BLVD. STE 800
WOODLAND HILLS, CALIFORNIA 91367
MAIN (818) 704-8200
FASCIMILE (818) 704-4336
www.cbol.com

**To:** **Lynn Alstadt**
Buchanan Ingersoll PC

**Fax:** **412-562-1041**

**From: Abby Walsh**

**Fax:** **818 704 4336**    **Telephone:** **818 337 1643**

**Date: September 13, 2005**

**Number of Pages: 3 (including cover sheet)**

## CONFIDENTIAL DOCUMENT ENCLOSED

Lynn,

Please see attached.

Thank you,

Abby

ce

HE 00712

NOTICE: This facsimile is for the sole use of the intended recipient(s)and may contain
confidential and privileged information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender and destroy all copies
of the original message. Thank you.

 Corporation

21300 Victory Boulevard. Suite 800. Woodland Hills
California 91367-7727 U.S.A.
Phone (818) 704-8200
Facsimile (818) 704-4336
www.cbol.com

Abigail C. Walsh
818 337 1643
abbywalsh@cbol.com

September 13, 2005

VIA FACSIMILE

Lynn J. Alstadt
Buchanan Ingersoll PC
One Oxford Centre
301 Grant St., 20th Flr.
Pittsburgh, PA 15219

  Re:  Use of Haynes Trademarks

Dear Ms. Alstadt:

I am in receipt of your letter dated September 12, 2005. We are happy to work with you on your recent requests

While we do sell products bearing the Haynes trademark, we do not reproduce or copy the trademarks in any other manner, except to refer to the products in our paperwork, such as invoices, and on our website. Further, we do not specifically sell a Haynes product to our customer and then provide product from another manufacturer. We will assume these were simply guidelines which you were providing.

With regard to your trademark request for the product C22, we are currently in the process of creating a new website  Therefore the page, a copy of which you provided and is bate stamped EC0316, which refers to C-22 as one of the Nickel Alloys in our product line, has been removed from the website entirely.

Our new website does refer to "Hastlelloy" under our Metals product lines. We apologize for the omission of the copyright designation and will make arrangements to have a "C" added as soon as possible. Thank you for bringing this to our attention.

You also requested that we insert at the bottom of the page the following: "Hastlelloy is a registered trademark of Haynes International, Inc." Because we carry so many different lines and have permission to use copyrighted materials from many different sources on our site, it would be very difficult to provide language referring to every trademark, on every page. We have resolved this issue, as is common practice, by generally referring to the use of other companies' trademarks in our Terms of Use and Privacy. We hope this will suffice.

Our brochure, which is downloadable from the website, also refers to "Hastlelloy." You asked that we put a trademark designation of "R" here. We are able to do this quickly on the downloadable brochure and will make arrangements to have this added as soon as possible.

HE 00713

CBOL CORPORATION

September 13, 2005
Page 2

As you can appreciate, we face a bit more of a challenge with our printed material as we have many of boxes of brochures printed without your trademark sign. Perhaps you and I can speak at your convenience and discuss how best to address this issue.

We thank you for making us aware of this important matter and I look forward to speaking with you.

Regards,

Abigail Walsh
General Counsel
CBOL Corporation

HE 00714

# Alstadt, Lynn

**From:** Abby Walsh [Abbywalsh@cbol.com]
**Sent:** Thursday, September 15, 2005 7:50 PM
**To:** Alstadt, Lynn
**Cc:** Don Kim
**Subject:** RE: Use of Haynes trademarks

Lynn:

Thanks for your cooperation.

Abby Walsh
Abigail Walsh
21300 Victory Blvd., Suite 800
Woodland Hills, CA 91367
Main: 818-704-8200
Direct: 818-337-1643
Fax: 818-704-4336
abbywalsh@cbol.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. Thank you.

-----Original Message-----
**From:** Alstadt, Lynn [SMTP:alstadtlj@bipc.com]
**Sent:** Thursday, September 15, 2005 3:08 PM
**To:** Abby Walsh
**Cc:** Paul Manning
**Subject:** Use of Haynes trademarks

Abby,

This is in response to your letter of September 13, 2005 and our conversation yesterday. We appreciate your willingness to place the R in a circle designation next to Haynes trademarks when used on your company's website. We agreed that the statement concerning trademarks in your Terms of Use and Privacy section of the website makes it unnecessary for you to place the statement that "HASTELLOY is a registered trademark of Haynes International, Inc." on pages where the HASTELLOY trademark appears.

We agreed that CBOL Corporation may continue to distribute your brochures in which HASTELLOY appears in capital letters but without the (R). However, when the brochures are reprinted you will add the (R) designation. You will also use the (R) designation with any Haynes marks that appear in any new brochures or web pages.

Thank you for your cooperation.

HE 00715

9/16/2005

Lynn J. Alstadt
Buchanan Ingersoll P. C.
301 Grant Street
Pittsburgh, Pennsylvania 15219-1410
Phone: 412-562-1632
Fax: 412-562-1041

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.
If you are not the intended recipient, please advise the sender immediately.
Unauthorized use or distribution is prohibited and may be unlawful.

HE 00716

9/16/2005

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

April 25, 2005

## VIA FACSIMILE AND FIRST CLASS MAIL

Mr. Ron Campbell
Corrosion Materials
2262 Groom Road
Post Office Box 666
Baker, LA  70714

Re:    **Use of Haynes Trademarks**

Dear Mr. Campbell:

We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of your brochures Hastelloy Alloy C-276 and Hastelloy Alloy C-22 in which several Haynes' registered trademarks are used incorrectly. We, therefore, ask that you immediately stop using these brochures and reprint them after making the corrections described below and noted in red on the enclosed copies.

Both brochures contain the Haynes trademarks HASTELLOY, C-22 and G-30. The last page of the brochure near the bottom says "HASTELLOY is a trademark of HAYNES INTERNATIONAL, INC." That notice should include all Haynes' trademarks that appear in the brochure. In addition, the ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. Enclosed are copies of your brochure with the ® designations noted in red where they should appear.

The last page of both brochures contains the statement "HASTELLOY B-2, C-22, G-30." Since Haynes has not manufactured HASTELLOY B-2 alloy for many years, if you are currently selling a B-2 alloy you must be buying that alloy from another manufacturer. Consequently, B-2 must be deleted from the phrase noted above. This is also noted on the enclosed copies.

HE 00717

April 25, 2005
Page - 2 -

Continued use of the enclosed brochures constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will not continue using the current brochure and thereby force Haynes to choose between suing an important customer and losing its trademark rights.

Please tell me by May 1, 2005, whether you will change your brochure and if so, when the new brochures will be in use.

Should you decide to use any Haynes trademarks in any future brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)
    Greg Spalding (w/encl.)

HE 00718



RECEIVED
MAY  2 2005
BUCHANAN



# CORROSION
# MATERIALS

1-800-535-8032  •  2262 Groom Road  •  P. O. Box 630  •  Baker, Louisiana 70714

April 28, 2005

Ms. Lynn J. Alstadt
Buchanan Ingersoll
One Oxford Center
301 Grant Street, 20th Floor
Pittsburgh, Pa. 15219

Dear Ms. Alstadt,

Please reference your letter of April 25, 2005. We have removed the Hastelloy® C-276 and C22® brochures from all areas that might result in an inadvertent distribution and they will be destroyed. We have been in the process of removing the offending trademarks as brochures were depleted, but will accelerate that process. While we do continue to stock and sell Hastelloy® C-276 and Hastelloy® C-22®, we do indeed stock materials from other manufacturers. We never misrepresent our stock offering and always advise any customer specifying Hastelloy® that we are offering an alternate to Hastelloy® when that is the case. We will continue to be careful about our representation in the future.

Yours truly,

*Ronald P Campbell*

Ronald P. Campbell

HE 00719



# Buchanan Ingersoll PC
ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh. PA 15219-1410

T 412 562 8800
F 412 562 1041

www buchananingersoll com

September 9, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Mr. Ron Campbell
Corrosion Materials
2262 Groom Road
Post Office Box 666
Baker, LA 70714

   Re:  **Use of Haynes Trademarks**

Dear Mr. Campbell:

   This is further to our telephone conversation on Wednesday, September 6, and our exchange of correspondence concerning your use of Haynes' trademarks in your brochures Hastelloy Alloy C-276 and Hastelloy Alloy C-22. We appreciate the fact that you have discontinued these brochures and recognize that the Haynes trademarks must be used properly.

   When we spoke on Wednesday, I told you that Haynes has sued Electralloy for infringement of its C-22 trademark. Enclosed are web pages of Corrosion Materials provided to us by Electralloy's attorneys in which Haynes' trademarks appear, but are not identified as Haynes' trademarks.

   While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks must indicate that the trademarks you use are trademarks of Haynes International, Inc. Consequently, on each of the enclosed pages I have identified the Haynes' trademarks and noted an ® next to each mark. In those instances where the trademark is used in a sentence as a noun rather than an adjective I have inserted the correct noun.

   Continued use of the enclosed web pages without the noted changes constitutes misuse of Haynes' trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will correct or discontinue the use of those pages as you did the two brochures rather than thereby force Haynes to choose between suing an important customer and losing its trademark rights.

                 HE 00720

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 9, 2005
Page - 2 -

Please tell me by September 20, 2005, whether you will change or discontinue using the enclosed materials and if so, when the new corrected pages will be in use.

Should you decide to use any Haynes trademarks in any future brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00721



# CORROSION MATERIALS
## "Your Corrosion Alloy Specialist"

Alloy C-22®

UNS N06022 / W.Nr. 2.4602



RWTÜV USA ISO  "ISO 9001-2000 Certified
ISO Registered Since 1993"

Corrosion Material's Alloy C-22 is a fully austenitic, nickel-chromium-molybdenum-tungsten alloy with better overall corrosion resistance compared to other nickel-chromium-molybdenum alloys, including C276, C4 and Alloy 625. The high chromium content provides good resistance to oxidizing media while the molybdenum and tungsten content give good resistance to reducing media. Some applications for Alloy C-22 alloy include waste incinerators, waste water processing, pollution control (flue-gas desulfurization), nuclear fuel reprocessing/spent fuel containers, pickling systems, chemical manufacturing, just to name a few.

Maximum service temperature for Alloy C-22 alloy is 1250°F due to the formation of detrimental phases which form above this temperature.

## Resistance to Corrosion

Alloy C-22 alloy displays exceptional resistance to a broad range of corrosive environments. It has excellent resistance to oxidizing aqueous media including wet chlorine and mixtures containing nitric acid or oxidizing acids with chlorine ions. Resistance to reducing acids such as sulfuric and hydrochloric can also be expected. Other corrosive chemicals to which the alloy has resistance are oxidizing acid chlorides, wet chlorine, formic and acetic acids, ferric and cupric chlorides, sea water, brine and many mixed or contaminated chemical solutions, both organic and inorganic. Alloy C-22 alloy also offers optimum resistance to where reducing and oxidizing conditions are encountered in process streams. This is beneficial in multi-purpose plants where such "upset" conditions occur frequently.

## Fabrication and Heat Treatment

Alloy C-22 alloy can be formed using standard processes used for Ni alloys. Although ductile enough to be formed by cold working, intermediate annealing may be necessary due to work hardening. Forging should be between be performed between 1750°F and 2050°F followed by rapid cooling. Annealing can be performed at a temperature range between 2020°F and 2150°F followed by a rapid quench. Cooling at an accelerated rate avoids the formation of detrimental phases which form between 1400°F and 1800°F. Welding can be by gas tungsten-arc, gas metal-arc, and shielded metal-arc processes.

## Mechanical Properties

### Typical Room Temperature Tensile Properties of Annealed Material

| Product Form | Tensile (ksi) | 0.2% Yield (ksi) | Elongation (%) | Hardness (HRb) |
|---|---|---|---|---|
| Plate (0.25" – 1.75") | 112 | 53 | 62 | 89 |
| Sheet (0.038" – 0.15") | 122 | 63 | 54 | 93 |
| Bar (0.50" – 5.50") | 115 | 55 | 60 | 89 |

### Cold-Worked Sheet Properties

| Percent Cold Reduction | Tensile (ksi) | 0.2% Yield (ksi) | Elongation (%) |
|---|---|---|---|
| 10% | 130 | 93 | 39 |
| 20% | 151 | 127 | 23 |
| 30% | 170 | 151 | 13 |
| 40% | 192 | 174 | 9 |
| 50% | 206 | 183 | 10 |

### Average Impart Strength

| Product Form | Condition | V-Notch Impact Strength |
|---|---|---|
| Plate | Heat-treated at 2050°F, Rapid Quench | Room Temp. - *260 ft.-lb. |
|  |  | -320°F - *259 ft.-lb. |

* - Specimens did not break.

## Physical Properties

| | |
|---|---|
| Density@ Room Temp. | 0.314 lb/in.³ |
| Elastic Modulus @ 70°F | 29.9 x 10⁶ psi |
| Melting Point | 2475°F – 2550°F |
| Specific Heat @ 126°F | 0.099 Btu/lb·°F |
| Thermal Conductivity @ 118°F | 70 Btu·in/ft²·h·°F |
| Permeability @ 200 oersted (15.9 kA/m) | ≤1.001 |
| Electrical Resistivity @ Room Temp. | 44.8 µΩ·m |

## Coefficient of Thermal Expansion

| Temperature - °F | Coefficient - µin./in.°F |
|---|---|
| 200 | 6.9 |
| 400 | 6.9 |
| 600 | 7.0 |
| 800 | 7.4 |
| 1000 | 7.7 |
| 1200 | 8.1 |

## Chemical Composition

| | | | |
|---|---|---|---|
| Ni ............. Balance | S ............. 0.02 Max. | W ............. 2.5 – 3.5 | V ............. 0.35 Max. |
| Cr ......... 20.0 – 22.5 | C ............. 0.015 Max. | Fe ............. 2.0 – 6.0 | Mn ............. 0.50 Max. |
| Mo ......... 12.5 – 14.5 | P ............. 0.02 Max. | Co ............. 2.5 Max. | Si ............. 0.08 Max. |

## Aqueous Corrosion Data

| Media | Common Name | Temp. °F (°C) | Corrosion Rate (mpy) |
|---|---|---|---|
| | Acetic Acid | Boiling | Nil |
| 99% $C_2H_4O_2$ | Ferric Chloride | Boiling | 1 |
| 10% $FeCl_3$ | Formic Acid | Boiling | <1 |
| 88% $CH_2O_2$ | Hydrochloric Acid | Boiling | 3 |
| 1% HCl | Hydrochloric Acid | 158 (70) | 19 |
| 5% HCl | Hydrochloric Acid | Boiling | 400 |
| 10% HCl | Mixed Acid | 150 (66) | 2 |
| 5% HCl + 42 g/l $Fe_2(SO_4)_3$ | Mixed Acid | 158 (70) | 59 |
| 5% HCl + 2% HF | Hydrofluoric Acid | 158 (70) | 14 |
| 5% HF | Phosphoric Acid | Boiling | 13 |
| 85% $H_3PO_4$ | Phosphoric Oxide | 240 (116) | 21 |
| 44% $P_2O_5$ | Mixed Acid | 185 (85) | 1 |
| 38% $P_2O_5$ + 2000ppm Cl | Mixed Acid | 185 (85) | 7 |
| 38% $P_2O_5$ + 0.5% HF | Nitric Acid | Boiling | <1 |
| 10% $HNO_3$ | Nitric Acid | Boiling | 134 |
| 65% $HNO_3$ | Mixed Acid | 140 (60) | 67 |
| 5% $HNO_3$ + 6% HF | Mixed Acid | Boiling | 12 |
| 5% $HNO_3$ + 25% $H_2SO_4$ + 4% NaCl | Mixed Acid | Boiling | <1 |
| 5% $HNO_3$ + 1% HCl | Mixed Acid | Boiling | 2 |
| 5% $HNO_3$ + 2.5% HCl | Mixed Acid | 126 (52) | 4 |
| 8.8% $HNO_3$ +15.8% HCl | Sulfuric Acid | Boiling | 5 |
| 2% $H_2SO_4$ | Sulfuric Acid | Boiling | 12 |
| 10% $H_2SO_4$ | Sulfuric Acid | Boiling | 33 |
| 20% $H_2SO_4$ | Sulfuric Acid | 174 (79) | 16 |
| 50% $H_2SO_4$ | Sulfuric Acid | 199 (93) | 68 |
| 80% $H_2SO_4$ | Sulfuric Acid | 194 (90) | 94 |
| 10% $H_2SO_4$ + 1% HCl | Mixed Acid | 158 (70) | 11 |
| 25% $H_2SO_4$ + 200 ppm Cl | Mixed Acid | Boiling | 8 |
| 23% $H_2SO_4$ + 1.2% HCl + 1% $FeCl_3$ + 1% $CuCl_2$ | ASTM G28B | Boiling | 40 |
| 50% $H_2SO_4$ + 42g/l $Fe_2(SO_4)_3$ | ASTM G28A | | |

## Applicable Specifications

| Alloy C-22 Form | ASTM | ASME | Stahl-Eisen-Profblatt | VdTÜV | European Standard |
|---|---|---|---|---|---|
| Bar | B564[1], B574, G28-A/B | SB564[1], SB574 | 1877 Method II | 479[2] | EN10204 - 3.1.B |
| Plate/Sheet/Strip | A480[3], B575, G28-A/B | SB 575 | 1877 Method II | 479 | EN10204 - 3.1.B |
| Seamless Tube/Pipe | B622, G28-A/B | SB622 | 1877 Method II | / | EN10204 - 3.1.B |
| Welded Tube | B626 Class III[4], G28-A/B | SB626 Class III[4] | 1877 Method II | / | EN10204 - 3.1.B |
| Welded Pipe | B619[5] Class I or II, B775[5], G28-A/B | SB619[5] Class I or II, SB775[5] | 1877 Method II | / | EN10204 - 3.1.B |

1. Applicable to 3 1/2" diameter and above. 2. Haynes International Material only. 3. Specification for flatness. 4. Bead-worked and annealed. 5. Up to and including 8" schedule 40. 6. Above 8" schedule 40, annealed with no filler.

### Please contact Corrosion Materials for a complete list of available items from inventory.

In-house machine and weld facilities help insure that the most common items will be in stock. Items not in stock can be fabricated in a short period of time either in-house or through our extensive, approved subcontractor and supplier network.

We also supply a complete range of items in the following alloys; Alloy C276, Inconel® 686, B-2, B-3®, G-30®, Alloy 31, F-255, 200/201, Alloy 400 and 600. Bar products are also available in Alloy 20, K500, 800H/HT, Stellite® 6B and 718OP, as well as various Ti grades.

C-22

Inconel is a registered name of Special Metals Company, Inconel® 686 is a patented alloy of Special Metals Company, B-3® and G-30® are registered trademarks of Haynes International Inc. Stellite® is a registered trademark of Deloro Stellite Co.)

The data and information contained in this pamphlet have been taken from open literature and is believed to be reliable. The information contained is intended to be used as a guide. Corrosion Materials does not make any warranty or assume any legal liability for its accuracy, completeness or usefulness.



**Domestic & Export**
2262 Groom Road, P.O. Box 630
Baker, Louisiana 70714
(800) 535-8032 • (225) 775-3675
FAX: (225) 774-0514

**Texas**
5092 Steadmont
Houston, Texas 77040
(800) 455-2276 • (713) 939-0364
FAX: (713) 939-1126

24-Hour Emergency Service    www.corrosionmaterials.com    Pricing Available on our Website

Corrosion Materials - Available Documents





home    about us    contact    help

Alloy Quick Select

● ANY  ○ OR  ● AND





### Available Documents

- Credit Application (.pdf, 73kb)(MS Word 97, 39kb)

C-22 (*il) Alloy Specification Sheets

- Alloy G22 Spec. Sheet (*pdf)
- Alloy C276 Spec. Sheet (*pdf, 118 KB )
- Alloy 400 Spec. Sheet (*pdf)
- Alloy F255 Spec. Sheet (*pdf)
- Nickel 200/201 Spec. Sheet (*pdf)
- Alloy 686 Spec. Sheet (*pdf)



Documents marked as (*pdf) can be viewed with the Free Adobe Acrobat Reader, obtained here : [Get Acrobat Reader]

🏵 Titanium
Corrosion Materials
Titanium Alloys
Division

### Material Safety Data Sheets - MSDS
B-3 (*il)    C-22 (*il)    G·30 (*il)

- Nickel Alloys ( Alloy B2, Alloy B3, Alloy C22, Alloy G30, Nickel 200/201, Alloy 400, Alloy K500, Alloy 600, Alloy 800H/HT, Alloy 686, Alloy 20 ) *(pdf, 84 KB )
- Stellite *(pdf, 71 KB )
- Titanium *(pdf, 68 KB )
- Alloy 255 *(pdf, 87 KB )
- Alloy 718 *(pdf, 80 KB )





### General Materials Information

- Alloying Elements (*pdf, 70kb)
- Austenitic Alloy Hardness Conversion(*pdf, 41kb)
- Common Trade Names (*pdf, 104kb)
- Heat Treating of Non-PH Grades(*pdf, 94kb)
- Machining Nickel Alloys (*pdf, 71kb)
- Mechanical Properties (*pdf, 83kb)
- Ni & Ni Alloy Hardness Conversion(*pdf, 51kb)
- Relative Cost of Alloys (*pdf, 79kb)

HE 00724

EC 0256

Corrosion Materials - Available Documents

Documents marked as (*pdf) can be viewed with the Free Adobe Acrobat
Reader, obtained here : 



Products          Services          Machining

HE 00725

EC 0257

EC 0258

# CORROSION MATERIALS

ISO 9001-2000 Certified.  ISO Registered Since 1993

# Common Trade Names

| Description / Alloy / UNS | VDM | Special Metals | Cartech | Allvac | Allegheny | Foroni | Haynes | Böhler | Valbruna | Deutsche Ni | Melgh's |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Nicrofer® | Nickel 200 | Nickel 200 | | AL 200 | | | X | X | Nickel 200 | X |
| | | Nickel 201 | Nickel 201 | | AL 201 | | | X | X | | X |
| | Nicorros® | Monel® Alloy 400 | Nickel-Copper 400 | Nickvac® 400 | AL 400 | AF 400 | X | X | X | Silvarin 400 | X |
| | Nicorros® Al | Monel® Alloy K-500 | Nickel-Copper K-500 | Nickvac® K-500 | | | | X | X | | X |
| | Nicrofer® 5923hMo | Inconel® Alloy 22 | Carpenter 20Cb3® | Nickvac® 23 | AL 20 | AF 820 | Hastelloy® B-2 Alloy Exclusive to Haynes Intl. | X | L328 | Silvarin k500 | X |
| | Nimofer® 6928 | | Carpenter Alloy 22 | Nickvac® H-B-2 | AL B2 | AF C22 | Hastelloy® B-3® Alloy Exclusive to Haynes Intl. | X | EG2 | | X |
| | Nicrofer® 3127 hMo — Exclusive to VDM | Incoloy® Alloy 020 | Carpenter 20Cb3® | Nickvac® 020 | AL 22 | AF C22 | X | X | EG1 | Ferrochronin 600 | X |
| | Nicrofer® 3620 Nb — Exclusive to VDM | Incoloy® Alloy 825 | Carpenter Alloy 22 | Nickvac® C276 | AL 276 | | X | X | | | X |
| | Nicrofer® 5821 hMoW | Inconel® Alloy 686 Exclusive to SMC | | Nickvac® 686 | AL 285 | AF 255 | X | X | X | | X |
| | | Inconel® Alloy 600H | Carpenter 285 | | AL 600H | | X | X | X | Ferralium 255 | Ferralium 255 |

- An "X" indicates that the manufacturer does not readily produce the alloy.
- Registered trademarks are applicable where indicated by either ® or ™ under the corresponding manufacturer.

The data and information contained in this pamphlet have been taken from open literature and is believed to be reliable. The information contained is intended to be used as a guide. Corrosion Materials does not make any warranty or assume any legal liability for its accuracy, completeness or usefulness.

HE 00726

Corrosion Materials, Inc. - Product Catalog - B2, B3, C276, F255, C276...    3/30/2005    20 L 800H



HE 00727

EC 0308

3/10/2005

Corrosion Materials - Product Catalog



STOCK SHIPMENTS WITHIN 24 HOURS

home    about us    contact    help

Login

Alloy Quick Select

ANY  OR  AND

C-22

Alloy C-22



## Documentation :

Material Data Safety Sheet( PDF Format )

Specifications Sheet (PDF Format)

## Description:



 Titanium

Corrosion Materials
Titanium Alloys
Division

Alloy C-22 UNS NO6022 is a nickel-chromium-molybdenum alloy with enhanced resistance to pitting, crevice corrosion and stress corrosion cracking. It resists the formation of grain boundary precipitates in the weld-heat affected zone making it suitable for use in the as-welded condition. C-22 UNS NO6022 has outstanding resistance to both reducing and oxidizing media and because of its resistibility can be used where "upset" conditions are likely to occur. It is proven to possess excellent weldability and high corrosion resistance as consumable filler wires and electrodes. The alloy has proven results as a filler wire in many applications. As filler wire use when other corrosion resistant wires have failed.

C-22 UNS NO6022 alloy can easily be cold-worked because of its ductility and cold-forming is the preferred method of forming. More energy is required because the alloy is generally stiffer than austenitic stainless steels. 0.28" thick sheet in the heat-treated at 2050°F, rapid quenched condition, has an average olsen cup depth of 0.49".

**Products From This Alloy:**

| | |
|---|---|
| Schedule 10 Buttweld Fittings | |
| Schedule 40 Buttweld Fittings | |
| 3000LB Fittings | |
| Pipe Plugs And Reducing Bushings | |
| Pipe | |
| Fasteners | |
| Welding Products | |
| Bar And Rod | |
| Sheet And Plate | |
| Tubing | |
| Tube Fittings | |

## Chemical Composition :

| Element | Avg. Nominal % |
|---------|----------------|
| Nickel | Balance |
| Chromium | 22.0 |
| Molybdenum | 13.5 |
| Tungsten | 3.0 |

HE 00728

EC 0309

Corrosion Materials - Product Catalog

| Iron | 4.0 |
|---|---|
| Carbon | 0.015 Max |
| Silicon | 0.08 Max |



C-22 is a registered trademark of Haynes International, Inc.



Products          Services          Machining

HE 00729

EC 0310

## Alstadt, Lynn

| | |
|---|---|
| **From:** | Campbell, Ron [RCampbell@CorrosionMaterials.com] |
| **Sent:** | Monday, September 12, 2005 5:44 PM |
| **To:** | Alstadt, Lynn |
| **Subject:** | RE: Haynes' C-22 |

I can handle the CML also. thank you

**From:** Alstadt, Lynn [mailto:alstadtlj@bipc.com]
**Sent:** Monday, September 12, 2005 4:38 PM
**To:** Campbell, Ron
**Cc:** Paul Manning
**Subject:** RE: Haynes' C-22

Mr Campbell,

Thank you for your prompt attention to our request. I will look forward to seeing the corrected web pages.

There are similar problems with the web pages of your UK affiliate CML Alloys. I will fax you those pages with a request that you ask CML Alloys to make the requested changes. If you would prefer that I contact CML Alloys directly please provide the name, address and fax number of the person that I should contact

Lynn J Alstadt

**From:** Campbell, Ron [mailto:RCampbell@CorrosionMaterials.com]
**Sent:** Monday, September 12, 2005 5:18 PM
**To:** Alstadt, Lynn
**Subject:** Haynes' C-22

Dear Mr. Alstadt,

We have reviewed the fax. Oddly, the brochure for C-22 you sent was changed long ago to Alloy C22 vs. Alloy C-22. We thought that change sufficient. If you access our web you will see what I mean. In any event, we realize that C-22 v. C22 is splitting hairs and we will change our materials to indicate Alloy 22 in the next few days. The other areas where we have left of the trademark will be fixed also. Would you be so kind as to acknowledge receipt of this email. Thank you.

Ron Campbell
Corrosion Materials
225-775-3675
225-778-4664 fax
http://www.corrosionmaterials.com

**HE 00730**

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1)

Haynes' C-22

avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.
If you are not the intended recipient, please advise the sender immediately.
Unauthorized use or distribution is prohibited and may be unlawful.

HE 00731

# Buchanan Ingersoll PC
ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

September 13, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Mr. Ron Campbell
Corrosion Materials
2262 Groom Road
Post Office Box 666
Baker, LA 70714

Re:    **Use of Haynes Trademarks**

Dear Mr. Campbell:

In my letter to you of Friday, September 9, I neglected to include the web pages of your European affiliate, CML Alloys, in which Haynes' trademarks appear, but are not identified as Haynes' trademarks.

While CML Alloys may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks must indicate that the trademarks being used use are trademarks of Haynes International, Inc. Consequently, on each of the enclosed pages I have identified the Haynes' trademarks and noted an ® next to each mark. In those instances where the trademark is used in a sentence as a noun rather than an adjective I have inserted the correct noun.

Continued use of the enclosed web pages without the noted changes constitutes misuse of Haynes' trademarks. Please instruct CML Alloys to correct or discontinue the use of the attached web pages.

Please tell me by September 30, 2005, whether CML Alloys will change or discontinue using the enclosed web pages and if so, when the new corrected pages will be in use.

HE 00732

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 13, 2005
Page - 2 -

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00733

CML Alloys -- Alloy C22 - Distributors of Nickel Alloys, corrosion resistant alloys and...

# CML Alloys

## Your Nickel Alloy Specialist

C-22 Technical Data  Product List

# Hastelloy® Alloy C-22®

Hastelloy® Alloy C-22 is a nickel-chromium-molybdenum alloy with enhanced resistance to pitting, crevice corrosion and stress corrosion cracking. It resists the formation of grain boundary precipitates in the weld-heat affected zone making it suitable for use in the as-welded condition. C-22 has outstanding resistance to both reducing and oxidizing media and because of its resistibility can be used where "upset" conditions are likely to occur. It is proven to possess excellent weldability and high corrosion resistance as consumable filler wires and electrodes. The alloy has proven results as a filler wire in many applications. As filler wire use when other corrosion resistant wires have failed.

C-22 can easily be cold-worked because of its ductility and cold-forming is the preferred method of forming. More energy is required because the alloy is generally stiffer than austenitic stainless steels. 0.28" thick sheet in the heat-treated at 2050°F, rapid quenched condition, has an average olsen cup depth of 0.49".

C-22 Technical Data

## Nominal Chemical Composition
## By Percent

| Element | Average Nominal % of Elements |
|---------|-------------------------------|
| Nickel | Balance |
| Chromium | 22.0 |
| Molybdenum | 13.5 |
| Tungsten | 3.0 |
| Iron | 4.0 |
| Carbon | 0.015 Max |
| Silicon | 0.08 Max |

Hastelloy and C-22 are registered trademarks
of Haynes International, Inc.

HE 00734

EC 0292

Product Index

# Hastelloy® Alloy C-22®

## Average Tensile Data, Solution Heat-Treated

| Form | Test Temp °F(°C) | Ultimate Tensile Strength* Ksi | Yield Strength 0.2% Offset* Ksi | Elongation in 2" (50.8mm) % |
|---|---|---|---|---|
| Sheet, 0.028-0.125" (0.71-3.2mm) thick** | Room | 116 | 59 | 57 |
| | 200(93) | 110 | 54 | 58 |
| | 400(204) | 102 | 44 | 57 |
| | 600(316) | 98 | 42 | 62 |
| | 800(427) | 95 | 41 | 67 |
| | 1000(538) | 91 | 40 | 61 |
| | 1200(649) | 95 | 36 | 65 |
| | 1400(760) | 76 | 35 | 63 |
| Plate,1/4-3/4" (6.4-19.1mm) thick*** | Room | 114 | 54 | 62 |
| | 200(93) | 107 | 49 | 65 |
| | 400(204) | 98 | 41 | 66 |
| | 600(316) | 95 | 36 | 68 |
| | 800(427) | 92 | 35 | 68 |
| | 1000(538) | 88 | 34 | 67 |
| | 1200(649) | 85 | 32 | 69 |
| | 1400(760) | 76 | 31 | 68 |
| Bar, 1/2-2" (12.7-50.8mm) diameter**** | Room | 111 | 52 | 70 |
| | 200(93) | 105 | 45 | 73 |
| | 400(204) | 96 | 38 | 74 |
| | 600(316) | 92 | 34 | 79 |
| | 800(427) | 89 | 31 | 79 |
| | 1000(538) | 84 | 29 | 80 |
| | 1200(649) | 80 | 28 | 80 |
| | 1400(760) | 72 | 29 | 77 |

*Ksi can be converted to MPa (megapascals) by multiplying by 6.895.
**Average of 10-20 tests.
***Average of 16-32 tests.
****Average of 8-16 tests.
Hastelloy and C-22 are registered trademarks of Haynes International, Inc.

**Note:** Data shown are typical. Full research should be done to determine the usefulness in any particular design or application. No warranty is expressed or implied and we assume no responsibility for the accuracy, completeness, or usefulness of the contents.

HE 00735

EC 0293

3/10/2005

CML Alloys -- Alloys and Producst - Distributors of Nickel Alloys, corrosion resistant a...

# CML Alloys

## Your Nickel Alloy Specialist

Home | Product List | Contacts | Quotes

Products Listed by Alloy and Form:

Hastelloy Alloy C-22
- o Sheet
- o Plate
- o Bar
- o Pipe
- o Fasteners
- o Fittings
- o Tube
- o Tube Fittings

Hastelloy Alloy C-276
- o Sheet
- o Plate
- o Bar
- o Pipe
- o Fasteners
- o Fittings
- o Tube
- o Tube Fittings

Nickel-Copper Alloy CM-400
- o Sheet
- o Plate
- o Bar
- o Pipe
- o Fittings
- o Tube

Nickel-Chromium-Molybdenum Alloy 20
- o Bar

Alloy 825
- o Sheet
- o Plate
- o Bar
- o Pipe
- o Fittings
- o Flanges

**Other Corrosion-Resistant and High-Performance Alloys Available:**

HE 00736

EC 0290

- B-2
- B-3®
- G-30©
- F-255
- CM 200/201
- CM-600
- CM-800
- K500
- 718-OP
- Stellite 6-B
- Inconel 686
- Titanium, Grade 1
- Titanium, Grade 2
- Titanium, Grade 3
- Titanium, Grade 4
- Titanium, Grade 5
- Titanium, Grade 7

**Contact** the **CML Alloys Sales Staff for more information**

Hastelloy, C-22, B-3 and G-30 are registered trademarks of Haynes International, Inc.

HE 00737

EC 0291

## Alstadt, Lynn

| | |
|---|---|
| **From:** | Campbell, Ron [RCampbell@CorrosionMaterials.com] |
| **Sent:** | Wednesday, September 21, 2005 10:04 AM |
| **To:** | Alstadt, Lynn |
| **Subject:** | RE: Haynes' C-22 |

we are going to have to adjust some printed matter to reflect alloy 22   thank you.

**From:** Alstadt, Lynn [mailto:alstadtlj@bipc.com]
**Sent:** Wednesday, September 21, 2005 9:02 AM
**To:** Campbell, Ron
**Cc:** Paul Manning
**Subject:** RE: Haynes' C-22

Mr. Campbell,

C22 should not be used.  Haynes trademark is C-22, the letter C and the number 22 separated by a dash.  To use C22 without the dash where the intent is to identify a product that originated from Haynes, that is to use C22 in place of C-22, would be a mutilation of the registered trademark and should not be done.

One should also not use C22 to identify an alloy not made by or supplied by Haynes.  C22 is so close to C-22, that the use of C22 in connection with an alloy that was not made by Haynes would constitute an infringement of the registered trademark C-22.

Some manufactures have called their alloy that is within UNS N06022 "alloy 22."  Haynes has no objection to use of "alloy 22."

Thank you for making the requested changes to your website and for requesting that similar changes be made by CML Alloys.  I just checked your website and found it to be unavailable.  I will check it again and also check the CML Alloys website in a few days.

Your e-mail did not mention any brochures or other paper documents that may contain Haynes' trademarks.  Please confirm that you have corrected or discontinued the use of any such materials that improperly use a Haynes' trademark.

We appreciate your cooperation.

Lynn J. Alstadt

**From:** Campbell, Ron [mailto:RCampbell@CorrosionMaterials.com]
**Sent:** Wednesday, September 21, 2005 9:37 AM
**To:** Alstadt, Lynn
**Subject:** RE: Haynes' C-22

Mr Alstadt, an update and a question, if you please   The web pages should be changed today   Our web guy lost his house and evacuated to Houston so he's been a little unavailable.  I have also sent the CML Alloys changes to him, but these won't happen for a couple of days   That is, unless he gets hit by another hurricane, which would seem to be likely   In any event, we are working on it

HE 00738

Haynes' C-22

With regard to C-22, do you, or Haynes' feel that C22, without the dash, is offensive? We are removing it from the web in any event, but I was curious as to if this was still considered infringement. Thank you.

Ron Campbell

---

**From:** Alstadt, Lynn [mailto:alstadtlj@bipc.com]
**Sent:** Monday, September 12, 2005 4:38 PM
**To:** Campbell, Ron
**Cc:** Paul Manning
**Subject:** RE: Haynes' C-22

Mr Campbell,

Thank you for your prompt attention to our request  I will look forward to seeing the corrected web pages

There are similar problems with the web pages of your UK affiliate CML Alloys  I will fax you those pages with a request that you ask CML Alloys to make the requested changes. If you would prefer that I contact CML Alloys directly please provide the name, address and fax number of the person that I should contact.

Lynn J. Alstadt

---

**From:** Campbell, Ron [mailto:RCampbell@CorrosionMaterials.com]
**Sent:** Monday, September 12, 2005 5:18 PM
**To:** Alstadt, Lynn
**Subject:** Haynes' C-22

Dear Mr. Alstadt,

We have reviewed the fax. Oddly, the brochure for C-22 you sent was changed long ago to Alloy C22 vs. Alloy C-22. We thought that change sufficient. If you access our web you will see what I mean  In any event, we realize that C-22 v. C22 is splitting hairs and we will change our materials to indicate Alloy 22 in the next few days. The other areas where we have left of the trademark will be fixed also. Would you be so kind as to acknowledge receipt of this email. Thank you.

Ron Campbell
Corrosion Materials
225-775-3675
225-778-4664 fax
http://www.corrosionmaterials.com

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.

HE 00739

If you are not the intended recipient, please advise the sender immediately.
Unauthorized use or distribution is prohibited and may be unlawful.

TAX ADVICE DISCLAIMER: Any federal tax advice contained in this communication (including attachments) was not intended or written to be used, and it cannot be used, by you for the purpose of (1) avoiding any penalty that may be imposed by the Internal Revenue Service or (2) promoting, marketing or recommending to another party any transaction or matter addressed herein. If you would like such advice, please contact us.

Above email is for intended recipient only and may be confidential and protected by attorney/client privilege.
If you are not the intended recipient, please advise the sender immediately.
Unauthorized use or distribution is prohibited and may be unlawful.

HE 00740

9/21/2005



# FastAlloys

| FastAlloys Profile | Strip & Coil | Sheet & Laser Cutting | Plate | Special Arrangements | Quality Accreditation | Spiral Gasket Manufacturing Industry | Bursting Dis Manufacturi Industry |
|---|---|---|---|---|---|---|---|

Contact Details

# Plate Stock Range

316L

304

304L

321

316Ti

31803

32760

254 SMO

904L

347

ALLOY 20

ALLOY 200

ALLOY 400

ALLOY 600

ALLOY 625

ALLOY 800

ALLOY 825

ALLOY C22®

ALLOY 17-4 PH

ALLOY 17-7 pH

ALLOY C276

ALLOY X750

ALLOY B3®

TITANIUM GRADE 2

TITANIUM GRADE 7

Thickness Range: 4mm up to 50mm
other thicknesses available on request.

Size Range: 2000mm x 1000mm up to 6000mm x 2000mm

We also have a wide range of extremely competitive priced offcuts, details on request.

HE 00741

Full size or shape cutting service available.

*"C-22 & B-3 are registered trademarks of Haynes International Inc."*

HE 00742



## FastAlloys *Stainless Steel, Super Alloy Stock &* (

| FastAlloys Profile | Strip & Coil | Sheet & Laser Cutting | Plate | Special Arrangements | Quality Accreditation | Spiral Gasket Manufacturing Industry | Bursting Dis Manufacturi Industry |

# Strip & Coil

**Contact Details**

## Stainless Strip

### AISI
301
302
304
304L
305
309
310
316L
317L
316Ti
321
347

### UNS
31803 (Duplex)
254 SMO

*Available in Cold Rolled, Bright Annealed & Temper Rolled.*

## Coil Dimension Range

**Width: up to 1200mm**

**Thickness: 0.01mm to 1.5mm**

**Slitting Capability**

Width: 2.5mm to 1000mm

**Thickness: 0.01mm to 1.5mm**

*Slit Strip is available in Pancakes, Coils or Oscillate Wound onto Plastic Spools.*

## Super Alloy Strip

### ALLOY
20
17-7PH
904L
200
201
400
600
625
718
800
800HT
825
C276
B-3®
X750
C-22®
Titanium Grade 1
Titanium Grade 2
Titanium Grade 7

*"C-22 & B-3 are registered trademarks of Haynes International Inc."*

HE 00743

# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

September 13, 2005

<u>**VIA COURIER**</u>

Tom Snead, President
Fisher-Rosemount Systems, Inc.
8301 Cameron Road
Austin, TX 78754-3895

Re:    <u>**Use of Haynes Trademarks**</u>

Dear Mr. Snead:

We represent Haynes International, Inc. As you may know, Haynes has several registered trademarks for the metal alloys that Haynes produces. The marks are listed on the enclosed report from the United States Patent and Trademark Office.

It has come to our attention that Don Bush, a Senior Engineering, at Fisher Controls wrote a paper titled Standardizing Metallic Material Designations which is available as technical monograph 35 on the Fisher Regulators website, http://www.fisherregulators.com/technical/monograph/various/. A copy of that paper is enclosed.

Pages 5 through 17 contain tables listing various alloys using a variety of designations including trademarks. On page 17 the author identifies the owners of many of the trademarks listed in his table. While the HAYNES and HASTELLOY trademarks are identified as being owned by Haynes International, Inc., two other Hayes registered trademarks, C-22 and G-30, appear in the tables, but are not so identified. In addition, these marks are incorrectly used without a dash between the letter and number.

I have noted in red on the enclosed paper each instance where C-22 and G-30 are improperly used by showing the correct use of these trademarks.

In view of the fact that this paper is being distributed over the internet and may be available elsewhere. We ask that you immediately make the corrections described below and noted in red on the enclosed copy.

The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. It would also be acceptable for these trademarks to be identified by footnote as the author has done for the HAYNES and HASTELLOY marks. There should also be a line added that says: "C-22 and G-30 are registered trademarks of Haynes International, Inc."

HE 00744

September 13, 2005
Page - 2 -

     Continued dissemination of this paper in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes may be required to take legal action against your company to stop the misuse or lose valuable trademark rights.

     Please tell me by September 30, 2005, whether you will change the paper as noted on the enclosed copy or remove it from the website and cease all distribution.

     If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc:  Paul Manning (w/encl.)

HE 00745



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start List At:     OR  Jump  to record:

## 23 Records(s) found (This page: 1 ~ 23)

Refine Search  (Haynes)[ON] and (International)[ON] not (S    Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 76442604      | 2816268     | 556       | TARR         | LIVE      |
| 2  | 76434700      |             | 282       | TARR         | LIVE      |
| 3  | 76423154      | 2785667     | D-205     | TARR         | LIVE      |
| 4  | 76423153      | 2755568     | 230-W     | TARR         | LIVE      |
| 5  | 76423152      | 2752325     | 214       | TARR         | LIVE      |
| 6  | 76423151      | 2752324     | 242       | TARR         | LIVE      |
| 7  | 76400933      | 2832716     | G-35      | TARR         | LIVE      |
| 8  | 76400932      |             | C-22HS    | TARR         | LIVE      |
| 9  | 75646170      | 2532561     | 625SQ     | TARR         | LIVE      |
| 10 | 75047108      | 2023945     | HR-120    | TARR         | LIVE      |
| 11 | 74697077      | 1982521     | 230       | TARR         | LIVE      |
| 12 | 74697076      | 2002631     | C-2000    | TARR         | LIVE      |
| 13 | 74673214      | 2063855     | B-3       | TARR         | LIVE      |
| 14 | 74174760      | 1717465     | HR-160    | TARR         | LIVE      |
| 15 | 74168140      | 1711142     | G-50      | TARR         | LIVE      |
| 16 | 74023771      | 1742719     | ULTIMET   | TARR         | LIVE      |
| 17 | 73701791      | 1600332     | G-30      | TARR         | LIVE      |
| 18 | 73701790      | 1953864     | C-22      | TARR         | LIVE      |
| 19 | 72159440      | 0759676     | MULTIMET  | TARR         | LIVE      |
| 20 | 72157340      | 0756690     | MULTIMET  | TARR         | LIVE      |
| 21 | 71667590      | 0605011     | HASTELLOY | TARR         | LIVE      |
| 22 | 71586534      | 0566221     | HAYNES    | TARR         | LIVE      |
| 23 | 71292933      | 0269898     | HASTELLOY | TARR         | LIVE      |

HE 00746

# technical monograph 35

## Standardizing Metallic Material Designations

### Don Bush

Senior Engineer
Materials Research and Testing
Fisher Controls International, Inc.

HE 00747



# Standardizing Metallic Material Designations

The wide range of chemicals, temperatures, and pressures found in today's industrial processing systems requires equipment made of a similarly wide variety of metallic materials. Over the years, these materials have been given many designations, including popular trade-names, American Iron and Steel Institute (AISI) designations, American Society for Testing and Materials (ASTM) designations, plus others.

As might be expected, there has been little agreement among the organizations on how to name materials, with the unfortunate result being a great deal of confusion between equipment specifiers and manufacturers on which material designations to utilize.

To help alleviate this problem, a number of technical societies and trade associations have recently collaborated on efforts to standardize alloy designations. The following describes two of the more widely-used systems.

*Prefixes Used within UNS Numbering System*

| UNS Prefix | Alloy Series |
|---|---|
| A | Aluminum and aluminum alloys |
| C | Copper and copper alloys |
| D | Steel with specified mechanical properties |
| E | Rare earths and rare earth-like metals and alloys |
| F | Cast irons |
| G | AISI and SAE carbon steels and alloys (except H-steels and tool steels) |
| H | AISI H-steels (hardenability controlled) |
| J | Cast steels (except tool steels) |
| K | Miscellaneous steels and ferrous alloys |
| L | Low melting metals and alloys |
| M | Miscellaneous non-ferrous metal and alloys |
| N | Nickel and nickel alloys |
| P | Precious metals and alloys |
| R | Reactive and refractory metals and alloys |
| S | Heat and corrosion resistant (stainless) steels |
| T | Tool steels |
| W | Welding filler materials classified by weld deposit composition |
| Z | Zinc and zinc alloys |

## Unified Numbering System (UNS)

The most widely accepted designation system is the Unified Numbering System developed jointly by the Society of Automotive Engineers (SAE) and ASTM. This system provides a uniform method of designating metallic materials by dividing metals and alloys into 18 series.

Within each series the material designation starts with a single alpha character, which in many cases is suggestive of the family of metals it identifies (e.g., "A" for aluminum alloys, "C" for copper alloys, "N" for nickel alloys, "S" for stainless steels).

Following the alpha character are five numeric digits, which likewise often suggest alloys within the family of metals (e.g., A92024 for 2024 aluminum, C36000 for copper alloy 360, S31600 for type 316 stainless steel, N04400 for nickel alloy 400, N10276 for nickel alloy C276, G10180 for 1018 steel).

The publication "Metals and Alloys in the Unified Numbering System" gives a complete listing of all UNS numbers assigned to date. In addition, it provides a cross-reference for UNS numbers, UNS material descriptions, tradenames, compositions, and specifications. It can be obtained from the Society of Automotive Engineers, Inc., 400 Commonwealth Drive, Warrendale, PA 15096.

## ACI Designations

A former division of the Steel Founders' Society called the Alloy Casting Institute (ACI) developed a system for designating stainless and heat resisting casting alloys.

Casting designations per this system begin with either a "C" (for corrosion resistant materials) or an "H" (for heat resistant materials).

The second letter in the designation ranges from "A" to "Z" depending upon the nickel and, to a lesser degree, the chromium content. For example, a corrosion resistant material with no nickel and 12% chromium begins with "CA" (example, CA15), while an alloy with 100% nickel and no chromium begins with "CZ" (example, CZ100).

Following the letter designators are numeric digits which indicate the maximum carbon content (percent x 100) of the alloy.

Additional letters following the numeric digits indicate the presence of supplementary alloying elements.

Examples of designations and compositions for several materials are listed below for clarification:

HE 00748

*ACI Material Designations*

| Desig-nation | Chromium | Nickel | Max. Carbon | Other Alloying Elements |
|---|---|---|---|---|
| CA15 | 12 | --- | 0.15 | --- |
| CD4MCu | 25 | 6 | 0.04 | 3.0 Mo, 3.0 Cu |
| CF8M | 19 | 10 | 0.08 | 2.5 Mo |
| CF3M | 19 | 10 | 0.03 | 2.5 Mo |
| CN7M | 21 | 29 | 0.07 | 2.5 Mo |
| CW2M | 16 | 68 | 0.02 | 16 Mo |
| CZ100 | 0 | 100 | 1.00 | --- |
| HK40 | 25 | 20 | 0.40 | --- |

Two groups of materials have designations which do not follow the above scheme. Nickel-copper materials use "M" as the first letter (examples are M35-1 and M25S). Nickel-molybdenum materials utilize "N" as the beginning letter (such as N7M and N12MV).

Although ACI no longer exists, the system has been adopted by ASTM, and designations for new alloys are assigned by the appropriate ASTM committees. UNS numbers have also been assigned to many of these alloys; however, they are less systematic than the ACI designations and are therefore much more difficult to utilize.

# What the Industry is Doing About Standardization

A survey of codes and standards commonly referenced in the process control industry (in particular, ANSI, ASME, and ASTM) indicates that no single designation system is being used for metallic materials. However, a comparison of today's codes and standards with those from several years ago reveals trends indicating the direction being taken with regard to material designations. For the most part, a combination of three designation systems is being used:

● UNS numbers are favored over other systems for nearly all wrought products, including AISI carbon and alloy steels, stainless steels, nickel alloys, copper alloys, aluminum alloys, etc. UNS numbers are favored also for cast aluminum and copper alloys.

● ACI designations are used for all cast stainless and heat resisting steels and cast nickel-base alloys.

● ASTM/ASME designations have been retained for many special carbon and alloy steel products. In addition, cast iron materials have retained their ASTM grade designations.

The fact that UNS numbers have not been adopted within ASTM/ASME codes and standards is likely due to the difficulty in relating UNS numbers with the commonly known ASTM/ASME designations. Several examples follow:

*Examples of Equivalent ASTM/ASME and UNS Designations*

| ASTM/ASME Designation | UNS Designation |
|---|---|
| Class C Cast Iron | F12802 |
| WCB Steel Casting | J03002 |
| LF1 Steel Forging | K03009 |
| A105 or SA105 Steel Forging | K03504 |
| B16 Alloy Steel Bolting | K14072 |

## What Fisher Controls is Doing

Fisher Controls has developed a standard designation system which basically matches current ANSI, ASME, and ASTM codes/standards. In those instances where the Fisher system does not match, Fisher has anticipated which designations will be utilized in future revisions of the codes/standards.

The following describes the Fisher standard alloy designation system for the various families of materials. The Fisher standard designation is italicized in each example. The information which is not italicized is optional.

### Aluminum Alloys

Aluminum alloys are designated with the UNS number. The words "Aluminum Alloy" and the material form are optional.

Examples:
   a. *A03800* Aluminum Alloy Die Casting
   b. *A92011* Aluminum Alloy Bar

### Copper Alloys

Copper alloys are designated with the UNS number. The UNS material description (listed in "Metals and Alloys in the Unified Numbering System" along with the UNS number) and the material form are optional. The description "Copper Alloy" may be used instead of the specific UNS material description.

Examples:
   a. *C11000* Copper Tubing
   b. *C36000* Free Cutting Brass Bar
   c. *C95400* Aluminum Bronze Casting

### Cast Iron

Cast iron materials are designated by the ASTM or ASME grade. The UNS material description is optional.

Examples:
   a. *Class B* Gray Cast Iron
   b. *SA395* Ductile Cast Iron
   c. *Type D-2* Austenitic Ductile Cast Iron
   d. *Class 40* Gray Cast Iron

### Carbon Steel

Castings: Carbon steel castings are designated with the ASTM or ASME grade. The words "Carbon Steel Casting" are optional.

Examples:

    a. *WCB* Carbon Steel Casting
    b. *LCC* Carbon Steel Casting

Wrought: The wrought carbon steel forms are designated with the UNS number. In cases where ASTM, ASME and/or SAE use a designation other than the UNS number or the AISI designation, the designation listed in the appropriate specification is used. The words "Carbon Steel" and the form description are optional.

Examples:

    a. *G10200* Carbon Steel Bar
    b. *G10400* Carbon Steel Bar
    c. *SA105* Carbon Steel Forging
    d. *2HM* Carbon Steel Nuts
    e. *Grade 70* Carbon Steel Plate
    f. *SAE Grade 5* Carbon Steel Bolting

## Alloy Steel

Castings: Alloy steel castings are designated with the ASTM or ASME grade. The words "Alloy Steel Casting" are optional.

Examples:

    a. *C5* Alloy Steel Casting
    b. *WC6* Alloy Steel Casting

Wrought: The wrought alloy steel forms are designated with the UNS number. In cases where ASTM, ASME and/or SAE use a designation other than the UNS number or the AISI designation, the designation listed in the appropriate specification is used. The words "Alloy Steel" and the form description are optional.

Examples:

    a. *G41400* Alloy Steel Bar
    b. *F11* Alloy Steel Forging
    c. *B16* Alloy Steel Bolting

## Stainless Steel

Castings: Cast stainless steels (SST) are designated with the ACI grade. The words "SST Casting" are optional.

Examples:

    a. *CF8M* SST Casting
    b. *CA6NM* SST Casting

Wrought: Wrought stainless steels are designated with the UNS number. In cases where ASTM, ASME and/or SAE use a designation other than the UNS number or the AISI designation, the designation listed in the appropriate specification is used. The word "SST" and the material form are optional.

Examples:

    a. *S31600* SST Bar
    b. *S17400* SST Bar
    c. *B8M* SST Bolting

## Nickel Alloys

Castings: The cast nickel base alloys are designated with the ACI designation. The words "Nickel Alloy Casting" and the generic designation for the wrought equivalent (in parentheses) are optional.

Examples:

    a. *CW2M* Nickel Alloy Casting (Alloy C)
    b. *M35-1* Nickel Alloy Casting (Alloy 400)
    c. *CN7M* Nickel Alloy Casting (Alloy 20)

Wrought: The wrought nickel base alloys are designated with the UNS number. The words "Nickel Alloy", the form description, and the generic designation (in parentheses) are optional.

Examples:

    a. *N10276* Nickel Alloy Bar (Alloy C276)
    b. *N07718* Nickel Alloy Bar (Alloy 718)
    c. *N05500* Nickel Alloy Tubing (Alloy K500)

## Refractory Metals

The refractory metals are designated by the UNS number. The base element, form description, and ASTM/ASME grade (in parentheses) are optional.

Examples:

    a. *R50400* Titanium Alloy Bar (Grade 2)
    b. *R56400* Titanium Alloy Casting (Grade C5)
    c. *R60702* Zirconium Alloy Bar

## Hardfacing and Weld Overlays

Hardfacing materials and other weld overlays are identified by their AWS designations. The prefix letter indicating the form of the filler material is omitted (e.g., use CoCr-A, not ECoCr-A or RCoCr-A). The base element and form description are optional.

Examples:

    a. *CoCr-A* Cobalt Alloy Hardfacing
    b. *NiCr-C* Nickel Alloy Hardfacing
    c. *NiMo-7* Nickel Alloy Weld Overlay

## Others

In cases where the material is available only from a single source, the supplier's tradename may be used if no generic type designation is available. The form description is optional.

HE 00750

Examples:
  a. Wiscalloy M152 Centrifugal Casting
  b. Latrobe BR4FM Bar

## Alloy Cross-Indexes

Tables 1 and 2 each provide a cross-index to the standard designations utilized by Fisher for a large number of commonly used alloys.

Table 1 allows the user to look up a non-standard designation (tradename, common name, other designation) and determine its equivalent Fisher designation.

Table 2 allows the user to look up a Fisher designation and determine other names which might be used for that material.

*Table 1. Cross-Reference Sorted by Common/Tradename/Other Designation*

| Common/Tradename/ Other Designation | Standard Designation |
|---|---|
| 1, Alloy, Hardfacing | CoCr-C Hardfacing |
| 1-1/4 Cr-1/2 Mo Steel Casting | WC6 Alloy Steel Casting |
| 1008, AISI | G10080 Carbon Steel |
| 1010, AISI | G10100 Carbon Steel |
| 1018, AISI | G10180 Carbon Steel |
| 1020, AISI | G10200 Carbon Steel |
| 1030, AISI | G10300 Carbon Steel |
| 1045, AISI | G10450 Carbon Steel |
| 1080, AISI | G10800 Carbon Steel |
| 1095, AISI | G10950 Carbon Steel |
| 1100 Aluminum | A91100 Aluminum Alloy Wrought |
| 12, Alloy, Cast | Alloy 12 Cobalt Alloy Casting |
| 12, Alloy, Hardfacing | CoCr-B Hardfacing Alloy |
| 120, CDA | C12000 Copper (DLP) |
| 122, CDA | C12200 Copper (DHP) |
| 12L14 Steel, AISI | G12414 Carbon Steel |
| 13-8 Mo SST | 913800 SST |
| 15-5 PH SST | S15500 SST |
| 15-5 PH SST. Cast | CB7Cu-2 SST Casting |
| 15-5 SST | S15500 SST |
| 15-5 SST, Cast | CB7Cu-2 SST Casting |
| 15-7 Mo SST | S15700 SST |
| 17-4 PH SST | S17400 SST |
| 17-4 PH SST. Cast | CB7Cu-1 SST Casting |
| 17-4 SST | S17400 SST |
| 17-4 SST, Cast | CB7Cu-1 SST Casting |
| 17-7 PH SST | S17700 SST |
| 17-7 SST | S17700 SST |
| 18-2 SST | S18200 SST |
| 2-1/2 Cr-1 Mo Steel Casting | WC9 Alloy Steel Casting |
| 20, Alloy (Obsolete) | N08020 Nickel Alloy |
| 20, Alloy, Cast | CN7M Nickel Alloy Casting |
| 200, Alloy | N02200 Nickel Alloy |
| 200, Alloy, Cast | CZ100 Nickel Alloy Casting |
| 201, Alloy | N02201 Nickel Alloy |
| 2011 Aluminum | A92011 Aluminum Alloy Wrought |
| 2017 Aluminum | A92017 Aluminum Alloy Wrought |
| 2024 Aluminum | A92024 Aluminum Alloy Wrought |
| 208.0, Aluminum Alloy Casting | A02080 Aluminum Alloy Casting |
| 20Cb-3, Alloy | N08020 Nickel Alloy |
| 21, Alloy | Alloy 21 Cobalt Alloy Casting |
| 210, Alloy, Cast (Obsolete) | CZ100 Nickel Alloy Casting |
| 22-13-5 SST | S20910 SST |
| 2205 SST | S31803 SST |
| 22Cr-13Ni-5Mn SST, Carpenter | S20910 SST |
| 25% Chromium White Iron | Class III Type A White Cast Iron |
| 25, Alloy | R30605 Co-Cr-Ni-W Alloy |
| 25, Haynes[1] | R30605 Co-Cr-Ni-W Alloy |
| 254S5MO SST | S31254 SST |
| 26-1, E-Brite[2] | S44626 SST |
| 29-4C SST | S44735 SST |
| 3, Alloy, Cast | Alloy 3 Cobalt Alloy Casting |
| 3003 Aluminum | A93003 Aluminum Alloy wrought |
| 301 SST | S30100 SST |
| 301. Nickel Alloy | N03301 Nickel Alloy |

| Common/Tradename/ Other Designation | Standard Designation |
|---|---|
| 302 SST | S30200 SST |
| 303 SST | S30300 SST |
| 303Se SST | S30323 SST |
| 304 ELC SST | S30403 SST |
| 304 ELC SST, Cast | CF3 SST Casting |
| 304 SST | S30400 SST |
| 304 SST, Bolting | B8 Stainless Steel Bolting |
| 304 SST, Cast | CF8 SST Casting |
| 304H SST | S30409 SST |
| 304L SST | S30403 SST |
| 304L SST, Cast | CF3 SST Casting |
| 310 SST | S31000 SST |
| 310 SST, Cast | CK20 SST Casting |
| 316 ELC SST | S31603 SST |
| 316 ELC SST, Cast | CF3M SST Casting |
| 316 SST | S31600 SST |
| 316 SST, Bolting | B8M Stainless Steel Bolting |
| 316 SST, Cast | CF8M SST Casting |
| 316H SST | S31609 SST |
| 316L SST | S31603 SST |
| 316L SST, Cast | CF3M SST Casting |
| 317 ELC SST | S31703 SST |
| 317 ELC SST, Cast | CG3M SST Casting |
| 317 SST | S31700 SST |
| 317 SST, Cast | CG8M SST Casting |
| 317L SST | S31703 SST |
| 317L SST, Cast | CG3M SST Casting |
| 319 0, Aluminum Alloy Casting | A03190 Aluminum Alloy Casting |
| 321 SST | S32100 SST |
| 32510 Malleable Iron | S2510 Malleable Iron |
| 329 SST | S32900 SST |
| 347 SST | S34700 SST |
| 347 SST, Cast | CF8C SST Casting |
| 35018 Malleable Iron | 35018 Malleable Iron |
| 355 0, Aluminum Alloy Casting | A03550 Aluminum Alloy Casting |
| 356 0, Aluminum Alloy Casting | A03560 Aluminum Alloy Casting |
| 360, CDA Alloy | C36000 Free Cutting Brass |
| 360 0. Aluminum Die Casting | A03600 Aluminum Alloy Die Casting |
| 380 0, Aluminum Alloy Die Casting | A03800 Aluminum Alloy Die Casting |
| 400, Alloy | N04400 Nickel Alloy |
| 400, Alloy, Cast | M35-1 Nickel Alloy Casting |
| 405. Alloy | N04405 Nickel Alloy |
| 410 Modified, Cast | CA6NM SST Casting |
| 410 SST | S41000 SST |
| 410 SST Bolting | B6 Alloy Steel Bolting |
| 410 SST Modified, Cast | CA6NM SST Casting |
| 410 SST, Cast | CA15 SST Casting |
| 410, Alloy, Cast | M35-1 Nickel Alloy Casting |
| 4140. AISI | G41400 Alloy Steel |
| 4140. Bolting | B7 Alloy Steel Bolting |
| 4140, Bolting (NACE) | B7M Alloy Steel Bolting |
| 416 SST | S41600 SST |
| 418 SST, Cast | Cast Grade 615 SST |
| 420 SST | S42000 SST |
| 422 SST | S42200 SST |
| 422 SST. Cast | CA28MWV SST Casting |

HE 00751

*Table 1. Cross-Reference Sorted by Common/Tradename/Other Designation (continued)*

| Common/Tradename/Other Designation | Standard Designation |
|---|---|
| 430 SST | S43000 SST |
| 431 SST | S43100 SST |
| 4340, AISI | G43400 Alloy Steel |
| 440A SST | S44002 SST |
| 440B SST | S44003 SST |
| 440C SST | S44004 SST |
| 450 SST | S45000 SST |
| 450, Custom | S45000 SST |
| 464, CDA Alloy | C46400 Naval Brass, Uninhibited |
| 5 Cr-1/2 Mo Steel Casting | C5 Alloy Steel Casting |
| 505. Alloy | M25S Nickel Alloy Casting |
| 505, Monel[3] | M25S Nickel Alloy Casting |
| 5052 Aluminum | A95052 Aluminum Alloy Wrought |
| 506, Alloy, Cast | M35H Nickel Alloy Casting |
| 506, Monel, Cast | M35H Nickel Alloy Casting |
| 515DH, AISI | H51500 Alloy Steel |
| 5160H, AISI | H51600 Alloy Steel |
| 6, Alloy. Cast | R30006 Cobalt Alloy Casting |
| 6, Alloy, Hardfacing | CoCr-A Hardfacing Alloy |
| 6, Alloy, Wrought | Alloy 6B Cobalt Alloy |
| 60-40-18 Ductile Cast Iron | 60-40-18 Ductile Cast Iron |
| 600, Alloy | N06600 Nickel Alloy |
| 600, Alloy, Cast | CY40 Nickel Alloy Casting |
| 600, Pyromet[4] | N06600 Nickel Alloy |
| 6061 Aluminum | A96061 Aluminum Alloy Wrought |
| 6063 Aluminum | A96063 Aluminum Alloy Wrought |
| 610, Alloy, Cast (Obsolete) | CY40 Nickel Alloy Casting |
| 614. CDA Alloy | C61400 Aluminum Bronze D |
| 615 SST | S41800 SST |
| 616 SST | S42200 SST |
| 625, Alloy | N06625 Nickel Alloy |
| 625, Alloy, Cast | CW6MC Nickel Alloy Casting |
| 625, Pyromet | N06625 Nickel Alloy |
| 630, Custom | S17400 SST |
| 636, Carpenter | S42200 SST |
| 65-45-12 Ductile Cast Iron | 65-45-12 Ductile Cast Iron |
| 660 SST, Grade | S66286 SST |
| 651, CDA Alloy | C66100 Silicon Bronze |
| 670, AISI | R30605 Co-Cr-Ni-W Alloy |
| 680, Grade | N06002 Nickel Alloy |
| 7 Mo Plus[5] SST | S32950 SST |
| 706, Alloy | N09706 Nickel Alloy |
| 7075 Aluminum | A97075 Aluminum Alloy Wrought |
| 712.0, Aluminum Alloy Casting | 07120 Aluminum Alloy Casting |
| 713.0, Aluminum Alloy Casting | 47120 Aluminum Alloy Casting |
| 718, Alloy | N07718 Nickel Alloy |
| 718, Pyromet | N07718 Nickel Alloy |
| 80-55-06 Ductile Cast Iron | 80-55-06 Ductile Cast Iron |
| 800, Alloy | N08800 Nickel Alloy |
| 800, Alloy, Cast | Cast Alloy 800 |
| 825, Alloy | N08825 Nickel Alloy |
| 825, Alloy, Cast | Cast Alloy 825 |
| 836, CDA Cast Alloy | C83600 Cast Leaded Red Brass |
| 865, CDA Alloy, Cast | C86500 Cast Manganese Bronze |
| 865, CDA Cast Alloy | C86500 Cast Manganese Bronze |
| 8S Nuts | S21600 SST |
| 9 Cr-1 Mo Steel Casting | C12 Alloy Steel Casting |
| 905, CDA, Cast | C90500 Cast Tin Bronze |
| 908, CDA, Cast | C90800 Cast Tin Bronze |
| 922, CDA, Cast | C92200 Cast Leaded Tin Bronze |
| 925, Alloy | N09925 Nickel Alloy |
| 925, Alloy, Cast | Cast Alloy 925 |
| 954, CDA Cast Alloy | C95400 Cast Aluminum Bronze |
| 955, CDA Cast Alloy | C95500 Cast Aluminum Bronze |
| 964, CDA Alloy, Cast | C96400 Cast Copper Nickel |
| A02080 Aluminum Alloy Casting | A02080 Aluminum Alloy Casting |
| A03190 Aluminum Alloy Casting | A03190 Aluminum Alloy Casting |
| A03550 Aluminum Alloy Casting | A03550 Aluminum Alloy Casting |
| A03560 Aluminum Alloy Casting | A03560 Aluminum Alloy Casting |

| Common/Tradename/Other Designation | Standard Designation |
|---|---|
| A03600 Aluminum Alloy Die Casting | A03600 Aluminum Alloy Die Casting |
| A03800 Aluminum Alloy Die Casting | A03800 Aluminum Alloy Die Casting |
| A07120 Aluminum Alloy Casting | A07120 Aluminum Alloy Casting |
| A07130 Aluminum Alloy Casting | A07130 Aluminum Alloy Casting |
| A13600 Aluminum Alloy Die Casting | A13600 Aluminum Alloy Die Casting |
| A13800 Aluminum Alloy Die Casting | A13800 Aluminum Alloy Die Casting |
| A197 Malleable Cast Iron | A197 Malleable Cast Iron |
| A286 SST, Grade | S66286 SST |
| A286, Pyromet | S66286 SST |
| A360 0, Aluminum Die Casting | A13600 Aluminum Alloy Die Casting |
| A380 0, Aluminum Alloy Die Casting | A13800 Aluminum Alloy Die Casting |
| A47120 Aluminum Alloy Casting | A47120 Aluminum Alloy Casting |
| A91100 Aluminum Alloy Wrought | A91100 Aluminum Alloy Wrought |
| A92011 Aluminum Alloy Wrought | A92011 Aluminum Alloy Wrought |
| A92017 Aluminum Alloy Wrought | A92017 Aluminum Alloy Wrought |
| A92024 Aluminum Alloy Wrought | A92024 Aluminum Alloy Wrought |
| A93003 Aluminum Alloy Wrought | A93003 Aluminum Alloy Wrought |
| A95052 Aluminum Alloy Wrought | A95052 Aluminum Alloy Wrought |
| A96061 Aluminum Alloy Wrought | A96061 Aluminum Alloy Wrought |
| A96063 Aluminum Alloy Wrought | A96063 Aluminum Alloy Wrought |
| A97075 Aluminum Alloy Wrought | A97075 Aluminum Alloy Wrought |
| AG40A, Zinc Alloy Die Casting | Z33520 Zinc Die Casting |
| AG41A, Zinc Alloy Die Casting | Z33531 Zinc Die Casting |
| Alloy 12, Cast | Alloy 12 Cobalt Alloy Casting |
| Alloy 12. Cobalt Alloy Casting | Alloy 12 Cobalt Alloy Casting |
| Alloy 12, Hardfacing | CoCr-B Hardfacing Alloy |
| Alloy 20 | N08020 Nickel Alloy |
| Alloy 20 (Obsolete) | N08020 Nickel Alloy |
| Alloy 20, Cast | CN7M Nickel Alloy Casting |
| Alloy 200 | N02200 Nickel Alloy |
| Alloy 200, Cast | CZ100 Nickel Alloy Casting |
| Alloy 201 | N02201 Nickel Alloy |
| Alloy 20Cb-3 | N08020 Nickel Alloy |
| Alloy 21 | Alloy 21 Cobalt Alloy Casting |
| Alloy 21, Cobalt Alloy Casting | Alloy 21 Cobalt Alloy Casting |
| Alloy 210, Cast (Obsolete) | CZ100 Nickel Alloy Casting |
| Alloy 25 | R30605 Co-Cr-Ni-W Alloy |
| Alloy 255 SST | S32550 SST |
| Alloy 3, Cast | Alloy 3 Cobalt Alloy Casting |
| Alloy 3, Cobalt Alloy Casting | Alloy 3 Cobalt Alloy Casting |
| Alloy 301 | N03301 Nickel Alloy |
| Alloy 400 | N04400 Nickel Alloy |
| Alloy 400. Cast | M35-1 Nickel Alloy Casting |
| Alloy 405 | N04405 Nickel Alloy |
| Alloy 410, Cast (Nickel Alloy) | M35-1 Nickel Alloy Casting |
| Alloy 411, Cast | M30C Nickel Alloy Casting |
| Alloy 505 | M25S Nickel Alloy Casting |
| Alloy 505, Cast | M35H Nickel Alloy Casting |
| Alloy 6, Cast | R30006 Cobalt Alloy Casting |
| Alloy 6, Hardfacing | CoCr-A Hardfacing Alloy |
| Alloy 6, Wrought | Alloy 6B Cobalt Alloy |
| Alloy 600 | N06600 Nickel Alloy |
| Alloy 600, Cast | CY40 Nickel Alloy Casting |
| Alloy 610, Cast (Obsolete) | CY40 Nickel Alloy Casting |
| Alloy 625 | N06625 Nickel Alloy |
| Alloy 625, Cast | CW6MC Nickel Alloy Casting |
| Alloy 6B, Cobalt Alloy | Alloy 6B Cobalt Alloy |
| Alloy 706 | N09706 Nickel Alloy |
| Alloy 718 | N07718 Nickel Alloy |
| Alloy 800 | N08800 Nickel Alloy |
| Alloy 800, Cast | Cast Alloy 800 |
| Alloy 825 | N08825 Nickel Alloy |
| Alloy 825, Cast | Cast Alloy 825 |
| Alloy 925 | N09925 Nickel Alloy |
| Alloy 925, Cast | Cast Alloy 925 |

6

HE 00752

Table 1. Cross-Reference Sorted by Common/Tradename/Other Designation (continued)

| Common/Tradename/Other Designation | Standard Designation | Common/Tradename/Other Designation | Standard Designation |
|---|---|---|---|
| Alloy B (Obsolete) | N10001 Nickel Alloy | C276, Alloy | N10276 Nickel Alloy |
| Alloy B, Cast (Obsolete) | N12MV Nickel Alloy Casting | C36000 Free Cutting Brass | C36000 Free Cutting Brass |
| Alloy B2 | N10665 Nickel Alloy | C4, Alloy | N06455 Nickel Alloy |
| Alloy B2, Cast | N7M Nickel Alloy Casting | C4, Alloy, Cast | CW2M Nickel Alloy Casting |
| Alloy C, Cast (Obsolete) | CW12M-1 Nickel Alloy Casting | C46400 Naval Brass, Uninhibited | C46400 Naval Brass, Uninhibited |
| Alloy C, Cast (Obsolete) | CW12MW Nickel Alloy Casting | C4C, Alloy, Cast | CW2M Nickel Alloy Casting |
| Alloy C22 > C-22 ꝉ | N06022 Nickel Alloy | C5 Alloy Steel Casting | C5 Alloy Steel Casting |
| Alloy C22, Cast | Cast Alloy C22 C-2 ꝉ | C5, Wrought | S50200 SST |
| Alloy C276 | N10276 Nickel Alloy | C61400 Aluminum Bronze D | C61400 Aluminum Bronze |
| Alloy C4 | N06455 Nickel Alloy | C66100 Silicon Bronze | C66100 Silicon Bronze |
| Alloy C4, Cast | CW2M Nickel Alloy Casting | C83600 Cast Leaded Red Brass | C83600 Cast Leaded Red Brass |
| Alloy C4C, Cast | CW2M Nickel Alloy Casting | C86500 Cast Manganese Bronze | C86500 Cast Manganese Bronze |
| Alloy D, Cast Nickel-Silicon Alloy | Alloy D Cast Nickel-Silicon Alloy | C90500 Cast Tin Bronze | C90500 Cast Tin Bronze |
| Alloy G (Obsolete) | N06007 Nickel Alloy | C90800 Cast Tin Bronze | C90800 Cast Tin Bronze |
| Alloy G2 | N06975 Nickel Alloy | C92200 Cast Leaded Tin Bronze | 92200 Cast Leaded Tin Bronze |
| Alloy G3 | N06985 Nickel Alloy | C95400 Cast Aluminum Bronze | C95400 Cast Aluminum Bronze |
| Alloy G30  G -30 ② | N06030 Nickel Alloy | C95500 Cast Aluminum Bronze | C95500 Cast Aluminum Bronze |
| Alloy K500 | N05500 Nickel Alloy | C96400 Cast Copper Nickel | C96400 Cast Copper Nickel |
| Alloy N | N10003 Nickel Alloy | CA15 SST Casting | CA15 SST Casting |
| Alloy R405 | N04405 Nickel Alloy | CA28MWV SST Casting | CA28MWV SST Casting |
| Alloy S. Cast | M25S Nickel Alloy Casting | CA6NM SST Casting | CA6NM SST Casting |
| Alloy X | N06002 Nickel Alloy | Carbon-Moly Steel | WC1 Alloy Steel Casting |
| Alloy X750 | N07750 Nickel Alloy | Carpenter 20 (Obsolete) | N08020 Nickel Alloy |
| ASME SA193 Grade B6 | B6 Alloy Steel Bolting | Carpenter 20Cb-3 | N08020 Nickel Alloy |
| ASME SA193 Grade B7 | B7 Alloy Steel Bolting | Carpenter 7 Mo Plus | S32950 SST |
| ASME SA193 Grade B7M | B7M Alloy Steel Bolting | Cast Alloy 800 | Cast Alloy 800 |
| ASME SA193 Grade B8 | B8 Stainless Steel Bolting | Cast Alloy 825 | Cast Alloy 825 |
| ASME SA193 Grade B8M | B8M Stainless Steel Bolting | Cast Alloy 925 | Cast Alloy 925 |
| Avesta 254SMO | S31254 SST | Cast Alloy C22 C-2 ② | Cast Alloy C22 C-22 ② |
| B, Alloy (Obsolete) | N10001 Nickel Alloy | Cast Duplex SST | CD4MCu SST Casting |
| B, Alloy, Cast (Obsolete) | N12MV Nickel Alloy Casting | Cast Duplex SST | CD7MCuN SST Casting |
| B16 Brass | C36000 Free Cutting Brass | Cast Grade 615 SST | Cast Grade 615 SST |
| B2, Alloy | N10665 Nickel Alloy | Cast Iron, ASTM A126 Class A | Class A Gray Cast Iron |
| B2, Alloy, Cast | N7M Nickel Alloy Casting | Cast Iron, ASTM A126 Class B | Class B Gray Cast Iron |
| B6 Alloy Steel Bolting | B6 Alloy Steel Bolting | Cast Iron, ASTM A126 Class C | Class C Gray Cast Iron |
| B7 Alloy Steel Bolting | B7 Alloy Steel Bolting | Cast Iron, ASTM A48 Class 20 | Class 20 Gray Cast Iron |
| B7M Alloy Steel Bolting | B7M Alloy Steel Bolting | Cast Iron, ASTM A48 Class 30 | Class 30 Gray Cast Iron |
| B8 Stainless Steel Bolting | B8 Stainless Steel Bolting | Cast Iron, ASTM A48 Class 40 | Class 40 Gray Cast Iron |
| B8M Stainless Steel Bolting | B8M Stainless Steel Bolting | Cast Iron, ASTM A532 Cl III, Tp A | Class III Type A White Cast Iron |
| Brass, B16 | C36000 Free Cutting Brass | Cast Iron, High Chromium White | Class III Type A White Cast Iron |
| Brass, Free Cutting | C36000 Free Cutting Brass | Cast M152 SST | Cast M152 SST |
| Brass, Free Cutting Yellow | C36000 Free Cutting Brass | CB7Cu-1 SST Casting | CB7Cu-1 SST Casting |
| Brass, Free Machining | C36000 Free Cutting Brass | CB7Cu-2 SST Casting | CB7Cu-2 SST Casting |
| Brass. Free Turning | C36000 Free Cutting Brass | CD4MCu SST Casting | CD4MCu SST Casting |
| Brass, High Leaded | C36000 Free Cutting Brass | CD7MCuN SST Casting | CD7MCuN SST Casting |
| Brass, Leaded Red, Cast | C83600 Cast Leaded Red Brass | CF3 SST Casting | CF3 SST Casting |
| Brass, Uninhibited Naval | C46400 Naval Brass, Uninhibited | CF3M SST Casting | CF3M SST Casting |
| Brass, Yellow, High Strength, Cast | C86500 Cast Manganese Bronze | CF8 SST Casting | CF8 SST Casting |
| Bronze, 88-12 Gear, Cast | C90800 Cast Tin Bronze | CF8C SST Casting | CF8C SST Casting |
| Bronze, Aluminum 7% | C61400 Aluminum Bronze D | CF8M SST Casting | CF8M SST Casting |
| Bronze, Aluminum 9C, Cast | C95400 Cast Aluminum Bronze | CG3M SST Casting | CG3M SST Casting |
| Bronze, Aluminum 9D, Cast | C95500 Cast Aluminum Bronze | CG6MMN SST Casting | CG6MMN SST Casting |
| Bronze, Aluminum C, Cast | C95400 Cast Aluminum Bronze | CG8M SST Casting | CG8M SST Casting |
| Bronze. Aluminum D | C61400 Aluminum Bronze D | Chrome Plating | Cr Plate |
| Bronze, Aluminum D, Cast | C95500 Cast Aluminum Bronze | Chrome-Moly Steel, 4140 | G41400 Alloy Steel |
| Bronze, High Silicon | C66100 Silicon Bronze | Chrome-Moly Steel, C12 | C12 Alloy Steel Casting |
| Bronze, Manganese, Cast | C86500 Cast Manganese Bronze | Chrome-Moly Steel, C5 | C5 Alloy Steel Casting |
| Bronze, Navy "M", Cast | C92200 Cast Leaded Tin Bronze | Chrome-Moly Steel, WC6 | WC6 Alloy Steel Casting |
| Bronze, Silicon | C66100 Silicon Bronze | Chrome-Moly Steel, WC9 | WC9 Alloy Steel Casting |
| Bronze, Steam. Cast | C92200 Cast Leaded Tin Bronze | CK20 SST Casting | CK20 SST Casting |
| Bronze, Valve, Cast | C92200 Cast Leaded Tin Bronze | Class 20 Gray Cast Iron | Class 20 Gray Cast Iron |
| C, Alloy, Cast (Obsolete) | CW12M-1 Nickel Alloy Casting | Class 30 Gray Cast Iron | Class 30 Gray Cast Iron |
| C, Alloy, Cast (Obsolete) | CW12MW Nickel Alloy Casting | Class 40 Gray Cast Iron | Class 40 Gray Cast Iron |
| C12 Alloy Steel Casting | C12 Alloy Steel Casting | Class A Gray Cast Iron | Class A Gray Cast Iron |
| C12000 Copper (DLP) | C12000 Copper (DLP) | Class B Gray Cast Iron | Class B Gray Cast Iron |
| C12000 DLP Copper | C12000 Copper (DLP) | Class C Gray Cast Iron | Class C Gray Cast Iron |
| C12200 Copper (DHP) | C12200 Copper (DHP) | Class III Type A White Cast Iron | Class III Type A White Cast Iron |
| C12200 DHP Copper | C12200 Copper (DHP) | CN7M Nickel Alloy Casting | CN7M Nickel Alloy Casting |
| C12L14 Steel, AISI | G12144 Carbon Steel | Cobalt 6, Cast | R30006 Cobalt Alloy Casting |
| C22, Alloy | N06022 Nickel Alloy | Cobalt Chrome 6. Cast | R30006 Cobalt Alloy Casting |
| C22, Alloy, Cast | Cast Alloy C22 C-22 ② | | |

C-22 ②
-22 ②

HE 00753

7

*Table 1. Cross-Reference Sorted by Common/Tradename/Other Designation (continued)*

| Common/Tradename/ Other Designation | Standard Designation |
|---|---|
| CoCr-A Hardfacing Alloy | CoCr-A Hardfacing Alloy |
| CoCr-A. Cast (Erroneous) | R30006 Cobalt Alloy Casting |
| CoCr-A, Wrought (Erroneous) | Alloy 6B Cobalt Alloy |
| CoCr-B Hardfacing Alloy | CoCr-B Hardfacing Alloy |
| CoCr-B, Cast (Erroneous) | Alloy 12 Cobalt Alloy Casting |
| CoCr-C Hardfacing Alloy | CoCr-C Hardfacing Alloy |
| CoCr-C, Cast (Erroneous) | Alloy 3 Cobalt Alloy Casting |
| Colmonoy 4, Hardfacing[6] | NiCr-A Hardfacing Alloy |
| Colmonoy 5, Hardfacing | NiCr-B Hardfacing Alloy |
| Colmonoy 6, Cast | NiCr-6 Nickel Alloy Casting |
| Colmonoy 6, Hardfacing | NiCr-C Hardfacing Alloy |
| Commercially Pure Nickel | N02200 Nickel Alloy |
| Commercially Pure Nickel. Low Crbn | N02201 Nickel Alloy |
| Composition Metal | C83600 Cast Leaded Red Brass |
| Copper Silicon | C66100 Silicon Bronze |
| Copper, DHP | C12200 DHP Copper |
| Copper, DLP | C12000 DLP Copper |
| Copper-Nickel, 70-30 | C96400 Cast Copper Nickel |
| Cr Plate | Cr Plate |
| CS43A Aluminum (Obsolete) | A02080 Aluminum Alloy Casting |
| Cupro-Nickel, 70-30 | C96400 Cast Copper Nickel |
| Custom 450 | S45000 SST |
| Custom 630 | S17400 SST |
| CW12M-1 Nickel Alloy Casting | CW12M-1 Nickel Alloy Casting |
| CW12MW Nickel Alloy Casting | CW12MW Nickel Alloy Casting |
| CW2M Nickel Alloy Casting | CW2M Nickel Alloy Casting |
| CW6MC Nickel Alloy Casting | CW6MC Nickel Alloy Casting |
| CY40 Nickel Alloy Casting | CY40 Nickel Alloy Casting |
| CZ100 Nickel Alloy Casting | CZ100 Nickel Alloy Casting |
| D, Nickel-Base Alloy | Alloy D Cast Nickel-Silicon Alloy |
| D-2, Austenitic Ductile Iron | Type D-2 Austenitic Ductile Iron |
| D-2, Ductile Ni-Resist[7] | Type D-2 Austenitic Ductile Iron |
| D-2B, Austenitic Ductile Iron | Type D-2B Austenitic Ductile Iron |
| D-2B. Ductile Ni-Resist | Type D-2B Austenitic Ductile Iron |
| D-2C. Austenitic Ductile Iron | Type D-2C Austenitic Ductile Iron |
| D-2C, Ductile Ni-Resist | Type D-2C Austenitic Ductile Iron |
| D-2M  Austenitic Ductile Iron | Type D-2M Austenitic Ductile Iron |
| D-2M, Ductile Ni-Resist | Type D-2M Austenitic Ductile Iron |
| D-3, Austenitic Ductile Iron | Type D-3 Austenitic Ductile Iron |
| D-3, Ductile Ni-Resist | Type D-3 Austenitic Ductile Iron |
| D-3A, Austenitic Ductile Iron | Type D-3A Austenitic Ductile Iron |
| D-3A, Ductile Ni-Resist | Type D-3A Austenitic Ductile Iron |
| D-4, Austenitic Ductile Iron | Type D-4 Austenitic Ductile Iron |
| D-4, Ductile Ni-Resist | Type D-4 Austenitic Ductile Iron |
| D-5, Austenitic Ductile Iron | Type D-5 Austenitic Ductile Iron |
| D-5, Ductile Ni-Resist | Type D-5 Austenitic Ductile Iron |
| D-5B, Austenitic Ductile Iron | Type D-5B Austenitic Ductile Iron |
| D-5B, Ductile Ni-Resist | Type D-5B Austenitic Ductile Iron |
| D-5S, Austenitic Ductile Iron | Type D-5S Austenitic Ductile Iron |
| D-5S, Ductile Ni-Resist | Type D-5S Austenitic Ductile Iron |
| D712 0, Aluminum Alloy Casting | A07130 Aluminum Alloy Casting |
| DIN 17730 #2.4365 | M30C Nickel Alloy Casting |
| Drill Rod | G10800 Carbon Steel |
| Drill Rod | G10950 Carbon Steel |
| Ductile Iron 60-40-18 | 60-40-18 Ductile Cast Iron |
| Ductile Iron 65-45-12 | 65-45-12 Ductile Cast Iron |
| Ductile Iron 80-55-06 | 80-55-06 Ductile Cast Iron |
| Ductile Ni-Resist Type D-2 | Type D-2 Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-2B | Type D-2B Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-2C | Type D-2C Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-2M | Type D-2M Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-3 | Type D-3 Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-4 | Type D-4 Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-5 | Type D-5 Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-5B | Type D-5B Austenitic Ductile Iron |
| Ductile Ni-Resist Type D-5S | Type D-5S Austenitic Ductile Iron |
| Duranickel 301[8] | N03301 Nickel Alloy |
| Durimet 20 SST[9] | CN7M Nickel Alloy Casting |
| E-Brite 26-1 | S44626 SST |
| Elgiloy[10] | R30003 Co-Cr-Ni-Fe-Mo (Elgiloy) |

| Common/Tradename/ Other Designation | Standard Designation |
|---|---|
| F11401 Gray Cast Iron | Class 20 Gray Cast Iron |
| F11501 Gray Cast Iron | Class A Gray Cast Iron |
| F12101 Gray Cast Iron | Class 30 Gray Cast Iron |
| F12102 Gray Cast Iron | Class B Gray Cast Iron |
| F12801 Gray Cast Iron | Class 40 Gray Cast Iron |
| F12802 Gray Cast Iron | Class C Gray Cast Iron |
| F22000 Malleable Cast Iron | A197 Malleable Cast Iron |
| F22200 Malleable Cast Iron | 32510 Malleable Iron |
| F32800 Cast Iron, Ductile | 60-40-18 Ductile Cast Iron |
| F33100 Cast Iron, Ductile | 65-45-12 Ductile Cast Iron |
| P33800 Cast Iron, Ductile | 80-55-06 Ductile Cast Iron |
| F41000 Cast Iron, Austenitic | Type 1 Austenitic Cast Iron |
| F41001 Cast Iron, Austenitic | Type 1b Austenitic Cast Iron |
| F41002 Cast Iron, Austenitic | Type 2 Austenitic Cast Iron |
| F41003 Cast Iron, Austenitic | Type 2b Austenitic Cast Iron |
| F41004 Cast Iron, Austenitic | Type 3 Austenitic Cast Iron |
| F41005 Cast Iron. Austenitic | Type 4 Austenitic Cast Iron |
| F41006 Cast Iron, Austenitic | Type 5 Austenitic Cast Iron |
| F43000 Ductile Iron, Austenitic | Type D-2 Austenitic Ductile Iron |
| F43001 Ductile Iron, Austenitic | Type D-2B Austenitic Ductile Iron |
| F43002 Ductile Iron, Austenitic | Type D-2C Austenitic Ductile Iron |
| F43003 Ductile Iron, Austenitic | Type D-3 Austenitic Ductile Iron |
| F43004 Ductile Iron, Austenitic | Type D-3A Austenitic Ductile Iron |
| F43004 Ductile Iron, Austenitic | Type D-3A Austenitic Ductile Iron |
| F43005 Ductile Iron, Austenitic | Type D-4 Austenitic Ductile Iron |
| F43006 Ductile Iron, Austenitic | Type D-5 Austenitic Ductile Iron |
| F43007 Ductile Iron, Austenitic | Type D-5B Austenitic Ductile Iron |
| F43010 Ductile Iron, Austenitic | Type D-2M Austenitic Ductile Iron |
| F45009 White Cast Iron | Class III Type A White Cast Iron |
| Fansteel 60 | R05255 Tantalum Tungsten Alloy |
| Ferralium 255[11] | S32550 SST |
| Ferralium 255 SST, Cast | CD7MCuN SST Casting |
| G, Alloy (Obsolete) | N06007 Nickel Alloy |
| G10080 Carbon Steel | G10080 Carbon Steel |
| G10100 Carbon Steel | G10100 Carbon Steel |
| G10180 Carbon Steel | G10180 Carbon Steel |
| G10200 Carbon Steel | G10200 Carbon Steel |
| G10300 Carbon Steel | G10300 Carbon Steel |
| G10450 Carbon Steel | G10450 Carbon Steel |
| G10800 Carbon Steel | G10800 Carbon Steel |
| G10950 Carbon Steel | G10950 Carbon Steel |
| G12144 Carbon Steel | G12144 Carbon Steel |
| G2, Alloy | N06975 Nickel Alloy |
| G3, Alloy    *G-30* | N06985 Nickel Alloy |
| G30, Alloy | N06030 Nickel Alloy |
| G41400 Alloy Steel | G41400 Alloy Steel |
| G43400 Alloy Steel | G43400 Alloy Steel |
| Greek Ascoloy[2] | S41800 SST |
| Greek Ascoloy SST | Cast Grade 615 SST |
| Gun Metal | C90500 Cast Tin Bronze |
| H11 Tool Steel | T20811 Tool Steel |
| H13 Tool Steel | T20813 Tool Steel |
| H51500 Alloy Steel | H51500 Alloy Steel |
| H51600 Alloy Steel | H51600 Alloy Steel |
| Hard Chrome Plating | Cr Plate |
| Hastelloy B[13] (Obsolete) | N10001 Nickel Alloy |
| Hastelloy B, Cast (Obsolete) | N12MV Nickel Alloy Casting |
| Hastelloy B2 | N10665 Nickel Alloy |
| Hastelloy B2, Cast | N7M Nickel Alloy Casting |
| Hastelloy C, Cast (Obsolete) | CW12M-1 Nickel Alloy Casting |
| Hastelloy C, Cast (Obsolete) | CW12MW Nickel Alloy Casting |
| Hastelloy C22    *C-22* | N06022 Nickel Alloy |
| Hastelloy C22, Cast    *C-22* | Cast Alloy C22    *C-22* |
| Hastelloy C276 | N10276 Nickel Alloy |
| Hastelloy C4 | N06455 Nickel Alloy |
| Hastelloy C4, Cast | CW2M Nickel Alloy Casting |
| Hastelloy C4C, Cast | CW2M Nickel Alloy Casting |
| Hastelloy D | Alloy D Cast Nickel-Silicon Alloy |
| Hastelloy G (Obsolete) | N06007 Nickel Alloy |
| Hastelloy G2 | N06975 Nickel Alloy |

8

HE 00754

Table 1. Cross-Reference Sorted by Common/Tradename/Other Designation (continued)

| Common/Tradename/Other Designation | Standard Designation |
|---|---|
| Hastelloy G3 | N06985 Nickel Alloy |
| Hastelloy G30 | N06030 Nickel Alloy |
| Hastelloy N | N10003 Nickel Alloy |
| Hastelloy X | N06002 Nickel Alloy |
| Haynes 25 | R30605 Co-Cr-Ni-W Alloy |
| High Chromium White Iron | Class III Type A White Cast Iron |
| Incoloy[14] | N08800 Nickel Alloy |
| Incoloy 800 | N08800 Nickel Alloy |
| Incoloy 800, Cast | Cast Alloy 800 |
| Incoloy 825 | N08825 Nickel Alloy |
| Incoloy 825, Cast | Cast Alloy 825 |
| Incoloy 925 | N09925 Nickel Alloy |
| Incoloy 925, Cast | Cast Alloy 925 |
| Inconel[15] | N06600 Nickel Alloy |
| Inconel 600 | N06600 Nickel Alloy |
| Inconel 600, Cast | CY40 Nickel Alloy Casting |
| Inconel 610, Cast (Obsolete) | CY40 Nickel Alloy Casting |
| Inconel 625 | N06625 Nickel Alloy |
| Inconel 625, Cast | CW6MC Nickel Alloy Casting |
| Inconel 705 | N09706 Nickel Alloy |
| Inconel 718 | N07718 Nickel Alloy |
| Inconel X | N07750 Nickel Alloy |
| Inconel X750 | N07750 Nickel Alloy |
| J02503 | WCC Carbon Steel Casting |
| J03002 | WCB Carbon Steel Casting |
| J03003 | LCB Carbon Steel Casting |
| J12072 | WC6 Alloy Steel Casting |
| J12522 | WC1 Alloy Steel Casting |
| J21890 | WC9 Alloy Steel Casting |
| J42045 | C5 Alloy Steel Casting |
| J82090 | C12 Alloy Steel Casting |
| J91150 | CA15 SST Casting |
| J91540 | CA6NM SST Casting |
| J91631 | Cast Grade 615 SST |
| J92110 | CB7Cu-2 SST Casting |
| J92200 | CB7Cu-1 SST Casting |
| J92500 | CF3 SST Casting |
| J92600 | CF8 SST Casting |
| J92710 | CF8C SST Casting |
| J92800 | CF3M SST Casting |
| J92900 | CF8M SST Casting |
| J93000 | CG8M SST Casting |
| J94202 | CK20 SST Casting |
| J95150 | CN7M Nickel Alloy Casting |
| Jethete M152[16] SST, Cast | Cast M152 SST |
| Jethete M152 SST, Wrought | S64152 SST |
| K-Monel | N05500 Nickel Alloy |
| K-Monel 500 | N05500 Nickel Alloy |
| K03009 | LF1 Carbon Steel Forging |
| K03011 | LF2 Carbon Steel Forging |
| K03504 | SA105 Carbon Steel Forging |
| K500, Alloy | N05500 Nickel Alloy |
| L-605 | R30605 Co-Cr-Ni-W Alloy |
| LC3 Alloy Steel Casting | LC3 Alloy Steel Casting |
| LCB Carbon Steel Casting | LCB Carbon Steel Casting |
| LF1 Carbon Steel Forging | LF1 Carbon Steel Forging |
| LF2 Carbon Steel Forging | LF2 Carbon Steel Forging |
| M152 SST, Wrought | S64152 SST |
| M25S Nickel Alloy Casting | M25S Nickel Alloy Casting |
| M30C Nickel Alloy Casting | M30C Nickel Alloy Casting |
| M35-1 Nickel Alloy Casting | M35-1 Nickel Alloy Casting |
| M35H Nickel Alloy Casting | M35H Nickel Alloy Casting |
| M35W | M35-1 Nickel Alloy Casting |
| Malleable Iron, Grade 32510 | 32510 Malleable Iron |
| Malleable Iron, Grade 35018 | 35018 Malleable Iron |
| Modified 410, Cast | CA6NM SST Casting |
| Moly Steel, 1/2 Mo | WC1 Alloy Steel Casting |
| Monel | N04400 Nickel Alloy |
| Monel 400 | N04400 Nickel Alloy |
| Monel 400, Cast | M35-1 Nickel Alloy Casting |
| Monel 405 | N04405 Nickel Alloy |

| Common/Tradename/Other Designation | Standard Designation |
|---|---|
| Monel 410, Cast | M35-1 Nickel Alloy Casting |
| Monel 411, Cast | M30C Nickel Alloy Casting |
| Monel 505 | M25S Nickel Alloy Casting |
| Monel 506, Cast | M35H Nickel Alloy Casting |
| Monel K-500 | N05500 Nickel Alloy |
| Monel R-405 | N04405 Nickel Alloy |
| Monel, Cast | M35-1 Nickel Alloy Casting |
| N, Alloy | N10003 Nickel Alloy |
| N02200 Nickel Alloy | N02200 Nickel Alloy |
| N02201 Nickel Alloy | N02201 Nickel Alloy |
| N03301 Nickel Alloy | N03301 Nickel Alloy |
| N04400 Nickel Alloy | N04400 Nickel Alloy |
| N04405 Nickel Alloy | N04405 Nickel Alloy |
| N05500 Nickel Alloy | N05500 Nickel Alloy |
| N06002 Nickel Alloy | N06002 Nickel Alloy |
| N06007 Nickel Alloy | N06007 Nickel Alloy |
| N06022 Nickel Alloy | N06022 Nickel Alloy |
| N06030 Nickel Alloy | N06030 Nickel Alloy |
| N06040 | CY40 Nickel Alloy Casting |
| N06455 Nickel Alloy | N06455 Nickel Alloy |
| N06600 Nickel Alloy | N06600 Nickel Alloy |
| N06625 Nickel Alloy | N06625 Nickel Alloy |
| N06975 Nickel Alloy | N06975 Nickel Alloy |
| N06985 Nickel Alloy | N06985 Nickel Alloy |
| N07718 Nickel Alloy | N07718 Nickel Alloy |
| N07750 Nickel Alloy | N07750 Nickel Alloy |
| N08007 Nickel Alloy | CN7M Nickel Alloy Casting |
| N08020 Nickel Alloy | N08020 Nickel Alloy |
| N08800 Nickel Alloy | N08800 Nickel Alloy |
| N08825 Nickel Alloy | N08825 Nickel Alloy |
| N09706 Nickel Alloy | N09706 Nickel Alloy |
| N09902 Nickel Alloy | N09902 Nickel Alloy |
| N09925 Nickel Alloy | N09925 Nickel Alloy |
| N10001 Nickel Alloy | N10001 Nickel Alloy |
| N10003 Nickel Alloy | N10003 Nickel Alloy |
| N10276 Nickel Alloy | N10276 Nickel Alloy |
| N10665 Nickel Alloy | N10665 Nickel Alloy |
| N12MV Nickel Alloy Casting | N12MV Nickel Alloy Casting |
| N7M Nickel Alloy Casting | N7M Nickel Alloy Casting |
| Navy "M" | C92200 Cast Leaded Tin Bronze |
| Ni-Resist Type 1 | Type 1 Austenitic Cast Iron |
| Ni-Resist Type 1b | Type 1b Austenitic Cast Iron |
| Ni-Resist Type 2 | Type 2 Austenitic Cast Iron |
| Ni-Resist Type 2b | Type 2b Austenitic Cast Iron |
| Ni-Resist Type 3 | Type 3 Austenitic Cast Iron |
| Ni-Resist Type 4 | Type 4 Austenitic Cast Iron |
| Ni-Resist Type 5 | Type 5 Austenitic Cast Iron |
| Ni-Span C[17] Alloy 902 | N09902 Nickel Alloy |
| Nickel 200 | N02200 Nickel Alloy |
| Nickel 200, Cast | CZ100 Nickel Alloy Casting |
| Nickel 201 | N02201 Nickel Alloy |
| Nickel 210, Cast (Obsolete) | CZ100 Nickel Alloy Casting |
| Nickel Steel, 3-1/2 Ni | LC3 Alloy Steel Casting |
| Nickel, Cast | CZ100 Nickel Alloy Casting |
| Nickel, Commercially Pure | N02200 Nickel Alloy |
| Nickel, Commercially Pure | N02201 Nickel Alloy |
| Nickel-Chrome-Boron Hardfacing | NiCr-C Hardfacing Alloy |
| Nickel-Chrome-Moly Steel | G43400 Alloy Steel |
| NiCr-6, Nickel Alloy Casting | NiCr-6 Nickel Alloy Casting |
| NiCr-A Hardfacing Alloy | NiCr-A Hardfacing Alloy |
| NiCr-B Hardfacing Alloy | NiCr-B Hardfacing Alloy |
| NiCr-C Hardfacing Alloy | NiCr-C Hardfacing Alloy |
| Nitronic 50[18] SST | S20910 SST |
| Nitronic 50 SST, Cast | CG6MMN SST Casting |
| Nitronic 60 SST | S21800 SST |
| Nucalloy 439[19], Cast | NiCr-6 Nickel Alloy Casting |
| Ounce Metal | C83600 Cast Leaded Red Brass |
| PH 13-8 Mo SST | S13800 SST |
| PH 15-7 Mo SST | S15700 SST |
| Pyromet 600 | N06600 Nickel Alloy |

HE 00755

Table 1. Cross-Reference Sorted by Common/Tradename/Other Designation (continued)

| Common/Tradename/Other Designation | Standard Designation |
|---|---|
| Pyromet 625 | N06625 Nickel Alloy |
| Pyromet 718 | N07718 Nickel Alloy |
| Pyromet A286 | S66286 SST |
| Pyromet X-750 | N07750 Nickel Alloy |
| QQ-N-288 Composition A | M35-1 Nickel Alloy Casting |
| QQ-N-288 Composition D | M25S Nickel Alloy Casting |
| QQ-N-288 Composition E | M30C Nickel Alloy Casting |
| R-Monel | N04405 Nickel Alloy |
| R-Monel 405 | N04405 Nickel Alloy |
| R05200 Tantalum | R05200 Tantalum |
| R05255 Tantalum Tungsten Alloy | R05255 Tantalum Tungsten Alloy |
| R05400 Tantalum.Comm Pure,Sintered | R05400 Tantalum.Comm Pure,Sintered |
| R30003 Co-Cr-Ni-Fe-Mo (Elgiloy) | R30003 Co-Cr-Ni-Fe-Mo (Elgiloy) |
| R30006 Cobalt Alloy Casting | R30006 Cobalt Alloy Casting |
| R30605 Co-Cr-Ni-W Alloy | R30605 Co-Cr-Ni-W Alloy |
| R50250 Titanium Alloy | R50250 Titanium Alloy |
| R50250 Titanium Alloy Casting | R50250 Titanium Alloy Casting |
| R50400 Titanium Alloy | R50400 Titanium Alloy |
| R50400 Titanium Alloy Casting | R50400 Titanium Alloy Casting |
| R50550 Titanium Alloy | R50550 Titanium Alloy |
| R50550 Titanium Alloy Casting | R50550 Titanium Alloy Casting |
| R50700 Titanium Alloy | R50700 Titanium Alloy |
| R50700 Titanium Alloy Casting | R50700 Titanium Alloy Casting |
| R54520 Titanium Alloy | R54520 Titanium Alloy |
| R54520 Titanium Alloy Casting | R54520 Titanium Alloy Casting |
| R56400 Titanium Alloy | R56400 Titanium Alloy |
| R56400 Titanium Alloy Casting | R56400 Titanium Alloy Casting |
| R60701 Zirconium Alloy | R60701 Zirconium Alloy |
| R60702 Zirconium Alloy | R60702 Zirconium Alloy |
| R60802 Zirconium Alloy | R60802 Zirconium Alloy |
| R60804 Zirconium Alloy | R60804 Zirconium Alloy |
| S. Alloy, Cast | M25S Nickel Alloy Casting |
| S-Monel, Cast | M25S Nickel Alloy Casting |
| S13800 SST | S13800 SST |
| S15500 SST | S15500 SST |
| S15700 SST | S15700 SST |
| S17400 SST | S17400 SST |
| S17700 SST | S17700 SST |
| S18200 SST | S18200 SST |
| S20910 SST | S20910 SST |
| S21800 SST | S21800 SST |
| S30100 SST | S30100 SST |
| S30200 SST | S30200 SST |
| S30300 SST | S30300 SST |
| S30323 SST | S30323 SST |
| S30400 SST | S30400 SST |
| S30403 SST | S30403 SST |
| S30409 SST | S30409 SST |
| S31000 SST | S31000 SST |
| S31254 SST | S31254 SST |
| S31600 SST | S31600 SST |
| S31603 SST | S31603 SST |
| S31609 SST | S31609 SST |
| S31700 SST | S31700 SST |
| S31703 SST | S31703 SST |
| S31803 SST | S31803 SST |
| S32100 SST | S32100 SST |
| S32550 SST | S32550 SST |
| S32900 SST | S32900 SST |
| S32950 SST | S32950 SST |
| S34700 SST | S34700 SST |
| S41000 SST | S41000 SST |
| S41600 SST | S41600 SST |
| S41800 SST | S41800 SST |
| S42000 SST | S42000 SST |
| S42200 SST | S42200 SST |
| S43000 SST | S43000 SST |
| S43100 SST | S43100 SST |
| S44002 SST | S44002 SST |
| S44003 SST | S44003 SST |
| S44004 SST | S44004 SST |
| S44626 SST | S44626 SST |
| S44735 SST | S44735 SST |
| S45000 SST | S45000 SST |
| S50200 SST | S50200 SST |
| S64152 SST | S64152 SST |
| S66286 SST | S66286 SST |
| SA-105 Carbon Steel Forging | SA105 Carbon Steel Forging |
| Stellite 1[20], Hardfacing | CoCr-C Hardfacing Alloy |
| Stellite 12, Cast | Alloy 12 Cobalt Alloy Casting |
| Stellite 12, Hardfacing | CoCr-B Hardfacing Alloy |
| Stellite 21 | Alloy 21 Cobalt Alloy Casting |
| Stellite 3, Cast | Alloy 3 Cobalt Alloy Casting |
| Stellite 6, Cast | R30006 Cobalt Alloy Casting |
| Stellite 6, Hardfacing | CoCr-A Hardfacing Alloy |
| Stellite 6B | Alloy 6B Cobalt Alloy |
| Stoody 1, Hardfacing | CoCr-C Hardfacing Alloy |
| Stoody 12, Cast | Alloy 12 Cobalt Alloy Casting |
| Stoody 12, Hardfacing | CoCr-B Hardfacing Alloy |
| Stoody 3, Cast | Alloy 3 Cobalt Alloy Casting |
| Stoody 4, Hardfacing | NiCr-A Hardfacing Alloy |
| Stoody 41, Cast | NiCr-6 Nickel Alloy Casting |
| Stoody 5, Hardfacing | NiCr-B Hardfacing Alloy |
| Stoody 6. Cast | R30006 Cobalt Alloy Casting |
| Stoody 6. Hardfacing | CoCr-A Hardfacing Alloy |
| T20811 Hot Work Tool Steel (H11) | T20811 Tool Steel |
| T20813 Hot Work Tool Steel (H13) | T20813 Tool Steel |
| Ta-10W | R05255 Tantalum Tungsten Alloy |
| Tantaloy[21] | R05255 Tantalum Tungsten Alloy |
| Tantalum, Commercially Pure | R05200 Tantalum |
| Tantalum. Sintered | R05400 Tantalum,Comm Pure,Sintered |
| Tantalum-10%Tungsten | R05255 Tantalum Tungsten Alloy |
| Ti-5Al-2.5Sn | R54520 Titanium Alloy |
| Ti-5Al-2.5Sn. Cast | R54520 Titanium Alloy Casting |
| Ti-6Al-4V | R56400 Titanium Alloy |
| Ti-6Al-4V, Cast | R56400 Titanium Alloy Casting |
| Titanium Grade 1, Unalloyed | R50250 Titanium Alloy |
| Titanium Grade 2, Unalloyed | R50400 Titanium Alloy |
| Titanium Grade 3, Unalloyed | R50550 Titanium Alloy |
| Titanium Grade 4, Unalloyed | R50700 Titanium Alloy |
| Titanium Grade 5 | R56400 Titanium Alloy |
| Titanium Grade 6 | R54520 Titanium Alloy |
| Titanium Grade C1. Cast, Unalloyed | R50250 Titanium Alloy Casting |
| Titanium Grade C2, Cast, Unalloyed | R50400 Titanium Alloy Casting |
| Titanium Grade C3. Cast. Unalloyed | R50550 Titanium Alloy Casting |
| Titanium Grade C4. Cast, Unalloyed | R50700 Titanium Alloy Casting |
| Titanium Grade C5, Cast | R56400 Titanium Alloy Casting |
| Titanium Grade C6. Cast | R54520 Titanium Alloy Casting |
| TMT 601[22] | TMT 601 |
| Tribaloy T-700[23] | Tribaloy T700 |
| Tribaloy T700 | Tribaloy T700 |
| Type 1 Austenitic Cast Iron | Type 1 Austenitic Cast Iron |
| Type 1, Ni-Resist | Type 1 Austenitic Cast Iron |
| Type 1b Austenitic Cast Iron | Type 1b Austenitic Cast Iron |
| Type 1b, Ni-Resist | Type 1b Austenitic Cast Iron |
| Type 2 Austenitic Cast Iron | Type 2 Austenitic Cast Iron |
| Type 2, Ni-Resist | Type 2 Austenitic Cast Iron |
| Type 2b Austenitic Cast Iron | Type 2b Austenitic Cast Iron |
| Type 2b, Ni-Resist | Type 2b Austenitic Cast Iron |
| Type 3 Austenitic Cast Iron | Type 3 Austenitic Cast Iron |
| Type 3, Ni-Resist | Type 3 Austenitic Cast Iron |
| Type 4 Austenitic Cast Iron | Type 4 Austenitic Cast Iron |
| Type 4. Ni-Resist | Type 4 Austenitic Cast Iron |
| Typ 5 Austenitic Cast Iron | Type 5 Austenitic Cast Iron |
| Type 5, Ni-Resist | Type 5 Austenitic Cast Iron |

HE 00756

Table 1. Cross-Reference Sorted by Common/Tradename/Other Designation (continued)

| Common/Tradename/ Other Designation | Standard Designation | Common/Tradename/ Other Designation | Standard Designation |
|---|---|---|---|
| Type D-2 Austenitic Ductile Iron | Type D-2 Austenitic Ductile Iron | White Iron | Class III Type A White Cast Iron |
| Type D-2B Austenitic Ductile Iron | Type D-2B Austenitic Ductile Iron | Wiscalloy M152 SST[25] | Cast M152 SST |
| Type D-2C Austenitic Ductile Iron | Type D-2C Austenitic Ductile Iron | X, Alloy | N06002 Nickel Alloy |
| Type D-2M Austenitic Ductile Iron | Type D-2M Austenitic Ductile Iron | X750, Alloy | N07750 Nickel Alloy |
| Type D-3 Austenitic Ductile Iron | Type D-3 Austenitic Ductile Iron | X750, Pyromet | N07750 Nickel Alloy |
| Type D-3A Austenitic Ductile Iron | Type D-3A Austenitic Ductile Iron | XM-19 SST | S20910 SST |
| Type D-4 Austenitic Ductile Iron | Type D-4 Austenitic Ductile Iron | XM-19 SST, Cast | CG6MMN SST Casting |
| Type D-5 Austenitic Ductile Iron | Type D-5 Austenitic Ductile Iron | XM-33 SST | S44626 SST |
| Type D-5B Austenitic Ductile Iron | Type D-5B Austenitic Ductile Iron | Z33520 Zinc Die Casting | Z33520 Zinc Die Casting |
| Type D-5S Austenitic Ductile Iron | Type D-5S Austenitic Ductile Iron | Z35531 Zinc Die Casting | Z35531 Zinc Die Casting |
| Uniloy 605[24] | R30605 Co-Cr-Ni-W Alloy | ZC81A Aluminum Casting | A07130 Aluminum Alloy Casting |
| Vascojet 1000[25] | T20811 Tool Steel | ZG61A Aluminum Casting | A47120 Aluminum Alloy Casting |
| WC1 | WC1 Alloy Steel Casting | Zinc Die Casting | Z33520 Zinc Die Casting |
| WC1 Alloy Steel Casting | WC1 Alloy Steel Casting | Zinc Die Casting | Z33531 Zinc Die Casting |
| WC6 | WC6 Alloy Steel Casting | Zircaloy 2 | R60802 Zirconium Alloy |
| WC6 Alloy Steel Casting | WC6 Alloy Steel Casting | Zircaloy 4 | R60804 Zirconium Alloy |
| WC9 | WC9 Alloy Steel Casting | Zircaloy 802 | R60802 Zirconium Alloy |
| WC9 Alloy Steel Casting | WC9 Alloy Steel Casting | Zircaloy 804 | R60804 Zirconium Alloy |
| WCB | WCB Carbon Steel Casting | Zirconium 701 | R60701 Zirconium Alloy |
| WCB Carbon Steel Casting | WCB Carbon Steel Casting | Zirconium 702 | R60702 Zirconium Alloy |
| WCC | WCC Carbon Steel Casting | Zirconium Alloy 802 | R60802 Zirconium Alloy |
| WCC Carbon Steel Casting | WCC Carbon Steel Casting | Zirconium Alloy 804 | R60804 Zirconium Alloy |

Table 2. Cross-Reference Sorted by Standard Designation

| Standard Designation | Common/Tradename/ Other Designation | Standard Designation | Common/Tradename/ Other Designation |
|---|---|---|---|
| 32510 Malleable Iron | 32510 Malleable Iron<br>F22000 Malleable Cast Iron<br>Malleable Iron, Grade 32510 | A197 Malleable Cast Iron | A197 Malleable Cast Iron<br>F22000 Malleable Cast Iron |
| 35018 Malleable Iron | 35018 Malleable Iron<br>Malleable Iron, Grade 35018 | A47120 Aluminum Alloy Casting | 713 0, Aluminum Alloy Casting<br>A47120 Aluminum Alloy Casting<br>ZG61A Aluminum Casting |
| 60-40-18 Ductile Cast Iron | 60-40-18 Ductile Cast Iron<br>Ductile Iron 60-40-18<br>F32800 Cast Iron, Ductile | A91100 Aluminum Alloy Wrought | 1100 Aluminum<br>A91100 Aluminum Alloy Wrought |
| 65-45-12 Ductile Cast Iron | 65-45-12 Ductile Cast Iron<br>Ductile Iron 65-45-12<br>F33100 Cast Iron, Ductile | A92011 Aluminum Alloy Wrought | 2011 Aluminum<br>A92011 Aluminum Alloy Wrought |
| 80-55-06 Ductile Cast Iron | 80-55-06 Ductile Cast Iron<br>Ductile Iron 80-55-06<br>F33800 Cast Iron, Ductile | A92017 Aluminum Alloy Wrought | 2017 Aluminum<br>A92017 Aluminum Alloy Wrought |
| A02080 Aluminum Alloy Casting | 208 0, Aluminum Alloy Casting<br>A02080 Aluminum Alloy Casting<br>CS43A Aluminum (Obsolete) | A92024 Aluminum Alloy Wrought | 2024 Aluminum<br>A92024 Aluminum Alloy Wrought |
| A03190 Aluminum Alloy Casting | 319 0, Aluminum Alloy Casting<br>A03190 Aluminum Alloy Casting | A93003 Aluminum Alloy Wrought | 3003 Aluminum<br>A93003 Aluminum Alloy Wrought |
| A03550 Aluminum Alloy Casting | 355 0, Aluminum Alloy Casting<br>A03550 Aluminum Alloy Casting | A95052 Aluminum Alloy Wrought | 5052 Aluminum<br>A95052 Aluminum Alloy Wrought |
| A03560 Aluminum Alloy Casting | 356 0, Aluminum Alloy Casting<br>A03560 Aluminum Alloy Casting | A96061 Aluminum Alloy Wrought | 6061 Aluminum<br>A96061 Aluminum Alloy Wrought |
| A03600 Aluminum Alloy Die Casting | 360 0, Aluminum Die Casting<br>A03600 Aluminum Alloy Die Casting | A96063 Aluminum Alloy Wrought | 6063 Aluminum<br>A96063 Aluminum Alloy Wrought |
| A03800 Aluminum Alloy Die Casting | 380 0, Aluminum Alloy Die Casting<br>A03800 Aluminum Alloy Die Casting | A97075 Aluminum Alloy Wrought | 7075 Aluminum<br>A97075 Aluminum Alloy Wrought |
| A07120 Aluminum Alloy Casting | 712 0, Aluminum Alloy Casting<br>A07120 Aluminum Alloy Casting | Alloy 12 Cobalt Alloy Casting | 12, Alloy, Cast<br>Alloy 12, Cast<br>Alloy 12, Cobalt Alloy Casting<br>CoCr-B, Cast (Erroneous)<br>Stellite 12, Cast<br>Stoody 12, Cast |
| A07130 Aluminum Alloy Casting | A07130 Aluminum Alloy Casting<br>D712.0, Aluminum Alloy Casting<br>ZC81A Aluminum Casting | Alloy 21 Cobalt Alloy Casting | 21, Alloy<br>Alloy 21<br>Alloy 21, Cobalt Alloy Casting<br>Stellite 21 |
| A13600 Aluminum Alloy Die Casting | A13600 Aluminum Alloy Die Casting<br>A360.0, Aluminum Die Casting | Alloy 3 Cobalt Alloy Casting | 3, Alloy, Cast<br>Alloy 3, Cast<br>Alloy 3, Cobalt Alloy Casting<br>CoCr-C, Cast (Erroneous)<br>Stellite 3, Cast<br>Stoody 3, Cast |
| A13800 Aluminum Alloy Die Casting | A13800 Aluminum Alloy Die Casting<br>A380.0, Aluminum Alloy Die Casting | | |

HE 00757

11

Table 2  Cross-Reference Sorted by Standard Designation (Continued)

| Standard Designation | Common/Tradename/ Other Designation | Standard Designation | Common/Tradename/ Other Designation |
|---|---|---|---|
| Alloy 6B Cobalt Alloy | 6. Alloy, Wrought<br>Alloy 6, Wrought<br>Alloy 6B, Cobalt Alloy<br>CoCr-A, Wrought (Erroneous)<br>Stellite 6B | C86500 Cast Manganese Bronze | 865. CDA Alloy, Cast<br>865, CDA Cast Alloy<br>Brass, Yellow, High Strength, Cast<br>Bronze, Manganese, Cast<br>C86500 Cast Manganese Bronze |
| Alloy D Cast Nickel-Silicon Alloy | Alloy D, Cast Nickel-Silicon Alloy<br>D, Nickel-Base Alloy<br>Hastelloy D | C90500 Cast Tin Bronze | 905, CDA Alloy, Cast<br>C90500 Cast Tin Bronze<br>Gun Metal |
| B6 Alloy Steel Bolting | 410 SST Bolting<br>ASME SA193 Grade B6<br>B6 Alloy Steel Bolting | C90800 Cast Tin Bronze | 908, CDA Alloy, Cast<br>Bronze, 88-12 Gear, Cast<br>C90800 Cast Tin Bronze |
| B7 Alloy Steel Bolting | 4140, Bolting<br>ASME SA193 Grade B7<br>B7 Alloy Steel Bolting | C92200 Cast Leaded Tin Bronze | 922, CDA Alloy, Cast<br>Bronze, Navy "M", Cast<br>Bronze, Steam, Cast<br>Bronze, Valve, Cast<br>C92200 Cast Leaded Tin Bronze<br>Navy "M" |
| B7M Alloy Steel Bolting | 4140, Bolting (NACE)<br>ASME SA193 Grade B7M<br>B7M Alloy Steel Bolting | | |
| B8 Stainless Steel Bolting | 304 SST, Bolting<br>ASME SA193 Grade B8<br>B8 Stainless Steel Bolting | C95400 Cast Aluminum Bronze | 954, CDA Alloy, Cast<br>Bronze, Aluminum 9C, Cast<br>Bronze, Aluminum C, Cast<br>C95400 Cast Aluminum Bronze |
| B8M Stainless Steel Bolting | 316 SST, Bolting<br>ASME SA193 Grade B8M<br>B8M Stainless Steel Bolting | C95500 Cast Aluminum Bronze | 955, CDA Alloy, Cast<br>Bronze, Aluminum 9D, Cast<br>Bronze, Aluminum D. Cast<br>C95500 Cast Aluminum Bronze |
| C12 Alloy Steel Casting | 9 Cr-1 Mo Steel Casting<br>C12 Alloy Steel Casting<br>Chrome-Moly Steel. C12<br>J82090 | C96400 Cast Copper Nickel | 964, CDA Alloy, Cast<br>C96400 Cast Copper Nickel<br>Copper-Nickel, 70-30<br>Cupro-Nickel, 70-30 |
| C12000 Copper (DLP) | 120, CDA<br>C12000 Copper (DLP)<br>C12000 DLP Copper<br>Copper, DLP | CA15 SST Casting | 410 SST, Cast<br>CA15 SST Casting<br>J91150 |
| C12200 Copper (DHP) | 122, CDA<br>C12200 Copper (DHP)<br>C12200 DHP Copper<br>Copper, DHP | CA28MWV SST Casting | 422 SST, Cast<br>CA28MWV SST Casting |
| C36000 Free Cutting Brass | 360, CDA Alloy<br>B16 Brass<br>Brass, B16<br>Brass, Free Cutting<br>Brass, Free Cutting Yellow<br>Brass, Free Machining<br>Brass, Free Turning<br>Brass, High Leaded<br>C36000 Free Cutting Brass | CA6NM SST Casting | 410 Modified, Cast<br>410 SST Modified, Cast<br>CA6NM SST Casting<br>J91540<br>Modified 410, Cast |
| C46400 Naval Brass, Uninhibited | 464, CDA Alloy<br>Brass, Uninhibited Naval<br>C46400 Naval Brass, Uninhibited | Cast Alloy 800 | 800, Alloy, Cast<br>Alloy 800, Cast<br>Cast Alloy 800<br>Incoloy 800, Cast |
| C5 Alloy Steel Casting | 5 Cr-1/2 Mo Steel Casting<br>C5 Alloy Steel Casting<br>Chrome-Moly Steel, C5<br>J42045 | Cast Alloy 825 | 825, Alloy, Cast<br>Alloy 825, Cast<br>Cast Alloy 825<br>Incoloy 825, Cast |
| C61400 Aluminum Bronze D | 614, CDA Alloy<br>Bronze, Aluminum 7%<br>Bronze, Aluminum D<br>C61400 Aluminum Bronze D | Cast Alloy 925 | 925, Alloy, Cast<br>Alloy 925, Cast<br>Cast Alloy 925<br>Incoloy 925, Cast |
| C66100 Silicon Bronze | 661, CDA Alloy<br>Bronze, High Silicon<br>Bronze, Silicon<br>C66100 Silicon Bronze<br>Copper Silicon | Cast Alloy C22 | Alloy C22, Cast<br>C22, Alloy, Cast<br>Cast Alloy C22<br>Hastelloy C22, Cast |
| C83600 Cast Leaded Red Brass | 836, CDA Alloy<br>Brass, Leaded Red, Cast<br>C83600 Cast Leaded Red Brass<br>Composition Metal<br>Ounce Metal | Cast Grade 615 SST | 418 SST, Cast<br>Cast Grade 615 SST<br>Greek Ascoloy SST<br>J91631 |
| | | Cast M152 SST | Cast M152 SST<br>Jethete M152 SST, Cast<br>Wiscalloy M152 SST |
| | | CB7Cu-1 SST Casting | 17-4 PH SST. Cast<br>17-4 SST, Cast<br>CB7Cu-1 SST Casting<br>J92200 |

(handwritten annotations near "Cast Alloy C22" row: "C-22", "C-22 ®", "C-22 ®", "C-22 ®", "C-22 ®")

HE 00758

*Table 2. Cross-Reference Sorted by Standard Designation (Continued)*

| Standard Designation | Common/Tradename/ Other Designation |
|---|---|
| CB7Cu-2 SST Casting | 15-5 PH SST, Cast |
| | 15-5 SST, Cast |
| | CB7Cu-2 SST Casting |
| | J92110 |
| CD4MCu SST Casting | Cast Duplex SST |
| | CD4MCu SST Casting |
| CD7MCuN SST Casting | Cast Duplex SST |
| | CD7MCuN SST Casting |
| | Ferralium 255 SST, Cast |
| CF3 SST Casting | 304 ELC SST, Cast |
| | 304L SST, Cast |
| | CF3 SST Casting |
| | J92500 |
| CF3M SST Casting | 316 ELC SST, Cast |
| | 316L SST, Cast |
| | CF3M SST Casting |
| | J92800 |
| CF8 SST Casting | 304 SST, Cast |
| | CF8 SST Casting |
| | J92600 |
| CF8C SST Casting | 347 SST, Cast |
| | CF8C SST Casting |
| | J92710 |
| CF8M SST Casting | 316 SST, Cast |
| | CF8M SST Casting |
| | J92900 |
| CG3M SST Casting | 317 ELC SST, Cast |
| | 317L SST, Cast |
| | CG3M SST Casting |
| CG6MMN SST Casting | CG6MMN SST Casting |
| | Nitronic 50 SST, Cast |
| | XM-19 SST, Cast |
| CG8M SST Casting | 317 SST, Cast |
| | CG8M SST Casting |
| | J93000 |
| CK20 SST Casting | 310 SST, Cast |
| | CK20 SST Casting |
| | J94202 |
| Class 20 Gray Cast Iron | Cast Iron, ASTM A48 Class 20 |
| | Class 20 Gray Cast Iron |
| | F11401 Gray Cast Iron |
| Class 30 Gray Cast Iron | Cast Iron, ASTM A48 Class 30 |
| | Class 30 Gray Cast Iron |
| | F12101 Gray Cast Iron |
| Class 40 Gray Cast Iron | Cast Iron, ASTM A48 Class 40 |
| | Class 40 Gray Cast Iron |
| | F12801 Gray Cast Iron |
| Class A Gray Cast Iron | Cast Iron, ASTM A126 Class A |
| | Class A Gray Cast Iron |
| | F11501 Gray Cast Iron |
| Class B Gray Cast Iron | Cast Iron, ASTM A126 Class B |
| | Class B Gray Cast Iron |
| | F12102 Gray Cast Iron |
| Class C Gray Cast Iron | Cast Iron, ASTM A126 Class C |
| | Class C Gray Cast Iron |
| | F12802 Gray Cast Iron |
| Class III Type A White Cast Iron | 25% Chromium White Iron |
| | Cast Iron, ASTM A532 Cl III, Tp A |
| | Cast Iron, High Chromium White |
| | Class III Type A White Cast Iron |
| | F45009 White Cast Iron |
| | High Chromium White Iron |
| | White Iron |
| CN7M Nickel Alloy Casting | 20, Alloy, Cast |
| | Alloy 20, Cast |
| | CN7M Nickel Alloy Casting |
| | Durimet 20 SST |
| | J95150 |
| | N08007 Nickel Alloy |

| Standard Designation | Common/Tradename/ Other Designation |
|---|---|
| CoCr-A Hardfacing Alloy | 6, Alloy, Hardfacing |
| | Alloy 6, Hardfacing |
| | CoCr-A Hardfacing Alloy |
| | Stellite 6, Hardfacing |
| | Stoody 6, Hardfacing |
| CoCr-B Hardfacing Alloy | 12, Alloy, Hardfacing |
| | Alloy 12, Hardfacing |
| | CoCr-B Hardfacing Alloy |
| | Stellite 12, Hardfacing |
| | Stoody 12, Hardfacing |
| CoCr-C Hardfacing Alloy | 1, Alloy, Hardfacing |
| | CoCr-C Hardfacing Alloy |
| | Stellite 1, Hardfacing |
| | Stoody 1, Hardfacing |
| Cr Plate | Chrome Plating |
| | Cr Plate |
| | Hard Chrome Plating |
| CW12M-1 Nickel Alloy Casting | Alloy C, Cast (Obsolete) |
| | C, Alloy, Cast (Obsolete) |
| | CW12M-1 Nickel Alloy Casting |
| | Hastelloy C, Cast (Obsolete) |
| CW12MW Nickel Alloy Casting | Alloy C, Cast (Obsolete) |
| | C, Alloy, Cast (Obsolete) |
| | CW12MW Nickel Alloy Casting |
| | Hastelloy C, Cast (Obsolete) |
| CW2M Nickel Alloy Casting | Alloy C4, Cast |
| | Alloy C4C, Cast |
| | C4, Alloy, Cast |
| | C4C, Alloy, Cast |
| | CW2M Nickel Alloy Casting |
| | Hastelloy C4, Cast |
| | Hastelloy C4C, Cast |
| CW6MC Nickel Alloy Casting | 625, Alloy, Cast |
| | Alloy 625, Cast |
| | CW6MC Nickel Alloy Casting |
| | Inconel 625, Cast |
| CY40 Nickel Alloy Casting | 600, Alloy, Cast |
| | 610, Alloy, Cast (Obsolete) |
| | Alloy 600, Cast |
| | Alloy 610, Cast (Obsolete) |
| | CY40 Nickel Alloy Casting |
| | Inconel 600, Cast |
| | Inconel 610, Cast (Obsolete) |
| | N06040 |
| CZ100 Nickel Alloy Casting | 200, Alloy, Cast |
| | 210, Alloy, Cast (Obsolete) |
| | Alloy 200, Cast |
| | Alloy 210, Cast (Obsolete) |
| | CZ100 Nickel Alloy Casting |
| | Nickel 200, Cast |
| | Nickel 210, Cast (Obsolete) |
| | Nickel, Cast |
| G10080 Carbon Steel | 1008, AISI |
| | G10080 Carbon Steel |
| G10100 Carbon Steel | 1010, AISI |
| | G10100 Carbon Steel |
| G10180 Carbon Steel | 1018, AISI |
| | G10180 Carbon Steel |
| G10200 Carbon Steel | 1020, AISI |
| | G10200 Carbon Steel |
| G10300 Carbon Steel | 1030, AISI |
| | G10300 Carbon Steel |
| G10450 Carbon Steel | 1045, AISI |
| | G10450 Carbon Steel |
| G10800 Carbon Steel | 1080, AISI |
| | Drill Rod |
| | G10800 Carbon Steel |
| G10950 Carbon Steel | 1095, AISI |
| | Drill Rod |
| | G10950 Carbon Steel |

*Table 2. Cross-Reference Sorted by Standard Designation (Continued)*

| Standard Designation | Common/Tradename/ Other Designation |
|---|---|
| G12144 Carbon Steel | 12L14 Steel, AISI<br>C12L14 Steel, AISI<br>G12144 Carbon Steel |
| G41400 Alloy Steel | 4140, AISI<br>Chrome-Moly Steel, 4140<br>G41400 Alloy Steel |
| G43400 Alloy Steel | 4340, AISI<br>G43400 Alloy Steel<br>Nickel-Chrome-Moly Steel |
| H51500 Alloy Steel | 5150H, AISI<br>H51500 Alloy Steel |
| H51600 Alloy Steel | 5160H, AISI<br>H51600 Alloy Steel |
| LC3 Alloy Steel Casting | LC3 Alloy Steel Casting<br>Nickel Steel, 3-1/2 Ni |
| LCB Carbon Steel Casting | J03003<br>LCB Carbon Steel Casting |
| LF1 Carbon Steel Forging | K03009<br>LF1 Carbon Steel Forging |
| LF2 Carbon Steel Forging | K03011<br>LF2 Carbon Steel Forging |
| M25S Nickel Alloy Casting | 505, Alloy<br>505, Monel<br>Alloy 505<br>Alloy S, Cast<br>M25S Nickel Alloy Casting<br>Monel 505<br>QQ-N-288 Composition D<br>S, Alloy, Cast<br>S-Monel, Cast |
| M30C Nickel Alloy Casting | Alloy 411, Cast<br>DIN 17730 #2.4365<br>M30C Nickel Alloy Casting<br>Monel 411, Cast<br>QQ-N-288 Composition E |
| M35-1 Nickel Alloy Casting | 400, Alloy, Cast<br>410, Alloy, Cast<br>Alloy 400, Cast<br>Alloy 410, Cast (Nickel Alloy)<br>M35-1 Nickel Alloy Casting<br>M35W<br>Monel 400. Cast<br>Monel 410, Cast<br>Monel, Cast<br>QQ-N-288 Composition A |
| M35H Nickel Alloy Casting | 505, Alloy, Cast<br>505, Monel, Cast<br>Alloy 505, Cast<br>M35H Nickel Alloy Casting<br>Monel 505, Cast |
| N02200 Nickel Alloy | 200, Alloy<br>Alloy 200<br>Commercially Pure Nickel<br>N02200 Nickel Alloy<br>Nickel 200<br>Nickel, Commercially Pure |
| N02201 Nickel Alloy | 201, Alloy<br>Alloy 201<br>Commercially Pure Nickel, Low Crbn<br>N02201 Nickel Alloy<br>Nickel 201<br>Nickel, Commercially Pure |
| N03301 Nickel Alloy | 301, Nickel Alloy<br>Alloy 301<br>Duranickel 301<br>N03301 Nickel Alloy |

| Standard Designation | Common/Tradename/ Other Designation |
|---|---|
| N04400 Nickel Alloy | 400, Alloy<br>Alloy 400<br>Monel<br>Monel 400<br>N04400 Nickel Alloy |
| N04405 Nickel Alloy | 405, Alloy<br>Alloy 405<br>Alloy R405<br>Monel 405<br>Monel R-405<br>N04405 Nickel Alloy<br>R-Monel<br>R-Monel 405 |
| N05500 Nickel Alloy | Alloy K500<br>K-Monel<br>K-Monel 500<br>K500, Alloy<br>Monel K-500<br>N05500 Nickel Alloy |
| N06002 Nickel Alloy | 680, Grade<br>Alloy X<br>Hastelloy X<br>N06002 Nickel Alloy<br>X, Alloy |
| N06007 Nickel Alloy | Alloy G (Obsolete)<br>G, Alloy (Obsolete)<br>Hastelloy G (Obsolete)<br>N06007 Nickel Alloy |
| N06022 Nickel Alloy | Alloy C22   *C-22*<br>C22, Alloy<br>Hastelloy C22   *C-22*<br>N06022 Nickel Alloy |
| N06030 Nickel Alloy | Alloy C30   *G-30*<br>C30, Alloy<br>Hastelloy C30   *C-30*<br>N06030 Nickel Alloy |
| N06455 Nickel Alloy | Alloy C4<br>C4, Alloy<br>Hastelloy C4<br>N06455 Nickel Alloy |
| N06600 Nickel Alloy | 600, Alloy<br>600, Pyromet<br>Alloy 600<br>Inconel<br>Inconel 600<br>N06600 Nickel Alloy<br>Pyromet 600 |
| N06625 Nickel Alloy | 625, Alloy<br>625, Pyromet<br>Alloy 625<br>Inconel 625<br>N06625 Nickel Alloy<br>Pyromet 625 |
| N06975 Nickel Alloy | Alloy G2<br>G2, Alloy<br>Hastelloy G2<br>N06975 Nickel Alloy |
| N06985 Nickel Alloy | Alloy G3<br>G3, Alloy<br>Hastelloy G3<br>N06985 Nickel Alloy |
| N07718 Nickel Alloy | 718, Alloy<br>718, Pyromet<br>Alloy 718<br>Inconel 718<br>N07718 Nickel Alloy<br>Pyromet 718 |

**HE 00760**

14

*Table 2. Cross-Reference Sorted by Standard Designation (Continued)*

| Standard Designation | Common/Tradename/Other Designation | Standard Designation | Common/Tradename/Other Designation |
|---|---|---|---|
| N07750 Nickel Alloy | Alloy X750<br>Inconel X<br>Inconel X750<br>N07750 Nickel Alloy<br>Pyromet X-750<br>X750, Alloy<br>X750, Pyromet | R05200 Tantalum | R05200 Tantalum<br>Tantalum, Commercially Pure |
| | | R05255 Tantalum Tungsten Alloy | Fansteel 60<br>R05255 Tantalum Tungsten Alloy<br>Ta-10W<br>Tantaloy<br>Tantalum-10% Tungsten |
| N08020 Nickel Alloy | 20, Alloy (Obsolete)<br>20Cb-3, Alloy<br>Alloy 20<br>Alloy 20 (Obsolete)<br>Alloy 20Cb-3<br>Carpenter 20 (Obsolete)<br>Carpenter 20Cb-3<br>N08020 Nickel Alloy | R05400 Tantalum,Comm. Pure.Sintered | R05400 Tantalum,Comm. Pure,Sintered<br>Tantalum, Sintered |
| | | R30003 Co-Cr-Ni-Fe-Mo (Elgiloy) | Elgiloy<br>R30003 Co-Cr-Ni-Fe-Mo (Elgiloy) |
| N08800 Nickel Alloy | 800, Alloy<br>Alloy 800<br>Incoloy<br>Incoloy 800<br>N08800 Nickel Alloy | R30006 Cobalt Alloy Casting | 6, Alloy, Cast<br>Alloy 6, Cast<br>Cobalt 6, Cast<br>Cobalt Chrome 6, Cast<br>CoCr-A, Cast (Erroneous)<br>R30006 Cobalt Alloy Casting<br>Stellite 6, Cast<br>Stoody 6, Cast |
| N08825 Nickel Alloy | 825, Alloy<br>Alloy 825<br>Incoloy 825<br>N08825 Nickel Alloy | R30605 Co-Cr-Ni-W Alloy | 25, Alloy<br>25, Haynes<br>670, AISI<br>Alloy 25<br>Haynes 25<br>L-605<br>R30605 Co-Cr-Ni-W Alloy<br>Uniloy 605 |
| N09706 Nickel Alloy | 706, Alloy<br>Alloy 706<br>Inconel 706<br>N09706 Nickel Alloy | | |
| N09902 Nickel Alloy | N09902 Nickel Alloy<br>Ni-Span C Alloy 902 | R50250 Titanium Alloy | R50250 Titanium Alloy<br>Titanium Grade 1, Unalloyed |
| N09925 Nickel Alloy | 925, Alloy<br>Alloy 925<br>Incoloy 925<br>N09925 Nickel Alloy | R50250 Titanium Alloy Casting | Titanium Grade C1, Cast, Unalloyed |
| N10001 Nickel Alloy | Alloy B (Obsolete)<br>B, Alloy (Obsolete)<br>Hastelloy B (Obsolete)<br>N10001 Nickel Alloy | R50400 Titanium Alloy | R50400 Titanium Alloy<br>Titanium Grade 2, Unalloyed<br>R50400 Titanium Alloy Casting<br>Titanium Grade C2, Cast. Unalloyed |
| N10003 Nickel Alloy | Alloy N<br>Hastelloy N<br>N, Alloy<br>N10003 Nickel Alloy | R50550 Titanium Alloy | R50550 Titanium Alloy<br>Titanium Grade 3, Unalloyed<br>R50550 Titanium Alloy Casting<br>Titanium Grade C3, Cast, Unalloyed |
| N10276 Nickel Alloy | Alloy C276<br>C276, Alloy<br>Hastelloy C276<br>N10276 Nickel Alloy | R50700 Titanium Alloy | R50700 Titanium Alloy<br>Titanium Grade 4, Unalloyed<br>R50700 Titanium Alloy Casting<br>Titanium Grade C4, Cast, Unalloyed |
| N10665 Nickel Alloy | Alloy B2<br>B2, Alloy<br>Hastelloy B2<br>N10665 Nickel Alloy | R54520 Titanium Alloy | R54520 Titanium Alloy<br>Ti-5Al-2 Sn<br>Titanium Grade 6 |
| N12MV Nickel Alloy Casting | Alloy B, Cast (Obsolete)<br>B. Alloy, Cast (Obsolete)<br>Hastelloy B, Cast (Obsolete)<br>N12MV Nickel Alloy Casting | R54520 Titanium Alloy Casting | 54520 Titanium Alloy Casting<br>Ti-5Al-2 Sn, Cast<br>Titanium Grade C6, Cast |
| N7M Nickel Alloy Casting | Alloy B2, Cast<br>B2, Alloy, Cast<br>Hastelloy B2, Cast<br>N7M Nickel Alloy Casting | R56400 Titanium Alloy | R56400 Titanium Alloy<br>Ti-6Al-4V<br>Titanium Grade 5 |
| NiCr-6 Nickel Alloy Casting | Colmonoy 6, Cast<br>NiCr-6, Nickel Alloy Casting<br>Nucalloy 41, Cast<br>Stoody 41, Cast | R56400 Titanium Alloy Casting | R56400 Titanium Alloy Casting<br>Ti-6Al-4V, Cast<br>Titanium Grade C5, Cast |
| NiCr-A Hardfacing Alloy | Colmonoy 4, Hardfacing<br>NiCr-A Hardfacing Alloy<br>Stoody 4, Hardfacing | R60701 Zirconium Alloy | R60701 Zirconium Alloy<br>Zirconium 701 |
| NiCr-B Hardfacing Alloy | Colmonoy 5, Hardfacing<br>NiCr-B Hardfacing Alloy<br>Stoody 5, Hardfacing | R60702 Zirconium Alloy | R60702 Zirconium Alloy<br>Zirconium 702 |
| NiCr-C Hardfacing Alloy | Colmonoy 6, Hardfacing<br>Nickel-Chrome-Boron Hardfacing<br>NiCr-C Hardfacing Alloy | R60802 Zirconium Alloy | R60802 Zirconium Alloy<br>Zircaloy 2<br>Zircaloy 802<br>Zirconium Alloy 802 |

*Table 2. Cross-Reference Sorted by Standard Designation (Continued)*

| Standard Designation | Common/Tradename/Other Designation | Standard Designation | Common/Tradename/Other Designation |
|---|---|---|---|
| R60804 Zirconium Alloy | R60804 Zirconium Alloy<br>Zircaloy 4<br>Zircaloy 804<br>Zirconium Alloy 804 | S32550 SST | Alloy 255 Duplex SST<br>Ferralium Duplex SST<br>S32550 Duplex 8ST |
| S13800 SST | 13-8 Mo SST<br>PH 13-8 Mo SST<br>S13800 SST | S32900 SST | 329 Duplex SST<br>S32900 Duplex SST |
| S15500 SST | 15-5 PH SST<br>15-5 SST | S32950 SST | 7 Mo Plus Duplex SST<br>Carpenter 7 Mo Plus Duplex SST<br>S32950 Duplex SST |
| S15700 SST | S15500 SST<br>15-7 Mo SST<br>PH 15-7 Mo SST<br>S15700 SST | S34700 SST | 347 SST<br>S34700 S8T |
| S17400 SST | 17-4 PH SST<br>17-4 SST<br>630, Custom<br>Custom 630<br>S17400 SST | S41000 SST | 410 SST<br>S41000 SST |
| | | S41600 SST | 416 SST<br>S41600 SST |
| | | S41800 SST | 615 SST<br>Greek Ascoloy<br>S41800 SST |
| S17700 SST | 17-7 PH SST<br>17-7 SST<br>S17700 SST | S42000 SST | 420 SST<br>S42000 SST |
| S18200 SST | 18-2 SST<br>S18200 SST | S42200 SST | 422 SST<br>616 SST<br>636, Carpenter<br>S42200 SST |
| S20910 SST | 22-13-5 SST<br>22Cr-13Ni-5Mn SST. Carpenter<br>Nitronic 50 SST<br>S20910 SST<br>XM-19 SST | S43000 SST | 430 SST<br>S43000 SST |
| | | S43100 SST | 431 SST<br>S43100 SST |
| S21800 SST | 8S Nuts<br>Nitronic 60 SST<br>S21800 SST | S44002 SST | 440A SST<br>S44002 SST |
| S30100 SST | 301 SST<br>S30100 SST | S44003 SST | 440B SST<br>S44003 SST |
| S30200 SST | 302 SST<br>S30200 SST | S44004 SST | 440C SST<br>S44004 SST |
| S30300 SST | 303 SST<br>S30300 SST | S44626 SST | 26-1, E-Brite<br>E-Brite 26-1<br>S44626 SST<br>XM-33 SST |
| S30323 SST | 303Se SST<br>S30323 SST | S44735 SST | 29-4C SST<br>S44735 SST |
| S30400 SST | 304 SST<br>S30400 SST | S45000 SST | 450 SST<br>450, Custom<br>Custom 450<br>S45000 SST |
| S30403 SST | 304 ELC SST<br>304L SST<br>S30403 SST | S50200 SST | CS, Wrought<br>S50200 SST |
| S30409 SST | 304H SST<br>S30409 SST | S64152 SST | Jethete M152 SST, Wrought<br>M152 SST, Wrought<br>S64152 SST |
| S31000 SST | 310 SST<br>S31000 SST | S66286 SST | 660 SST, Grade<br>A286 SST, Grade<br>A286, Pyromet<br>Pyromet A286<br>S66286 SST |
| S31254 SST | 254SM0 SST<br>Avesta 254SMO<br>S31254 SST | SA105 Carbon Steel Forging | K03504<br>SA-105 Carbon Steel Forging |
| S31600 SST | 316 SST<br>S31600 SST | T20811 Tool Steel | H11 Tool Steel<br>T20811 Hot Work Tool Steel (H11)<br>Vascojet 1000 |
| S31603 SST | 316 ELC SST<br>316L SST<br>S31603 SST | T20813 Tool Steel | H13 Tool Steel<br>T20813 Hot Work Tool Steel (H13) |
| S31609 SST | 316H SST<br>S31609 SST | TMT 601 | TMT<br>TMT 601 |
| S31700 SST | 317 SST<br>S31700 SST | Tribaloy T700 | Tribaloy T-700<br>Tribaloy T700 |
| S31703 SST | 317 ELC SST<br>317L SST<br>S31703 SST | Type 1 Austenitic Cast Iron | F41000 Cast Iron, Austenitic<br>Ni-Resist Type 1<br>Type 1 Austenitic Cast Iron<br>Type 1, Ni-Resist |
| S31803 SST | 2205 Duplex SST<br>S31803 Duplex S8T | | |
| S32100 SST | 321 SST<br>S32100 SST | | |

HE 00762

Table 2. Cross-Reference Sorted by Standard Designation (Continued)

| Standard Designation | Common/Tradename/ Other Designation |
| --- | --- |
| Type 1b Austenitic Cast Iron | F41001 Cast Iron, Austenitic<br>Ni-Resist Type 1b<br>Type 1b Austenitic Cast Iron<br>Type 1b, Ni-Resist |
| Type 2 Austenitic Cast Iron | F41002 Cast Iron, Austenitic<br>Ni-Resist Type 2<br>Type 2 Austenitic Cast Iron<br>Type 2, Ni-Resist |
| Type 2b Austenitic Cast Iron | F41003 Cast Iron, Austenitic<br>Ni-Resist Type 2b<br>Type 2b Austenitic Cast Iron<br>Type 2b, Ni-Resist |
| Type 3 Austenitic Cast Iron | F41004 Cast Iron, Austenitic<br>Ni-Resist Type 3<br>Type 3 Austenitic Cast Iron<br>Type 3, Ni-Resist |
| Type 4 Austenitic Cast Iron | F41005 Cast Iron, Austenitic<br>Ni-Resist Type 4<br>Type 4 Austenitic Cast Iron<br>Type 4, Ni-Resist |
| Type 5 Austenitic Cast Iron | F41006 Cast Iron, Austenitic<br>Ni-Resist Type 5<br>Type 5 Austenitic Cast Iron<br>Type 5, Ni-Resist |
| Type D-2 Austenitic Ductile Iron | D-2, Austenitic Ductile Iron<br>D-2, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-2<br>F43000 Ductile Iron, Austenitic<br>Type D-2 Austenitic Ductile Iron |
| Type D-2B Austenitic Ductile Iron | D-2B, Austenitic Ductile Iron<br>D-2B, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-2B<br>F43001 Ductile Iron, Austenitic<br>Type D-2B Austenitic Ductile Iron |
| Type D-2C Austenitic Ductile Iron | D-2C, Austenitic Ductile Iron<br>D-2C, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-2C<br>F43002 Ductile Iron, Austenitic<br>Type D-2C Austenitic Ductile Iron |
| Type D-2M Austenitic Ductile Iron | D-2M, Austenitic Ductile Iron<br>D-2M, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-2M<br>F43010 Ductile Iron, Austenitic<br>Type D-2M Austenitic Ductile Iron |
| Type D-3 Austenitic Ductile Iron | D-3, Austenitic Ductile Iron<br>D-3, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-3<br>F43003 Ductile Iron, Austenitic<br>Type D-3 Austenitic Ductile Iron |

| Standard Designation | Common/Tradename/ Other Designation |
| --- | --- |
| Type D-3A Austenitic Ductile Iron | D-3A, Austenitic Ductile Iron<br>D-3A, Ductile Ni-Resist<br>F43004 Ductile Iron, Austenitic<br>F43004 Ductile Iron, Austenitic<br>Type D-3A Austenitic Ductile Iron |
| Type D-4 Austenitic Ductile Iron | D-4, Austenitic Ductile Iron<br>D-4, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-4<br>F43005 Ductile Iron, Austenitic<br>Type D-4 Austenitic Ductile Iron |
| Type D-5 Austenitic Ductile Iron | D-5, Austenitic Ductile Iron<br>D-5, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-5<br>F43006 Ductile Iron, Austenitic<br>Type D-5 Austenitic Ductile Iron |
| Type D-5B Austenitic Ductile Iron | D-5B, Austenitic Ductile Iron<br>D-5B, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-5B<br>F43007 Ductile Iron, Austenitic<br>Type D-5B Austenitic Ductile Iron |
| Type D-5S Austenitic Ductile Iron | D-5S, Austenitic Ductile Iron<br>D-5S, Ductile Ni-Resist<br>Ductile Ni-Resist Type D-5S<br>Type D-5S Austenitic Ductile Iron |
| WC1 Alloy Steel Casting | Carbon-Moly Steel<br>J12522<br>Moly Steel, 1/2 Mo<br>WC1<br>WC1 Alloy Steel Casting |
| WC6 Alloy Steel Casting | 1-1/4 Cr-1/2 Mo Steel Casting<br>Chrome-Moly Steel, WC6<br>J12072<br>WC6<br>WC6 Alloy Steel Casting |
| WC9 Alloy Steel Casting | 2-1/2 Cr-1 Mo Steel Casting<br>Chrome-Moly Steel, WC9<br>J21890<br>WC9<br>WC9 Alloy Steel Casting |
| WCB Carbon Steel Casting | J03002<br>WCB<br>WCB Carbon Steel Casting |
| WCC Carbon Steel Casting | J02503<br>WCC<br>WCC Carbon Steel Casting |
| Z33520 Zinc Die Casting | AG40A, Zinc Alloy Die Casting<br>Z33520 Zinc Die Casting<br>Zinc Die Casting |
| Z33531 Zinc Die Casting | AG41A, Zinc Alloy Die Casting<br>Z35531 Zinc Die Casting |

1. Haynes is a trademark of Haynes International.
2. E-Brite is a trademark of Allegheny Ludlum Steel.
3. Monel is a trademark of Inco International.
4. Pyromet is a trademark of Carpenter Technology.
5. 7 Mo Plus is a trademark of Carpenter Technology.
6. Colmonoy is a trademark of Wall Colmonoy.
7. Ni-Resist is a trademark of Inco International.
8. Duranickel is a trademark of Inco International.
9. Durimet 20 is a trademark of Duriron.
10. Elgiloy is a trademark of Elgiloy Co.
11. Ferralium is a trademark of Langley Alloys.
12. Greek Ascoloy is a trademark of Firth Stirling.
13. Hastelloy is a trademark of Haynes International.

14. Incoloy is a trademark of Inco International.
15. Inconel is a trademark of Inco International.
16. Jethete is a trademark of Samuel Fox and Co.
17. Ni-Span is a trademark of Inco International.
18. Nitronic is a trademark of Armco Steel.
19. Nucalloy is a trademark Stoody.
20. Stellite is a trademark of Stoody.
21. Tantaloy is a trademark of Fansteel.
22. TMT is a trademark of Turbine Metal Technology.
23. Tribaloy is a trademark of Stoody.
24. Uniloy is a trademark of Universal-Cyclops Specialty Steel Division.
25. Vascojet is a trademark of Teledyne Vasco.
26. Wiscalloy is a trademark of Wisconsin Centrifugal, Inc.

HE 00763

*The contents of this publication are presented for informational purposes only, and while every effort has been made to ensure their accuracy, they are not to be construed as warranties or guarantees, express or implied, regarding the products or services described herein or their use or applicability. We reserve the right to modify or improve the designs or specifications of such products at any time without notice.*

*© Fisher Controls International, Inc. 1987;*
*All Rights Reserved*

*Fisher and Fisher-Rosemount are marks owned by Fisher Controls International, Inc. or Fisher-Rosemount Systems, Inc. All other marks are the property of their respective owners.*

HE 00764

Fisher Controls International, Inc.
205 South Center Street
Marshalltown, Iowa 50158 USA
Phone: (641) 754-3011
Fax: (641) 754-2830
Email: fc-valve@frmail.frco.com
Website: www.fisher.com

D350413X012 / Printed in U.S.A. / 1987





**Fisher Controls International LLC**
205 South Center Street
P O Box 190
Marshalltown, Iowa 50158-0190
USA
T (641) 754-3011
F (641) 754-2830

RECEIVED

OCT    2005

BUCHANAN INGERSOLL, PC.

September 28, 2005

Mr. Lynn Alstadt
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

Re: Use of Haynes Trademarks

Dear Mr. Alstadt,

Your letter addressed to Mr. Tom Snead of Fisher-Rosemount Systems dated September 13, 2005 was passed to me for response.  This letter was in regard to the use of Haynes Trademarks in Fisher Technical Monograph 35, Standardizing Metallic Material Designations, written by Don Bush.

We acknowledge that two other Hayes registered trademarks; C-22® and G-30® have not been identified correctly in the Technical Monograph 35 document.

As you have requested this Technical Monograph 35, Standardizing Metallic Material Designations, has been removed from the Fisher Controls Regulator and Valve Division websites and all distribution has ceased.

If you have any further questions, please do not hesitate to contact me.

Regards,

Danny  Nelson
Director, Global Technology
Fisher Controls International, LLC
Email: danny.nelson@emersonprocess.com
Phone: 641-754-3250
Fax: 641-754-2277

DN/pb

HE 00765



# Buchanan Ingersoll PC
ATTORNEYS

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

September 12, 2005

<u>**VIA FACSIMILE AND FIRST CLASS MAIL**</u>

Russell W. Kirchner, President
High Performance Alloys, Inc.
444 Wilson Street
Tipton, IN  46072

Re:    <u>**Use of Haynes Trademarks**</u>

Dear Mr. Kirchner:

We represent Haynes International, Inc.  As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International.  In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of your web pages in which Haynes' HASTELLOY registered trademark is used correctly, but Haynes registered C-22 trademark is used incorrectly.  We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

When used in sentence a trademark should be used as an adjective, e.g., C-22® alloy. The ® designation should appear as a superscript adjacent to the end of each trademark.  This designation should be used everywhere the registered mark appears.  There should also be a line added that says: "HASTELLOY and C-22 are registered trademarks of Haynes International, Inc."

Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks.  If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights.  It is our hope that you will promptly change the web pages so that Haynes is not forced to choose between suing an important customer or losing its trademark rights.

HE 00766

Pennsylvania  ::  New York  ::  Washington, DC  ::  Florida  ::  New Jersey  ::  Delaware  ::  Ohio  ::  California

September 12, 2005
Page - 2 -

     Please tell me by September 30, 2005, whether you will change your web pages and, if so, when the change will be made.

     Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

     If you have any questions or concerns, please call me.

          Very truly yours,

          Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00767



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  PREV LIST  NEXT LIST  BOTTOM  HELP

Logout  *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR  Jump  to record:

# 23 Records(s) found (This page: 1 ~ 23)

Refine Search  (Haynes)[ON] and (International)[ON] not (S  Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 282 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00768





Main Home
IE4 Channel
Line Card

**Supporting Pages**
Up Level
C-22 Chemistry
C-22 Fab

**Related Pages**
Main Home
Corrosion
Wear
High Temp
Services
Products
News
Feedback
Search
Contents
Useful sites
Distributors

**High Performance Alloys, Inc.**
444 Wilson St.
Tipton, IN 46072
USA



**Since 1984**

**Toll Free**
(800) HPALLOY
(800) 472-5569

**Phone**
(765) 675-8871

**Fax**
(765) 675-7051

**E-Mail**
Fast@HPAlloy.com



# HASTELLOY® Alloy C-22®

HASTELLOY Alloy C-22 is a nickel-chromium-molybdenum alloy with enhanced resistance to pitting, crevice corrosion and stress corrosion cracking. It resists the formation of grain boundary precipitates in the weld-heat affected zone making it suitable for use in the as-welded condition. C-22 has outstanding resistance to both reducing and oxidizing media and because of its resistibility can be used where "upset" conditions are likely to occur. It is proven to possess excellent weldability and high corrosion resistance as consumable filler wires and electrodes. The alloy has proven results as a filler wire in many applications. As filler wire use when other corrosion resistant wires have failed.

C-22 can easily be cold-worked because of its ductility and cold-forming is the preferred method of forming. More energy is required because the alloy is generally stiffer than austenitic stainless steels. 0.28" thick sheet in the heat-treated at 2050°F, rapid quenched condition, has an average olsen cup depth of 0.49".

# Machining

Nickel & cobalt base corrosion, temperature and wear-resistant alloys are classified as moderate to difficult when machining, however, it should be emphasized that these alloys can be machined using conventional production methods at satisfactory rates. During machining these alloys work harden rapidly, generate high heat during cutting, weld to the cutting tool surface and offer high resistance to metal removal because of their high shear strengths. The following are key points which should be considered during machining operations:

**CAPACITY** - Machine should be rigid and overpowered as much as possible.
**RIGIDITY** - Work piece and tool should be held rigid. Minimize tool overhang.
**TOOL SHARPNESS** - Make sure tools are sharp at all times. Change to sharpened tools at regular intervals rather than out of necessity. A 0.015 inch wear land is considered a dull tool.
**TOOLS** - Use positive rake angle tools for most machining operations. Negative rake angle tools can be considered for intermittent cuts and heavy stock removal. Carbide-tipped tools are suggested for most applications. High speed tools can be used, with lower production rates, and are often recommended for intermittent cuts.
**POSITIVE CUTS** - Use heavy, constant, feeds to maintain positive cutting action. If feed slows and the tool dwells in the cut, work hardening occurs, tool life deteriorates and close tolerances are impossible.

HE 00769

EC 0281

**LUBRICATION** - lubricants are desirable, soluble oils are recommended especially when using carbide tooling. Detailed machining parameters are presented Tables 16 and 17. General plasma cutting recommendations are presented in Table 18.

| Table 16 | |
|---|---|
| **RECOMMENDED TOOL TYPES AND MACHINING CONDITIONS** | |
| Operations | Carbide Tools |
| Roughing, with severe interruption | Turning or Facing C-2 and C-3 grade: Negative rake square insert, 45 degree SCEA1, 1/32 in. nose radius. Tool holder: 5 degree neg. back rake, 5 degree neg. side rake. Speed: 30-50 sfm, 0.004-0.008 in. feed, 0.150 in depth of cut. Dry2, oil3, or water-base coolant4. |
| Normal roughing | Turning or Facing C-2 or C-3 grade: Negative rate square insert, 45 degree SCEA, 1/32 in nose radius. Tool holder: 5 degree neg. back rake, 5 degree neg. side rake. Speed: 90 sfm depending on rigidity of set up, 0.010 in. feed, 0.150 in. depth of cut. Dry, oil, or water-base coolant. |
| Finishing | Turning or Facing C-2 or C-3 grade: Positive rake square insert, if possible, 45 degree SCEA, 1/32 in. nose radius. Tool holder: 5 degree pos. back rake, 5 degree pos. side rake. Speed: 95-110 sfm, 0.005-0.007 in. feed, 0.040 in. depth of cut. Dry or water-base coolant. |
| Rough Boring | C-2 or C-3 grade: If insert type boring bar, use standard positive rake tools with largest possible SCEA and 1/16 in. nose radius. If brazed tool bar, grind 0 degree back rake, 10 degree pos. side rake, 1/32 in. nose radius and largest possible SCEA. Speed: 70 sfm depending on the rigidity of setup, 0.005-0.008 in. feed, 1/8 in. depth of cut. Dry, oil or water-base coolant. |
| Finish Boring | C-2 or C-3 grade: Use standard positive rake tools on insert type bars. Grind brazed tools as for finish turning and facing except back rake may be best at 0 degrees. Speed: 95-110 sfm, 0.002-0.004 in feed. Water-base coolant. |
| Notes: | |

1 SCEA- Side cutting edge angle or lead angle of the tool.

2 At any point where dry cutting is recommended, an air jet directed on the tool may provide substantial tool life increases. A water-base coolant mist may also be effective.

3 Oil coolant should be premium quality, sulfochlorinated oil with extreme pressure additives. A viscosity at 100 degrees F from 50 to 125 SSU.

4 Water-base coolant should be premium quality, sulfochlorinated water soluble oil or chemical emulsion with extreme pressure additives. Dilute with water to make 15:1 mix. Water-base coolant may cause chipping and rapid failure of carbide tools in interrupted cuts.

## Table 17
### RECOMMENDED TOOL TYPES AND MACHINING CONDITIONS

| Operations | Carbide Tools |
|---|---|
| Facing Milling | Carbide not generally successful, C- grade may work. Use positive axial and radial rake, 45 degree corner angle, 10 degree relief angle. Speed: 50-60 sfm. Feed: 0.005-0.008 in. Oil or waterbase coolants will reduce thermal shock damage of carbide cutter teeth. |
| End Milling | Not recommended , but C-2 grades may be successful on good setups. Use positive rake. Speed: 50-60 sfm. Feed: Same as high speed steel. Oil or water-base coolants will reduce thermal shock damage. |
| Drilling | C-2 grade not recommended, but tipped drills may be successful on rigid setup if no great depth. The web must thinned to reduce thrust. Use 135 degree included angle on point. Gun drill can be used. Speed: 50 sfm. Oil or water-base coolant. Coolant-feed carbide tipped drills may be economical in some setups. |
| Reaming | C-2 or C-3 grade: Tipped reamers recommended, solid carbide reamers require vary good setup. Tool geometry same as high speed steel. Speed: 50 sfm. Feed: Same as high speed steel. |
| Tapping | Not recommended, machine threads, or roll-form them. |
| Electrical Discharge Machining | The alloys can be easily cut using any conventional electrical discharge machining system (EDM) or wire (EDM). |

Notes:

5 M-40 series High Speed Steels include M-41 , M-42, M-43, M-44, M-45 and M-46 at the time of writing. Others may be added and should be equally suitable.

6 Oil coolant should be a premium quality, sulfochlorinated oil with extreme pressure additives. A viscosity at 100 degree F from 50 to 125 SSU.

7 Water-base coolant should be premium quality, sulfochlorinated water soluble oil or chemical emulsion with extreme pressure additives. Dilute with water to make 15:1 mix.

## Table 18
### Plasma Arc Cutting

Our alloys can be cut using any conventional plasma arc cutting system. The best arc quality is achieved using a mixture of argon and hydrogen gases. Nitrogen gas can be substituted for hydrogen gases, but the cut quality will deteriorate slightly. Shop air or any oxygen bearing gases should be avoided when plasma cutting these alloys.

HE 00771

EC 0283

HASTELLOY® is a registered trademark of Haynes International, Inc.

*and C-22 are*

## Visit our e-commerce site!
or
## Request a quote online!

**Disclaimer**

This information is provided for information purposes only. "As is." High Performance Alloys, Inc. makes no warranty of any kind with respect to the subject matter or accuracy of the information. High Performance Alloys, Inc. specifically disclaims all warranties, expressed, implied or otherwise, including without limitation, all warranties of merchantability and fitness for a particular purpose.

This publication may include technical inaccuracies or typographical errors, changes may be made to the information herein. If errors are found, please submit the correction via e-mail to : WebMaster@HPAlloy.com, include correction, and page address if possible.

| HP Alloys | Products | Services | All Alloys |
|---|---|---|---|

HE 00772

EC 0284





Main Home

IE4 Channel

Line Card

**Supporting Pages**

Up Level

**Related Pages**

Main Home
Corrosion
Wear
High Temp
Services
Products
News
Feedback
Search
Contents
Useful sites
Distributors

High Performance Alloys, Inc.

444 Wilson St.

Tipton, IN 46072

USA



**Since 1984**

**Toll Free**

(800) HPALLOY

(800) 472-5569

**Phone**

(765) 675-8871

**Fax**

(765) 675-7051

**E-Mail**

Fast@HPAlloy.com



# HASTELLOY® Alloy C-22 ℓ

| Nominal Chemistry | | | | | | |
|---|---|---|---|---|---|---|
| Ni | Cr | Mo | W | Fe | C | Si |
| Bal. | 22.0 | 13.5 Max | 3.0 Max | 4.0 Max | 0.015 Max | 0.08 Max |

| Average Tensile Data, Solution Heat-Treated | | | | |
|---|---|---|---|---|
| Form | Temp °F(°C) | UTS (Ksi) | YS 0.2% (Ksi) | Elon. in 2" (%) |
| Sheet, 0.028-0.125" (0.71-3.2mm) thick** | Room | 116 | 59 | 57 |
| | 200(93) | 110 | 54 | 58 |
| | 400(204) | 102 | 44 | 57 |
| | 600(316) | 98 | 42 | 62 |
| | 800(427) | 95 | 41 | 67 |
| | 1000(538) | 91 | 40 | 61 |
| | 1200(649) | 95 | 36 | 65 |
| | 1400(760) | 76 | 35 | 63 |
| Plate, 1/4-3/4" (6.4-19.1mm) thick*** | Room | 114 | 54 | 62 |
| | 200(93) | 107 | 49 | 65 |
| | 400(204) | 98 | 41 | 66 |
| | 600(316) | 95 | 36 | 68 |
| | 800(427) | 92 | 35 | 68 |
| | 1000(538) | 88 | 34 | 67 |
| | 1200(649) | 85 | 32 | 69 |
| | 1400(760) | 76 | 31 | 68 |
| Bar, 1/2-2" (12.7-50.8mm) diameter**** | Room | 111 | 52 | 70 |
| | 200(93) | 105 | 45 | 73 |
| | 400(204) | 96 | 38 | 74 |
| | 600(316) | 92 | 34 | 79 |
| | 800(427) | 89 | 31 | 79 |
| | 1000(538) | 84 | 29 | 80 |
| | 1200(649) | 80 | 28 | 80 |
| | 1400(760) | 72 | 29 | 77 |

Ksi can be converted to MPa (megapascals) by multiplying by 6.895.

**Average of 10-20 tests.
***Average of 16-32 tests.
****Average of 8-16 tests.

HP Alloys          Products          Services          All Alloys

HE 00774

EC 0286




Main Home
IE4 Channel
Line Card

Supporting
Pages
Up Level
Related
Pages
Main Home
Corrosion
Wear
High Temp
Services
Products
News
Feedback
Search
Contents
Useful sites
Distributors

High
Performance
Alloys, Inc.

444 Wilson St.

Tipton, IN 46072

USA



**Since 1984**

**Toll Free**

(800) HPALLOY

(800) 472-5569

**Phone**

(765) 675-8871

**Fax**

(765) 675-7051

**E-Mail**

Fast@HPAlloy.com





# HASTELLOY® Alloy C-22

## Fabrication

C-22 *alloy* can easily be cold-worked because of its ductility and cold-forming is the preferred method of forming. More energy is required because the alloy is generally stiffer than austenitic stainless steels. 0.28" thick sheet in the heat-treated at 2050°F, rapid quenched condition, has an average olsen cup depth of 0.49".

## Welding

It is proven to possess excellent weldability and high corrosion resistance as consumable filler wires and electrodes. The alloy has proven results as a filler wire in many applications. As filler wire use when other corrosion resistant wires have failed.

## Buchanan Ingersoll PC

ATTORNEYS

Lynn J. Alstadt
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh PA 15219-1410
t 412 562 8800
f 412 562 1041
www.buchananingersoll.com

September 12, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Russell W. Kirchner, President
High Performance Alloys, Inc.
444 Wilson Street
Tipton, IN 46072

*We have initiated
A program to make these
necessary changes ...
Russ Kirchner PRESIDENT
9/28/05*

Re:     Use of Haynes Trademarks

Dear Mr Kirchner:

We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of your web pages in which Haynes' HASTELLOY registered trademark is used correctly, but Haynes registered C-22 trademark is used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

When used in sentence a trademark should be used as an adjective, e.g., C-22® alloy. The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "HASTELLOY and C-22 are registered trademarks of Haynes International, Inc."

Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will promptly change the web pages so that Haynes is not forced to choose between suing an important customer or losing its trademark rights.

HE 00776

Pennsylvania :: New York :: Washington DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

September 12, 2005

<u>**VIA FACSIMILE AND FIRST CLASS MAIL**</u>

Jay P. Fregeau, President/CEO
Instrument Associates, Inc.
4839 W. 128th Place
Alsip, IL 60803

    Re:    <u>**Use of Haynes Trademarks**</u>

Dear Mr. Fregeau:

    We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

    Enclosed is a copy of your web page in which several Haynes' registered C-22 trademark is used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

    The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "C-22 is a trademark of Haynes International, Inc."

    Continued use of the enclosed web page or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will promptly correct the web page so that Haynes is not forced to choose between suing an important customer and losing its trademark rights.

    Please tell me by September 30, 2005, whether you will change your web page and, if so, when the change will be made.

HE 00777

September 12, 2005
Page - 2 -

Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00778



**United States Patent and Trademark Office**

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

| Start | List At: | | OR | Jump | to record: | | **23 Records(s) found (This page: 1 ~ 23)** |

Refine Search  (Haynes)[ON] and (International)[ON] not (S  Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 2B2 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00779

Page 1 of 2
Instrument Associates, Inc. cv-DW187-tal Pipe Products
Case 4:04-cv-00187-MBC   Document 34-3    Filed 10/11/2005    Page 100 of 174

**Instrument Associates, Inc.** ← YOUR CONNECTION TO SERVICE

# TW Metals Pipe Products

| Material | Grade/Alloy | Size Ranges |
|---|---|---|
| Aluminum Alloys | 6061-T6, 6063-T6, 5086, Seamless, Extruded, Construction Grades | Pipe Sizes from: 1/4" NPS to 12" NPS Schedules from: 10 to 80 |
| Stainless Steel | 304, 304L, 316, 316L, 321, 347, 446, Seamless, Welded, As Welded, Brewery Quality | Pipe Sizes from: 1/8" NPS to 24" NPS Schedules from: 5 to 120 |
| Nickel Alloys | 200, 400, 600, 601, 625, 800HT, C.276, C-22, Alloy 20 | Pipe Sizes from: 1/8" NPS to 8" NPS Schedules from: 10 to 80 |
| Carbon | Line Pipe, Lacquered, Structural | Pipe Sizes from: 1/8" to 12" Schedules from: 5 to 80 |

For more information, please *contact us*.

# TW Metals Tube Products

| Material | Grade/Alloy | Size Ranges |
|---|---|---|
| Aluminum Alloys | 2024,3003, 5052, 6061,6063, 7075, Seamless, Extruded, Squares, Rectangles, Structural, Ornamentals | Outside Diameters: 1/8" to 12" Wall thickness' from .020 to 1.000" |
| Stainless Steel | 303,304,304L, 316, 316L, 321, 347 ,PH grades, Seamless, Welded and Drawn, As welded, instrumentation, Squares, Rectangles, Polished, Sanitary, Hypodermic | Outside Diameters .009" to 10" Wall thickness' from .0025 to 2.000" |
| Nickel Alloys | 200, 400, 600, 601, 625, 800H, 825, C276, C-22, Alloy 20 | Outside Diameters .009" to 10" Wall thickness' from .0025 to 2.000 |
| Titanium | CP, 3AL - 2.5V, Ducting | Outside Diameters from 1/4" Wall thickness' from .020" |
| Alloy | 4130, 4340, 8620, 52100, Squares, Rectangles, Streamline | Outside Diameters: 3/16" to 10" Wall thickness' |

EC 0288

3/10/2005

| | | | from .028" to 1.000" |
|---|---|---|---|
| Carbon | | Low Carbon 1020, 1026, DOM, Seamless, As Welded, Hydraulic, Mechanical, Aircraft, Structural Shapes | Outside Diameters: .125" to 16" Wall thickness' from .020" to 3" |

C-22 is a registered trademark of Haynes International, Inc.

For more information, please contact us.

Home | News | Product/Service | Manufacturer | Careers | About | Quote | Contact | Online Catalog
Copyright © 2004 Instrument Associates, Inc. All rights reserved.



HE 00781

EC 0289



4839 West 128ᵗʰ Place  ●  Alsip, Illinois 60803
Phone: (708) 597-9880 ● Fax: (708) 597-1608
website:  www.instrumentassociates.com
email:  sales@instrumentassociates.com

RECEIVED
SEP 2 6 2005
BUCHANAN INGERSOLL, P.C.

Lynn Alstadt
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20ᵗʰ Floor
Pittsburgh, PA  15219-1410

Re:    Use of Haynes Trademarks

Dear Lynn,

I am in receipt of your letter dated September 12, 2005 regarding the use of the Haynes Trademark on our website.  We have reviewed our website and all references to Haynes C-22 trademark have been removed.   Our website was the only place where the C-22 trademark was used.

I apologize for this oversight and will contact either you or Paul Manning prior to any publication using Haynes products or trademarks.

If you need any additional information or clarification, please do not hesitate to contact me.

Sincerely,
INSTRUMENT ASSOCIATES, INC.

Jay P. Fregeau
President / CEO

HE 00782

**Instrument Associates, Inc.** - YOUR CONNECTION TO SERVICE

# TW Metals Tube Products

| Material | Grade/Alloy | Size Ranges |
|---|---|---|
| Aluminum Alloys | 2024,3003, 5052, 6061,6063, 7075, Seamless, Extruded, Squares, Rectangles, Structural, Ornamentals | Outside Diameters: 1/8" to 12" Wall thickness' from .020 to 1.000" |
| Stainless Steel | 303,304,304L, 316, 316L, 321, 347 ,PH grades, Seamless, Welded and Drawn, As welded, instrumentation, Squares, Rectangles, Polished, Sanitary, Hypodermic | Outside Diameters .009" to 10" Wall thickness' from .0025 to 2.000" |
| Nickel Alloys | 200, 400, 600, 601, 625, 800H, 825, C276, Alloy 20 | Outside Diameters .009" to 10" Wall thickness' from .0025 to 2.000 |
| Titanium | CP, 3AL - 2.5V, Ducting | Outside Diameters from 1/4" Wall thickness' from .020" |
| Alloy | 4130, 4340, 8620, 52100, Squares, Rectangles, Streamline | Outside Diameters: 3/16" to 10" Wall thickness' from .028" to 1.000" |
| Carbon | Low Carbon 1020, 1026, DOM, Seamless, As Welded, Hydraulic, Mechanical, Aircraft, Structural Shapes | Outside Diameters: .125" to 16" Wall thickness' from .020" to 3" |

For more information, please *contact us.*

Home | News | Product/Service | Manufacturer | Careers | About | Quote | Contact | Online Catalog

Copyright © 2004 Instrument Associates, Inc. All rights reserved.



HE 00783

# Instrument Associates, Inc. - YOUR CONNECTION TO SERVICE

# TW Metals Pipe Products

| Material | Grade/Alloy | Size Ranges |
|----------|-------------|-------------|
| Aluminum Alloys | 6061-T6, 6063-T6, 5086, Seamless, Extruded, Construction Grades | Pipe Sizes from: 1/4" NPS to 12" NPS Schedules from: 10 to 80 |
| Stainless Steel | 304, 304L, 316, 316L, 321, 347, 446, Seamless, Welded, As Welded, Brewery Quality | Pipe Sizes from: 1/8" NPS to 24" NPS Schedules from: 5 to 120 |
| Nickel Alloys | 200, 400, 600, 601, 625, 800HT, C276, Alloy 20 | Pipe Sizes from: 1/8" NPS to 8" NPS Schedules from: 10 to 80 |
| Carbon | Line Pipe, Lacquered, Structural | Pipe Sizes from: 1/8" to 12" Schedules from: 5 to 80 |

For more information, please *contact us.*

Home | News | Product/Service | Manufacturer | Careers | About | Quote | Contact | Online Catalog

Copyright © 2004 Instrument Associates, Inc. All rights reserved.



HE 00784

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410
T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

September 12, 2005

## VIA FACSIMILE AND FIRST CLASS MAIL

J. M. Canty, Inc.
6100 Donner Road
Buffalo, New York 14094

Re:    **Use of Haynes Trademarks**

Gentlemen:

We represent Haynes International, Inc. As you may know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that are made from alloys purchased from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of two product brochures available on your company website in which Haynes' C-22 trademark is used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

There should be a dash between the letter and number. The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "C-22 is a registered trademark of Haynes International, Inc."

Continued use of the enclosed brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will make the requested changes so that Haynes is not forced to choose between suing a customer or losing its trademark rights.

Please tell me by September 30, 2005, whether you will change your product brochures and if so, when the change will be made.

HE 00785

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 12, 2005
Page - 2 -

      Should you decide to use any Haynes trademarks in any future brochures, web pages or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

      If you have any questions or concerns, please call me.

                Very truly yours,

                Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00786



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

| Start | List At: |   OR   | Jump | to record: |

# 23 Records(s) found (This page: 1 ~ 23)

Refine Search (Haynes)[ON] and (International)[ON] not (S   Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2  | 76434700 |  | 282 | TARR | LIVE |
| 3  | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4  | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5  | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6  | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7  | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8  | 76400932 |  | C-22HS | TARR | LIVE |
| 9  | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00787

# CANTY
## PROCESS TECHNOLOGY

# QUICK CHANGE RUPTURE DISK HOLDER



## THE CANTY ADVANTAGE

The Canty Quick Change Rupture Disk allows a single rupture disk user to quickly change, inspect, or clean a rupture disk. This allows increased safety and proper Clean-In-Place standards to be maintained simultaneously. The Quick Change Rupture Disk (QCRD) requires no tools to install and relies on a dual floating o-ring seal. This patented seal ring arrangement is identical to the Canty Quick Ports for access, view, and sample ports.

The zero leak design has been proven through a combination of air and liquid submergence testing. This takes the Quick Port through external pressure, no pressure, and ultra high internal pressure leak testing where a constant o-ring seal was maintained.

The QCRD integrity is guaranteed through its simple seal ring design, which deflects as the rupture disk is inserted. The original seal ring concept has over 20 years of experience in the hyperbaric and diving industry where any operational failure would be fatal.

## APPLICATIONS

❑ Rupture disc replacement in under one minute by a single operator
❑ Rupture disk inspection
❑ Facilitates changing disks under relief valves or in difficult areas
❑ Easily allows disc cleaning (Please consult disk manufacturer for procedure)
❑ Many, many more!

## SPECIFICATIONS

❑ ANSI 150 lb., 300 lb., and 600 lb. mount
❑ DIN 10 bar, 16 bar, and 40 bar mount
❑ Stainless steel, Carbon steel, Hastelloy, or Teflon® construction
❑ Meets ASME , BS5500, and EC Codes (see interlock options) for quick opening closures
❑ Code material test reports available
❑ Designed to interface with ZOOK graphite rupture disks or equivalent and various pretorqued metal disk holders

## OPTIONS

❑ Limit switch to indicate presence or absence of disc
❑ Pressure interlocks (Not required for code steel)
❑ Pressurized seal ring interconnected
❑ Custom sizes or pressures available
❑ Almost any material of construction is available

JM CANTY INC.
Buffalo, NY USA
Ph:(716) 625 - 4227
Fax:(716) 625 - 4228

JM CANTY LTD.
Dublin, Ireland
Ph: +353 (01) 459 8808
Fax:+353 (01) 462 5133

sales@jmcanty.com

Document #96B6525  Rev. 0121099

**Represented by:**

## DIMENSIONAL INFORMATION



| VARIABLE DIMENSION SPECIFICATIONS / 150 lb | | | | |
|------|------|------|------------------|---------------------|
| SIZE | -A-  | -B-  | PRESSURE RATING | • MAXIMUM TEMPERATURE |
| 2"   | 6.00 | 2.95 | 290 PSI | 450 F |
| 3"   | 7.50 | 3.33 | 290 PSI | 450 F |
| 4"   | 9.00 | 3.33 | 250 PSI | 450 F |
| 6"   | 11.00 | 3.45 | 170 PSI | 450 F |
| 8"   | 13.50 | 3.95 | 170 PSI | 450 F |
| 10"  | 16.00 | 4.45 | 150 PSI | 450 F |

| VARIABLE DIMENSION SPECIFICATIONS / 300 lb | | | | |
|------|-------|------|------------------|---------------------|
| SIZE | -A-   | -B-  | PRESSURE RATING | • MAXIMUM TEMPERATURE |
| 2"   | 6.50  | 3.33 | 400 PSI | 450 F |
| 3"   | 8.25  | 4.08 | 400 PSI | 450 F |
| 4"   | 10.00 | 4.33 | 400 PSI | 450 F |
| 6"   | 12.25 | 5.20 | 350 PSI | 450 F |
| 8"   | 15.00 | 6.08 | 300 PSI | 450 F |

| VARIABLE DIMENSION SPECIFICATIONS / 600 lb | | | | |
|------|------|------|------------------|---------------------|
| SIZE | -A-  | -B-  | PRESSURE RATING | • MAXIMUM TEMPERATURE |
| 2"   | 6.50 | 3.58 | 600 PSI | 450 F |
| 3"   | 8.25 | 4.33 | 600 PSI | 450 F |

* TEFLON® SEALRING IS ONLY RATED TO 300F.
* TEMPERATURE IS DEPENDENT ON O-RING MATERIAL
* "B" DIMENSIONS ARE FOR ZOOK GRAPHITE DISCS OR EQUIVALANT
* CONSULT FACTORY FOR DIN DIMENSIONS

**SECTION C-C**

As illustrated, the rupture disc holder uses a seal ring which applies an initial force to the disc via the stainless steel preload. Once pressure or vacuum is applied to the rupture disc the floating seal ring adds additional force to seal the disc. When a disc is blown you simply remove it by sliding it out from the holder through the open slot. A replacement can then easily be pushed back into place and the process restarted.



HOW TO ORDER: Select the appropriate symbols and build a model number as shown:

**EXAMPLE:**   SS-4-QCRD150-SS-VOR-SN-GDISC



WETTED MATERIAL(PROCESS SIDE)
SS = 316L STAINLESS STEEL
CS = CARBON STEEL
C276 = ALLOY C276
C22 = ALLOY C22
TEF = TEFLON®

SIZE
ANSI - 2", 3", 4", 6", 8", 10"
DIN - 50, 80, 100, 150, 200, 250 mm

PRESSURE

| ANSI | DIN |
|------|------|
| 150 = 150 PSI | 10 = 10 BAR |
| 300 = 300 PSI | 16 = 16 BAR |
| 600 = 600 PSI | 40 = 40 BAR |

DISC OPTION (NOT INCLUDED)
GDISC = GRAPHITE DISC
MDISC = METAL DISC

SEAL RING OPTIONS
SN = STANDARD
SP = SELF PRESSURIZED

O-RING MATERIAL
BOR = BUNA-N
VOR = VITON
SOR = SILICONE
EOR = EPDM
NOR = NEOPRENE

WETTED MATERIAL (VENT SIDE)
SS = 316L STAINLESS STEEL
CS = CARBON STEEL
C276 = ALLOY C276
C22 = ALLOY C22
TEF = TEFLON®

Teflon® is a registered trademark of the Dupont Corporation.

*C-22 is a registered trademark of Haynes International, Inc.*

HE 00789                                EC 0278

# CANTY

PROCESS TECHNOLOGY

# QuickFill View Port Applications Sheet



## APPLICATIONS

- Vessel Charging
- Vessel Sampling
- Powder Addition
- Test Vessels
- Quick Change Filter
- Dec Powder Transfer System a De Dietrich exclusive in North America
- ILC Dover - Dover Pac® System
- Process View Port
- Sprayball Attachment

**Vessel charging with clamp on or drop in funnel**



- Inexpensive option for non-hazardous chemical addition
- Prevents spills
- Quick to install

**Quickly attach a sprayball without the need for an additional nozzle**



## HOW IT WORKS

The Canty QuickPort is a patented, safe, quick opening closure for process vessels. Originally used in the offshore diving industry as a transfer lock on decompression chambers, Quickports are used with no additional interlock by various non-industrial personnel in applications where any operational failure would be fatal.

The zero leak design has been proven through a combination of air and liquid submergence testing. This cycles the QuickPort through external pressure, no pressure and ultra high internal pressure leak testing where a constant o-ring seal was maintained.

**Vessel charging with Dec PTS system**



- Maximizes nozzle use:
- Sight glass
- Charge port
- Spray nozzle port
- Light port

## FEATURES

- No Bolting or Torquing required
- Zero Leak Closure
- Full Vacuum
- ANSI 150 lb., 300 lb., and 600 lb. Mount
- DIN 10 bar, 16 bar, and 40 bar mount     C-22 ®
- 316L Stainless Steel, Teflon, Alloy C276, or C22 construction.
- Meets ASME, BS5500, and EC codes (see interlock options) for quick opening closures.

- Easy to use
- Full pressure and vacuum rated
- Easily cleaned
- Minimizes space requirements
- Allows the use of standard Dover Pac® parts.

**Vessel charging and sampling with Dover Pac® charging system**



| CANTY | JM Canty Inc<br>JM Canty Intl Ltd | Buffalo, NY USA<br>Dublin, Ireland | Ph: (716) 625 4227<br>Ph: + 353 (01) 882 9621 | Fax: (716) 625 4228<br>Fax: +353 (01) 882 9622 |

www.jmcanty.com

## QuickFill Port Used with Dec PTS(Powder Transfer System)



**Attach the PTS system using a sanitary clamp**

**Release the vessel pressure and swing out the Fuseview™ and swing in the fill ring**

**Charge the vessel with the PTS system**

**Clean the PTS and switch the fill ring back to the Fuseview™ for viewing**

**Remove the PTS System and return To normal process**

## QuickFill Port Used with a Dover Pac® Charging System



**QuickPort base pad accepts Dover Pac® glove bag and band clamps**



**Attach the glove bag to the base Pad and the Dover Pac® system**



**System is ready For charging**

### Ordering Information

HOW TO ORDER: Select the appropriate symbols and build a model number as shown:



**EXAMPLE:**

## SS-4-QFVP150-SS-VOR-SN-4"TRI

WETTED MATL:
SS - 316L S.S.
C276 - ALLOY C276
C-22 C22 - ALLOY C22 C-22
TEF - TEFLON®

SIZE:
2", 3", 4", 6", 8", 10"
50, 80, 100, 150, 200, 250 mm

MODEL:
QFVP - QUICKFILL VIEW PORT
QVPTS - QUICK VIEW PORT™ TO ACCEPT DEC PTS
QVPAC - QUICK VIEW PORT™ TO ACCEPT DOVER PAC®

Pressure:
150, 300, 600 psi
10, 16, 40 bar

EXTERNAL CONNECTION:
2" FL - 10" FL
2" TRI - 10" TRI

SEAL RING OPTIONS:
SN - STANDARD
SP - SELF PRESSURIZED
SR - SPRAY RING

O-RING MATERIAL:
BOR - BUNA-N
VOR - VITON
SOR - SILICONE
EOR- EPDM
NOR- NEOPRENE

FILL RING & EXTERNAL CONNECTION MATL:
SS - 316L S.S.
C276 - ALLOY C276
C-22 C22 - ALLOY C22 C-22
TEF - TEFLON

HE 00791

**CANTY**   | JM Canty Inc | Buffalo, NY USA | Ph: (716) 625 4227 | Fax: (716) 625 4228
            | JM Canty Intl Ltd | Dublin, Ireland | Ph: + 353 (01) 882 9621 | Fax: +353 (01) 882 9622

www.jmcanty.com
Document Number: TA9954 Rev 1

Teflon® is a registered trademark of the Dupont Corporation
Dover Pac® is a registered trademark of the ILC Dover Corporation

*C-22 is a regited tredmark of Haynes International, Inc.*

EC 0280

J M   C A N T Y ,   I N C .

RECEIVED

SEP 2 2 2005

BUCHANAN INGERSOLL, P.C.

September 19, 2005

Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, Pennsylvania 15219

Re: Use of Haynes Trademarks

Dear Ms Lynn Alstadt:

We have read your letter and looked into the use of C22 in our literature.
It is true that we do buy hastelloy from Haynes but they are not our only supplier. We use the industry
accepted name C22 in our literature. If Haynes was our only and exclusive supplier then we would use the C-22
registered trademark But to use it at this time it would be false advertising since we also use other sources.

Regards,

Thomas Canty
President

6100 DONNER ROAD • LOCKPORT, NEW YORK • 14094
PHONE: 716-625-4227 • FAX: 716-625-4228

HE 00792

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www buchananingersoll com

October 6, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Thomas Canty
J. M. Canty, Inc.
6100 Donner Road
Buffalo, New York  14094

Re:  **Use of Haynes Trademarks**

Dear Mr. Canty:

I received your letter of September 19, 2005, concerning use of C22. I understand from that letter that your company intends to continue using C22 for an alloy composition that you purchase from Haynes and for alloy compositions that you purchase from other alloy manufacturers.

I have attempted to reach you by telephone but you have not returned my call. In my last message to you I told your secretary that C-22 is a registered trademark of Haynes International and that any use of C22 violates Haynes trademark rights. I also told her that Haynes currently has a lawsuit pending against Ellectralloy who has used C22, EC22 and GOEC22 for an alloy composition that is similar to Haynes C-22 alloy and within UNS NO6022. Since the lawsuit was filed Ellectralloy appears to have stopped using C22. Unless your company immediately ceases its use of C-22 Haynes will institute a lawsuit against your company to stop such use. Indeed, Haynes has already authorized me to prepare the complaint.

In your letter you say, "We use the industry accepted C22 in our literature." However, there is no manufacturer of alloy products who currently uses C22 as a designation for an alloy composition that it makes. Special Metals uses INCONEL 622 for its alloy within UNS NO6022. Allegheny Technologies uses Nickelvac 22. These companies and others have also used Alloy 22 for this composition. Haynes has no objection to the use of Alloy 22 for compositions within UNS NO6022.

**HE 00793**

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

October 6, 2005
Page - 2 -

     I write to give you one last opportunity to reconsider your position concerning the use of C22. If I do not receive prompt written assurance from you that your company has ceased using C22, legal action may be initiated without further notice.

Very truly yours,

Lynn J. Alstadt

LJA/bem

cc: Paul Manning

HE 00794

**Alstadt, Lynn**

| | |
|---|---|
| **From:** | Paul Manning [pmanning@haynesintl.com] |
| **Sent:** | Friday, September 09, 2005 12:31 PM |
| **To:** | marphil.int@wanadoo.fr; Alstadt, Lynn |
| **Subject:** | Legal Issue |
| **Attachments:** | Fw: Marphil |



Fw: Marphil

       As is mentioned in correspondence below we observed your recent ad in Stainless Steel World where you used the term C22 as one of your nickel alloys. This email is to inform you that C-22® alloy is a registered trademark of Haynes International Inc. and Haynes is very serious in protecting its trademark rights. It is possible that some alloy you sell was made by Haynes, in which case the use as indicated above is required with a footnote stating it is a registered trademark of Haynes International. If the product you sell is a mix of many manufacturers of this alloy (UNS number N06022) then you can call it some other name, although many call it alloy 22. Similar letters have been written to CMI, which is where you may have purchased some material made by Haynes, who have been likewise put on notice for improper use of Haynes trademark by our outside law firm.

Please reply that you plan to take steps to remedy this issue as our next contact will be through our outside legal representative. Thank you for your attention to this matter.
Regards
Paul Manning
Director of Marketing

HE 00795

1

## Alstadt, Lynn

**From:** Paul Manning [pmanning@haynesintl.com]
**Sent:** Tuesday, September 13, 2005 8:44 AM
**To:** f.tilkens@wanadoo.fr; Alstadt, Lynn
**Subject:** Re: Legal issue - Marphil's ad

Thank you very much for your response to this issue. We very much appreciate it.
Regards
Paul Manning

Florence TILKENS wrote:

Dear Mr Manning,

We refer to your e-mail of 9th September regarding Marphil International's ad in Stainless Steel World.

We confirm that KCI (Stainless Steel World) has been contacted to make the appropriate amendments to our ad , ie to

suppress "C" in the mention of the alloy 22 supplied by Marphil International.

We know about "Hastelloy" being a registered trademark of Haynes International Inc. and therefor never use it in the description of our alloy-22 products as they originate from different manufacturers. We did not know about "C 22" . Please accept our apologies.

We remain at your service should you require any further information.

Best regards

Florence Tilkens

*Marphil International*

*36 rue de Richelieu*

*75001 Paris*

*France*

HE 00796

9/13/2005

# Buchanan Ingersoll PC
ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

September 13, 2005

<u>**VIA FACSIMILE AND FIRST CLASS MAIL**</u>

Mr. Lane Cobden, President
National Specialty Alloys, Inc.
18250 Keith Harrow Boulevard
Houston, Texas  77084

Re:   <u>**Use of Haynes Trademarks**</u>

Dear Mr. Cobden:

We represent Haynes International, Inc.  As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International.  In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of your web pages in which Haynes' registered trademark C-22 is used incorrectly.  We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears.  There should also be a line added that says:  "C-22 is a registered trademark of Haynes International, Inc."

Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks.  If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights.  It is our hope that you will make the requested changes to those web pages so that Haynes is not forced to choose between suing a customer or losing its trademark rights.

Please tell me by September 30, 2005, whether you will change your web pages and, if so, when the change will be made.

HE 00797

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 13, 2005
Page - 2 -

Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00798



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout   *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR   Jump to record:

## 23 Records(s) found (This page: 1 ~ 23)

Refine Search  (Haynes)[ON] and (International)[ON] not (S   Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

|  | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 282 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00799

9/12/2005



**VALUE ADDED SERVICES**

Grinding and Custom Shafting  | Heat Treating  | Boring/Trepanning  |  Production Saw Cutting

**NEWS**
• New Products
• Special Announcements
• ISO 9001 Certification
• Send Me a Brochure
• REM List
• Employment

- Products
- Services
- Contact Us
- Reference
- About Us
- Print A Line Sheet
- Home

roudly serving the United States
and international markets from
three dedicated locations.



**Headquarters**
18250 Keith Harrow Blvd
Houston, TX 77084
PH: 800.847.5653
281-345-2115

**International**
18250 Keith Harrow Blvd
Houston, TX 77084
281-345-2115

Canada and Puerto Rico:
PH: 800.847.5653

Mexico Voice Toll-Free:
001.888.219.6854

**West Coast**
1171 Armando St.
Anaheim, CA. 92806
PH: 800.342.7797

**East Coast**
3655 Burnette Park Dr.
Suwanee, GA. 30024
PH: 800.364.0972

___

**ISO 9001 Certification**

## Nickel & Special Alloys

### Bars, Shapes, Forgings,  Castings
### From Inventory or Mill Orders

| | | | |
|---|---|---|---|
| 1" | 1-1/4" | 1-1/2" | 1-3/4" |
| 2" | 2-1/4" | 2-1/2" | 2-3/4" |
| 3" | 3-1/4" | 3-1/2" | 3-3/4" |
| 4" | 4-1/4" | 4-1/2" | 4-3/4" |
| 5" | 5-1/2" | | |
| 6" | 6-1/2" | | |
| 7" | 7-1/2" | | |
| 8" | 8-1/2" | | |
| 9" | 9-1/2" | | |
| 10" | | | |
| Per AMS - ASTM - QQS Specifications | | | |

• Nickel 405 is also available in hex, 1/2" thru 2

| Special Alloys | Nickel Alloys |
|---|---|
| Titanium | Nickel Alloy 200 |
| Tungsten | Nickel Alloy 400 |
| Vanadium | Nickel Alloy 405 |
| A-286 | Nickel Alloy 600 |
| L-605 | Nickel Alloy 625 |
| C-22® | Nickel Alloy 718 |
| C-276 | Nickel Alloy K-500 |
| Alloy 20 | 800 |
| 904L | 800 HT |
| 35N | 825 |
| | 718 HT |

C-22 is a registered
trademark of Haynes International,
Inc.

Nickel and other special alloys are used in aerospace,
marine, chemical, petrochemical, oil and gas, waste
processing, and power generation industries. Please
call us on any hard-to-find-items.

**Call NSA on any size, shape and alloy that is not listed.**

### Steel Bar Specification

| TYPE | AMS | ASTM | FEDERAL | CHARACTERISTICS |
|---|---|---|---|---|
| 302 | 5636 5637 5688 | A276 A313 A314 A479 A493 A580 | QQ-S-763 | Basic, general purpose type with good corrosion resistance and mechanical properties. |
| 302B | | A276 A314 A580 | | Similar to Type 302 but Si improves resistance to oxidation. |
| 303 | 5640 | A314 A320 A581 A582 | | Resistant to atmospheric corrosion resistance with improved mechanical properties. |
| XM-19 | | A276 A479 A580 | | Nitrogen strengthened austenitic, good corrosion resistance with improved mechanical properties. |
| 304 | 5639 | A182 | QQ-S-763 | Low carbon variation of |

| TYPE | AMS | ASTM | FEDERAL | CHARACTERISTI |
|---|---|---|---|---|
| 347F Se | 5642 | | | Free-machining variation of Type 34 |
| 348 | | A182 A276 A314 A320 A479 A580 | | Similar to type 347 b Ta reduced |
| 403 | 5614 | A276 A314 A580 | QQ-S-763 | Special high quality variation of type 41C highly stressed parts |
| 405 | | A276 A314 A580 | QQ-S-763 | |
| 410 | 5612 5613 5776 | A182 A193 A276 A314 A479 | QQ-S-763 | Low cost general purpose stainless st Wide use where corrosion is not seve |



National Speciality Alloys is
ISO 9001 certified to assure our
customers of the highest quality
in product and service.

| Type | AMS | A-Spec | QQ | Description |
|---|---|---|---|---|
| | 5697 | A193 A276 A313 A320 A479 A493 A580 | | Type 302, minimizes carbide precipitation during welding. |
| 304L | 5647 | A182 A276 A314 A479 A580 | QQ-S-763 | Extra-low carbon content eliminates harmful carbide precipitation during welding. |
| 305 | 5685 5686 | A276 A313 A314 A580 | QQ-S-763 | Low work-hardening rate, good spinning, deep-drawing, and cold-heading characteristics. |
| 308 | | A276 A314 A580 | | High Cr and Ni produce good heat/corrosion resistance. Used widely for welding rod. |
| 309 | | A276 A314 A580 | QQ-S-763 | High strength and resistance to scaling at high temperatures. |
| 309S | 5650 | A276 A314 A580 | | Similar to Type 309 but carbon lowered to minimize carbide precip, and improve weldability. Welding wire. |
| 310 | 5651 5694 | A182 A276 A314 A580 | QQ-S-763 | Higher alloy content improves basic characteristics of Type 309 |
| 310S | | A276 A314 A479 A580 | | Similar to Type 310 but carbon lowered to minimize carbide precip. And improve weldability. Welding wire. |
| 314 | 5652 | A271 A314 A580 | | Si increased to further improve scaling resistance |
| 316 | 5648 5690 | A182 A193 A276 A313 A314 A320 A479 A493 A580 | QQ-S-763 | Mo improves general corrosion and pitting resistance and high temperature strength. |
| 316L | 5653 | A182 A276 A314 A479 A580 | QQ-S-763 | Extra low carbon version of Type 316. Eliminates harmful carbide precipitation due to welding. |
| 317 | | A276 A314 A580 | QQ-S-763 | Higher alloy content improves basic advantages of Type 316 |
| 317L | | A182 | QQ-S-763 | Extra low carbon variation of T-317 for welded structures. |
| 321 | 5645 5689 | A182 A193 A276 A314 A320 A479 A493 | QQ-S-763 | Stabilized to permit use in 800-1500 F range without harmful carbide precipitation. |

| Type | AMS | A-Spec | QQ | Description |
|---|---|---|---|---|
| | | A493 A580 | | |
| 414 | 5615 | A276 A314 A580 | QQ-S-763 | Similar to Type 410 with somewhat better corrosion resistance and mechanical properties. |
| 416 | 5615 | A314 A581 A582 | | Corrosion resistance with rapid, free machinability. |
| 420 | 5621 | A276 A314 A580 | QQ-S-763 | Similar to Type 410 higher carbon produ... higher strength and hardness |
| 420F | 5620 | | | Free-machining vari of Type 420 |
| 420 F Se | 5620 | | | Similar to Type 420F For forging. |
| 422 | 5655 | A565 | | |
| 430 | 5627 | A276 A314 A479 A493 A580 | QQ-S-763 | Most popular of chromium types. Combines good corrosion and heat resistance and mechanical properti... |
| 430F | | A314 A581 A582 | | |
| 431 | 5628 | A276 A314 A580 A493 | | Best corrosion resistance of standa... hardenable chromiu... types. High mechan... properties. |
| 440A | 5631 | A276 A314 A580 | QQ-S-763 | 440A, B and C. Seri... of high carbon types. Same basic composition with varying carbon conte... Higher carbon produ... higher strength and hardness but lower toughness. All type... versions corrosion resistant only in the hardened condition. |
| 440B | | A276 A314 A580 | QQ-S-763 | |
| 440C | 5630 | A276 A314 A493 A580 | QQ-S-763 | |
| 440F | 5632 | | | Free-machining vers of Type 440C |
| 440F Se | 5632 | | | |
| 446 | | A276 A314 A580 | QQ-S-763 | |
| 17-4 PH | 5622 5643 | A564 | | Combines excellent corr. resist., high strength and hardne... low temp. hardening and good fabricating characteristics. |
| 15-5 PH | 5856 | A564 | | Similar to 17-4 PH b... |

HE 00801

| | | A580<br>A180 | | | | PH | 5659 | | | superior transverse<br>ductility and toughns |
|---|---|---|---|---|---|---|---|---|---|---|
| 347 | 5646<br><br>5680 | A182<br>A193<br>A276<br>A314<br>A320<br>A479<br>A493<br>A580 | QQ-S-763 | Characteristics similar to<br>Type 321. Stabilized by<br>Cb and Ta. | | PH<br>14-8<br>Mo | 5601 | | | Special high strengti<br>stainless similar to F<br>15-7 Mo but with hig<br>toughness. |
| | | | | | | PH<br>15-7<br>Mo | 5657 | A564 | | Similar to 17-7 PH b<br>with higher strength. |
| | | | | | | PH<br>13-8<br>Mo | 5629 | | | Excellent transverse<br>properties. Has supe<br>strength and toughn |

## Products:

Stainless Pump Shaft Quality | Nickel & Special Alloy | Nitroncs | Duplex | Nickel Pump Shaft Quality

18250 Keith Harrow Blvd Houston, TX 77084
toll free 800-847-5653 • Tel: 281-345-2115 • fax 281-345-1133 • email: sales@nationalspeciality.com

Site Map

HE 00802

EC 0345

3/10/2005

**Alstadt, Lynn**

| | |
|---|---|
| From: | Charles Dawson [cdawson@nationalspeciality.com] |
| Sent: | Wednesday, September 14, 2005 10:22 AM |
| To: | Alstadt, Lynn |
| Subject: | Use of Haynes Trademarks (Letter Dated 09-13-05) |

Attachments:     Haynes Trademark Corrections.pdf; Haynes Trademark Approval.pdf

 

Haynes Trademark    Haynes Trademark
Corrections p...    Approval.pdf ...     Good morning Lynn;

Thank you for taking the time yesterday to discuss the above referenced letter. As I mentioned during our telephone conversation, I would make the necessary changes to our website immediately. The changes are now complete. Please see the attachment and verify it meets with your approval. I have also attached an e-mail from Paul Manning authorizing National Speciality Alloys to use Haynes trademarks in our website.

I will follow up with you this afternoon via telephone once you have had a chance to review the changes.

Thank you again for your time and please call with any questions or comments you might have.


--
_____
Charles Dawson
National Speciality Alloys
281-345-2115
cdawson@nationalspeciality.com
www.nationalspeciality.com

HE 00803



### Nickel & Special Alloys

**Bars, Shapes, Forgings, Castings**
**From Inventory or Mill Orders**

| | | | |
|---|---|---|---|
| 1" | 1-1/4" | 1-1/2" | 1-3/4" |
| 2" | 2-1/4" | 2-1/2" | 2-3/4" |
| 3" | 3-1/4" | 3-1/2" | 3-3/4" |
| 4" | 4-1/4" | 4-1/2" | 4-3/4" |
| 5" | 5-1/2" | | |
| 6" | 6-1/2" | | |
| 7" | 7-1/2" | | |
| 8" | 8-1/2" | | |
| 9" | 9-1/2" | | |
| 10" | | | |

Per AMS - ASTM - QQS Specifications

* Nickel 405 is also available in hex, 1/2" thru 2

| Special Alloys | Nickel Alloys |
|---|---|
| Titanium | Nickel Alloy 200 |
| Tungsten | Nickel Alloy 400 |
| Vanadium | Nickel Alloy 405 |
| A-286 | Nickel Alloy 500 |
| L-605 | Nickel Alloy 625 |
| C-22® | Nickel Alloy 71B |
| C-276 | Nickel Alloy K-500 |
| Alloy 20 | 800 |
| 904L | 800 HT |
| 35N | 825 |
| | 718 HT |

C-22® is a registered trademark
of Haynes International

Nickel and other special alloys are used in aerospace,
marine, chemical, petrochemical, oil and gas, waste
processing, and power generation industries. Please call
us on any hard-to-find items.

Call NSA on any size, shape and alloy that is not listed.

### Steel Bar Specification

| TYPE | AMS | ASTM | FEDERAL | CHARACTERISTICS | | TYPE | AMS | ASTM | FEDERAL | CHARACTERISTICS |
|---|---|---|---|---|---|---|---|---|---|---|

HE 00804

**Subject:** Fw: National Speciality in Houston, TX
**From:** "Jeff" <jeff@topspotims.com>
**Date:** Tue, 12 Jul 2005 14:48:52 -0500
**To:** "Charles Dawson" <CDAWSON@nationalspeciality.com>


----- Original Message -----
**From:** Paul Manning
**To:** Jeff Montgomery
**Sent:** Wednesday, February 23, 2005 2:12 PM
**Subject:** Re: National Speciality in Houston, TX

We checked sales records and verified that they are a good customer and can use the HASTELLOY® trademark and of course should reference that it is a registered trademark of Haynes International Inc.   C-276 is not a trademark but C-22® and C-2000® are.  Thanks for the front end check in the issue.
Regards
Paul Manning

Jeff Montgomery wrote:

> Paul, Thanks so much for time today in regards to Trademark issues and internet marketing.  I have a client, National Speciality in Houston, TX  (www.nationalspeciality.com) that would like to advertise under Hastelloy, C-276, etc. on the search engines   They are a client of yours and sell your product.  Please let me know if this is acceptable. Jeff Montgomery
> Top Spot IMS
> 4545 Post Oak Place, Suite 120
> Houston, TX  77027
> 713-552-0888
> 713-552-0883 - Fax
> 713-397-4499 - Cellular

**HE 00805**

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

September 12, 2005

<u>**VIA FACSIMILE AND FIRST CLASS MAIL**</u>

Steve Bisset, President
Newman Flange & Fitting Co.
1649 L. Street
Newman, CA 95360-1048

Re:   <u>**Use of Haynes Trademarks**</u>

Dear Mr. Bisset:

We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of a web page of your company in which Haynes' registered C-22 trademark is used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copy of your web page.

The mark has a dash between the letter and number. The ® designation should appear as a superscript adjacent to the end of the trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "C-22 is a registered trademark of Haynes International, Inc."

Continued use of the enclosed web page or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will promptly correct the web page. Otherwise, Haynes will be forced to choose between suing an important customer or losing its trademark rights.

Please tell me by September 30, 2005, whether you will change your web page and if so, when the change will be made.

**HE 00806**

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 12, 2005
Page - 2 -

     Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

     If you have any questions or concerns, please call me.

                    Very truly yours,

                    Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00807



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP

Logout  *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR Jump to record:

## 23 Records(s) found (This page: 1 ~ 23)

Refine Search  (Haynes)[ON] and (International)[ON] not (S  Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

|    | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|----|---------------|-------------|-----------|--------------|-----------|
| 1  | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2  | 76434700 |         | 282 | TARR | LIVE |
| 3  | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4  | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5  | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6  | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7  | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8  | 76400932 |         | C-22HS | TARR | LIVE |
| 9  | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00808



# Materials Used

Materials Available for Quoting:

| | | |
|---|---|---|
| 90/10 CUNI | ALLOY B2 | ALLOY 800 |
| 70/30 CUNI | ALLOY ~~C22~~ C-22 (R) | ALLOY 800HT |
| ALLOY 20 CB3 | ALLOY C276 | ALLOY 825 |
| 254 SMO | TITANIUM GR 2 | ALLOY 600 |
| AL6XN | FERRILIUM 255 | ALLOY 601 |
| ALLOY 400 | 25-6 MO | ALLOY 625 |
| ALLOY 200 | 904L | ALLOY 201 |

C-22 is a registered trademark of Haynes International, Inc.

[Home] [Mission Statement] [Nickel & Alloy Flanges] [Military Flanges] [Contact]

HE 00809

EC 0259

# Materials Used

Materials Available for Quoting:

| 90/10 CUNI | ALLOY  B2 & B3 | ALLOY  800 |
|---|---|---|
| 70/30 CUNI | ALLOY C-22 ® | ALLOY  800HT |
| ALLOY 20 | ALLOY  C276 | ALLOY  825 |
| F44 | TITANIUM GR 2 | ALLOY  600 |
| UNS80367 | FERRILIUM 255 | ALLOY  601 |
| ALLOY 400 | 25-6 MO | ALLOY  625 |
| ALLOY 200 | 904L | ALLOY  201 |

C-22 is a registered trademark of Haynes International, Inc.
[Home] [Mission Statement] [Nickel & Alloy Flanges] [Military Flanges] [Contact]

HE 00810

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

September 12, 2005

**VIA FACSIMILE AND FIRST CLASS MAIL**

Mark Ashworth, CEO
Oxford Alloys, Inc.
2632 TEE Drive
Baton Rouge, LA  70814

    **Re:**   **Use of Haynes Trademarks**

Dear Mr. Ashworth:

    We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

    Enclosed is a copy of your web pages in which several Haynes' registered trademarks are used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

    The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "B-3, C-22, C-2000 and G-30 are registered trademarks of Haynes International, Inc."

    Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will promptly correct the enclosed web pages so that Haynes is not forced to choose between suing an important customer or losing its trademark rights.

    Please tell me by September 30, 2005, whether you will change your web pages and, if so, when the change will be made.

HE 00811

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 12, 2005
Page - 2 -

     Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

     If you have any questions or concerns, please call me.

          Very truly yours,

          Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00812



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP

Logout *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR  Jump to record:

## 23 Records(s) found (This page: 1 ~ 23)

Refine Search (Haynes)[ON] and (International)[ON] not (S  Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 282 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00813



**Supplier and Processor of Welding Alloys**

# NICKEL ALLOYS

About Us

Products

Services

Quality Control

MSDS

Contact Us

Quote Request

Home

FLUX COATED ELECTRODES

TIG, MIG AND COIL WIRE - SOLID

FLUX CORED WIRE

STRIP

| FLUX COATED ELECTRODES | | | |
|---|---|---|---|
| Type | Class | Type | Class |
| Alloy 141 | (ENi-1) | Alloy C-276 | (ENiCrMo-4) |
| Alloy 190 | (ENiCu-7) | Alloy C | (ENiCrMo-5) |
| Alloy 132 | (ENiCrFe-1) | Alloy Ni-9 | (ENiCrMo-6) |
| Alloy 135 | | Alloy C-4 | (ENiCrMo-7) |
| Alloy A | (ENiCrFe-2) | Alloy G-3 | (ENiCrMo-9) |
| Alloy 182 | (ENiCrFe-3) | Alloy C-22 | (ENiCrMo-10) |
| Alloy B | (ENiMo-1) | Alloy G-30 | (ENiCrMo-11) |
| Alloy W | (ENiMo-3) | Alloy P-12 | (ENiCrMo-12) |
| Alloy B-2 | (ENiMo-7) | Alloy 187 | (ECuNi) |
| Alloy B-3 | (ENiMo-10) | Alloy 55 | (ENiFe-Cl) |
| Alloy 117 | (ENiCrCoMo-1) | Alloy 99 | (ENi-Cl) |
| Alloy G | (ENiCrMo-1) | Alloy 112 | (ENiCrMo-3) |
| Alloy X | (ENiCrMo-2) | | |

Back to Top

| TIG, MIG AND COIL WIRE - SOLID | | | |
|---|---|---|---|
| Type | Class | Type | Class |
| Alloy 55 | (ERNiFe-Cl) | Alloy 625 | (ERNiCrMo-3) |
| Alloy 61 | (ERNi-1) | Alloy C-276 | (ERNiCrMo-4) |
| Alloy 60 | (ERNiCu-7) | Alloy C-4 | (ERNiCrMo-7) |
| Alloy 65 | (ERNiFeCr-1) | Alloy C-2000 | (ERNiCrMo-17) |

| Alloy 82 | (ERNiCr-3) | Alloy G-2 | (ERNiCrMo-8) |
|---|---|---|---|
| Alloy 62 | (ERNiCrFe-5) | Alloy G-3 | (ERNiCrMo-9) |
| Alloy 92 | (ERNiCrFe-6) | Alloy C-22 | (ERNiCrMo-10) |
| Alloy 99 | (ERNi-Cl) | Alloy G-30 | (ERNiCrMo-11) |
| Alloy 718 | (ERNiFeCr-2) | Alloy 617 | (ERNiCrCoMo-1) |
| Alloy B | (ERNiMo-1) | Alloy 686 | (ERNiCrMo-14) |
| Alloy N | (ERNiMo-2) | Alloy 601 | (ERNiCrFe-11) |
| Alloy W | (ERNiMo-3) | Alloy 52 | (ERNiCrFe-7) |
| Alloy B-2 | (ERNiMo-7) | Alloy 72 | (ERNiCr-4) |
| Alloy B-3 | (ERNiMo-10) | Alloy 59 | (ERNiCrMo-13) |
| Alloy G | (ERNiCrMo-1) | Alloy 67 | (ERCuNi) |
| Alloy X | (ERNiCrMo-2) | | |

Back to Top

| FLUX CORED WIRE |
|---|
| 61T-1 |
| 82T-1 |
| 625T-1 |
| 55T-1 |
| 99T-1 |
| C-22T-1 |
| C-276T-1 |

Back to Top

| STRIP | | | |
|---|---|---|---|
| Type | Class | Type | Class |
| Alloy 60 | (EQNiCu-7) | Alloy C-4 | (EQNiCrMo-7) |
| Alloy 82 | (EQNiCr-3) | Alloy C-22 | (EQNiCrMo-10) |
| Alloy 65 | (EQNiFeCr-1) | Alloy 61 | (EQNi-1) |
| Alloy 625 | (EQNiCrMo-3) | Alloy 67 | (EQCuNi) |
| Alloy C-276 | (EQNiCrMo-4) | Alloy 59 | (EQNiCrMo-13) |

Back to Top

Back to Products

*B-3, C-22, C-2000 and G-30 are registered trademarks of Haynes International, In-*

About Us I Products I Services I Quality Control I MSDS
Contact Us I Quote Request I Home

© 2002 Oxford Alloys, Inc. All Rights Reserved

EC 0318

**Oxford**
ALLOYS, Inc.
*Supplier and Processor of Welding Alloys*

2632 Tee Drive
Baton Rouge, Louisiana 70814  USA

RECEIVED

OCT   2005

BUCHANAN PP

225-273-4800
Fax 225-273-4814
800-562-3355
www.oxfordalloys.com
sales@oxfordalloys.com

September 29, 2005

Lynn J. Alstadt
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

Re: Use of Haynes Trademarks

Dear Ms. Alstadt:

We received your letter dated September 12, 2005 regarding the use of Haynes trademarks. We have contacted our website designer and they will promptly begin making the changes. We expect the changes to be live in the next 2-3 weeks but we do not have a specific date yet. I will contact you again when the changes are complete.

We apologize for the misunderstanding related to the trademark use. We have noted your requirements in our internal records and will be diligent in our future use of the Haynes trademark. Should you have any further questions or concerns, please contact me.

Sincerely,

Mark Ashworth
CEO

HE 00816

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

September 12, 2005

<u>**VIA FACSIMILE AND FIRST CLASS MAIL**</u>

Ronald Lafferty, President
Penn Machine Works, Inc.
201 Bethel Avenue
Aston, PA 19014

Re:    <u>**Use of Haynes Trademarks**</u>

Dear Mr. Lafferty:

We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of your web pages in which Haynes' C-22 registered trademark is used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

There should be a dash between the letter and the number. The ® designation should appear as a superscript adjacent to the end of the trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "C-22 is a registered trademark of Haynes International, Inc."

Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will promptly correct the enclosed web pages so that Haynes is not forced to choose between suing an important customer or losing its trademark rights.

Please tell me by September 30, 2005, whether you will change your web pages and if so, when the change will be made.

HE 00817

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 12, 2005
Page - 2 -

Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

HE 00818



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP

Logout *Please logout when you are done to release system resources allocated for you.*

| Start | List At: | | OR | Jump | to record: | **23 Records(s) found (This page: 1 ~ 23)** |

Refine Search (Haynes)[ON] and (International)[ON] not (S  Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 282 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00819

# Penn Machine

## Nickel Alloy Material Grade Composition Chart

| NAME | ASTM# | GRADE | UNS # | NOMINAL COMPOSITION |
|---|---|---|---|---|
| ALLOY 200 | FORGING B564 | A200 | N02200 | C-.15max Cr-.01max Ni-99min Cu-.25max Fe-.4max |
| ALLOY 200 | BAR B160 | A200 | N02200 | C-.15max Cr-.01max Ni-99min Cu-.25max Fe-.4max |
| ALLOY 400* | FORGING B564 | A400 | N04400 | Ni-63min Cu-28-34 Fe-2.5max |
| ALLOY 400* | BAR B164 | A400 | N04400 | Ni-63min Cu-28-34 Fe-2.5max |

\* ALLOY 400 can also be furnished to Federal Specifications QQN-281 \*

| NAME | ASTM# | GRADE | UNS # | NOMINAL COMPOSITION |
|---|---|---|---|---|
| ALLOY 600 | FORGING B564 | A600 | N06600 | Ni-72min Cr-14-17 Fe-6-10 Cu-.5max |
| ALLOY 600 | BAR B166 | A600 | N06600 | Ni-72min Cr-14-17 Fe-6-10 Cu-.5max |
| ALLOY 625 | FORGING B564 | A625 | N06625 | Ni-58min Cr-20-23 Fe-5max Cb+-3.75-4.15 Al-.4max Ti-.4max |
| ALLOY 625 | BAR B564 | B446 | N06625 | Ni-58min Cr-20-23 Fe-5max Cb+-3.75-4.15 Al-.4max Ti-.4max |
| ALLOY 800 | FORGING B564 | A800 | N08800 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.10max |
| ALLOY 800 | BAR B408 | B408 | N08800 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.10max |
| ALLOY 800H | FORGING B564 | A800H | N08810 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.05-.10 |
| ALLOY 800H | BAR B408 | A800H | N08810 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.05-.10 |
| ALLOY 800HT | FORGING B564 | A800HT | N08811 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 Al+Ti-.85-1.2 C-.06-.10 |
| ALLOY 800HT | BAR B408 | A800HT | N08811 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 Al+Ti-.85-1.2 C-.06-.10 |
| ALLOY 825 | FORGING B564 | A825 | N08825 | Ni-38-46 Cr-19.5-23.5 Mo-2.5-3.5 Fe-22min Cu-1.5-3 Al-.2max Ti-.6-1.2 C-.05 |
| ALLOY 825 | BAR B425 | A825 | N08825 | Ni-38-46 Cr-19.5-23.5 Mo-2.5-3.5 Fe-22min Cu-1.5-3 Al-.2max Ti-.6-1.2 C-.05 |
| C276 | FORGING B564 | A276 | N10276 | Cr-14.5-16.5 Mo-15-17 Fe-4-7 W-3-4.5 Co-2.5max V-.35max ( Nickel remnant ) |

| | | | | |
|---|---|---|---|---|
| C276 | **BAR** B574 | A276 | N10276 | Cr-14.5-16.5 Mo-15-17 Fe-4-7 W-3-4.5 Co-2.5max V-.35max ( Nickel remnant ) |
| B-2 | **FORGING** B335 | ALLOY B-2 | N10665 | Cr-1max Mo-26-30 Fe-2max Co-1max |
| B-2 | **BAR** B335 | ALLOY B-2 | N10665 | Cr-1max Mo-26-30 Fe-2max Co-1max |
| C-22 ②   ~~C22~~ | **FORGING** B564 | AC22 | N06022 | Cr-20-22.5 Mo-12.5-14.5 Fe-2-6 W-2.5-3.5 Co-2.5max V-.35max ( Nickel remnant ) |
| C-22 ②   ~~C22~~ | **BAR** B574 | AC22 | N06022 | Cr-20-22.5 Mo-12.5-14.5 Fe-2-6 W-2.5-3.5 Co-2.5max V-.35max ( nickel remnant ) |

**Carbon steel | Stainless steel | Chrome moly | Titanium | Aluminum | Copper nickel
Materials | Request quote/information | Home**

C-22 is a registered trademark of Haynes International, Inc.

*Web site created by Penn Machine. Send questions or comments to John Lafferty.*

HE 00821

EC 0334



# Materials

| | |
|---|---|
| **Carbon steels** | A105: Galvanized, Normalized, Plus A694- Y42; Y52; Y60; Y65 A106B, WPB |
| **Low Temp Carbon** | LF2, LF3, WPL6, WPL3 |
| **Stainless steels** | 304/304L, 316/316L, 310, 317L, 321/H, 347/H, AL6XN (N08367), F44 (254SMO), F51 (2205), F53 (2207) 405, 410, F6A, A904L (N08904), Alloy 20 (N08020) |
| **Nickel alloys** | A400 (N04400), A200 (N02200), A201 (N02201), A800 (N08800), A800H (N08810), A800HT (N08811), A825 (N08825), A600 (N06600), A625 (N06625), C276 (N10276), C22 (N06022), B2 (N10665) |
| **Chrome moly alloys** | F11, F12, F22, F5, F9, F91, F92 |
| **Titanium** | Grade 1, Grade 2, Grade 3, Grade 4 |
| **Aluminum alloys** | 6061, 5083, 5086 |
| **Copper nickel** | 70/30, 90/10 |

Penn Machine home page

*Web site created by Penn Machine. Send questions or comments to John Lafferty.*

HE 00822

EC 0335



PENNSYLVANIA MACHINE WORKS, INC.
201 BETHEL AVENUE
ASTON, PENNSYLVANIA 19014
(610) 497-3300 – FAX (610) 497-3325
www.pennusa.com

RECEIVED
SEP 2 2 2005
BUCHANAN INGERSOLL, P.C.

September 21, 2005

Mr. Lynn J. Alstadt
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA. 15219

Reference : Use of Haynes Trademarks (letter dated : September 12, 2005)

Dear Mr. Alstadt,

I would like to apologize on behalf of Pennsylvania Machine Works, we were not aware that
"C-22" was a registered trademark of Haynes International, Inc. We have been a user of Haynes
material for many years and have been a loyal customer via purchasing much of their material
through bar distribution.

I have made the necessary changes to our website at WWW.PENNUSA.COM as of September
21, 2005 and assure you that this was not intentional not to have them listed. Any questions,
please do not hesitate to contact myself at 610-497-3300 (ext. 536).

Sincerely,

John P. Lafferty
Quality Manager

enclosure : 1) letter to Ronald Lafferty
            2) revised web pages

HE 00823

MANUFACTURERS OF Penn FORGED PIPE FITTINGS
QUALITY • SERVICE • PARTNERSHIP

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

September 12, 2005

## VIA FACSIMILE AND FIRST CLASS MAIL

Ronald Lafferty, President
Penn Machine Works, Inc.
201 Bethel Avenue
Aston, PA 19014

    Re:   Use of Haynes Trademarks

Dear Mr. Lafferty:

    We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

    Enclosed is a copy of your web pages in which Haynes' C-22 registered trademark is used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copies.

    There should be a dash between the letter and the number. The ® designation should appear as a superscript adjacent to the end of the trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "C-22 is a registered trademark of Haynes International, Inc."

    Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will promptly correct the enclosed web pages so that Haynes is not forced to choose between suing an important customer or losing its trademark rights.

    Please tell me by September 30, 2005, whether you will change your web pages and if so, when the change will be made.

**HE 00824**

September 12, 2005
Page - 2 -

Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

If you have any questions or concerns, please call me.

Very truly yours,

Lynn J. Alstadt

LJA/bem

Enclosures

cc: Paul Manning (w/encl.)

**HE 00825**



# Manufacturer of high-pressure forged pipe fittings

**PA Sales Staff** **Texas Sales Staff**

- ▶ Packing List / MTR Proof of Delivery
- ▶ Product Catalog
- ▶ MTR RETRIEVAL
- ▶ List Price Sheets
- ▶ Material Selection
- ▶ Canadian CRN Numbers
- ▶ MSDS
- ▶ NAFTA Form
- ▶ Terms and Conditions
- ▶ Services
- ▶ News Letter
- ▶ Directions to Facilities
- ▶ Employment



About Penn Machine



Information or quote



Free customer training
Downloads



Product Catalog

Price

Ef
June
Stain
Forged
Un

| EDI |
| Fax |
| Nu |
| Free MT |

---

Revised: Wednesday 09/21/05

Web page created by Pennsylvania Machine Works.
© Copyright 2003 by Pennsylvania Machine Works, Inc.
Privacy Policy | Acceptable Use Guide

Any comments? Please send e-mail to John Lafferty.

HE 00826



# Materials

| Carbon steels | A105:  Galvanized, Normalized, Plus A694- Y42; Y52; Y60; Y65 A106B, WPB |
|---|---|
| Low Temp Carbon | LF2, LF3, WPL6, WPL3 |
| Stainless steels | 304/304L, 316/316L, 310, 317L, 321/H, 347/H, AL6XN (N08367), F44 (254SMO), F51 (2205), F53 (2207) 405, 410, F6A, A904L (N08904), Alloy 20 (N08020) |
| Nickel alloys | A400 (N04400), A200 (N02200), A201 (N02201), A800 (N08800), A800H (N08810), A800HT (N08811), A825 (N08825), A600 (N06600), A625 (N06625), C276 (N10276), C-22 * (N06022), B2 (N10665) |
| Chrome moly alloys | F11, F12, F22, F5, F9, F91, F92 |
| Titanium | Grade 1, Grade 2, Grade 3, Grade 4 |
| Aluminum alloys | 6061, 5083, 5086 |
| Copper nickel | 70/30, 90/10 |

**Penn Machine home page**

C-22 is a registered trademark of Haynes International, Inc.

*Web site created by Penn Machine. Send questions or comments to John Lafferty.*

HE 00827

# Penn Machine

## Nickel Alloy Material Grade Composition Chart

| NAME | ASTM# | GRADE | UNS # | NOMINAL COMPOSITION |
|---|---|---|---|---|
| ALLOY 200 | FORGING B564 | A200 | N02200 | C-.15max Cr-.01max Ni-99min Cu-.25max Fe-.4max |
| ALLOY 200 | BAR B160 | A200 | N02200 | C-.15max Cr-.01max Ni-99min Cu-.25max Fe-.4max |
| ALLOY 400* | FORGING B564 | A400 | N04400 | Ni-63min Cu-28-34 Fe-2.5max |
| ALLOY 400* | BAR B164 | A400 | N04400 | Ni-63min Cu-28-34 Fe-2.5max |
| * ALLOY 400 can also be furnished to Federal Specifications QQN-281 * | | | | |
| ALLOY 600 | FORGING B564 | A600 | N06600 | Ni-72min Cr-14-17 Fe-6-10 Cu-.5max |
| ALLOY 600 | BAR B166 | A600 | N06600 | Ni-72min Cr-14-17 Fe-6-10 Cu-.5max |
| ALLOY 625 | FORGING B564 | A625 | N06625 | Ni-58min Cr-20-23 Fe-5max Cb+-3.75-4.15 Al-.4max Ti-.4max |
| ALLOY 625 | BAR B564 | B446 | N06625 | Ni-58min Cr-20-23 Fe-5max Cb+-3.75-4.15 Al-.4max Ti-.4max |
| ALLOY 800 | FORGING B564 | A800 | N08800 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.10max |
| ALLOY 800 | BAR B408 | B408 | N08800 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.10max |
| ALLOY 800H | FORGING B564 | A800H | N08810 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.05-.10 |
| ALLOY 800H | BAR B408 | A800H | N08810 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.05-.10 |
| ALLOY 800HT | FORGING B564 | A800HT | N08811 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 Al+Ti-.85-1.2 C-.06-.10 |
| ALLOY 800HT | BAR B408 | A800HT | N08811 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 Al+Ti-.85-1.2 C-.06-.10 |
| ALLOY 825 | FORGING B564 | A825 | N08825 | Ni-38-46 Cr-19.5-23.5 Mo-2.5-3.5 Fe-22min Cu-1.5-3 Al-.2max Ti-.6-1.2 C-.05 |
| ALLOY 825 | BAR B425 | A825 | N08825 | Ni-38-46 Cr-19.5-23.5 Mo-2.5-3.5 Fe-22min Cu-1.5-3 Al-.2max Ti-.6-1.2 C-.05 |
| C276 | FORGING B564 | A276 | N10276 | Cr-14.5-16.5 Mo-15-17 Fe-4-7 W-3-4.5 Co-2.5max V-.35max ( Nickel remnant ) |

| C276 | **BAR** B574 | A276 | N10276 | Cr-14.5-16.5 Mo-15-17 Fe-4-7 W-3-4.5 Co-2.5max V-.35max ( Nickel remnant ) |
| B-2 | **FORGING** B335 | ALLOY B-2 | N10665 | Cr-1max Mo-26-30 Fe-2max Co-1max |
| B-2 | **BAR** B335 | ALLOY B-2 | N10665 | Cr-1max Mo-26-30 Fe-2max Co-1max |
| C-22 * | **FORGING** B564 | AC22 | N06022 | Cr-20-22.5 Mo-12.5-14.5 Fe-2-6 W-2.5-3.5 Co-2.5max V-.35max ( Nickel remnant ) |
| C-22 * | **BAR** B574 | AC22 | N06022 | Cr-20-22.5 Mo-12.5-14.5 Fe-2-6 W-2.5-3.5 Co-2.5max V-.35max ( nickel remnant ) |

Carbon steel |Stainless steel |Chrome moly |Titanium |Aluminum |Copper nickel
Materials |Request quote/information |Home

C-22 is a registered trademark of Haynes International, Inc.
*Web site created by Penn Machine. Send questions or comments to John Lafferty.*

HE 00829



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | CURR LIST | HELP

Logout  Please logout when you are done to release system resources allocated for you.

Start List At:       OR  Jump  to record:

## 23 Records(s) found (This page: 1 ~ 23)

Refine Search (Haynes)[ON] and (International)[ON] not (S  Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 282 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063655 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

HE 00830

kel alloy, special alloy, hastelloy, monel

# Penn Machine

## Nickel Alloy Material Grade Composition Chart

| NAME | ASTM# | GRADE | UNS # | NOMINAL COMPOSITION |
|---|---|---|---|---|
| ALLOY 200 | FORGING B564 | A200 | N02200 | C-.15max Cr-.01max Ni-99min Cu-.25max Fe-.4max |
| ALLOY 200 | BAR B160 | A200 | N02200 | C-.15max Cr-.01max Ni-99min Cu-.25max Fe-.4max |
| ALLOY 400* | FORGING B564 | A400 | N04400 | Ni-63min Cu-28-34 Fe-2.5max |
| ALLOY 400* | BAR B164 | A400 | N04400 | Ni-63min Cu-28-34 Fe-2.5max |
| * ALLOY 400 can also be furnished to Federal Specifications QQN-281 * | | | | |
| ALLOY 600 | FORGING B564 | A600 | N06600 | Ni-72min Cr-14-17 Fe-6-10 Cu-.5max |
| ALLOY 600 | BAR B166 | A600 | N06600 | Ni-72min Cr-14-17 Fe-6-10 Cu-.5max |
| ALLOY 625 | FORGING B564 | A625 | N06625 | Ni-58min Cr-20-23 Fe-5max Cb+-3.75-4.15 Al-.4max Ti-.4max |
| ALLOY 625 | BAR B564 | B446 | N06625 | Ni-58min Cr-20-23 Fe-5max Cb+-3.75-4.15 Al-.4max Ti-.4max |
| ALLOY 800 | FORGING B564 | A800 | N08800 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.10max |
| ALLOY 800 | BAR B408 | B408 | N08800 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.10max |
| ALLOY 800H | FORGING B564 | A800H | N08810 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.05-.10 |
| ALLOY 800H | BAR B408 | A800H | N08810 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 C-.05-.10 |
| ALLOY 800HT | FORGING B564 | A800HT | N08811 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 Al+Ti-.85-1.2 C-.06-.10 |
| ALLOY 800HT | BAR B408 | A800HT | N08811 | Ni-30-35 Cr-19-23 Fe-39.5min Al-.15-.60 Ti-.15-.60 Al+Ti-.85-1.2 C-.06-.10 |
| ALLOY 825 | FORGING B564 | A825 | N08825 | Ni-38-46 Cr-19.5-23.5 Mo-2.5-3.5 Fe-22min Cu-1.5-3 Al-.2max Ti-.6-1.2 C-.05 |
| ALLOY 825 | BAR B425 | A825 | N08825 | Ni-38-46 Cr-19.5-23.5 Mo-2.5-3.5 Fe-22min Cu-1.5-3 Al-.2max Ti-.6-1.2 C-.05 |
| C276 | FORGING B564 | A276 | N10276 | Cr-14.5-16.5 Mo-15-17 Fe-4-7 W-3-4.5 Co-2.5max V-.35max ( Nickel remnant ) |
| | | | | |

HE 00831

EC 0333
09/12/2005    04:32PM

nickel alloy, special alloy, hastelloy, monel

| C276 | BAR B574 | A276 | N10276 | Cr-14.5-16.5 Mo-15-17 Fe-4-7 W-3-4.5 Co-2.5max V-.35max ( Nickel remnant ) |
|---|---|---|---|---|
| B-2 | FORGING B335 | ALLOY B-2 | N10665 | Cr-1max Mo-26-30 Fe-2max Co-1max |
| B-2 | BAR B335 | ALLOY B-2 | N10665 | Cr-1max Mo-26-30 Fe-2max Co-1max |
| C-22 C22 | FORGING B564 | AC22 | N06022 | Cr-20-22.5 Mo-12.5-14.5 Fe-2-6 W-2.5-3.5 Co-2.5max V-.35max ( Nickel remnant ) |
| C-22 C22 | BAR B574 | AC22 | N06022 | Cr-20-22.5 Mo-12.5-14.5 Fe-2-6 W-2.5-3.5 Co-2.5max V-.35max ( nickel remnant ) |

Carbon steel | Stainless steel | Chrome moly | Titanium | Aluminum | Copper nickel
Materials | Request quote/information | Home

C-22 is a registered trademark of Haynes International, Inc.

Web site created by Penn Machine. Send questions or comments to John Lafferty.

HE 00832

EC 0334
09/12/2005   04:32PM



# Materials

| Carbon steels | A105: Galvanized, Normalized, Plus A694- Y42; Y52; Y60; Y65 A106B, WPB |
|---|---|
| Low Temp Carbon | LF2, LF3, WPL6, WPL3 |
| Stainless steels | 304/304L, 316/316L, 310, 317L, 321/H, 347/H, AL6XN (N08367), F44 (254SMO), F51 (2205), F53 (2207) 405, 410, F6A, A904L (N08904), Alloy 20 (N08020) |
| Nickel alloys | A400 (N04400), A200 (N02200), A201 (N02201), A800 (N08800), A800H (N08810), A800HT (N08811), A825 (N08825), A600 (N06600), A625 (N06625), C276 (N10276), C22 (N06022), B2 (N10665) |
| Chrome moly alloys | F11, F12, F22, F5, F9, F91, F92 |
| Titanium | Grade 1, Grade 2, Grade 3, Grade 4 |
| Aluminum alloys | 6061, 5083, 5086 |
| Copper nickel | 70/30, 90/10 |

Penn Machine home page

*Web site created by Penn Machine. Send questions or comments to John Lafferty.*

HE 00833

EC 0335

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

September 22, 2005

Ronald Lafferty, President
Penn Machine Works, Inc.
201 Bethel Avenue
Aston, PA  19014

  **Re:** **Use of Haynes Trademarks**

Dear Mr. Lafferty:

  Thank you for your prompt response to my letter of September 12.  We are pleased to see that you have corrected your web pages to identify C-22 as a registered trademark of Haynes International.

  I know that Haynes very much appreciates your business and I thank you for your cooperation in this matter.

       Very truly yours,

       Lynn J. Alstadt

LJA/bem

cc:  Paul Manning

**HE 00834**

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: California

# Buchanan Ingersoll PC

ATTORNEYS

**Lynn J. Alstadt**
412 562 1632
alstadtlj@bipc.com

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

September 12, 2005

<u>VIA FACSIMILE AND FIRST CLASS MAIL</u>

Jack Elrod, President/CEO
TW Metals, Inc.
760 Constitution Drive, Suite 204
Exton, PA 19341-1149

    Re:   <u>Use of Haynes Trademarks</u>

Dear Mr. Elrod:

We represent Haynes International, Inc. As you know, Haynes has several registered trademarks for the metal alloys that you purchase from Haynes and re-sell to your customers. The marks are listed on the enclosed report from the United States Patent and Trademark Office. While you may use Haynes' trademarks in conjunction with the sale of products that you purchase from Haynes, any use of Haynes' trademarks should indicate that the trademarks you use are trademarks of Haynes International. In addition, you may not offer to sell a product under a Haynes trademark and then substitute an alloy from another manufacturer when an order is received.

Enclosed is a copy of your brochure and web pages in which Haynes' C-22 registered trademark is used incorrectly. We, therefore, ask that you immediately make the corrections described below and noted in red on the enclosed copy of the web pages and brochure.

The ® designation should appear as a superscript adjacent to the end of each trademark. This designation should be used everywhere the registered mark appears. There should also be a line added that says: "C-22 is a trademark of Haynes International, Inc."

Continued use of the enclosed web pages or any brochures in which the Haynes trademarks appear without being identified as such constitutes misuse of Haynes trademarks. If such misuse continues Haynes will be required to take legal action against your company to stop the misuse or lose valuable trademark rights. It is our hope that you will promptly correct your brochure and web pages so that Haynes is not forced to choose between suing an important customer or losing its trademark rights.

Please tell me by September 30, 2005, whether you will change your web pages and brochures and, if so, when the change will be made.

HE 00835

Pennsylvania :: New York :: Washington, DC :: Florida :: New Jersey :: Delaware :: Ohio :: California

September 12, 2005
Page - 2 -

      Should you decide to use any Haynes trademarks in any future web pages, brochures or advertisements, I suggest that you send a draft to me or Paul Manning at Haynes International for review before the web page, brochure or advertisement is published. We will promptly review your publication and correct any incorrect use of a Haynes trademark.

      If you have any questions or concerns, please call me.

                         Very truly yours,

                         Lynn J. Alstadt

LJA/bem

Enclosures

cc:  Paul Manning (w/encl.)

HE 00836



**United States Patent and Trademark Office**

# Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Sat Sep 10 04:12:50 EDT 2005*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start List At:    OR  Jump to record:

# 23 Records(s) found (This page: 1 ~ 23)

Refine Search  (Haynes)[ON] and (International)[ON] not (S  Submit

Current Search: S4: (Haynes)[ON] and (International)[ON] not (Seasol)[ON] and (live)[LD] docs: 23 occ: 71

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 76442604 | 2816268 | 556 | TARR | LIVE |
| 2 | 76434700 | | 282 | TARR | LIVE |
| 3 | 76423154 | 2785667 | D-205 | TARR | LIVE |
| 4 | 76423153 | 2755568 | 230-W | TARR | LIVE |
| 5 | 76423152 | 2752325 | 214 | TARR | LIVE |
| 6 | 76423151 | 2752324 | 242 | TARR | LIVE |
| 7 | 76400933 | 2832716 | G-35 | TARR | LIVE |
| 8 | 76400932 | | C-22HS | TARR | LIVE |
| 9 | 75646170 | 2532561 | 625SQ | TARR | LIVE |
| 10 | 75047108 | 2023945 | HR-120 | TARR | LIVE |
| 11 | 74697077 | 1982521 | 230 | TARR | LIVE |
| 12 | 74697076 | 2002631 | C-2000 | TARR | LIVE |
| 13 | 74673214 | 2063855 | B-3 | TARR | LIVE |
| 14 | 74174760 | 1717465 | HR-160 | TARR | LIVE |
| 15 | 74168140 | 1711142 | G-50 | TARR | LIVE |
| 16 | 74023771 | 1742719 | ULTIMET | TARR | LIVE |
| 17 | 73701791 | 1600332 | G-30 | TARR | LIVE |
| 18 | 73701790 | 1953864 | C-22 | TARR | LIVE |
| 19 | 72159440 | 0759676 | MULTIMET | TARR | LIVE |
| 20 | 72157340 | 0756690 | MULTIMET | TARR | LIVE |
| 21 | 71667590 | 0605011 | HASTELLOY | TARR | LIVE |
| 22 | 71586534 | 0566221 | HAYNES | TARR | LIVE |
| 23 | 71292933 | 0269898 | HASTELLOY | TARR | LIVE |

**HE 00837**



We Distribute Added Value

| Home | About Us | Products | Processing | Markets | News | Resources | Cont

Home : Products : Pipe

Overview
Product Finder
Coil & Sheet Products
Rod, Bar & Wire
Tubing
Pipe
Specialty Products
Extrusions

## Pipe

 **CHAT WITH US**
Available

**TW Metals stocks the pipe inventory you need, including:**



**Stainless Steel Pipe**
A complete selection of welded and seamless pipe in a full range of sizes:

Grades   304/L, 316/L, 321

Spec   ASTM A312, ASME SA312

Sizes   Special fabricated sizes available

🔍 Pr

**Aluminum Pipe**
An extensive size range of drawn and extruded aluminum pipe products that are suitable for a wide range of applications — including marine, cryogenics, and power generation.

Grades   5000 series, especially 5083 and 5086
         6000 series, especially 6061 and 6063

Spec   Latest revision of ASTM specs

**Nickel Pipe**
TW Metals is your source for welded and seamless nickel pipe, with decades of experience in serving such industries as corrosion and heat treatment, oil and gas, pulp and paper, and pharmaceuticals.

Grades   200, 400, 600, 601, 625, 800, 800H,
         800HT, C276, C-22, Alloy 20

Spec   Latest revision of ASTM and ASME specs TW Metals also provides complementary products such as bar, tubing and pipe fittings.

*C-22 is a registered trademark of Haynes International, Inc.*

HE 00838

Copyright © 2005 TW Metals. All Rights Reserved. Terms and Conditions · Privacy Statement · Contact



# PIPE – STAINLESS, ALUMINUM, AND NICKEL



**METALS**

800-203-8000
www.twmetals.com

**The Best Specialty Metals,
Long Products Service Center**

For the very best in stainless, aluminum, and nickel pipe products, turn to TW Metals. We have the products, processing, pricing, and quality you're looking for.

## The pipe products you need – when you need them.

TW Metals stocks the pipe inventory you need, including:

**Stainless Steel Pipe**
A complete selection of welded and seamless pipe in a full range of sizes:
- Grades:......304/L, 316/L, 321
- Specs: ......ASTM A312, ASME SA312
- Sizes: .......Special fabricated sizes available

**Aluminum Pipe**
An extensive size range of drawn and extruded aluminum pipe products that are suitable for a wide range of applications – including marine, cryogenics, and power generation.
- Grades: ....5000 series, especially 5083 and 5086
  6000 series, especially 6061 and 6063
- Specs: ......Latest revision of ASTM specs

**Nickel Pipe**
TW Metals is your source for welded and seamless nickel pipe, with decades of experience in serving such industries as corrosion and heat treatment, oil and gas, pulp and paper, and pharmaceuticals.
- Grades:.....200, 400, 600, 601, 625, 800, 800H, 800HT, C276, C-22, Alloy 20
- Specs: ......Latest revision of ASTM and ASME specs

*TW Metals also provides complementary products such as bar, tubing and pipe fittings.*

And because we maintain a deep inventory at each of our nationwide locations, you're assured of delivery in two days or less.

### In the TUBESALES tradition.
TW Metals carries on the quality tradition of Tubesales, one of the most respected names in metal long products and services. As a result, we bring decades of specialized experience to your order.

### Full processing capabilities.
TW Metals offers specialized cutting facilities for all types of long products, ensuring accurate, straight, and distortion-free cut lengths to the tolerances you require.

### ISO 9001:2000 certified quality.
We insist that suppliers meet the highest quality standards in their industries, and conduct regular inspections. And, we maintain test certificates to ensure full material traceability, along with a library of all current international standards and customer specifications.

### Competitive prices.
Best of all, TW Metals delivers all this quality, service, and value at highly competitive prices. And remember that additional products and alloys are available through customized supply programs tailored to your needs.

So when you want the best in tube, pipe, bar/rod, or extrusions in stainless, aluminum, nickel, alloy, or titanium, think TW Metals. Call us today at 1-800-203-8000.

HE 00839

Corporate Office • The Arboretum, Suite 204 • 760 Constitution Drive • Exton, PA 19341

EC 0374



**METALS**

PIPE – STAINLESS, ALUMINUM, AND NICKEL    800-203-8000 • www.twmetals.com

## PIPE SCHEDULES

| PIPE SIZE | O.D. IN INCHES | 5s | 5 | 10s | 10 | 20 | + | 30 | 40s & E.H. | 40 | ⊕ | 60 | 80s & E.H. | 80 | 100 | 120 | 140 | 160 | DBL E.H. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/8 | .405 | | .035 .1383 | .049 .1863 | .049 .1863 | | | | .068 .2447 | .068 .2447 .0850 | | | .095 .3145 | .095 .3145 .1080 | | | | | |
| 1/4 | .540 | | .049 .2570 | .065 .3297 | .065 .3297 | | | | .088 .4248 | .088 .4248 .1470 | | | .119 .5351 | .119 .5351 .1850 | | | | | |
| 3/8 | .675 | | .065 .3276 | .065 .4235 | .065 .4235 | | | | .091 .5676 | .091 .5676 .1950 | | | .126 .7388 | .126 .7388 .2500 | | | | .187 1.304 | .254 1.714 |
| 1/2 | .840 | .065 .5383 | .065 .5383 .1860 | .083 .6710 | .083 .6710 | | | | .109 .8510 | .109 .8510 .2940 | | | .147 1.088 | .147 1.088 .3760 | | | | .250 1.937 .4510 | .308 2.441 |
| 3/4 | 1.050 | .065 .6838 | .065 .6838 .2370 | .083 .8572 | .083 .8572 | | | | .113 1.131 | .113 1.131 .3910 | | | .154 1.474 | .154 1.474 .5100 | | | | .250 2.441 .9700 | .358 3.659 |
| 1 | 1.315 | .065 .8678 | .065 .8678 .3000 | .109 1.404 | .109 1.404 .4860 | | | | .133 1.679 | .133 1.679 .5810 | | | .179 2.172 | .179 2.172 .7510 | | | | .250 2.844 .9840 | .382 5.214 |
| 1 1/4 | 1.660 | .065 1.107 | .065 1.107 | .109 1.806 | .109 1.806 .6250 | | | | .140 2.273 | .140 2.273 .7860 | | | .191 2.997 | .191 2.997 1.037 | | | | .250 3.765 1.302 | .400 6.408 |
| 1 1/2 | 1.900 | .065 1.274 | .065 1.274 .4410 | .109 2.085 | .109 2.085 .7210 | | | | .145 2.718 | .145 2.718 .9400 | | | .200 3.631 | .200 3.631 1.256 | | | | .281 4.859 1.681 | .400 6.408 |
| 2 | 2.375 | .065 1.604 | .065 1.604 .5550 | .109 2.638 | .109 2.638 .9130 | | | | .154 3.653 | .154 3.653 .264 | | | .218 5.022 | .218 5.022 1.737 | | | | .344 7.462 2.575 | .436 9.029 |
| 2 1/2 | 2.875 | .083 2.475 | .083 2.475 .8500 | .120 3.531 | .120 3.531 1.221 | | | | .203 5.793 | .203 5.793 2.004 | | | .276 7.661 | .276 7.661 2.650 | | | | .375 10.01 3.650 | .552 14.53 |
| 3 | 3.500 | .083 3.029 | .083 3.029 1.048 | .120 4.332 | .120 4.332 1.498 | | | | .216 7.576 | .216 7.576 2.621 | | | .300 10.25 | .300 10.25 3.547 | | | | .438 14.32 4.945 | .600 18.58 |
| 3 1/2 | 4.000 | .083 3.472 | .083 3.472 1.201 | .120 4.973 | .120 4.973 1.720 | | | | .226 9.109 | .226 9.109 3.151 | | | .318 12.51 | .318 12.51 4.326 | | | | | .636 22.85 |
| 4 | 4.500 | .083 3.915 | .083 3.915 1.354 | .120 5.613 | .120 5.613 1.942 | | | | .237 10.79 | .237 10.79 3.733 | | | .337 14.98 | .337 14.98 5.183 | .438 19.00 6.550 | | .531 22.51 7.786 | .674 27.54 |
| 4 1/2 | 5.000 | | | | | | | | .247 12.54 | | | | .355 17.61 | | | | | | |
| 5 | 5.563 | .109 6.349 | .109 6.349 | .134 7.770 | .134 7.770 | | | | .258 14.62 | .258 14.62 5.058 | | | .375 20.78 | .375 20.78 7.188 | .500 27.04 9.353 | | .625 32.96 11.40 | .750 38.55 |
| 6 | 6.625 | .109 7.585 | .109 7.585 2.624 | .134 9.289 | .134 9.289 3.213 | | | | .280 18.97 | .280 18.97 6.564 | | | .432 28.57 | .432 28.57 9.884 | .562 36.39 12.58 | | .719 45.35 15.67 | .864 63.08 |
| 7 | 7.625 | | | | | | | | .301 23.54 | | | | .500 38.04 | | | | | | .875 72.42 |
| 8 | 8.625 | .109 9.914 | .109 9.914 | .148 13.40 | .148 13.40 4.635 | .250 22.36 7.735 | .175 5.463 | .277 24.70 8.543 | .322 28.55 9.878 | .322 28.55 9.878 | | .406 35.64 12.33 | .500 43.39 15.01 | .500 43.39 15.01 | .594 50.95 17.60 | .719 60.71 20.97 | .812 67.76 23.44 | .906 74.79 25.84 | .875 72.42 |
| 9 | 9.625 | | | | | | | | .342 33.91 | | | | .500 48.73 | | | | | | |
| 10 | 10.75 | .134 15.19 | .134 15.19 | .165 18.65 | .165 18.65 6.453 | .250 28.04 9.698 | .279 10.79 | .307 31.20 11.34 | .365 40.48 14.00 | .365 40.48 14.00 | | .500 54.74 18.93 | .500 54.74 | .594 64.43 22.29 | .719 82.29 | .844 104.1 | 1.000 115.5 | 1.000 104.1 | |
| 11 | 11.75 | | | | | | | | .375 45.56 | | | | | | | | | | |
| 12 | 12.75 | .156 21.07 | .165 22.18 | .180 24.16 | .180 24.16 8.359 | .250 33.38 11.55 | .375 17.14 | .330 43.77 13.14 | .375 49.56 17.14 | .406 53.52 18.52 | .500 22.63 | .562 73.15 25.31 | .688 88.63 30.62 | .844 107.3 | 1.000 125.5 | 1.125 135.7 | 1.312 160.3 | 1.000 125.5 |
| 14 | 14.00 | .156 23.07 | .165 | .188 27.73 | .188 27.73 | .250 36.71 | .312 45.61 | .375 54.57 | .375 54.57 | .438 62.77 | .500 | .594 85.05 | .500 72.09 | .750 106.1 | .938 130.5 | 1.094 150.8 | 1.250 170.2 | 1.406 189.1 | |
| 16 | 16.00 | .165 27.90 | | .188 31.75 | .250 42.05 | .250 42.05 | .312 52.27 | .375 62.58 | .375 62.58 | .500 82.77 | | .656 107.5 | .500 82.77 | .844 136.6 | 1.031 164.8 | 1.219 192.4 | 1.438 223.6 | 1.594 254.3 | |
| 18 | 18.00 | .165 31.43 | | .188 35.76 | .250 47.39 | .250 47.39 | .312 58.94 | .438 82.15 | .438 82.15 | .562 104.7 | | .750 138.2 | .500 93.45 | .938 170.9 | 1.156 206.0 | 1.375 244.1 | 1.562 274.2 | 1.781 308.5 | |
| 20 | 20.00 | .188 39.78 | | .218 46.06 | .250 52.73 | .375 78.60 | .375 78.60 | .500 104.1 | .500 104.1 | .594 123.1 | | .812 166.4 | .500 104.1 | 1.031 208.9 | 1.281 256.1 | 1.500 296.6 | 1.750 367.4 | 2.062 483.1 | 2.344 542.1 |
| 24 | 24.00 | .218 55.37 | | .250 63.41 | .250 63.41 | .375 96.42 | .375 96.42 | .562 140.7 | .562 140.7 | .688 171.3 | | .969 238.4 | .500 125.5 | 1.218 296.6 | 1.531 367.4 | 1.812 483.1 | 2.062 542.1 | 2.344 | |
| 26 | 26.00 | | | .312 85.60 | .312 136.17 | | | | .375 102.63 | | | | .500 136.17 | | | | | | |
| 28 | 28.00 | | | .312 92.26 | .312 146.85 | | | .625 182.73 | .625 182.73 | .625 116.64 | | | .500 157.53 | | | | | | |
| 30 | 30.00 | .250 79.43 | | .312 98.93 | .312 157.53 | .500 105.59 | .500 157.53 | .625 196.08 | .625 196.08 | .688 116.65 | | | .688 230.08 | .500 157.53 | | | | | |
| 32 | 32.00 | | | | .312 105.59 | .312 168.21 | .500 168.21 | .625 208.43 | .625 208.43 | .688 134.67 | | | .688 230.08 | .500 168.21 | | | | | |
| 34 | 34.00 | | | | .312 112.25 | .312 178.89 | .500 178.89 | .625 222.78 | .625 222.78 | .688 134.67 | | | .750 244.77 | .500 178.89 | | | | | |
| 36 | 36.00 | | | | .312 118.92 | | | .625 236.13 | .625 236.13 | .750 142.68 | | | .750 189.57 | .500 189.57 | | | | | |

BLACK — WALL THICKNESS IN INCHES
RED — STEEL WEIGHT PER FOOT IN POUNDS
BLUE — ALUMINUM WEIGHT PER FOOT IN POUNDS

For nickel and alloy produced to these pipe sizes apply these factors to the red numbers:
Nickel 200  1.1343     Incoloy* 800  1.0247     Inconel* 600  1.0742
Nickel 201  1.1378     Monel* 400  1.1272     Incoloy*  1.0389

*Registered Trade Mark of INCO

C-22 is a registered trademark of Haynes International, Inc.

For aluminum TUBING alloys produced to the blue numbers listed pipe sizes — apply these factors:
1100 Wt. as shown     2014 Wt. times 1.03     5086 Wt. times .98
6061 Wt. as shown     2024 Wt. times 1.02     7075 Wt. times 1.03
6063 Wt. as shown     3003 Wt. times 1.01

COLUMNS + and ⊕ ARE WALL THICKNESS PRODUCED TO PIPE TOLERANCES

HE 00840          EC 0375

Case 1:04-cv-00197-MBC    Document 34-3    Filed 10/11/2005    Page 161 of 174

## An Inventory of Superior Products

### Tubing

| Materials | Grades/ Alloys | Size Ranges |
|---|---|---|
| Aluminum Alloys | 2024,3003, 5052, 6061,6063, 7075, Seamless, Extruded, Squares, Rectangles, Structural, Ornamentals | Outside Diameters 1/8" to 12" Wall thickness' from .020 to 1.000" |
| Stainless Steel | 303.304,304L, 316, 316L, 321, 347 ,PH grades, Seamless, Welded and Drawn, As welded, instrumentation, Squares, Rectangles, Polished, Sanitary, Hypodermic | Outside Diameters .009" to 10" Wall thickness' from .0025 to 2.000" |
| Nickel Alloys | 200, 400, 600, 601, 625, 800H, 825, C276, C-22, Alloy 20 | Outside Diameters .009" to 10" Wall thickness' from .0025 to 2.000 |
| Titanium | CP, 3AL - 2.5V. Ducting | Outside Diameters from 1/4" Wall thickness' from .020" |
| Alloy | 4130, 4340, 8620, 52100, Squares, Rectangles, Streamline | Outside Diameters 3/16" to 10" Wall thickness' from .028" to 1.000" |
| Carbon | Low Carbon 1020, 1026, DOM, Seamless, As Welded, Hydraulic, Mechanical, Aircraft, Structural Shapes | Outside Diameters .125" to 16" Wall thickness' from .020" to 3" |

Standard lengths Aluminum 12'.
Standard lengths other than Aluminum 17/24' rls.
Purchased to Applicable industry specifications.
Custom dimensional requirements available upon request.

C-22 is a registered trademark of Haynes International, Inc.

Coil/Sheet | Rod, Bar, Wire | Tubing | Pipe | Plate | Specialty

An Inventory of Superior Products | Complete Processing Capabilities
Value-Added Services

Copyright 2001 TW Metals
Created with the assistance of Princeton Internet Group, Inc. (PInG)

HE 00841

EC 0376

TUBESALES • WILLIAMS

**TW**
**M E T A L S**

235 Tubeway · Carol Stream, IL 60188

Telephone: 630-690-0110    Fax: 630-665-8490

RECEIVED

SEP 2 ? 2005

BUCHANAN

September 26, 2005

Lynn J. Alstadt
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

      RE: Use of Haynes Trademarks

To Whom It May Concern:

We recognize your concern in regards to Haynes Trademarks and to that point we have taken steps to remedy the situation.

All electronic copies of our brochures that are currently posted on our website, as well as our websites themselves, have had the C-22® product removed from reference as of September 22, 2005.

The print copies of our current brochures will be corrected no later than January 1, 2006. We will be removing the alloy listing from both our General Brochure and our Pipe brochure. All existing versions of these documents will be purged from inventory upon completion of the new printing.

Respectfully,

*Erica L. McIntosh*

Erica L. McIntosh
Marketing Services
TW Metals
235 Tubeway Dr
Carol Stream, IL 60188

Enclosures

cc:    Jack Elrod (w/encl.)
       Bob Mraz (w/encl.)

HE 00842



## We Distribute Added Value

| Home | About Us | Products | Processing | Markets | News | Resources | Cont

Home : Products : Pipe

Overview
Product Finder
Coil & Sheet Products
Rod, Bar & Wire
Tubing
Pipe
Specialty Products
Extrusions

# Pipe

 CHAT WITH US
Available

**TW Metals stocks the pipe inventory you need, including:**

**Stainless Steel Pipe**
A complete selection of welded and seamless pipe in a full range of sizes:

Grades   304/L, 316/L, 321

Spec   ASTM A312, ASME SA312

Sizes   Special fabricated sizes available

**Aluminum Pipe**
An extensive size range of drawn and extruded aluminum pipe products that are suitable for a wide range of applications — including marine, cryogenics, and power generation.

Grades   5000 series, especially 5083 and 5086
         6000 series, especially 6061 and 6063

Spec   Latest revision of ASTM specs

**Nickel Pipe**
TW Metals is your source for welded and seamless nickel pipe, with decades of experience in serving such industries as corrosion and heat treatment, oil and gas, pulp and paper, and pharmaceuticals.

Grades   200, 400, 600, 601, 625, 800, 800H,
         800HT, C276, Alloy 20

Spec   Latest revision of ASTM and ASME
       specs TW Metals also provides
       complementary products such as bar,
       tubing and pipe fittings.

HE 00843

Copyright © 2005 TW Metals. All Rights Reserved. Terms and Conditions   Privacy Statement   Contact





## METALS

800-203-8000
www.twmetals.com

**The Best Specialty Metals,
Long Products Service Center**

For the very best in stainless, aluminum, and nickel pipe products, turn to TW Metals. We have the products, processing, pricing, and quality you're looking for.

## The pipe products you need – when you need them.

TW Metals stocks the pipe inventory you need, including:

### Stainless Steel Pipe
A complete selection of welded and seamless pipe in a full range of sizes:
- Grades: ... 304/L, 316/L, 321
- Specs: ..... ASTM A312, ASME SA312
- Sizes: ..... Special fabricated sizes available

### Aluminum Pipe
An extensive size range of drawn and extruded aluminum pipe products that are suitable for a wide range of applications – including marine, cryogenics, and power generation.
- Grades: ....5000 series, especially 5083 and 5086
  6000 series, especially 6061 and 6063
- Specs:..... Latest revision of ASTM specs

### Nickel Pipe
TW Metals is your source for welded and seamless nickel pipe, with decades of experience in serving such industries as corrosion and heat treatment, oil and gas, pulp and paper, and pharmaceuticals.
- Grades:....200, 400, 600, 601, 625, 800, 800H, 800HT, C276, Alloy 20
- Specs: .....Latest revision of ASTM and ASME specs

*TW Metals also provides complementary products such as bar, tubing and pipe fittings*

And because we maintain a deep inventory at each of our nationwide locations, you're assured of delivery in two days or less.

## In the TUBESALES tradition.
TW Metals carries on the quality tradition of Tubesales, one of the most respected names in metal long products and services. As a result, we bring decades of specialized experience to your order.

**Full processing capabilities.**
TW Metals offers specialized cutting facilities for all types of long products, ensuring accurate, straight, and distortion-free cut lengths to the tolerances you require.

**ISO 9001:2000 certified quality.**
We insist that suppliers meet the highest quality standards in their industries, and conduct regular inspections. And, we maintain test certificates to ensure full material traceability, along with a library of all current international standards and customer specifications.

**Competitive prices.**
Best of all, TW Metals delivers all this quality, service, and value at highly competitive prices. And remember that additional products and alloys are available through customized supply programs tailored to your needs.

So when you want the best in tube, pipe, bar/rod, or extrusions in stainless, aluminum, nickel, alloy, or titanium, think TW Metals. Call us today at 1-800-203-8000.

**Corporate Office** • The Arboretum, Suite 204 • 760 Constitution Drive • Exton, PA 19341

HE 00844

**METALS**

**PIPE — STAINLESS, ALUMINUM, AND NICKEL    800-203-8000 • www.twmetals.com**

## PIPE SCHEDULES

Legend:

- **BLACK** — WALL THICKNESS IN INCHES
- **RED** — STEEL WEIGHT PER FOOT IN POUNDS
- **BLUE** — ALUMINUM WEIGHT PER FOOT IN POUNDS

Each cell below lists, where available: wall thickness / steel weight per foot / aluminum weight per foot.

| PIPE SIZE | O.D. IN INCHES | 5s | 5 | 10s | 10 | 20 | + | 30 | 40s & E.H. | 40 | + | 60 | 80s & E.H. | 80 | 100 | 120 | 140 | 160 | DBL E.H. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/8 | .405 | | | | | | | | .068 / .2447 / .0850 | .068 / .2447 / .1470 | | | .095 / .3145 | .095 / .3145 / .1090 | | | | | |
| 1/4 | .540 | | | | | | | | .088 / .4248 | .088 / .4248 / .1470 | | | .119 / .5351 | .119 / .5351 / .1850 | | | | | |
| 3/8 | .675 | | | | | | | | .091 / .5676 | .091 / .5676 / .1980 | | | .126 / .7388 | .126 / .7388 / .2560 | | | | | |
| 1/2 | .840 | .065 / .5383 | .065 / .5383 | .083 / .6710 | .083 / .6710 / .2320 | | | | .109 / .8510 | .109 / .8510 / .2940 | | | .147 / 1.088 | .147 / 1.088 / .3760 | | | | .187 / 1.304 / .4510 | .294 / 1.714 |
| 3/4 | 1.050 | .065 / .6838 | .065 / .6838 | .083 / .8572 | .083 / .8572 / .2970 | | | | .113 / 1.131 | .113 / 1.131 / .3910 | | | .154 / 1.474 | .154 / 1.474 / .5100 | | | | .218 / 1.937 / .6700 | .308 / 2.441 |
| 1 | 1.315 | .065 / .8678 | .065 / .8678 / .3000 | .109 / 1.404 | .109 / 1.404 / .4860 | | | | .133 / 1.679 | .133 / 1.679 / .5810 | | | .179 / 2.172 | .179 / 2.172 / .7510 | | | | .250 / 2.844 / .9840 | .358 / 3.659 |
| 1 1/4 | 1.660 | .065 / 1.107 | .065 / 1.107 / .3630 | .109 / 1.806 | .109 / 1.806 / .6250 | | | | .140 / 2.273 | .140 / 2.273 / .7860 | | | .191 / 2.997 | .191 / 2.997 / 1.037 | | | | .250 / 3.765 / 1.302 | .382 / 5.214 |
| 1 1/2 | 1.900 | .065 / 1.274 | .065 / 1.274 / .4410 | .109 / 2.085 | .109 / 2.085 / .7210 | | | | .145 / 2.718 | .145 / 2.718 / .9400 | | | .200 / 3.631 | .200 / 3.631 / 1.256 | | | | .281 / 4.859 / 1.681 | .400 / 6.408 |
| 2 | 2.375 | .065 / 1.604 | .065 / 1.604 / .5550 | .109 / 2.638 | .109 / 2.638 / .9130 | | | | .154 / 3.653 | .154 / 3.653 / 1.264 | | | .218 / 5.022 | .218 / 5.022 / 1.737 | | | | .344 / 7.462 / 2.575 | .436 / 9.029 |
| 2 1/2 | 2.875 | .083 / 2.475 | .083 / 2.475 | .120 / 3.531 | .120 / 3.531 / 1.221 | | | | .203 / 5.793 | .203 / 5.793 / 2.004 | | | .276 / 7.661 | .276 / 7.661 / 2.621 | | | | .375 / 10.01 / 3.464 | .552 / 13.70 |
| 3 | 3.500 | .083 / 3.029 | .083 / 3.029 | .120 / 4.332 | .120 / 4.332 / 1.498 | | | | .216 / 7.576 | .216 / 7.576 / 2.621 | | | .300 / 10.25 | .300 / 10.25 / 3.547 | | | | .438 / 14.32 / 4.945 | .636 / 18.58 |
| 3 1/2 | 4.000 | .083 / 3.472 | .083 / 3.472 | .120 / 4.937 | .120 / 4.937 / 1.720 | | | | .226 / 9.109 | .226 / 9.109 / 3.151 | | | .318 / 12.51 | .318 / 12.51 / 4.326 | | | | | .636 / 22.85 |
| 4 | 4.500 | .083 / 3.915 | .083 / 3.915 | .120 / 5.613 | .120 / 5.613 / 1.942 | | | | .237 / 10.79 | .237 / 10.79 / 3.733 | | | .337 / 14.98 | .337 / 14.98 / 5.183 | | .438 / 19.00 / 6.560 | | .531 / 22.51 / 7.786 | .674 / 27.54 |
| 4 1/2 | 5.000 | | | | | | | | .247 / 12.54 | | | | .355 / 17.61 | | | | | | |
| 5 | 5.563 | .109 / 6.349 | .109 / 6.349 / 2.196 | .134 / 7.770 | .134 / 7.770 / 2.688 | | | | .258 / 14.62 | .258 / 14.62 / 5.057 | | | .375 / 20.78 | .375 / 20.78 / 7.188 | | .500 / 27.04 / 9.353 | | .625 / 32.96 / 11.40 | .750 / 38.55 |
| 6 | 6.625 | .109 / 7.585 | .109 / 7.585 / 2.624 | .134 / 9.289 | .134 / 9.289 / 3.213 | | | | .280 / 18.97 | .280 / 18.97 / 6.564 | | | .432 / 28.57 | .432 / 28.57 / 9.884 | | .562 / 36.39 / 12.59 | | .719 / 45.35 / 15.67 | .875 / 63.08 |
| 7 | 7.625 | | | | | | | | .301 / 23.54 | | | | .500 / 38.04 | | | | | | |
| 8 | 8.625 | .109 / 9.914 | .109 / 9.914 / 3.429 | .148 / 13.40 | .148 / 13.40 / 4.635 | .250 / 22.36 / 7.735 | .277 / 24.70 | .277 / 24.70 / 8.543 | .322 / 28.55 | .322 / 28.55 / 9.878 | | .406 / 35.64 / 12.33 | .500 / 43.39 | .500 / 43.39 / 15.01 | .594 / 50.95 / 17.60 | .719 / 60.71 / 20.99 | .812 / 67.76 / 23.44 | .906 / 74.79 / 25.84 | .875 / 72.42 |
| 9 | 9.625 | | | | | | | | .342 / 33.91 | | | | .500 / 48.73 | | | | | | |
| 10 | 10.75 | .134 / 15.19 | .134 / 15.19 / 5.256 | .165 / 18.65 | .165 / 18.65 / 6.453 | .250 / 28.04 / 9.698 | .279 / 31.20 | .307 / 34.24 / 11.34 | .365 / 40.48 | .365 / 40.48 / 14.00 | | .500 / 54.74 | .500 / 54.74 | .500 / 54.74 / 18.93 | .594 / 64.33 / 22.25 | .719 / 77.03 / 26.61 | .844 / 89.29 | 1.000 / 115.6 | 1.000 / 104.1 |
| 11 | 11.75 | | | | | | | | .375 / 45.56 | | | | | | | | | | |
| 12 | 12.75 | .156 / 21.07 | .156 / 21.07 | .165 / 22.18 | .180 / 24.16 | .250 / 33.38 / 11.55 | .330 / 43.77 | .330 / 43.77 / 15.14 | .375 / 49.56 | .406 / 53.52 / 18.52 | .500 / 22.63 | .562 / 73.15 / 25.31 | .500 / 65.42 | .688 / 88.63 / 30.62 | .844 / 107.3 | 1.000 / 125.5 | 1.125 / 160.3 | 1.312 / 189.1 | 1.000 / 125.5 |
| 14 | 14.00 | .156 / 23.07 | | .188 / 27.73 | .250 / 36.71 | .312 / 45.61 | | .375 / 54.57 | .375 / 54.57 | .375 / 54.57 / 18.84 | | .438 / 63.44 | .500 / 72.09 | .656 / 101.5 / 82.77 | .844 / 130.9 | .938 / 130.9 / 106.1 | 1.031 / 150.8 / 164.8 | 1.219 / 189.1 / 219.4 | 1.438 / 254.3 | 1.594 |
| 16 | 16.00 | .165 / 27.90 | | .188 / 31.75 | .312 / 52.27 | .312 / 52.27 | | .375 / 62.58 | .375 / 62.58 | .500 / 82.77 | | .656 / 107.5 | .844 / 136.2 | .844 / 136.2 / 82.77 | 1.031 / 164.8 | 1.156 / 164.8 / 241.1 | 1.219 / 192.4 / 274.2 | 1.438 / 223.6 / 254.3 | 1.594 | |
| 18 | 18.00 | .165 / 31.43 | | .188 / 35.76 | .312 / 58.94 | .438 / 82.15 | | .375 / 70.59 | .375 / 70.59 | .562 / 104.7 | | .750 / 138.2 | .938 / 170.9 | .938 / 170.9 | 1.156 / 206.0 / 244.1 | 1.281 / 244.1 / 274.2 | 1.375 / 244.1 / 308.5 | 1.562 / 274.2 | 1.781 / 308.5 | |
| 20 | 20.00 | .188 / 39.78 | | .218 / 46.05 | .250 / 52.73 | .375 / 78.60 | | .500 / 104.1 | .500 / 104.1 | .594 / 123.1 | | .812 / 168.2 | 1.031 / 208.9 | 1.031 / 208.9 | 1.281 / 256.1 / 296.4 | 1.500 / 296.4 / 341.1 | 1.812 / 341.1 / 379.2 | 1.969 / 379.2 | | |
| 24 | 24.00 | .218 / 55.37 | | .250 / 63.41 | .250 / 63.41 | .375 / 94.62 | | .562 / 140.7 | .562 / 140.7 | .688 / 171.3 | | .969 / 238.4 | 1.219 / 296.6 | 1.219 / 296.6 | 1.531 / 367.4 / 429.4 | 1.812 / 429.4 / 483.1 | 2.062 / 483.1 / 542.1 | 2.344 / 542.1 | | |
| 26 | 26.00 | | | | .312 / 85.60 | .500 / 136.17 | | | | | | | .500 / 136.17 | | | | | | |
| 28 | 28.00 | | | | .312 / 92.26 | .500 / 146.85 | .625 / 182.73 | .625 / 182.73 / 110.64 | | | | | .375 | | | | | | |
| 30 | 30.00 | .250 / 79.43 | | .312 / 98.93 | .312 / 98.93 | .500 / 157.53 | .625 / 196.08 | .625 / 196.08 / 118.65 | | | | | .500 / 157.53 | | | | | | |
| 32 | 32.00 | | | | .312 / 105.58 | .500 / 168.21 | .625 / 209.43 | .688 / 230.08 | | | | | .500 / 168.21 | | | | | | |
| 34 | 34.00 | | | | .312 / 112.25 | .500 / 178.89 | .625 / 222.78 | .688 / 244.77 | | | | | | | | | | | |
| 36 | 36.00 | | | | .312 / 118.92 | .500 / 190.00 | .625 / 236.13 | .750 / 282.35 | | | | | .500 / 189.57 | | | | | | |

For nickel and alloy produced to these pipe sizes apply these factors to the red numbers:

| | | | | | |
|---|---|---|---|---|---|
| Nickel 200 | 1.1343 | Incoloy* 800 | 1.0247 | Inconel* 600 | 1.0742 |
| Nickel 201 | 1.1378 | Monel* 400 | 1.1272 | Incoloy* | 1.0389 |

* Registered Trade Mark of Special Metals Corp.

For aluminum TUBING alloys produced to the blue numbers listed pipe sizes — apply these factors:

| | | | | | |
|---|---|---|---|---|---|
| 1100 Wt. as shown | | 2014 Wt. times 1.03 | | 5086 Wt. times .98 | |
| 6061 Wt. as shown | | 2024 Wt. times 1.02 | | 7075 Wt. times 1.03 | |
| 6063 Wt. as shown | | 3003 Wt. times 1.01 | | | |

COLUMNS + and + ARE WALL THICKNESS PRODUCED TO PIPE TOLERANCES

CRG-TW157R-404K10

HE 00845



**Proven
Experience.**




**Certified
Quality.**




**Dependable
Service.**





**METALS**

**The Best Specialty Metals,
Long Products Service Center**

HE 00846

# Delivering the Very Best in Specialty Metals, Long Products.

For years, customers have depended on TW Metals for top-quality products, complete processing services, timely delivery, and expert service. And now, with a strategic focus and financial foundation that are stronger than ever, we're bringing those same qualities to the highly specialized field of specialty metals, long products.



Building on the proud tradition of  our highly-respected predecessor company, today's TW Metals is leaner. Quicker. Smarter. More competitive. And motivated to add real value to every order. And that makes us the best possible partner for all your speciality metals, long products needs.

# The Products You Need – When You Need Them.

As a true specialist in specialty metals, long products, TW Metals is the source you can count on for a unique depth of expertise, superior information management systems, and proactive solutions.



And because our warehouses worldwide are now streamlined to handle specialty metals, long products, you're assured of the products you need, precisely when you need them. Including pipe, tube, bar and rod in stainless, aluminum, nickel, titanium and other higher value alloys.



**A Trusted Partner**

But TW Metals is more than a distributor. We're a partner you can trust for sound advice and responsive service. We'll get to know your company, your applications, and your specialty metals, long products needs. Then, we'll develop a customized program that satisfies those needs – while giving you the convenience of working with a single source. As a result, we can help your company achieve its production and profitability goals like never before.

**Why Settle for Less?**

In today's competitive market, you can't afford to compromise on quality, value, and dependable delivery. So join the satisfied customers nationwide who rely on today's TW Metals.

No one does specialty metals, long products better.





# Standard and Specialty Products for Every Customer Worldwide.

With an extensive inventory of standard and specialty items strategically inventoried around the world, TW Metals offers unparalleled service and delivery.

## Worldwide Locations

| | | | |
|---|---|---|---|
| Atlanta, GA | Denver, CO | Philadelphia, PA | Savannah, GA |
| Brussels, Belgium | Houston, TX | Phoenix, AZ | Seattle, WA |
| Charleston, WV | Kalamazoo, MI | Redding, CT | Singapore |
| Charlotte, NC | Kanagawa, Japan | Rochester, NY | Southampton, UK |
| Chicago, IL | Los Angeles, CA | Rzeszow, Poland | Springfield, MA |
| Cincinnati, OH | Milwaukee, WI | Saint Ave, France | Toledo, OH |
| Cranbury, NJ | Minneapolis, MN | San Francisco, CA | Wichita, KS |
| Dallas, TX | Orlando, FL | | |

# Complete Processing Capabilities.

TW Metals offers specialized processing facilities for all types of materials. These facilities ensure accurate, straight and distortion-free components to the tolerances you require. Our processing capabilities include:

| | | |
|---|---|---|
| Precision Sawing | In House Inspection | Tube Assemblies |
| Automated Deburring | Laser Cutting | Tube Shearing |
| Customized Packaging | Lathe Tube Cutting | Vibratory Finishing |
| Fabricated Parts | Polishing | Water Jet Cutting |

...And many other services available.

# ISO 9001:2000 Certified Quality.

TW Metals is your assurance of finished products that satisfy your most demanding performance standards. Our in-house certified inspectors perform incoming and outgoing inspection using state-of-the-art equipment. TW Metals insists that our suppliers meet the highest quality standards in their industries, and conducts regular inspections to ensure compliance. We also maintain test certificates to ensure full material traceability, along with a library of all current international standards and customer specifications.

HE 00848

# Quality Products.

TW Metals carefully selects superior quality metals products from leading manufacturers. We also enjoy supply relationships with leading worldwide sources. Regardless of the manufacturer, TW Metals assumes responsibility for supplier qualification, order placement, and delivery schedules, and coordinates manufacturers to ensure on-time delivery.

## TUBING

| MATERIALS | GRADES/ALLOYS | SIZE RANGES |
|---|---|---|
| Aluminum Alloys | 2024, 3003, 5052, 6061, 6063, 7075, Aircraft, Commercial, Construction, Structural, Mechanical, Drawn, Extruded, Ornamental, Rounds, Rectangles, Squares | Outside Diameters – 1/8" to 16"<br>Wall Thickness' from .020" to 2.000" |
| Stainless Steel | 303, 304, 304L, 316, 316L, 321, 347, 17-4, 15-5, Aircraft, Commercial, Heat Exchanger, Hollow Bar, Hypodermic, Instrumentation, Mechanical, Sanitary, Seamless, Welded and Drawn, As Welded, Ornamental, Round, Rectangular, Square (Mill and Polished Finish) | Outside Diameters – .031" to 12"<br>Wall Thickness' from .004" to 2.000" |
| Nickel & High Performance Alloys | 200, 400, 600, 601, 625, 800, 800H, 825, C276, 21-6-9, Alloy 20, Aircraft, Commercial, Seamless, Welded | Outside Diameters – .031" to 7"<br>Wall Thickness' from .007" to 1-1/2" |
| Titanium | CP, 3AL-2.5V, 15-3-3-3, GR 2, 6AL-4V, Ducting | Outside Diameters – 1/4" to 8"<br>Wall Thickness' from .016" to .260" |
| Carbon & Alloy Steel | Low Carbon, 1020, 1026, 4130, 4135, 4140, 4340, 8620, 52100, Aircraft, Mechanical, Hydraulic, ERW, DOM, Seamless, Welded, As Welded, Round, Rectangular, Square, Streamline, Structural Shapes | Outside Diameters – .125" to 12"<br>Wall Thickness' from .020" to 3.000" |

• Standard lengths Aluminum 12' • Standard lengths other than Aluminum 17/24' rls
• Purchased to Applicable industry specifications • Custom dimensional requirements available upon request

## PIPE

| MATERIALS | GRADES/ALLOYS | SIZE RANGES |
|---|---|---|
| Aluminum Alloys | 5083, 5086, 6061, 6063, Construction Grades, Handrail, Drawn, Extruded, Port Hole Die, Seamless, Structural | Pipe Sizes – 1/8" NPS to 12" NPS<br>Schedules from: 10 to 80 |
| Stainless Steel | 304, 304L, 316, 316L, 2205, 321, 347, 446, Seamless, Welded, As Welded, Brewery Quality | Pipe Sizes – 1/8" NPS to 30" NPS<br>Schedules from 5 to XXH |
| Nickel & High Performance Alloys | 200, 400, 600, 601, 625, 800, 800H, 800HT, C276, Alloy 20, Seamless, Welded | Pipe Sizes – 1/8" NPS to 8" NPS<br>Schedules from 10 to XXH |
| Carbon & Alloy Steel | Black, Line, Seamless, Structural, ERW | Pipe Sizes – 1/8" NPS to 12" NPS<br>Schedules from: 10 to 80 |

• Standard lengths Aluminum 24' rls • Standard lengths other than aluminum 17/24' rls
Purchased to Applicable industry specifications

# Additional Products & Services provided on a customer specific basis.

HE 00849



And through our long-term commitments with producers, we ensure continuity of systems and quality. TW Metals monitors manufacturing mill performance against your requirements, and our own, for delivery security, documentation accuracy, and product quality.

## ROD, BAR & WIRE

| MATERIALS | GRADES/ALLOYS | SIZE RANGES |
|---|---|---|
| Aluminum Alloys | 1100, 2011, 2024, 2219, 6061, 6063, 6101, 7075 | Rounds – 1/8" to 16"<br>Hex – 1/4" to 2-3/4"<br>Squares – 1/4" to 6"<br>Flats – 1/8" to 5" |
| Stainless Steel | 303, 304, 304L, 309S, 316, 316L, 410, 416,<br>17-4, 15-5, 13-8, Equal & Unequal Angles | Rounds – 1/8" to 16"<br>Hex – 1/4" to 2-1/2"<br>Squares – 1/4" to 3"<br>Flats – 1/8" to 3"<br>Edge Conditioned |
| Nickel & High<br>Performance Alloys | 200, 330, 400, 600, 601, 625, 718, X750, 800, 800H, 800AT, 825,<br>C276, HX, K500, Alloy 20 | Rounds – 3/16" to 11"<br>Edge Conditioned |
| Titanium | 6AL-4V | Rounds – 3/8" to 6-1/4" |
| Carbon &<br>Alloy Steel | 300M, 4130, 4140, 4150, 4340, 6150, 8620, 8740, 9310, 52100 | Rounds – 1/8" to 12"<br>Hex – 1/4" to 1-1/8" |

• Custom flat bar widths and lengths available upon request • Standard lengths 12' long • Applicable industry specifications



## SHEET & PLATE

| MATERIALS | GRADES/ALLOYS | SIZE RANGES |
|---|---|---|
| Aluminum Alloys | 2014, 2024, 2024 Alclad, 6061, 7050, 7075, 7075 Alclad | From .016" thick to 8" thick |
| Nickel Alloys | 625, HX, 718 | From .016" thick to .093" thick |
| Titanium | CP, 5AL-2.5SN, 6AL-4V, 6AL-6V-2SN | Available in standard thickness x<br>width x length dimensions |

• Industry standard widths and lengths • PVC Coatings available upon request • Applicable industry specifications

## EXTRUSIONS

| MATERIALS | GRADES/ALLOYS | SIZE RANGES |
|---|---|---|
| Aluminum<br>Extrusions | 1100, 2014, 2024, 2224, 5052, 5083, 5086,<br>6061, 6063, 7050, 7075, 7150, 7178 | Aircraft Extrusions by Mfg Part<br>Numbers, Angles, Architectural,<br>A.N.D., H-Beams, I-Beams,<br>Channels, Structural, Shapes,<br>Wide Flange, Zee |



• Titanium, stainless steel and Alloy steel extrusions available upon request • Applicable Commercial and Aerospace industry specifications

## SPECIALITY PRODUCTS

| MATERIALS | GRADES/ALLOYS | SIZE RANGES |
|---|---|---|
| Fittings | Stainless Steel, Aluminum, Nickel, Titanium | CryoFit™, CryoLive™, Butt Weld<br>& Threaded, Flanges, Heads |
| Hinge Pin Stock | Aluminum, Stainless Steel, Titanium | Standard Aircraft sizes applicable |
| Roll Formed<br>Shapes | Aluminum | Aircraft Applications |

• Applicable Commercial and Aerospace industry specifications



HE 00850






# Specialists who know your business.

Your TW Metals representative is a professional who is backed by years of training and experience. As a result, they can provide proactive service and advice to help you succeed. We have extensive experience in a wide range of industries, including:

| | | |
|---|---|---|
| Aerospace | Food/Beverage/Dairy | Oil Refining/ |
| Agricultural | Healthcare | Petrochemical |
| Equipment | Instrumentation | Original Equipment |
| Aircraft MRO | Lawn and Garden | Manufacturers |
| Automotive | Marine | Pharmaceutical |
| Chemical | Metal Fabricators | Pulp and Paper |
| Chemical Processing | Motorsports | Recreation/Leisure |
| Communications | Oil Production/ | Steel Making |
| Equipment | Oil Tool | Utilities |

This high level of industry expertise translates into cost-effective solutions that help you solve everyday production challenges.

# e-Commerce Capabilities.

At TW Metals, we have continued to develop our e-Commerce capabilities. Through our electronic online ordering system, our customers are able to order online, access detailed product information and inventory data, place and track orders, and view account history.

We are continuously updating our site through ongoing enhancements and improvements to provide more detailed catalog descriptions and online pricing capabilities.

# Contact TW Metals, today.

For the best in world-class materials, systems, service, and quality, make TW Metals your preferred provider. For more information or a no-obligation consultation, call today or visit our website at www.twmetals.com.

**HE 00851**

CRG

GBRL-905K5

## An Inventory of Superior Products

### Tubing

| Materials | Grades/ Alloys | Size Ranges |
|---|---|---|
| Aluminum Alloys | 2024.3003, 5052. 6061,6063. 7075, Seamless. Extruded. Squares, Rectangles, Structural. Ornamentals | Outside Diameters 1/8" to 12" Wall thickness' from 020 to 1 000" |
| Stainless Steel | 303.304,304L, 316. 316L, 321. 347 ,PH grades, Seamless, Welded and Drawn, As welded. instrumentation, Polished, Hypodermic | Outside Diameters 009" to 10" Wall thickness' from .0025 to 2.000" |
| Nickel Alloys | 200. 400. 600, 601. 625, 800H. 825, C276 | Outside Diameters 009" to 10" Wall thickness' from 0025 to 2.000 |
| Titanium | CP. 3AL - 2.5V. Ducting | Outside Diameters from 1/4" Wall thickness' from 020" |
| Alloy | 4130. 4340. 8620. 52100, Squares, Rectangles, Streamline | Outside Diameters 3/16" to 10" Wall thickness' from 028" to 1 000" |

Standard lengths other than Aluminum 5/7.5mts.
Purchased to Applicable industry specifications.
Custom dimensional requirements available upon request.

Coil/Sheet | Rod, Bar, Wire | Tubing | Pipe | Plate | Specialty

An Inventory of Superior Products | Complete Processing Capabilities
Value-Added Services

Copyright 2001 TW Metals
Created with the assistance of Princeton Internet Group, Inc (PInG)

HE 00852

## An Inventory of Superior Products

### Pipe

| Materials | Grades/ Alloys | Size Ranges |
|---|---|---|
| Stainless Steel | 304. 304L. 316, 316L. 321, 347. Seamless. Welded | Pipe Sizes from: 1/8" NPS to 24" NPS Schedules from: 5 to 120 |
| Nickel Alloys | 200, 400. 600. 601, 625. 800HT, C276. Alloy 20 | Pipe Sizes from: 1/8" NPS to 8" NPS Schedules from: 10 to 80 |

Standard lengths 5/7.3 Mts.
Purchased to Applicable industry specifications.
Custom dimensional requirements available upon request.

Coil/Sheet | Rod, Bar, Wire | Tubing | Pipe | Plate | Specialty

An Inventory of Superior Products | Complete Processing Capabilities
Value-Added Services

Copyright 2001 TW Metals
Created with the assistance of Princeton Internet Group, Inc. (PInG)

HE 00853

SEP 30 2005 10:46 AM FR ARCOS INDUSTRIES LLC339 5206 TO 14125621041    P.02



# TECHNICAL DATA BULLETIN

**Arcos Alloy 22**
AWS Class ERNiCrMo-10
UNS #N06022

The primary use of Arcos Alloy 22 is for welding nickel-chromium-molybdenum alloys to itself, to steel, to other nickel-base alloys and for cladding steel with nickel-chromium-molybdenum weld metal.

**Typical Chemistry:**

| | | | |
|---|---|---|---|
| Carbon | .01 | Chromium | 21.5 |
| Iron | 3.1 | Manganese | .02 |
| Silicon | .04 | Phosphorus | .005 |
| Sulfur | .002 | Nickel | Balance |
| Tungsten | 3.5 | Molybdenum | 13.5 |
| Cobalt | 1.8 | | |

**Typical Mechanical Properties:**

115 psi                Elongation 40%

## Recommended Welding Parameters

| Diameter | Process | Amperage | Voltage |
|---|---|---|---|
| .035" | Spray Arc | 180-205 | 26—32 |
| .035" | Short Arc | 140-180 | 18—22 |
| .045" | Spray Arc | 225-245 | 26—32 |
| .045" | Short Arc | 150-200 | 20—26 |
| .063" | Spray Arc | 225-350 | 27—33 |
| .063" | TIG | 140-200 | 10—16 |
| 3/32" | TIG | 150-220 | 10—16 |
| 1/8" | TIG | 160-240 | 10—16 |
| 5/32" | TIG | 160-265 | 10—16 |
| 3/16" | TIG | 170-320 | 11—18 |

**Special Notes:**

*good pitting and crevice corrosion resistance
*excellent dissimilar welding alloy
*clad overlay and spray applications

## Arcos Alloys Corporation

HE 00854