IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

APPLICATION FOR REGISTRATION OF TRADEMARK

                        TRADEMARK:  C-22
                        CLASS NO.: International Class 6

Commissioner of Patents and Trademarks
Washington, DC 20231

Dear Sir:

    Haynes International, Inc., a corporation of the State of Delaware with General Offices at 1020 West Park Avenue, Kokomo, Indiana 46902-9013.

    The above-identified applicant has adopted and is using the trademark shown in the accompanying drawing for unwrought and partly wrought common metals and their alloys, and requests that said mark be registered in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946.

    The trademark was first used by applicant in or around October 29, 1987; was first used by applicant in interstate commerce in or around October 29, 1987; and is now in use in such commerce. The mark is used by applying it to the goods in the manner of a roller stamp, and five photographs of the mark as actually used are presented herewith.

                                    Haynes International, Inc.

                                    *Paul F. Troiano* (signature)
                                    Paul F. Troiano
                                    President

EXHIBIT M

HE 00345

State of Indiana)
             ) ss:
County of Howard)

    Paul F. Troiano, being sworn, states that: he is President of applicant corporation and is authorized to execute this affidavit on behalf of said corporation; he believes said corporation to be the owner of the trademark sought to be registered; to the best of his knowledge and belief no other person, firm, corporation or association has the right to use said mark in commerce, either in the identical form or in such near resemblance thereto as to be likely, when applied to the goods of such other person, to cause confusion, or to cause mistake, or to deceive, and the facts set forth in this application are true.

                                      Haynes International, Inc.

                                      *[signature]*
                                      Paul F. Troiano
                                      President

    Subscribed to and sworn to before me this ___7th___ day of December, 1987.

                                      *[signature]*
                                      Shirley M. Walden
                                      Notary Public

My commission expires November 22, 1989.

HE 00346

| | |
|---|---|
| APPLICANT: | Haynes International, Inc. |
| ADDRESS: | 1020 West Park Avenue<br>Kokomo, Indiana 46902-9013 |
| DATE OF FIRST USE: | October 29, 1987 |
| DATE OF FIRST USE IN COMMERCE: | October 29, 1987 |
| CLASS: | International 6 |
| GOODS: | Unwrought and partly wrought common metals and their alloys. |

C-22

Haynes International, Inc.
1020 West Park Avenue
Kokomo, IN 46902-9013

Tel: 317/456-6113

HE 00347