IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., | ) |
| Plaintiff, | ) Civil Action No. 04-197(E) |
| v. | ) |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., | ) |
| Defendant. | ) |

## ORDER

And now this _____ day of _____ 2005, upon consideration of Plaintiff Haynes International, Inc.'s Motion for Partial Summary Judgment on Counts I and II of the Complaint, and Defendant Electralloy's opposition thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is DENIED.  It is FURTHER ORDERED that upon consideration of Defendant's Motion for Summary Judgment, and Plaintiff's opposition thereto, it is hereby ORDERED that Defendant's Motion is GRANTED and Plaintiff's Complaint is DISMISSED in its entirety WITH PREJUDICE.

It is FURTHER ORDERED that the mark "C-22" is generic, and the United States Patent and Trademark Office is hereby directed to cancel U.S. trademark Registration No. 1,953,864.

BY THE COURT:

_____
The Honorable Maurice B. Cohill, Jr.

022664.00115/11473077v.1