IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., )<br>a Delaware corporation )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>ELECTRALLOY, a Division of G.O. )<br>CARLSON, INC., )<br>a Pennsylvania corporation )<br>  )<br>Defendant. )<br>  ) | Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

## ORDER

AND NOW on this __ day of _____ 2005, upon consideration of Defendant Electralloy's, Motion to Strike the Second Declaration of Paul Manning, submitted in opposition to Defendant's Motion for Summary Judgment, and any response thereto, it is hereby ORDERED AND DECREED that the motion is GRANTED.

                                          BY THE COURT:

                                          _____
                                          Maurice B. Cohill, Jr.
                                          Senior United States District Judge