IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC.,<br>    a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O.<br>CARLSON, INC.,<br>    a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

## **ORDER**

AND NOW, to-wit, this _____ day of October, 2005, upon consideration of Defendant's Motions to Strike the Declarations of Paul Manning in Support of Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Opposition to Defendant's Motion for Summary Judgment, and Plaintiff's Opposition to both Motions, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motions are DENIED.

BY THE COURT:

_____J.