IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>　　　　Defendant. | )<br>)<br>)<br>) Civil Action No. 04-197(E)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) Judge Cohill<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW on this __ day of _____ 2005, upon consideration of Defendant Electralloy's, Motion to Strike the Third Declaration of Paul Manning, and any response thereto, it is hereby ORDERED AND DECREED that the motion is GRANTED.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Maurice B. Cohill, Jr.
　　　　　　　　　　　　　　　　Senior United States District Judge

022664.00115/11475930v.1