**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC.,<br>    a Delaware corporation, | )<br>) | |
| | ) | |
|         Plaintiff, | ) | Civil Action No. 04-197(E) |
| | ) | |
|         v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| ELECTRALLOY, a Division of G.O. | ) | |
| CARLSON, INC., | ) | Judge Cohill |
|     a Pennsylvania corporation, | ) | |
| | ) | |
|         Defendant. | ) | |

## <u>ORDER</u>

AND NOW, to-wit, this _____ day of November, 2005, it is hereby ORDERED,

ADJUDGED and DECREED that Plaintiff's Motion for Leave to File Documents Under Seal is

hereby GRANTED.

BY THE COURT:


_____J.