## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.C

The undersigned counsel for Plaintiff, Haynes International, Inc., hereby certifies, pursuant to Local Rule 7.1.C, that he spoke to Emily Barnhart, counsel for Defendant, about this Motion to Compel Discovery. Ms. Barnhart said Defendant is not willing to produce the requested documents or verify that no such documents exist, nor was Defendant willing to verify that a chart produced by Plaintiff (Ex. 3 to Plaintiff's Motion to Compel Discovery) represented all of Electralloy's sales of its C22 and EC22 alloy, and that she understood that this Motion to Compel Discovery would be filed.

Respectfully submitted,
BUCHANAN INGERSOLL PC

Dated: November 1, 2005      By: */s/ Lynn J. Alstadt*
Lynn J. Alstadt
Pa. I.D. No. 23487
Bryan H. Opalko
Pa. I.D. No. 86721
BUCHANAN INGERSOLL PC
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410
Phone:  412-562-1632
Fax:  412-562-1041
Attorneys for Plaintiff