IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

## ORDER

AND NOW, to-wit, this 2nd day of November, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave to File Documents Under Seal is hereby GRANTED.

BY THE COURT:

_Maurice B. Cohill, Jr._ J.