## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

## ORDER

AND NOW, to-wit, this _____ day of November, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion Strike Defendant's Surreply Brief is GRANTED, and it is further ORDERED that Defendant's Surreply Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment shall be stricken from the record.

BY THE COURT:

_____J.