## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) | Judge Cohill |
| Defendant. | ) ) | |

## **ORDER**

AND NOW, to-wit, this _____ day of November, 2005, upon consideration of Defendant's Motion to Strike the Third Declaration of Paul Manning, and Plaintiff's Opposition thereto, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is DENIED.

BY THE COURT:

_____J.