IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware Corporation, <br><br> Plaintiff <br><br> v. <br><br> ELECTRALLOY, a Division of G.O. Carlson, Inc., a Pennsylvania Corporation, <br><br> Defendant | ) ) ) ) ) ) ) Civ. No. 04-197E ) ) ) ) ) ) |

## ORDER

AND NOW, this 7th day of November, 2005, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Strike Defendant Electralloy's Surreply Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment (Doc. #52) is DENIED

It is further ORDERED, ADJUDGED AND DECREED that Plaintiff shall have five (5) days from the date of this Order to file a response to Defendant's Surreply Brief.

It is further ORDERED, ADJUDGED AND DECREED that the parties shall not file any other documents with this Court without first filing a Motion before this Court and the Court ruling on said motion.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior District Judge

cc:   counsel of record