IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-197(E) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., | ) ) | Judge Cohill |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to The Honorable Maurice B. Cohill, Jr.'s Order, dated November 7, 2005, Defendant Electralloy, a Division of G.O. Carlson, Inc., through its undersigned counsel, respectfully moves this Court for permission to file an opposition to the Motion to Compel Discovery filed by Plaintiff in this action on November 1, 2005. Defendant would like the opportunity to provide a legal and factual response to the allegations made in Plaintiff's Motion to Compel Discovery.

Respectfully submitted,

BLANK ROME LLP

Dated: November 9, 2005         By: _____
Timothy D. Pecsenye
Dennis P. McCooe
Emily J. Barnhart
One Logan Square
Philadelphia, PA 19103
(215) 569-5619

Attorneys for Defendant

022664.00115/11484590v.1

## CERTIFICATE OF SERVICE

I, Emily J. Barnhart, hereby certify that on this 9th day of November, 2005, a true and correct copy of the foregoing MOTION FOR LEAVE TO FILE AN OPPOSITION was served on the attorneys for Plaintiff by U.S. First Class Mail, postage prepaid, addressed as follows:

> Lynn J. Alstadt, Esquire
> Bryan H. Opalko, Esquire
> BUCHANAN INGERSOLL PC
> One Oxford Centre
> 301 Grant Street
> Pittsburgh, Pennsylvania  15219

_____
EMILY J. BARNHART

022664.00115/11484590v.1