IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>    Defendant. | Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

### ORDER

AND NOW, this ___ day of November, 2005, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Leave to File an Opposition to Plaintiff's Motion to Compel Discovery is GRANTED.

It is further ORDERED, ADJUDGED AND DECREED that Defendant shall have five (5) days from the date of this Order to file a response to Plaintiff's Motion to Compel Discovery.

BY THE COURT:

_____
Maurice B. Cohill, Jr.
Senior United States District Judge

022664.00115/11484591v.1