IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>Defendant. | Civil Action No. 04-197(E)<br><br>JURY TRIAL DEMANDED<br><br>Judge Cohill |

## **ORDER**

AND NOW, on this ___ day of _____, 2005, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Compel Discovery is DENIED.

It is FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall remit to Defendant its attorneys fees associated with the Motion for Leave to File and the Opposition to Plaintiff's Motion to Compel Discovery within ten (10) days of notification of the attorneys fees by Defendant.

BY THE COURT:

_____
Maurice B. Cohill, Jr.
Senior United States District Judge