# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation | ) ) ) |
| Plaintiff, | ) Civil Action No. 04-197(E) |
| v. | ) JURY TRIAL DEMANDED ) |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a. Pennsylvania corporation | ) ) Judge Cohill ) |
| Defendant. | ) ) |

**DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S
FIRST SET OF INTERROGATORIES, Nos. 1 and 11**

Defendant Electralloy hereby amends its responses to

Plaintiff's First Set of Interrogatories as follows:

**GENERAL OBJECTIONS**

The objections, definitions and instructions set forth in

Defendant's Responses to Plaintiff's First Set of

Interrogatories, Nos. 1-12, are incorporated herein by

reference.

**INTERROGATORIES**

**Interrogatory No.1:**

With regard to Electralloy's adoption of "C22" and "EC22":

(a)   When did Electralloy adopt "C22" and "EC22";

(b)   Identify who at Electralloy was responsible for the

decision to adopt "C22" and "EC22"; and

(c)   Identify the reasons for Electralloy's decision to adopt "C22" and "EC22" rather than some other designation for the products.

**Amended Response:**

(a)   Electralloy adopted the "EC" designation in the late 1970's as Electralloy Corporation's trademark for identifying its metal alloy products that they produced.  Sales records indicate first sales of EC22 at least as early as January 2002.

(b)   Subject to the General and Specific Objections, and without waiving the same,  Defendant neither admits nor denies that it ever "adopted" either "C22" or "EC22."  As such, Defendant cannot pinpoint one individual or individuals responsible for such alleged decisions.  However, in response to Plaintiff's inquiry, and as per Defendant's Initial Disclosure Statement, Tracy Rudolph, Wayne Weaver and/or Mark Lewis are knowledgeable regarding Defendant's marketing initiatives.

(c)   Unchanged.

**Interrogatory No.2:**

With regard to Electralloy's sale of alloy products under "C22" and "EC22":

(a)   State the total dollar volume of sales by year and product form (e.g., ingot, pig, billet, bar, coil, rod, welded wire, etc.) in the United States for alloy products sold under

2

"C22" and "EC22" for each year since their introduction to the
market and the price at which the products were sold;

(b)   Identify all customers to whom alloy products have
been sold by Electralloy under "C22" and "EC22";

(c)   Identify the date of all such sales of alloy products
sold under "C22" and "EC22" and the form in which the alloy
products were sold (e.g., ingot, pig, billet, bar, coil, rod,
welded wire, etc.); and

(d)   Identify Electralloy's profit from the sale of alloy
products bearing "C22" and "EC22".

**Amended Response:**

Subject to the General and Specific Objections, and without
waiving the same,  pricing information related to various of
Defendant's products has previously been provided at documents
EC1-EC83.   Likewise, information regarding customers, dates of
sale, and type of product are available at documents EC1-EC83.
Defendant maintains its objections to Interrogatory 2(c).

**Interrogatory No.8:**

Identify the factual basis for each Affirmative Defense
claimed by Electralloy in its Answer, Counterclaim and
Affirmative Defenses.

**Amended Response:**

Defendant is the exclusive owner of the common law mark,
EC, which it uses in connection with its products.   Defendant

3

has used the EC mark as a source indicator symbolizing
"Electralloy Corporation" since at least as early as January 1,
1984.   Defendant also owns numerous common law marks in which
the prefix, EC, is used in connection with certain descriptive
matter which relates to the goods in question.  Goods provided
under EC and the related EC-prefix marks are widely recognized
as originating with Defendant.  Plaintiff has alleged that
Defendant's use of EC or EC22 is infringing the alleged
trademark C-22 (the "Alleged Mark") and otherwise engaging in
acts of unfair competition.  Plaintiff's alleged trademark, "C-
22," is generic or, at best, is merely descriptive and has not
acquired secondary meaning.  Numerous third parties use the "C-
22" designator.  The marks at issue are plains dissimilar as to
appearance, sound, connotation and commercial impression.
Defendant's use of the trademarks EC and EC22 is not likely to
be confused with Plaintiff's Alleged Mark as to source,
affiliation, sponsorship or approval.  Among other reasons, the
marks are distinguishable and Defendant's products differ in
both form and use from Plaintiff's products.  Further, during
the course of this proceeding, it will be shown that application
of the remaining DuPont factors weighs in favor of Defendant.

**Interrogatory No.11:**

Identify all third party uses of "C22" and/or "C-22" in
connection with the sale of alloy products.

4

**Amended Response:**

Defendant refers Plaintiff to documents provided as EC254-406 which evidence third party use of "C22" and "C-22."

BLANK ROME LLP

Dated:   July 29, 2005          By:   _____
                                      Timothy D. Pecsenye, Esquire
                                      PA I.D. 51339
                                      Emily J. Barnhart, Esquire
                                      PA I.D. 84895
                                      Jennifer L. Miller, Esquire
                                      PA I.D. 90373
                                      One Logan Square
                                      Philadelphia, PA  19103
                                      Phone: (215) 569-5619
                                      Facsimile: (215) 832-5619

5

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of July, 2005, an original and two copies of the foregoing DEFENDANT'S AMENDED RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, Nos. 1 and 11, was served on the attorneys for Plaintiff by first class mail, postage prepaid, addressed as follows:

> Bryan H. Opalko, Esquire
> BUCHANAN INGERSOLL PC
> One Oxford Centre
> 301 Grant Street
> Pittsburgh, Pennsylvania  15219

_____
JENNIFER L. MILLER

6

022664/00105/11433084v1

## VERIFICATION

I, Tracy Rudolph, hereby state that I am familiar with the facts in Defendant's Answers to Interrogatories and the amendments thereto, that I am authorized to make this Verification on behalf of Electralloy, and that the facts set forth in Defendant's Answers to Interrogatories and the amendments thereto, are true to the best of my knowledge, information and belief.


Dated: September _23_, 2005            By: _____
                                           TRACY RUDOLPH

# Exhibit B

# "FILED UNDER SEAL"

# Exhibit C

# "FILED UNDER SEAL"

# Exhibit D



**BLANK ROME** LLP
COUNSELORS AT LAW

| | |
|---|---|
| *Phone:* | *(215) 569-5494* |
| *Fax:* | *(215) 832-5494* |
| *Email:* | *BARNHART@blankrome.com* |

August 29, 2005

**VIA FEDERAL EXPRESS**

Lynn Alstadt, Esquire
Buchanan Ingersoll PC
One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

> Re: Haynes International, Inc. v. Electralloy
> Civil Action No. 04-197(E)

Dear Lynn:

Attached please find supplemental Electralloy document production bearing bates numbers: EC00407-EC00434. These documents have been designated "Confidential – Attorneys Eyes Only". All documents in this supplemental production came into existence subsequent to the time Electralloy employees pulled documents from their files for Electralloy's initial production, with the exception of EC00418-419, which corresponds to a Corrosion Materials purchase order that was previously produced. Electralloy confirms that it has produced all non-privileged responsive documents in its possession to Haynes' document requests.

Sincerely yours,

EMILY J. BARNHART

664.00115/11462770v.1

Delaware  •  Florida  •  Maryland  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania

# Exhibit E

# "FILED UNDER SEAL"

**Exhibit F**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC.,<br>a Delaware corporation | ) <br> ) <br> ) |
| Plaintiff, | ) Civil Action No. 04-197(E) |
| v. | ) JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O.<br>CARLSON, INC.,<br>a. Pennsylvania corporation | ) <br> ) Judge Cohill <br> ) |
| Defendant. | ) |

### DEFENDANT'S AMENDED RESPONSE TO PLAINTIFF'S
### FIRST SET OF INTERROGATORIES, No. 2(d)

Defendant Electralloy hereby amends its response to

Plaintiff's First Set of Interrogatories No. 2(d) as follows:

### GENERAL OBJECTIONS

The objections, set forth in Defendant's Responses to

Plaintiff's First Set of Interrogatories, Nos. 1-12, are

incorporated herein by reference.

### Interrogatory No.2(d):

With regard to Electralloy's sale of alloy products under

"C22" and "EC22":

(d) Identify Electralloy's profit from the sale of alloy

products bearing "C22" and "EC22".

### Amended Response:

Subject to and without waiving the General Objections,

Defendant objects to this Interrogatory as overbroad, vague and

unduly burdensome.  Defendant further objects to this

Interrogatory because Defendant has never sold any product

bearing "C22". By way of further answer, subject to the General

and Specific Objections, and without waiving the same, Defendant

responds that it believes its profit margin for sales of EC22 is

approximately 5-20%.

BLANK ROME LLP

Dated:   September 23, 2005          By:  _____
                                     Timothy D. Pecsenye, Esquire
                                     Emily J. Barnhart, Esquire
                                     Jennifer L. Miller, Esquire
                                     One Logan Square
                                     Philadelphia, PA  19103
                                     Phone: (215) 569-5619
                                     Facsimile: (215) 832-5619

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of September, 2005, Defendant's Amended Response to Plaintiff's First Set of Interrogatories No. 2(d) and Verification to Defendant's Answers to Interrogatories and the amendments thereto were served on the attorneys for Plaintiff by Federal Express:

Lynn Alstadt, Esquire
BUCHANAN INGERSOLL PC
One Oxford Centre
301 Grant Street
Pittsburgh, Pennsylvania  15219

_____
EMILY J. BARNHART

022664.00115/11471818v.1

## VERIFICATION

I, Tracy Rudolph, hereby state that I am familiar with the facts in Defendant's Answers to Interrogatories and the amendments thereto, that I am authorized to make this Verification on behalf of Electralloy, and that the facts set forth in Defendant's Answers to Interrogatories and the amendments thereto, are true to the best of my knowledge, information and belief.

Dated: September 23, 2005        By: _____
                                     TRACY RUDOLPH