IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation<br><br>Defendant. | )<br>)<br>)<br>) Civil Action No. 04-197(E)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) Judge Cohill<br>)<br>)<br>)<br>) |

**ORDER**

AND NOW, this __ day of _____, 2005, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant Electralloy's Motion to Seal Exhibits B, C and E to its Opposition to Plaintiff's Motion to Compel Discovery is GRANTED.

It is further ORDERED, ADJUDGED, AND DECREED that, pursuant to protection of the Stipulated Protective Order entered by the Court on February 17, 2005, Defendant's Exhibits B, C, and E in opposition to Plaintiff's Motion to Compel shall be filed under seal.

BY THE COURT:

_____
Maurice B. Cohill, Jr.
Senior United States District Judge