IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 04-197(E) |
| v. | ) JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation | ) Judge Cohill ) ) ) |
| Defendant. | ) ) |

## ORDER

AND NOW, this 28TH day of November, 2005, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant Electralloy's Motion to Seal Exhibits B, C and E to its Opposition to Plaintiff's Motion to Compel Discovery is GRANTED.

It is further ORDERED, ADJUDGED, AND DECREED that, pursuant to protection of the Stipulated Protective Order entered by the Court on February 17, 2005, Defendant's Exhibits B, C, and E in opposition to Plaintiff's Motion to Compel shall be filed under seal.

BY THE COURT:

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

022664.00115/11486302v.1