IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A
REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Pursuant to the Court's Order dated November 7, 2005, Plaintiff, Haynes International, Inc., by and through its undersigned counsel, respectfully moves this Court for permission to file a Reply to Defendant's Opposition to Plaintiff's Motion to Compel, filed by Defendant on November 16, 2005. Plaintiff would like the opportunity to provide a response to the legal and factual allegations made in Defendant's Opposition. Pursuant to the Court's procedures, Plaintiff's proposed Reply is submitted as an attachment.

                                              Respectfully submitted,

                                              BUCHANAN INGERSOLL PC

Dated: November 28, 2005          By:  */s/ Bryan H. Opalko*
                                                 Lynn J. Alstadt
                                                 Pa. I.D. No. 23487
                                                 Bryan H. Opalko
                                                 Pa. I.D. No. 86721
                                                 BUCHANAN INGERSOLL PC
                                                 301 Grant Street, 20th Floor
                                                 Pittsburgh, PA  15219-1410
                                                 Phone:  412-562-1632
                                                 Fax:  412-562-1041
                                                 Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 28th day of November, 2005, a true and correct copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY was served on the attorneys for Defendant by first class mail, postage prepaid, addressed as follows:

>Timothy D. Pecsenye, Esquire
>Emily Barnhart, Esquire
>Jennifer L. Miller, Esquire
>BLANK ROME LLP
>One Logan Square
>18th and Cherry Streets
>Philadelphia, PA  19103

>*/s/ Bryan H. Opalko*
>Bryan H. Opalko