## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a Pennsylvania corporation, | ) ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

## **ORDER**

AND NOW, to-wit, this _____ day of November, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave to File a Reply to Defendant's Opposition to Plaintiff's Motion to Compel Discovery is GRANTED.

It is further ORDERED, ADJUDGED and DECREED that Plaintiff shall have five (5) days from the date of this Order to file its Reply.

BY THE COURT:

_____J.