IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) Civ. No. 04-197E ) |
| ELECTRALLOY, a Division of G.O. Carlson, Inc., a Pennsylvania Corporation, | ) ) ) ) ) |
| Defendant | ) ) |

## ORDER

AND NOW, this 29th day of November, 2005, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Motion for Leave to File a Reply to Defendant's Opposition to Plaintiff's Motion to Compel Discovery is GRANTED.

It is further ORDERED that the Clerk of Courts shall file the Plaintiff's proposed Reply to Defendant's Opposition to Plaintiff's Motion to Compel Discovery as Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Compel Discovery.

_Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
United States District Judge