IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a. Pennsylvania corporation | ) ) ) ) | Judge Cohill |
| Defendant. | ) | |

FILED '06 MAR 22 P12:38

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 83.2(2) of the Local Rules of Civil Procedure of the United States District Court for the Western District of Pennsylvania, Jennifer L. Miller and Megan E. Spitz of Blank Rome, LLP, hereby move this Honorable Court for entry of an Order permitting them to withdraw as counsel to Defendant, Electralloy, a Division of G.O. Carlson in connection with the above-captioned matter. Defendant, Electralloy, a Division of G. O. Carlson, will continue to be represented by Timothy D. Pecsenye and Dennis P. McCooe also of Blank Rome.

BLANK ROME LLP

Dated: March 21, 2006

Jennifer L. Miller, Esquire
PA I.D. 90373
Megan E. Spitz, Esquire
PA I.D. 91808
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5613
Fax: (215) 832-5613