IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware corporation | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-197(E) |
| v. | ) ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. CARLSON, INC., a. Pennsylvania corporation | ) ) ) ) | Judge Cohill |
| Defendant. | ) ) | |

## ORDER GRANTING MOTION FOR WITHDRAW

AND NOW, this __ day of _____ 2006, upon consideration of the Motion for Withdrawal of Appearance filed by Jennifer L. Miller and Megan E. Spitz of Blank Rome LLP, it is hereby ORDERED that said Motion is **GRANTED**. Jennifer L. Miller and Megan E. Spitz are hereby relieved of any further responsibility as counsel of record for Defendants in this matter. All papers will continue to be served upon Timothy D. Pecsenye and Dennis P. McCooe of Blank Rome, LLP as counsel for Defendants.

_____
Honorable Maurice B. Cohill