IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., <br> a Delaware corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | Civil Action No. 04-197(E) |
| v. | ) <br> ) | JURY TRIAL DEMANDED |
| ELECTRALLOY, a Division of G.O. <br> CARLSON, INC., <br> a Pennsylvania corporation, | ) <br> ) <br> ) <br> ) | Judge Cohill |
| Defendant. | ) | |

## CONSENT TO MOTION FOR WITHDRAWAL OF APPEARANCE

In response to Defendant's Motion for Withdrawal of Appearance, filed March 22, 2006, Plaintiff, Haynes International, Inc., hereby informs this Honorable Court that it does not oppose Defendant's Motion and consents to the withdrawal of Jennifer L. Miller and Megan E. Spitz as counsel for Defendant, Electralloy, a Division of G.O. Carlson.

                      Respectfully submitted,

                      BUCHANAN INGERSOLL PC

Dated: March 23, 2006        By: */s/ Bryan H. Opalko*
                      Lynn J. Alstadt
                      Pa. I.D. No. 23487
                      Bryan H. Opalko
                      Pa. I.D. No. 86721
                      BUCHANAN INGERSOLL PC
                      301 Grant Street, 20th Floor
                      Pittsburgh, PA  15219-1410
                      Phone:  412-562-1632
                      Fax:  412-562-1041
                      Attorneys for Plaintiff

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 23rd day of March, 2006, a true and correct copy of the foregoing CONSENT TO MOTION FOR WITHDRAWAL OF APPEARANCE was served on the attorneys for Defendant by first class mail, postage prepaid, addressed as follows:

> Timothy D. Pecsenye, Esquire
> Emily Barnhart, Esquire
> Jennifer L. Miller, Esquire
> BLANK ROME LLP
> One Logan Square
> 18th and Cherry Streets
> Philadelphia, PA  19103

> */s/ Bryan H. Opalko*
> Bryan H. Opalko