IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HAYNES INTERNATIONAL, INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civ. No. 04-197E |
| ELECTRALLOY, a Division of G.O. Carlson, Inc., a Pennsylvania Corporation, | ) ) ) ) ) | |
| Defendant | ) | |

## ORDER

On September 27, 2005, Plaintiff filed "Plaintiff's Motion For Leave to File Documents Under Seal." [Doc. #15]. In the Motion, Plaintiff asked that it be permitted to file its Brief in Support of its Motion for Partial Summary Judgment and certain exhibits under seal. On September 29, 2005, the Court granted Plaintiff's Motion [Doc. #22]. In reviewing the documents relevant to the parties' cross-motions for summary judgment, the Court has become aware of the fact that while the Judge's staff has a copy of these documents, Plaintiff's "Brief in Support of Plaintiff's Motion for Partial Summary Judgment to Count 1 for Federal Trademark Infringement and Count 2 for Unfair Competition and False Designation of Origin" as well as Exhibits N, O, P and Q in support of Plaintiff's Motion for Partial Summary Judgment were never officially filed with the Court.

Accordingly, this 10th day of August, 2007, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's "Brief in Support of Plaintiff's Motion for Partial Summary Judgment to Count 1 for Federal Trademark Infringement and Count 2 for Unfair Competition and False

Designation of Origin" and Exhibits N, O, P and Q in support of Plaintiff's Motion for Partial Summary Judgment shall be filed in this matter UNDER SEAL. Said filing date shall be deemed to be September 29, 2005.

                                                                                 _/s/ Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior District Court Judge